UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20352-CR-BLOOM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOHNNY BATTLE,

Defendant.
_______________________________________/

**ORDER GRANTING MOTION FOR BILL OF PARTICULARS**

**THIS CAUSE** is before the Court on Defendant's Motion for Bill of Particulars, and this Court having reviewed the record and being otherwise advised as to its premises, it is **ORDERED** that the Motion is hereby **GRANTED**. Accordingly, the government shall provide the following information to the defendant by _______________, 2023:

1. The specific times, dates, and locations relating to when and where Mr. Battle is alleged to have dealt firearms without a license;

2. The people to whom Mr. Battle allegedly dealt firearms; and

3. The specific firearms by brand, model, and serial number that Mr. Battle is alleged to have dealt without a license.

**DONE and ORDERED** at Miami, Florida this ____ day of ________, 2022.

_______________________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record