| PURCHASER | DATE | FFL | MAKE | MODEL | CALIBER | TYPE | SN | PRICE | RECOVERED | DATE | TTC | POSSESSOR | CASE NO | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BATTLE Johnny Matthew | 11/7/2016 | JOHNSON FIREARMS INC | HS PROUDCT (IM METAL) | XD9 | 9mm | PISTOL | XD8 712 | | WEST PALM BEACH FL | 11/15/2020 | 1469 | | | WEAPON OFFENSE |
| BATTLE Johnny Matthew | 2/16/2017 | Gene al Pawn | Centu y A ms Inte nat onal | PAPM92PV | 762 | P stol | M92PV045201 | $ 525.99 | | | | | | |
| BATTLE Johnny Matthew | 3/14/2017 | Gene al Pawn | TAURUS | 38 SPL | 38 | P STOL | JP50934 | $ 233.64 | | | | | | |
| BATTLE Johnny Matthew | 4/30/2017 | PUBLIC GUN & PAWN INC | JIMENEZ ARMS | J.A. NINE | 9mm | PISTOL | 398513 | | SOUTH BAY FL | 5/7/2017 | 7 | | | CARRYING CONCEALED WEAPON |
| BATTLE Johnny Matthew | 12/2/2017 | AAA PAWNBROKERS OF NORTH MIAMI | DEL-TON INC. | DTI-15 | 556 | RIFLE | DTI-S138596 | $ 540.00 | | | | | | |
| BATTLE Johnny Matthew | 1/5/2018 | Gene al Pawn | TAURUS | PT 138 M llen um | 380 | P STOL | KWH95050 | $ 209.00 | | | | | | |
| BATTLE Johnny Matthew | 1/10/2018 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 19 | 9mm | PISTOL | BGAZ732 | $ 440.00 | MIAMI GARDENS FL | 7/3/2019 | 539 | | | FIREARM UNDER INVESTIGATION |
| BATTLE Johnny Matthew | 1/10/2018 | MIAMI POLICE DEPOT INC | Glock | 19 | 9mm | PISTOL | ACKD893 | | | | | | | |
| BATTLE Johnny Matthew | 1/10/2018 | MIAMI POLICE DEPOT INC | Glock | 19 | 9mm | PISTOL | BEHX | $ 667.50 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2018 | AAA PAWNBROKERS OF NORTH MIAMI | DEL-TON INC. | DTI-15 | 556 | RIFLE | DTI-S138595 | $ 489.99 | MIAMI FL | 11/27/2019 | 685 | | | HOMICIDE |
| BATTLE Johnny Matthew | 1/11/2018 | AAA PAWNBROKERS OF NORTH MIAMI | GLOCK GMBH | 30S | 45 | PISTOL | BBUR105 | $ 525.00 | | | | | | |
| BATTLE Johnny Matthew | 2/5/2018 | Gene al Pawn | GLOCK | 19 | 9mm | PISTOL | BDLM560 | $ 509.99 | | | | | | |
| BATTLE Johnny Matthew | 3/3/2018 | GENERAL PAWN LLC | GLOCK GMBH | 19 | 9mm | PISTOL | BDMD860 | $ 550.00 | COVINGTON GA | 10/31/2018 | 242 | | | HOMICIDE |
| BATTLE Johnny Matthew | 5/5/2018 | Gene al Pawn | DEL-TON | DTI-15 | 556 | RIFLE | S138596 | | | | | | | |
| BATTLE Johnny Matthew | 6/5/2018 | GENERAL PAWN LLC | GLOCK GMBH | 17GEN4 | 9mm | PISTOL | BCVL905 | $ 399.99 | NORTH MIAMI BEACH FL | 1/23/2021 | 963 | | | FOUND FIREARM |
| BATTLE Johnny Matthew | 6/13/2018 | Gene al Pawn | TAURUS | Judge | 45 | P STOL | K0190584 | | | | | | | |
| BATTLE Johnny Matthew | 6/19/2018 | Gene al Pawn | GLOCK GEN4 | 23 | 40 | P STOL | BHEU774 | $ 530.00 | | | | | | |
| BATTLE Johnny Matthew | 9/18/2018 | Gene al Pawn | DPMS | A-15 | 5.56 | RIFLE | FFA043197 | $ 699.99 | | | | | | |
| BATTLE Johnny Matthew | 2/4/2019 | MIAMI POLICE DEPOT INC | Taurus | G2C | 9mm | PISTOL | TLU51366 | $ 280.00 | | | | | | |
| BATTLE Johnny Matthew | 2/23/2019 | JOHNSON FIREARMS INC | TAURUS | G2C | 9mm | PISTOL | TLX 9161 | | OPA LOCKA FL | 1/19/2020 | 330 | | | FELON IN POSSESSION |
| BATTLE Johnny Matthew | 2/27/2019 | MIAMI POLICE DEPOT INC | Taurus | G2C | 9mm | PISTOL | TLX 1300 | $ 300.00 | | | | | | |
| BATTLE Johnny Matthew | 3/8/2019 | Shoot Straight | Glock GEN4 | 23 | 40 cal be | p stol | TV8338 | $ 449.00 | | | | | | |
| BATTLE Johnny Matthew | 5/15/2019 | MIAMI POLICE DEPOT INC | FNH | F ve-Seven | 5 7 | p stol | 386363483 | $ 1 350.00 | | | | | | |
| BATTLE Johnny Matthew | 5/15/2019 | MIAMI POLICE DEPOT INC | SIG SAUER | P365 | 9mm | PISTOL | 66A062010 | $ 569.99 | | | | | | |
| BATTLE Johnny Matthew | 1/4/2020 | SHOOT STRAIGHT FLORIDA | ROMARM/CUGIR | MINI DRACO | 762 | PISTOL | PMD-15163-19 | $ 900.00 | MIAMI FL | 6/21/2020 | 169 | | | SUICIDE |
| BATTLE Johnny Matthew | 1/1 /2020 | MIAMI POLICE DEPOT INC | GLOCK INC. | 19 | 9mm | PISTOL | ACSV 8 | | NASSAU, BAHAMAS | 2/22/2020 | 39 | | | POSSESSION OF WEAPON |
| BATTLE Johnny Matthew | 1/1 /2020 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 22 | 40 | PISTOL | BFAW9 3 | $ 575.00 | | | | | | |
| BATTLE Johnny Matthew | 2/7/2020 | Gene al Pawn | GLOCK GEN4 | 23 | 40 cal be | P STOL | TV8338 | $ 495.32 | | | | | | Pawn Redempt on |
| BATTLE Johnny Matthew | 3/8/2020 | MIAMI POLICE DEPOT INC | Taurus | PT809 | 9mm | PISTOL | TBY 9790 | $ 250.00 | | | | | | |
| BATTLE Johnny Matthew | 3/11/2020 | SHOOT STRAIGHT | GLOCK GMBH | 22 | 40 | PISTOL | NHV909 | $ 379.00 | NASSAU BAHAMAS | 6/15/2021 | 461 | | | POSSESSION OF WEAPON |
| BATTLE Johnny Matthew | 3/20/2020 | SHOOT STRAIGHT | GLOCK GMBH | 27 | 40 | PISTOL | PVY901 | $ 379.00 | | | | | | |
| BATTLE Johnny Matthew | 3/20/2020 | SHOOT STRAIGHT | GLOCK GMBH | 22 | 40 | PISTOL | SAY152 | $ 379.00 | | | | | | |
| BATTLE Johnny Matthew | 3/20/2020 | SHOOT STRAIGHT | GLOCK GMBH | 22 | 40 | PISTOL | VVM709 | $ 379.00 | | | | | | |
| BATTLE Johnny Matthew | 4/9/2020 | MIAMI POLICE DEPOT INC | Taurus | G2C | 9mm | PISTOL | ABC391353 | $ 275.00 | | | | | | |
| BATTLE Johnny Matthew | 4/17/2020 | Johnson Firearms | Glock | 42 | 380 ACP | p stol | ADVX408 | $ 460.00 | | | | | | |
| BATTLE Johnny Matthew | 4/17/2020 | Gene al Pawn | SMITH & WESSON | M&P9 Sh eld | 9mm | P STOL | HXB3843 | $ 399.00 | | | | | | |
| BATTLE Johnny Matthew | 4/18/2020 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 21 | 45 | PISTOL | VSE887 | $ 450.00 | MIAMI FL | 1/11/2021 | 268 | | | FOUND FIREARM |
| BATTLE Johnny Matthew | 4/18/2020 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 22 | 40 | PISTOL | BHEN175 | $ 1 095.00 | | | | | | |
| BATTLE Johnny Matthew | 4/18/2020 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 19 | 9mm | PISTOL | BNFU710 | $ 575.00 | | | | | | |
| BATTLE Johnny Matthew | 4/18/2020 | Gene al Pawn | SMITH & WESSON | SD9VE | 9mm | P STOL | FZM8800 | $ 399.99 | | | | | | |
| BATTLE Johnny Matthew | 4/18/2020 | MIAMI POLICE DEPOT INC | TAURUS | TH9 | 9mm | PISTOL | TMA69771 | $ 380.00 | | | | | | |
| BATTLE Johnny Matthew | 4/23/2020 | Gene al Pawn | KEL TEC | Sub2000 | 9mm | R fle | F5V00 | $ 425.00 | | | | | | |
| BATTLE Johnny Matthew | 4/24/2020 | Gene al Pawn | Centu y A ms Inte nat onal | DRACO MICRO | 762 | P stol | PMD-18930-20 ROA | $ 900.00 | | | | | | |
| BATTLE Johnny Matthew | 5/16/2020 | MIAMI POLICE DEPOT INC | FMK | G9c1 | 9mm | PISTOL | BB18571 | $ 499.00 | | | | | | |
| BATTLE Johnny Matthew | 5/28/2020 | Shoot Straight | FNH | FN-509 | 9mm | p stol | GKS0001584 | $ 399.00 | | | | | | |
| BATTLE Johnny Matthew | 6/4/2020 | Shoot straight | Sm th and Wesson | Sh eld | 9mm | p stol | JDU8018 | $ 329.00 | | | | | | |
| BATTLE Johnny Matthew | 6/24/2020 | CSC ARMS LLC | GLOCK INC | 45 | 9mm | PISTOL | BNTX769 | | HALLANDALE BEACH FL | NOT LISTED | NOT LISTED | | | FELON IN POSSESSION |
| BATTLE Johnny Matthew | 7/10/2020 | MIAMI POLICE DEPOT INC | Glock | 3 | 9mm | PISTOL | ADZZ786 | | | | | | | |
| BATTLE Johnny Matthew | 7/11/2020 | MIAMI POLICE DEPOT INC | GLOCK INC. | 43 | 9mm | PISTOL | ADZZ786 | $ 500.00 | | | | | | |
| BATTLE Johnny Matthew | 7/11/2020 | MIAMI POLICE DEPOT INC | GLOCK INC. | 48 | 9mm | PISTOL | AECT320 | $ 525.00 | | | | | | |
| BATTLE Johnny Matthew | 7/21/2020 | Gene al Pawn | GLOCK GEN4 | 22 | 40 | P STOL | AERC001 | $ 579.00 | | | | | | |
| BATTLE Johnny Matthew | 7/22/2020 | Gene al Pawn | Centu y A ms Inte nat onal | WASR-10 | 762 | R fle | A1-77128-20 | $ 829.00 | | | | | | |
| BATTLE Johnny Matthew | 7/22/2020 | Gene al Pawn | MOSSBERG | 500 | 12 GA | Shotgun | U917930 | $ 599.99 | | | | | | |
| BATTLE Johnny Matthew | 7/23/2020 | Gene al Pawn | GLOCK | 20 | 10mm | P STOL | BNNR253 | $ 630.00 | | | | | | |
| BATTLE Johnny Matthew | 7/24/2020 | MIAMI POLICE DEPOT INC | Benell | M4 | 12GA | shotgun | Y117326H20 | $ 2 199.00 | | | | | | |
| BATTLE Johnny Matthew | 7/30/2020 | MIAMI POLICE DEPOT INC | ZASTAVA | ZPAP92 | 762 | PISTOL | Z92-07716B | $ 1 000.00 | | | | | | |
| BATTLE Johnny Matthew | 7/30/2020 | MIAMI POLICE DEPOT INC | ZASTAVA | ZPAP92 | 762 | PISTOL | Z92-077835 | $ 1 000.00 | | | | | | |
| BATTLE Johnny Matthew | 8/1/2020 | MIAMI POLICE DEPOT INC | ZASTAVA | ZPAP92 | 7.62 | PISTOL | Z92-077108 | $ 1 100.00 | | | | | | |
| BATTLE Johnny Matthew | 8/13/2020 | Gene al Pawn | SCCY | CPX-2 | 9mm | P STOL | 911447 | $ 275.00 | | | | | | |
| BATTLE Johnny Matthew | 8/13/2020 | JOHNSON FIREARMS | SCCY INDUSTRIES LLC (SKYY IND.) | CPX-2 | 9mm | PISTOL | 9 6125 | $ 389.00 | | | | | | |
| BATTLE Johnny Matthew | 8/13/2020 | JOHNSON FIREARMS | SCCY INDUSTRIES LLC (SKYY IND.) | CPX-2 | 9mm | PISTOL | 9 6682 | $ 389.00 | | | | | | |
| BATTLE Johnny Matthew | 8/17/2020 | Gene al Pawn | GLOCK GEN4 | 22 | 40 | P STOL | AE5K884 | $ 640.00 | | | | | | |
| BATTLE Johnny Matthew | 8/25/2020 | MIAMI POLICE DEPOT INC | Taurus | TH9 | 9mm | PISTOL | ABG6930 2 | $ 400.00 | | | | | | |
| BATTLE Johnny Matthew | 8/27/2020 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI | 556 | PISTOL | NS266807 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 8/28/2020 | Gene al Pawn | GLOCK | 26 | 9mm | P STOL | BPTK600 | $ 610.00 | | | | | | |
| BATTLE Johnny Matthew | 9/3/2020 | MIAMI POLICE DEPOT INC | Taurus | G2C | 9mm | PISTOL | ABH818020 | $ 325.00 | | | | | | |
| BATTLE Johnny Matthew | 9/17/2020 | F or da Gun Center | Ruge | 57 | 5.7x28 | p stol | 641-56449 | $ 799.99 | | | | | | |
| BATTLE Johnny Matthew | 10/4/2020 | MIAMI POLICE DEPOT INC | Glock | 3 | 9mm | PISTOL | ADZV227 | $ 575.00 | | | | | | |
| BATTLE Johnny Matthew | 10/17/2020 | Shoot straight | Sp ngf eld | XD Defende | 9mm | p stol | BY409874 | $ 449.00 | | | | | | |
| BATTLE Johnny Matthew | 10/22/2020 | Gene al Pawn | TAURUS | G2C | 9mm | P STOL | ABC363333 | $ 279.00 | | | | | | |
| BATTLE Johnny Matthew | 10/24/2020 | MIAMI POLICE DEPOT INC | MATRIX AEROSPACE CORPORATION | M556-SC | 556 | PISTOL | SC556-10690 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 11/16/2020 | MIAMI POLICE DEPOT INC | Glock | 20SF | 10mm | P STOL | BRCE762 | $ 625.00 | | | | | | |
| BATTLE Johnny Matthew | 11/27/2020 | MIAMI POLICE DEPOT INC | FNH | 509 | 9mm | PISTOL | GKS0138520 | $ 875.00 | | | | | | |
| BATTLE Johnny Matthew | 12/3/2020 | JOHNSON FIREARMS | GLOCK INC | 26GEN5 | 9mm | PISTOL | AEXF33 | $ 725.00 | NAPLES FL | 11/2/2021 | 334 | | | FOUND IN VEHICLE |
| BATTLE Johnny Matthew | 12/11/2020 | MIAMI POLICE DEPOT INC | Taurus | GC3 | 9mm | PISTOL | ABM211 36 | $ 350.00 | | | | | | |
| BATTLE Johnny Matthew | 12/13/2020 | MIAMI POLICE DEPOT INC | Glock | 19 | 9mm | PISTOL | BRXD212 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 12/15/2020 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI HYBRID | 556 | PISTOL | NS25801 | $ 675.00 | | | | | | |
| BATTLE Johnny Matthew | 12/15/2020 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI HYBRID | 556 | PISTOL | NS300231 | $ 675.00 | | | | | | |
| BATTLE Johnny Matthew | 12/17/2020 | Johnson F ea ms | Delton | DTI-15 | 5.56 | R fle | BS8141 | $ 739.00 | | | | | | |
| BATTLE Johnny Matthew | 12/18/2020 | MIAMI POLICE DEPOT INC | Glock | 17 | 9mm | PISTOL | BHZV186 | $ 675.00 | | | | | | |
| BATTLE Johnny Matthew | 1/8/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI | 556 | PISTOL | NS280797 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/8/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI | 556 | PISTOL | NS280800 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/8/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI | 556 | PISTOL | NS280987 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/8/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI | 556 | PISTOL | NS299560 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/8/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI | 556 | PISTOL | NS299771 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | MATRIX AEROSPACE CORPORATION | M556-SC | 556 | RIFLE | SC556-11289 | $ 700.00 | MIRAMAR FL | 6/28/2021 | 168 | | | FIREARM UNDER INVESTIGATION |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI | 556 | PISTOL | NS267 6 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI | 556 | PISTOL | NS267 91 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI HYBRID | 556 | PISTOL | NS281282 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI HYBRID | 556 | PISTOL | NS281298 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI HYBRID | 556 | PISTOL | NS300381 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | MATRIX AEROSPACE CORPORATION | M556-SC | 556 | RIFLE | SC556-11301 | $ 700.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | MATRIX AEROSPACE CORPORATION | M556-SC | 556 | RIFLE | SC556-12 95 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI HYBRID | 556 | PISTOL | NS281291 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/11/2021 | MIAMI POLICE DEPOT INC | AMERICAN TACTICAL IMPORTS - ATI | OMNI HYBRID | 556 | PISTOL | NS267372 | $ 600.00 | | | | | | |
| BATTLE Johnny Matthew | 1/17/2021 | MIAMI POLICE DEPOT INC | Ruge | Compact 8650 | 45 | p stol | 861-55978 | $ 525.00 | | | | | | |
| BATTLE Johnny Matthew | 1/17/2021 | MIAMI POLICE DEPOT INC | Sm th and Wesson | Sh eld | 9mm | p stol | JFP8676 | $ 575.00 | | | | | | |
| BATTLE Johnny Matthew | 1/22/2021 | MIAMI POLICE DEPOT INC | GLOCK INC. | 26 | 9mm | PISTOL | AEZV371 | $ 625.00 | BOSTON MA | 4/30/2021 | 98 | | | FELON IN POSSESSION |
| BATTLE Johnny Matthew | 1/22/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 19 | 9mm | PISTOL | BNZE679 | $ 625.00 | HIALEAH FL | 4/21/2021 | 89 | | | ROBBERY - STREET-GUN |
| BATTLE Johnny Matthew | 1/22/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 19 | 9mm | PISTOL | BNZE680 | $ 625.00 | HIALEAH FL | 4/20/2021 | 88 | | | ROBBERY - STREET-GUN |
| BATTLE Johnny Matthew | 1/22/2021 | MIAMI POLICE DEPOT INC | SARSILMAZ (SAR ARMS) | SAR 9 | 9mm | PISTOL | T1102-20BV82936 | $ 500.00 | | | | | | |
| BATTLE Johnny Matthew | 1/29/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 22 | 40 | PISTOL | FPK610 | | NOT L STED | NOT LISTED | NOT LISTED | | | FIREARM UNDER INVESTIGATION |
| BATTLE Johnny Matthew | 1/29/2021 | MIAMI POLICE DEPOT INC | SIG SAUER (SIG-ARMS) | P365 XL | 9 | PISTOL | 66A166778 | | | | | | | |
| BATTLE Johnny Matthew | 1/29/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 22 | 40 | PISTOL | FHE579 | | | | | | | |
| BATTLE Johnny Matthew | 2/1/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 27 | 40 | PISTOL | BPAK866 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 2/1/2021 | MIAMI POLICE DEPOT INC | CENTURY ARMS INTERNATIONAL | Not Listed | 762 | PISTOL | PF-617 -2020 | $ 990.00 | | | | | | |
| BATTLE Johnny Matthew | 2/3/2021 | MIAMI POLICE DEPOT INC | TAURUS | G3 | 9mm | PISTOL | ABN361563 | $ 350.00 | NASSAU, BAHAMAS | 5/23/2021 | 109 | | | POSSESSION OF WEAPON |
| BATTLE Johnny Matthew | 2/3/2021 | MIAMI POLICE DEPOT INC | TAURUS | G2C | 9mm | PISTOL | ACA392312 | $ 325.00 | | | | | | |
| BATTLE Johnny Matthew | 2/3/2021 | MIAMI POLICE DEPOT INC | SMITH & WESSON | BODYGUARD | 380 | PISTOL | KHT7597 | $ 350.00 | | | | | | |
| BATTLE Johnny Matthew | 2/3/2021 | MIAMI POLICE DEPOT INC | SMITH & WESSON | BODYGUARD | 380 | PISTOL | KHU328 | $ 350.00 | | | | | | |
| BATTLE Johnny Matthew | 2/9/2021 | A B PAWN & GUN INC | GLOCK INC | 27 | 40 | PISTOL | BPAK09 | | CHARLOTTE NC | 4/16/2021 | 66 | | | POSSESSION OF WEAPON |
| BATTLE Johnny Matthew | 2/11/2021 | MIAMI POLICE DEPOT INC | HS PRODUKT (IM METAL) | HELLCAT | 9mm | PISTOL | BA122688 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 2/11/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 27 | 40 | PISTOL | BPAK0 7 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 2/16/2021 | MIAMI POLICE DEPOT INC | Glock | 30 | 45 | PISTOL | CKD063 | $ 400.00 | | | | | | |
| BATTLE Johnny Matthew | 2/19/2021 | F or da Gun Center | FNH | f ve seven LE | 5 7 | p stol | 386302935 | $ 1 350.00 | | | | | | |
| BATTLE Johnny Matthew | 2/25/2021 | MIAMI POLICE DEPOT INC | SIG SAUER (SIG-ARMS) | P365 XL | 9 | PISTOL | 66A151665 | $ 675.00 | | | | | | |
| BATTLE Johnny Matthew | 3/4/2021 | MIAMI POLICE DEPOT INC | GLOCK INC | 43 | 9mm | PISTOL | AONN670 | $ 650.00 | MIAMI, FL | 9/18/2021 | 198 | | | FOUND FIREARM |
| BATTLE Johnny Matthew | 3/11/2021 | MIAMI POLICE DEPOT INC | Springfield | Hel cat | 9mm | PISTOL | BA156107 | $ 625.00 | | | | | | |
| BATTLE Johnny Matthew | 3/16/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 22 | 40 | PISTOL | BPAE681 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 3/19/2021 | CSC ARMS LLC | TAURUS INTERNATIONAL | G3C | 9mm | PISTOL | ABL095763 | | | | | | | |
| BATTLE Johnny Matthew | 3/19/2021 | CSC ARMS LLC | TAURUS INTERNATIONAL | ACB5 66 | 9mm | PISTOL | | | | | | | | |
| BATTLE Johnny Matthew | 3/22/2021 | MIAMI POLICE DEPOT INC | Springfield | Hel cat | 9mm | PISTOL | BA20 371 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 3/25/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 20 | 10 | PISTOL | BPAC977 | $ 675.00 | | | | | | |
| BATTLE Johnny Matthew | 3/25/2021 | MIAMI POLICE DEPOT INC | MATRIX AEROSPACE CORPORATION | M556-SC | 556 | PISTOL | SC556-12520 | $ 800.00 | | | | | | |
| BATTLE Johnny Matthew | 4/5/2021 | Gene al Pawn | GLOCK GEN4 | 20 | 10mm | P STOL | BPMS965 | $ 720.00 | | | | | | |
| BATTLE Johnny Matthew | 4/12/2021 | MIAMI POLICE DEPOT INC | MATRIX AEROSPACE CORPORATION | M556-SC | 556 | RIFLE | SC556-12218 | | PEMBROKE PINES FL | NOT LISTED | NOT LISTED | | | FELON IN POSSESSION |
| BATTLE Johnny Matthew | 4/19/2021 | MIAMI POLICE DEPOT INC | Arsenal Inc | SAM7K-34 | 7.62 | PISTOL | KP601 92 | $1 8 5.00 | | | | | | |
| BATTLE Johnny Matthew | 4/24/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 27 | 40 | PISTOL | BTFD005 | $ 650.00 | | | | | | |
| BATTLE Johnny Matthew | 4/24/2021 | MIAMI POLICE DEPOT INC | MATRIX AEROSPACE CORPORATION | M556-SC | 556 | PISTOL | SC556-13 11 | $ 775.00 | | | | | | |
| BATTLE Johnny Matthew | 4/26/2021 | MIAMI GUNS AND RANGE | GLOCK INC | 27 | 40 | PISTOL | BTFA987 | $ 650.00 | HIALEAH FL | 6/27/2021 | 62 | | | WEAPON OFFENSE |
| BATTLE Johnny Matthew | 5/5/2021 | FLORIDA GUN CENTER INC | GLOCK GMBH | 27 | 40 | PISTOL | BTES986 | $ 6 7.00 | | | | | | |
| BATTLE Johnny Matthew | 5/5/2021 | FLORIDA GUN CENTER INC | GLOCK GMBH | 27 | 40 | PISTOL | BTFD510 | $ 5 9.99 | | | | | | |
| BATTLE Johnny Matthew | 8/13/2021 | MIAMI POLICE DEPOT INC | TAURUS INTERNATIONAL | G2C | 9mm | PISTOL | 1C07 972 | | NYPD BRONX NY | 12/31/2021 | 140 | | | 5212 POSS OF WEAPON |
| BATTLE Johnny Matthew | 8/13/2021 | MIAMI POLICE DEPOT INC | TAURUS INTERNATIONAL | G2C | 9mm | PISTOL | 1C075209 | | | | | | | |
| BATTLE Johnny Matthew | 8/13/2021 | MIAMI POLICE DEPOT INC | TAURUS INTERNATIONAL | G2C | 9mm | PISTOL | 1C07S213 | | | | | | | |
| BATTLE Johnny Matthew | 9/8/2021 | MIAMI POLICE DEPOT INC | PHOENIX ARMS CO | HP22A | 22 | PISTOL | 4569172 | | NEW YORK, NY | 12/3/2021 | 86 | | | NO POSSESSOR LISTED |
| BATTLE Johnny Matthew | 9/22/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 27 | 40 | PISTOL | BSRN937 | | | | | | | |
| BATTLE Johnny Matthew | 9/22/2021 | MIAMI POLICE DEPOT INC | GLOCK GMBH | 30S | 45 | PISTOL | BUGG633 | | | | | | | |
| BATTLE Johnny Matthew | | UC Pu chase | CAN K | TP95F | 9mm | PISTOL | 21AT10580 | $ 720.00 | HIALEAH, FL | 5/3/2022 | | BATTLE,, Johnny Matthew | 764020-22-0041 | Pu chased f om BATTLE by UC |
| BATTLE Johnny Matthew | | UC Pu chase | HS PRODUCT (IM METAL) | HELLCAT | 9mm | PISTOL | BA699460 | $ 800.00 | HIALEAH, FL | 3/9/2022 | | BATTLE, Johnny Matthew | 764020-22-0041 | Pu chased f om BATTLE by UC |
| BATTLE Johnny Matthew | | UC Pu chase | GLOCK INC | 43 | 9mm | PISTOL | BOXE834 | $ 700.00 | HIALEAH, FL | 3/23/2022 | | BATTLE, Johnny Matthew | 764020-22-0041 | Pu chased f om BATTLE by UC |
| BATTLE Johnny Matthew | | UC Pu chase | FHN USA | 509 | 9mm | PISTOL | GKS0253056 | $ 900.00 | HIALEAH, FL | 3/9/2022 | | BATTLE, Johnny Matthew | 764020-22-0041 | Pu chased f om BATTLE by UC |
| BATTLE Johnny Matthew | | UC Pu chase | TAURUS | 38 SPL | 38 | PISTOL | JP50934 | | HIALEAH, FL | 3/14/2017 | | BATTLE, Johnny Matthew | 764020-22-0041 | Pu chased f om BATTLE by UC |
| BATTLE Johnny Matthew | | UC pu chase | CENTURY ARMS INTERNATIONAL | WASR-M | 9mm | RIFLE | RON20S2293 | $ 800.00 | HIALEAH, FL | 5/3/2022 | | BATTLE,, Johnny Matthew | 764020-22-0041 | Pu chased f om BATTLE by UC |
| BATTLE Johnny Matthew | | UC pu chase | MATRIX AEROSPACE CORPORATION | M556-SC | 556 | P STOL | SCSS612448 | $ 900.00 | HIALEAH, FL | 5/3/2022 | | BATTLE,, Johnny Matthew | 764020-22-0041 | Pu chased f om BATTLE by UC |

$75 096.36