UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cr-20352-Bloom

UNITED STATES OF AMERICA,

v.

JOHNNY MATTHEW BATTLE, JR.,

    Defendant.
_____/

## UNITED STATES OF AMERICA'S NOTICE OF EXPERT TESTIMONY AND RECIPROCAL DEMAND FOR DEFENDANT'S EXPERT DISCLSOURE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) of its intent to introduce expert testimony in its case-in-chief at trial, based upon the Defendant's written request for expert disclosures filed on June 26, 2023 (DE 46). The government informed Defendant of his obligation to provide his written summary of potential expert testimony pursuant to Fed. R. Crim P. 16(b)(1)(c), and the Defendant advised that he did not anticipate calling an expert.

The United States intends to call the following experts at trial and hereby discloses a summary of the expert's opinions, the bases for those opinions, and the expert's qualifications. The United States notes that with respect to the proposed testimony below Wayne Moser, Imtiaz I. Baksh, Matthew Klein, and Pedro Bigorra are expected to testify about as fact witnesses in this case regarding matters which they have personal knowledge under Federal Rule of Evidence 602 and about which they may opine under Federal Rule of Evidence 702. This notice only pertains to the potential expert testimony that may be offered during the testimony of these witnesses.

The United States believes that the bulk of testimony from Messrs. Moser, Baksh, Klein and Bigorra is factual and that any related opinions are lay opinions pursuant to Federal Rule of Evidence 701.  *See United States v. Jayyousi*, 657 F.3d 1085, 1102 (11th Cir. 2011) (allowing an FBI agent to give lay opinions based on his investigation of the case, noting: "We have allowed a lay witness to base his opinion testimony on his examination of documents even when the witness was not involved in the activity about which he testified."). Still, the United States is listing their testimony as a courtesy and in an abundance of caution.

1. **Wayne Moser, Firearms Enforcement Officer, Bureau of Alcohol, Tobacco, Firearms and Explosives.**

Training/Qualifications: A copy of Firearms Enforcement Officer's ("FEO") Moser's qualifications were provided to the defense in SDO-3 on March 17, 2023 (USA_1489).

Summary of Testimony/Opinion and Basis: FEO Moser' Reports of Technical Investigation were previously provided to the defense in SDO-3 on March 17, 2023 (USA_1488). FEO Moser will testify that he examined and test-fired the machinegun conversion device commonly referred to as a "Glock Switch," which was purchased from the Defendant on or about May 6, 2022 from the Defendant. FEO Moser will testify that the "Glock Switch" is a machinegun as defined in 26 U.S.C. § 5845(b) and 18 U.S.C. § 921(a)(24), and a "firearm" as defined in 26 U.S.C. § 5845(a)(6). FEO Moser will testify that the "Glock Switch" does not bear the marks of identification required by the NFA, such as a serial number. *See* 26 U.S.C. § 5842. Additionally, FEO Moser will testify about the history of the NFA, and the reasons why certain firearms under the NFA, including machineguns and machinegun conversion devices, are required to be registered, and the process for registering machine guns. FEO Moser will testify regarding the design characteristics of machinegun conversion devices. FEO Moser will also testify about the availability of machinegun conversion devices for other firearms, such as AR-15 type rifles, that were discussed in text messages in the Defendant's iCloud account.

FEO Moser will also testify about the modifications that may be required to fit a "Glock Switch" into a Glock pistol, specifically, filing the upper rear portion of the frame of the pistol. It is anticipated that FEO Moser will identify those modifications on at least two Glock pistols found in the Defendant's possession when he was arrested: Glock 19, serial number BDLM560

3

and Glock 22, serial number BSRC445. FEO Moser will testify that he observed (via Facetime) an ATF Task Force Officer in Miami, Florida insert the "Glock Switch" the Defendant sold on May 3, 2022 into Glock 19 serial number BDLM560 which was seized form the Defendant and fire it. The gun fired more than a one round with a single function of the trigger.

WAYNE MOSER
Digitally signed by WAYNE MOSER
Date: 2023.07.12 13:25:05 -04'00'

Wayne Moser

**2.** **Imtiaz I. Baksh, ATF Investigator Crime Gun Intelligence Center**

**Training/Qualifications**: A copy of Firearms Investigator Imtiaz Baksh's qualifications were provided to the defense in SDO-4 on June 30, 2023 (USA_1884-1888) and July 12, 2023 (USA_9570). During the past 4 years, Investigator Baksh has not testified as an expert at trial or deposition.

**Summary of Testimony/Opinion and Basis**: Imitaz I. Baksh will testify that he was a firearms investigator that flagged the Defendant's multiple sale reports, investigated the Defendant's firearm purchases and traces of firearms that were purchased by the Defendant and referred the Defendant for further investigation. Investigator Baksh will testify that the Defendant's multiple purchases of multiple firearms within a short period of time is indicative of gun trafficking. He will also testify that the repeated purchases of the same guns, and the types of guns purchased by the Defendant were indicative of gun trafficking. Investigator Baksh will also testify that at the time of his investigation, three firearms purchased by the Defendant had been traced by law enforcement (Miami-Dade Police Department, Newton County (Georgia) Sheriff, and Palm Beach County Sheriff's Office) after being recovered in criminal investigations. Inspector Baksh will testify that multiple traces are also indicative of firearms trafficking. Inspector Baksh will testify that the Defendant's wages did not support the number of firearms he purchased.

Imitaz I. Baksh

   3. **Matthew Klein, ATF Investigator – Industry Operations**

**Training/Qualifications**: A copy of Investigator Matt Klein's qualifications were provided to the defense in SDO-4 on June 30, 2023 (USA_1889). During the past 4 years, Investigator Klein has not testified as an expert at trial or deposition.

**Summary of Testimony/Opinion and Basis**: Investigator Klein will testify about the processes for a federally licensed firearms dealer to transfer a firearm to another federally licensed firearms dealer or to a non-licensee, and the records that must be kept. Investigator Klein will testify that a federally licensed firearms dealer is required to initiate a criminal history background check on a prospective firearm buyer prior to each sale or transfer of a firearm to a non-licensee. Further, Investigator Klein will testify that a federally licensed firearms dealer is required to complete ATF Form 4473 prior to the sale or transfer of any firearm to a non-licensee and must also record the acquisition and disposition of every firearm in an acquisition and disposition record (the "A&D Book"), which the federally licensed firearms dealer is required to keep on the business premises. Investigator Klein will testify about a federally licensed firearms dealer's obligations to report multiple sales of firearms. Investigator Klein will testify about the locations where a federally licensed firearms dealer may conduct business and transfer firearms. Investigator Klein will also testify about the Federal Firearms Licensees at 1040 East 49th Street, Hialeah, Florida. Specifically, he will testify that the following Federal Firearms Licensees located at that address have held, or hold, Federal Firearms Licenses:

   1. Hialeah Range and Gun Shop Inc (1-59-02886) Inactive
    New License 06/20/1979 to 6/01/2005 Out of Business
    EIN: 59-0941279

   2. Hialeah Range and Gun Shop Inc (1-59-04583) Inactive

New License 05/12/2005 to 06/01/2020 Out of Business
EIN: 59-0941127

3. Hialeah Range and Gun Shop Inc d/b/a Miami Guns & Range (1-59-50741) Active

New License 01/03/2018 to current
EIN: 59-0941279

4. Miami Police Depot INC (1-59-32495) Active

New License 07/07/2015 to current
Moved to New Address on 11/02/2017
EIN: 47-3730894

*[signature]*

**Matthew Klein**

3.  **Pedro Bigorra, ATF Trafficking Group**

**Training/Qualifications**: A copy of Special Agent Bigorra's qualifications were provided to the defense on July 12, 2023 (USA_9569). During the past 4 years, Special Agent Bigorra has not testified as an expert at trial or deposition.

**Summary of Testimony/Opinion and Basis**: Special Agent Bigorra will testify that the Defendant's multiple purchases of multiple firearms withing a short period of time is indicative of gun trafficking, these multiple purchases are memorialized in at least 22 separate multiple sale reports filed with the ATF by Federal Firearms Licensees dated between January 11, 2018 and September 22, 2021 (USA_1503-1524).  Special Agent Bigorra will also testify that law enforcement's frequent recoveries of firearms purchased by the Defendant is also indicative of firearms trafficking. At least 26 firearms purchased by the Defendant were later traced by law enforcement authorities across the United States and in the Bahamas in connection with other law enforcement investigations (USA_1526-1558).  The short period of time between the Defendant's purchase of the firearms and the recovery of those firearms is indicative of trafficking.  For example, one Jimenez pistol the Defendant purchased April 30, 2017 was recovered 7 days later on May 7, 2017 and queried in the ATF database May 11, 2017 by the Palm Beach Sheriff's Office (USA_1548).  Similarly, one of the pistols the Defendant sold to the undercover detective on March 9, 2022 was purchased by a third party that same day (USA_9468).

Special Agent Bigorra will also testify that the Defendant's reported wages did not support the number of firearms he was purchasing, which is also indicative of firearms trafficking.

_____
**Pedro Bigorra**

Having made this disclosure, as noted the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

Respectfully submitted,

BY: */s/ Hayden P. O'Byrne*
Hayden P. O'Byrne
Assistant United States Attorney
Florida Bar No. 60024
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9447
Email: Hayden.obyrne@usdoj.gov