**Calls Grid** [redacted]

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| [redacted] | | Incoming | Yo this tall man boy who be with him you see us in public | 02/15/2021 | 02:10:35 PM | 192847 |
| | | Incoming | Publix | 02/15/2021 | 02:10:39 PM | 192848 |
| | | Incoming | Wat you got on hand | 02/15/2021 | 02:10:48 PM | 192849 |
| | | Incoming | I'm tryna make a flip feel me | 02/15/2021 | 02:11:03 PM | 192850 |
| | | Outgoing | 3 Glock 22 going for 2500 once comes with a exstendo | 02/15/2021 | 02:11:44 PM | 192852 |
| | | Outgoing | He told me you want them | 02/15/2021 | 02:12:26 PM | 192853 |
| | | Incoming | And 2500 the best | 02/15/2021 | 02:14:08 PM | 192855 |
| | | Incoming | You got no 9s | 02/15/2021 | 02:14:23 PM | 192856 |
| | | Incoming | I told him I need like 2 nines and 2 glocks but imma see wat my dawg saying | 02/15/2021 | 02:14:57 PM | 192858 |
| | | Outgoing | He told me he wanted 40s and glocks not cheap | 02/15/2021 | 02:15:38 PM | 192859 |
| | | Outgoing | No 9s right now | 02/15/2021 | 02:17:12 PM | 192863 |
| | | Incoming | Cause I'm on the budget so we can't go in the stores like last time but I'm hitting my dawg now | 02/15/2021 | 02:18:33 PM | 192866 |
| | | Outgoing | That looks suspect I can't have y'all in the store with me | 02/15/2021 | 02:19:28 PM | 192867 |
| | | Incoming | Nah not like that in the same nigga who be with him we went in the store the last time but I'm saying like I show u what we want but imma tell my peeps rite now he had like 2700 to spend but he wanted 3 Glocks and19 | 02/15/2021 | 02:21:37 PM | 192868 |
| | | Outgoing | Ok you remember where the store at? | 02/15/2021 | 02:22:41 PM | 192870 |
| | | Incoming | Imm tell him wat you have rite now and price see wat he say | 02/15/2021 | 02:24:02 PM | 192872 |
| | | Outgoing | Ok bro | 02/15/2021 | 02:24:27 PM | 192873 |
| | | Incoming | I got you though | 02/15/2021 | 02:24:37 PM | 192874 |
| | | Incoming | 2500 the best | 02/15/2021 | 02:24:42 PM | 192875 |
| | | Incoming | Price | 02/15/2021 | 02:24:59 PM | 192876 |
| | | Outgoing | Yes they discount them already | 02/15/2021 | 02:25:43 PM | 192877 |
| | | Incoming | Aight got you | 02/15/2021 | 02:26:11 PM | 192878 |
| | | Outgoing | Ok bro | 02/15/2021 | 02:26:28 PM | 192879 |
| | | Incoming | Any way you could send pic telegram or any other low key app to show boost his head | 02/15/2021 | 02:26:44 PM | 192880 |
| | | Outgoing | Dam I just left the shop where y'all at | 02/15/2021 | 02:27:41 PM | 192882 |
| | | Outgoing | Where you at now | 02/15/2021 | 02:39:44 PM | 192885 |
| | | Outgoing | Yo | 02/15/2021 | 02:53:22 PM | 192890 |
| | | Incoming | My bad bruh I had fell asleep imma hit you tommorow see I'm out of town and tryna deal with this but he saying 2500 a lil high four 3 guns that's like wat pay in the Bahamas we tryna get flip to make money | 02/15/2021 | 11:55:57 PM | 192985 |
| | | Outgoing | Then he won't be getting no dam Glocks and I know what they pay for each gun in Bahamas I got other homies that's do the same shit | 02/15/2021 | 11:57:16 PM | 192990 |
| | | Incoming | Yea I know I already told him Glocks be 700-800 | 02/15/2021 | 11:58:44 PM | 192992 |

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| [redacted] | | Incoming | But he saying he only need 2glocks and like 2 9s imma just try wait until I come back to go in store take pic and get wat in his price rage | 02/16/2021 | 12:00:21 AM | 192993 |
| | | Outgoing | Ok I'll look for him tomorrow | 02/16/2021 | 12:01:09 AM | 192994 |
| | | Outgoing | What he want g2c | 02/16/2021 | 12:01:19 AM | 192995 |
| | | Outgoing | Something like this for the 9s | 02/16/2021 | 12:02:04 AM | 192996 |
| | | Incoming | Yea appreciate that yea like the one my brother got with drum | 02/16/2021 | 12:02:39 AM | 192997 |
| | | Outgoing | These go for like 500 out the door | 02/16/2021 | 12:02:47 AM | 192998 |
| | | Outgoing | What gun he got with the drum | 02/16/2021 | 12:03:05 AM | 192999 |
| | | Outgoing | So ima get the price for 2 Glock 22 and 2 9mm is he gone be ready for sure tomorrow cuz if not I'm going to waste my time at the gun shop | 02/16/2021 | 12:05:11 AM | 193000 |
| | | Incoming | Aight wat bout 40s | 02/16/2021 | 12:10:06 AM | 193004 |
| | | Incoming | Like 2 9s 40,22 | 02/16/2021 | 12:10:34 AM | 193005 |
| | | Outgoing | The Glock 22 are 40s | 02/16/2021 | 12:17:00 AM | 193008 |
| | | Incoming | Yea yea I'm tripping but yea that's all | 02/16/2021 | 12:18:16 AM | 193011 |
| | | Outgoing | Ok | 02/16/2021 | 12:25:02 AM | 193012 |
| | | Outgoing | Yo | 02/16/2021 | 10:12:17 AM | 193047 |
| | | Outgoing | Ok for 2 of these gone be 1200 out the door | 02/16/2021 | 10:17:50 AM | 193052 |
| | | Outgoing | And for the 2 glocks 1291.49 out the door | 02/16/2021 | 10:19:11 AM | 193053 |
| | | Incoming | | 02/17/2021 | 09:55:57 AM | 193321 |
| | | Incoming | | 02/17/2021 | 09:56:09 AM | 193322 |
| | | Outgoing | What yo boy said | 02/17/2021 | 01:06:21 PM | 193369 |
| | | Outgoing | I'll charge him a 100 a gun | 02/17/2021 | 01:10:34 PM | 193370 |
| | | Outgoing | Yo they got 2 of the cheap glocks left do he want them for now until get the other ones | 02/17/2021 | 03:57:55 PM | 193418 |
| | | Outgoing | Yo | 02/18/2021 | 04:37:16 PM | 193763 |
| | | Outgoing | Yo still capping | 02/19/2021 | 01:14:49 PM | 193877 |