## Calls Grid 754-[redacted]

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Raw NEW NUMBER..ERASE DAT 786[redacted] phone number | 11/30/2021 | 03:21:22 PM | 266189 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ok my G | 11/30/2021 | 03:21:58 PM | 266190 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | | 12/18/2021 | 11:27:12 AM | 271440 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Loved an image | 12/18/2021 | 11:47:16 PM | 271667 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | How much | 12/18/2021 | 11:48:38 PM | 271668 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Sold already it was going for 500 | 12/19/2021 | 12:06:32 AM | 271669 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | 357 | 12/19/2021 | 12:06:39 AM | 271670 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | I need a glok 40 right now | 12/19/2021 | 12:14:17 AM | 271671 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | I got a Glock 22 which is a 40 | 12/19/2021 | 12:53:25 AM | 271672 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Send it | 12/19/2021 | 12:54:55 AM | 271673 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Pic | 12/19/2021 | 12:54:59 AM | 271674 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | | 12/19/2021 | 12:58:56 AM | 271675 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Brand new | 12/19/2021 | 12:59:12 AM | 271676 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | How much | 12/19/2021 | 12:59:19 AM | 271677 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | | 12/19/2021 | 12:59:23 AM | 271678 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | 800 | 12/19/2021 | 12:59:40 AM | 271679 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | 960 never shot | 12/19/2021 | 01:00:16 AM | 271680 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Loved an image | 12/19/2021 | 02:09:20 AM | 271682 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | I want da 22 | 12/19/2021 | 02:09:27 AM | 271683 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Is it brand new like all of em | 12/19/2021 | 02:09:49 AM | 271684 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Yea | 12/19/2021 | 03:57:53 AM | 271688 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Yo | 12/19/2021 | 03:11:37 PM | 271782 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Yo | 12/19/2021 | 06:00:46 PM | 271793 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Sig sauer p938 2tone 1 can u get dat | 12/19/2021 | 07:06:28 PM | 271796 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ima see if my homie got one | 12/19/2021 | 07:11:42 PM | 271797 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Ok i need dat fa my Gurl | 12/19/2021 | 07:12:08 PM | 271799 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ok I got you | 12/19/2021 | 07:12:22 PM | 271800 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | | 12/19/2021 | 07:12:41 PM | 271801 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ok kool | 12/19/2021 | 07:15:14 PM | 271805 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Where you at | 12/19/2021 | 07:55:28 PM | 271827 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | On da i wanna meet me at my granny hise | 12/19/2021 | 07:56:03 PM | 271828 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ok send addy again | 12/19/2021 | 07:57:51 PM | 271829 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | [redacted] 33311 | 12/19/2021 | 07:58:23 PM | 271830 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ok 12 min away how far are you | 12/19/2021 | 07:58:52 PM | 271831 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Like da same | 12/19/2021 | 07:59:06 PM | 271832 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ok kool | 12/19/2021 | 07:59:14 PM | 271833 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | You there | 12/19/2021 | 08:17:35 PM | 271834 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Yea im here | 12/19/2021 | 08:19:10 PM | 271835 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ok | 12/19/2021 | 08:19:49 PM | 271836 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | | 12/20/2021 | 02:36:50 PM | 272026 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | 1500 | 12/20/2021 | 02:36:59 PM | 272027 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | | 12/29/2021 | 01:26:10 PM | 273677 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Do have a Rarebreed trigger or wot | 12/29/2021 | 07:15:04 PM | 273786 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | What's that | 12/29/2021 | 07:15:37 PM | 273787 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Ar trigger wide open trigger | 12/29/2021 | 07:16:01 PM | 273788 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Have to order that | 12/29/2021 | 07:16:41 PM | 273789 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | Can u getta anotha ar like mines | 12/29/2021 | 07:21:53 PM | 273790 |
| Fort Lauderdale, FL | (754 [redacted] | Incoming | N how much | 12/29/2021 | 07:21:58 PM | 273791 |
| Fort Lauderdale, FL | (754 [redacted] | Outgoing | Ima see | 12/29/2021 | 07:28:18 PM | 273792 |

| Contact Name | Conta[redacted] | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Fort Lauderdale, FL | (754) [redacted] | Incoming | I still dat from earlier | 12/29/2021 | 07:38:21 PM | 273793 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Need dat from from earlier | 12/29/2021 | 07:38:34 PM | 273794 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok kool | 12/29/2021 | 07:40:43 PM | 273795 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Hey bro if you feel better I'll meet you at grandma house | 12/29/2021 | 08:49:01 PM | 273815 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Questioned "Hey bro if you feel better I'll meet you at grandma house " | 12/29/2021 | 09:15:40 PM | 273830 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 12/29/2021 | 09:26:04 PM | 273849 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | [redacted] 33319 | 12/29/2021 | 09:35:07 PM | 273850 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | My bad phone died | 12/29/2021 | 09:35:16 PM | 273851 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok I'm about to be on the way | 12/29/2021 | 09:35:42 PM | 273852 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok kih im here | 12/29/2021 | 09:35:56 PM | 273853 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Kuh | 12/29/2021 | 09:36:00 PM | 273854 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Bro you 6 min away from me | 12/29/2021 | 09:36:12 PM | 273855 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Where I stay | 12/29/2021 | 09:36:17 PM | 273856 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok kool | 12/29/2021 | 09:36:26 PM | 273857 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 12/29/2021 | 09:36:29 PM | 273858 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | I'm outside big bro | 12/29/2021 | 10:09:15 PM | 273873 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo bro I got the hammer we had to send the sight off to the maker so they can give you another one that one was damaged so the site should be in within 6 business days | 12/30/2021 | 07:14:40 PM | 274016 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok bet | 12/30/2021 | 07:17:05 PM | 274017 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Where you at? | 12/30/2021 | 07:18:36 PM | 274018 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 12/30/2021 | 08:23:18 PM | 274019 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yoo | 12/30/2021 | 08:23:31 PM | 274020 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Wya | 12/30/2021 | 08:23:40 PM | 274021 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Iak n 55th | 12/30/2021 | 08:23:49 PM | 274022 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Oak n 55th | 12/30/2021 | 08:23:54 PM | 274023 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | You going to grandma house | 12/30/2021 | 08:24:04 PM | 274024 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yea | 12/30/2021 | 08:24:13 PM | 274025 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Send me the addy again I'll pull up to you | 12/30/2021 | 08:27:43 PM | 274026 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | 2170 nw 28th ave fort lauderdale fl 33311 | 12/30/2021 | 08:28:37 PM | 274027 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok on the way | 12/30/2021 | 08:28:52 PM | 274028 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 12/31/2021 | 02:28:01 PM | 274120 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1850 | 12/31/2021 | 02:28:06 PM | 274121 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | | 12/31/2021 | 02:37:15 PM | 274123 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 12/31/2021 | 02:41:03 PM | 274124 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yesssirrr | 12/31/2021 | 02:41:17 PM | 274125 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | I'm coming | 12/31/2021 | 02:41:23 PM | 274126 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Second floor right? | 12/31/2021 | 02:44:58 PM | 274127 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yesssirrr | 12/31/2021 | 02:45:09 PM | 274128 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok I'm pulling in now | 12/31/2021 | 02:45:24 PM | 274129 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | | 12/31/2021 | 03:10:12 PM | 274133 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok ima talk to him | 12/31/2021 | 03:10:56 PM | 274134 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Bet | 12/31/2021 | 03:11:02 PM | 274135 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | You like this 380 | 01/01/2022 | 09:15:56 PM | 274482 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yea its kool | 01/01/2022 | 09:16:51 PM | 274484 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | My homie got it on the market for 600 if you know anyone that want it | 01/01/2022 | 09:19:55 PM | 274486 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 01/02/2022 | 07:51:58 PM | 274719 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yooo | 01/02/2022 | 07:52:08 PM | 274720 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | What's good with you? | 01/02/2022 | 07:52:19 PM | 274721 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Koolin | 01/02/2022 | 07:52:34 PM | 274722 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Wat det cuzzo | 01/02/2022 | 07:52:42 PM | 274723 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Dey do lol i mean | 01/02/2022 | 07:52:51 PM | 274724 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Lol shit I got your baby I meant to text you earlier | 01/02/2022 | 07:53:20 PM | 274725 |

| Contact Name | Conta[redacted] | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Lol ok hell yea im at da crib | 01/02/2022 | 07:53:47 PM | 274726 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok I'm dropping my princess off to the house and then I'll come to you | 01/02/2022 | 07:54:31 PM | 274727 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok bet | 01/02/2022 | 07:55:01 PM | 274729 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/02/2022 | 07:55:10 PM | 274730 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 6 min away | 01/02/2022 | 08:14:06 PM | 274750 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok cuzzo | 01/02/2022 | 08:14:22 PM | 274751 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/04/2022 | 04:42:00 PM | 275057 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Hellcat 780 | 01/04/2022 | 04:42:07 PM | 275058 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | How much | 01/04/2022 | 04:42:53 PM | 275059 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 01/06/2022 | 12:16:48 PM | 275887 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yoo | 01/06/2022 | 02:04:39 PM | 275962 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | What's good | 01/06/2022 | 02:06:59 PM | 275963 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Rawdeezy84 | 01/08/2022 | 09:43:21 PM | 276806 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/11/2022 | 03:31:47 PM | 277201 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Micro | 01/11/2022 | 03:32:53 PM | 277202 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Awww i need dat | 01/11/2022 | 03:33:10 PM | 277203 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | How much | 01/11/2022 | 03:34:08 PM | 277204 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Hold on lol | 01/11/2022 | 03:34:18 PM | 277205 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1900 with the drum | 01/11/2022 | 03:35:10 PM | 277206 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | | 01/11/2022 | 04:05:39 PM | 277212 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | | 01/11/2022 | 04:07:36 PM | 277213 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | | 01/11/2022 | 04:49:38 PM | 277233 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo wya | 01/11/2022 | 06:57:17 PM | 277257 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Office | 01/11/2022 | 06:57:25 PM | 277258 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok I'm heading back up your brother there too | 01/11/2022 | 06:58:22 PM | 277259 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Nall we a pull up on him | 01/11/2022 | 06:58:38 PM | 277260 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok | 01/11/2022 | 06:58:45 PM | 277261 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | U checkd fa da upper piece | 01/11/2022 | 07:15:49 PM | 277263 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok | 01/11/2022 | 07:17:14 PM | 277264 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | They don't have them ima have to check another place | 01/11/2022 | 07:17:57 PM | 277265 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Almost to you still at the office | 01/11/2022 | 07:59:47 PM | 277269 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yea im here | 01/11/2022 | 08:00:01 PM | 277270 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok and you want to me to ride with you to drop his draco off | 01/11/2022 | 08:01:53 PM | 277271 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yea his shit at da light in front of lauderhill mall | 01/11/2022 | 08:02:24 PM | 277272 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok kool | 01/11/2022 | 08:02:41 PM | 277273 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | I'm 10 min away | 01/11/2022 | 08:02:50 PM | 277274 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | K | 01/11/2022 | 08:02:56 PM | 277275 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | You want me to come up or you coming down | 01/11/2022 | 08:21:41 PM | 277278 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 750 | 01/12/2022 | 04:24:42 PM | 277415 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 650 | 01/14/2022 | 12:31:20 PM | 277912 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1600 | 01/17/2022 | 06:51:38 PM | 278669 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/17/2022 | 06:52:06 PM | 278671 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 01/18/2022 | 08:35:20 PM | 279027 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1300 | 01/18/2022 | 08:36:48 PM | 279028 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | | 01/18/2022 | 08:48:49 PM | 279029 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yea im going to grab the AR with the switch | 01/18/2022 | 08:49:55 PM | 279030 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Dat bih fire i just dont really like big shit | 01/18/2022 | 08:50:34 PM | 279031 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | I know see if your cousin want it he can put a switch on it | 01/18/2022 | 08:52:52 PM | 279032 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok | 01/18/2022 | 08:53:15 PM | 279033 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | I'm going to meet up with my boi now | 01/18/2022 | 08:57:28 PM | 279037 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/20/2022 | 03:01:36 PM | 279572 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1600 | 01/20/2022 | 03:01:52 PM | 279574 |

USA_10000

| Contact Name | Conta[redacted] | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok | 01/20/2022 | 03:01:56 PM | 279575 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Or he said you can give him 1000 worth dope and 600 | 01/20/2022 | 03:02:24 PM | 279577 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Like last time | 01/20/2022 | 03:02:32 PM | 279578 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | It's a 9mm | 01/20/2022 | 03:02:42 PM | 279579 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Draco 9mm | 01/20/2022 | 03:02:48 PM | 279580 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Dat bih fire | 01/20/2022 | 03:03:12 PM | 279583 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Hell yeah | 01/20/2022 | 03:03:19 PM | 279584 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Kel tec 1400 or best offer | 01/20/2022 | 03:27:47 PM | 279622 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Both for 2800 | 01/20/2022 | 03:33:30 PM | 279632 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Or 1000 in dope and 1800 in cash | 01/20/2022 | 03:34:03 PM | 279633 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok let me c i was on da phone wit da bank | 01/20/2022 | 04:06:00 PM | 279649 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Oh ok you good | 01/20/2022 | 04:09:10 PM | 279650 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1200 | 01/24/2022 | 12:54:48 PM | 280637 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Apex trigger Nights sights 3 mags Box of hornady | 01/24/2022 | 12:55:05 PM | 280638 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Cuzz | 01/26/2022 | 06:53:18 PM | 281563 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | What's up | 01/26/2022 | 06:53:30 PM | 281564 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 38 for 700 | 01/27/2022 | 11:35:59 AM | 281716 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Need a black one lol no hammer | 01/27/2022 | 11:36:41 AM | 281717 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok then shit going for more | 01/27/2022 | 11:38:06 AM | 281720 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Got a Glock 30sf and Glock 22 Gen 1900 for both | 01/29/2022 | 01:45:43 AM | 282065 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 01/29/2022 | 02:56:14 PM | 282141 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1500 or best offer short barrel AR | 01/29/2022 | 02:57:14 PM | 282142 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo cuz wya | 01/29/2022 | 05:23:24 PM | 282189 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Mastro | 01/29/2022 | 05:23:37 PM | 282190 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | What's that? | 01/29/2022 | 05:24:12 PM | 282192 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Mastros restauarant | 01/29/2022 | 05:24:32 PM | 282194 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok | 01/29/2022 | 05:28:38 PM | 282199 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Got a Glock 42 small | 01/30/2022 | 06:44:18 PM | 282534 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Send pic | 01/30/2022 | 06:59:32 PM | 282547 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/30/2022 | 07:00:52 PM | 282548 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 380 | 01/30/2022 | 07:00:58 PM | 282549 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | How much i mite geab it fa me | 01/30/2022 | 07:01:43 PM | 282550 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 700 | 01/30/2022 | 07:04:31 PM | 282554 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | He put night sites on it new picture of it | 01/30/2022 | 07:05:10 PM | 282555 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | You want it | 01/30/2022 | 08:09:35 PM | 282574 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Nall | 01/30/2022 | 08:09:49 PM | 282576 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok | 01/30/2022 | 08:10:03 PM | 282577 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Bet | 01/30/2022 | 08:10:31 PM | 282579 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/30/2022 | 08:10:40 PM | 282580 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 01/31/2022 | 11:00:54 AM | 282768 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yoo | 01/31/2022 | 11:01:27 AM | 282770 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | What's good with you | 01/31/2022 | 11:01:53 AM | 282771 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Koolin wat dey do cuz | 01/31/2022 | 11:02:36 AM | 282772 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Shit viben | 01/31/2022 | 11:02:45 AM | 282773 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/31/2022 | 01:22:59 PM | 282864 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 509 tactical | 01/31/2022 | 01:23:13 PM | 282865 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1100 | 01/31/2022 | 01:23:33 PM | 282866 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | P365 | 01/31/2022 | 01:24:08 PM | 282867 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 850 | 01/31/2022 | 01:24:15 PM | 282868 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok | 01/31/2022 | 01:28:27 PM | 282869 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok | 01/31/2022 | 01:29:14 PM | 282870 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 01/31/2022 | 02:47:52 PM | 282898 |

| Contact Name | Conta[redacted] | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1500 | 01/31/2022 | 02:47:52 PM | 282899 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 02/01/2022 | 01:42:28 PM | 283375 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 750 | 02/01/2022 | 01:42:28 PM | 283376 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 02/02/2022 | 10:54:30 AM | 283706 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Bundle 2000 or best offer | 02/02/2022 | 10:54:35 AM | 283707 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 02/07/2022 | 01:29:07 PM | 285636 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1500 | 02/07/2022 | 01:29:17 PM | 285637 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Dat bih fire | 02/07/2022 | 01:29:46 PM | 285638 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Hell yeah | 02/07/2022 | 01:33:53 PM | 285639 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | XD40 600 | 02/08/2022 | 11:02:52 AM | 285858 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 1500 | 02/08/2022 | 01:14:46 PM | 285891 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Dat bih hard | 02/08/2022 | 03:12:38 PM | 285929 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Wats dat ak | 02/08/2022 | 03:12:54 PM | 285930 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yea | 02/08/2022 | 03:13:02 PM | 285931 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Dat bih tuff | 02/08/2022 | 03:13:19 PM | 285932 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Mite want dat | 02/08/2022 | 03:13:23 PM | 285933 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | I need ta get rid of my big AR da ghost | 02/08/2022 | 03:14:05 PM | 285934 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Lol keep the AR bro | 02/08/2022 | 03:20:44 PM | 285937 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | He asked me did you want it before he put it online | 02/08/2022 | 04:35:07 PM | 285981 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Glock 45 9mm | 02/08/2022 | 06:25:00 PM | 286020 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 860 | 02/08/2022 | 06:25:00 PM | 286021 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Damn now dats dat man | 02/08/2022 | 06:26:56 PM | 286027 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | The Glock | 02/08/2022 | 06:27:26 PM | 286028 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Hell yea | 02/08/2022 | 06:27:40 PM | 286029 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | I fire I got 2 | 02/08/2022 | 06:27:47 PM | 286030 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Let me know if you want it | 02/08/2022 | 06:28:24 PM | 286031 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok | 02/08/2022 | 06:28:58 PM | 286032 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok | 02/08/2022 | 06:33:34 PM | 286037 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | | 02/11/2022 | 03:04:38 PM | 286850 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 760 | 02/12/2022 | 05:07:08 PM | 287157 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | | 02/15/2022 | 11:27:04 AM | 287976 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | That's this week | 02/15/2022 | 11:28:03 AM | 287977 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yessir every saturdays now i got da door | 02/15/2022 | 11:28:37 AM | 287978 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | CHEEZE PLZ!! | 02/15/2022 | 11:28:55 AM | 287979 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | FAXTS that's what's up we | 02/15/2022 | 11:29:22 AM | 287980 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | We lit 1st did gud da owners lovin me lol i swear | 02/15/2022 | 11:29:48 AM | 287981 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Baer leavin dis week so u takin ova | 02/15/2022 | 11:30:02 AM | 287982 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | I got you lol | 02/15/2022 | 11:30:31 AM | 287983 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | He told u rite | 02/15/2022 | 11:30:42 AM | 287984 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yea we just ain't talk numbers | 02/15/2022 | 11:44:12 AM | 287987 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok | 02/15/2022 | 12:13:17 PM | 288000 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Everything good with you | 02/15/2022 | 12:13:37 PM | 288001 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Hell yea just workin | 02/15/2022 | 12:14:00 PM | 288002 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | That's what's up | 02/15/2022 | 12:14:15 PM | 288003 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 02/19/2022 | 07:36:30 PM | 289534 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yoo | 02/19/2022 | 07:36:42 PM | 289535 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | What time we linking | 02/19/2022 | 07:36:59 PM | 289536 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | 1230 | 02/19/2022 | 07:37:21 PM | 289537 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | That's the time you going to the club so should I tell my other guard be there at 12 | 02/19/2022 | 07:38:04 PM | 289538 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Yea | 02/19/2022 | 07:38:38 PM | 289539 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok what time the club close? | 02/19/2022 | 07:39:00 PM | 289540 |

| Contact Name | Conta[redacted] | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Fort Lauderdale, FL | (754) [redacted] | Incoming | 4 | 02/19/2022 | 07:39:50 PM | 289542 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Oh ok kool | 02/19/2022 | 07:40:17 PM | 289543 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | You want me to come to your house or meet you there | 02/19/2022 | 07:42:33 PM | 289550 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Crib like 10 | 02/19/2022 | 07:51:04 PM | 289553 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Door open at 11 | 02/19/2022 | 07:51:19 PM | 289554 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | I'm in route it was just a big ass accident on the turnpike had to get off | 02/19/2022 | 09:53:43 PM | 289573 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Im at da club | 02/19/2022 | 09:54:24 PM | 289574 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Pull ip | 02/19/2022 | 09:54:32 PM | 289575 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | On the way there | 02/19/2022 | 10:03:32 PM | 289583 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Ok | 02/19/2022 | 10:07:48 PM | 289601 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Where you at | 02/20/2022 | 12:30:04 AM | 289624 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Almost dere | 02/20/2022 | 12:30:23 AM | 289625 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Ok | 02/20/2022 | 12:30:30 AM | 289626 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo hit me when you get up | 02/21/2022 | 09:18:57 AM | 289821 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | 900 small compact | 03/02/2022 | 12:08:09 PM | 292627 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 03/04/2022 | 03:49:25 PM | 293653 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Free Msg: Receiver 17542723315 unable to receive message - Message Blocking is active. | 03/04/2022 | 03:54:28 PM | 293655 |
| Fort Lauderdale, FL | (754) [redacted] | Outgoing | Yo | 03/06/2022 | 07:58:27 PM | 294102 |
| Fort Lauderdale, FL | (754) [redacted] | Incoming | Free Msg: Receiver 17542723315 unable to receive message - Message Blocking is active. | 03/06/2022 | 07:58:28 PM | 294103 |