## Calls Grid 786-[redacted]

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Miami, FL | (786) [redacted] | Incoming | Hello. Jefe gave me your number | 08/16/2020 | 03:31:22 PM | 154967 |
| Miami, FL | (786) [redacted] | Incoming | Got a question | 08/16/2020 | 03:31:26 PM | 154968 |
| Miami, FL | (786) [redacted] | Outgoing | What's up | 08/16/2020 | 03:33:41 PM | 154969 |
| Miami, FL | (786) [redacted] | Incoming | Trying to find out if I can get a gun carry permit with past felony's from over 20 years ago. There non violent | 08/16/2020 | 03:34:36 PM | 154970 |
| Miami, FL | (786) [redacted] | Outgoing | What was the charge | 08/16/2020 | 03:35:29 PM | 154971 |
| Miami, FL | (786) [redacted] | Incoming | Grand larceny | 08/16/2020 | 03:36:30 PM | 154973 |
| Miami, FL | (786) [redacted] | Incoming | And something else. Not sure. Been forever | 08/16/2020 | 03:36:48 PM | 154974 |
| Miami, FL | (786) [redacted] | Incoming | Someone told something about restoring my rights | 08/16/2020 | 03:37:04 PM | 154975 |
| Miami, FL | (786) [redacted] | Outgoing | Give me a call | 08/16/2020 | 03:39:14 PM | 154977 |
| Miami, FL | (786) [redacted] | Incoming | | 08/16/2020 | 03:43:25 PM | 154978 |
| Miami, FL | (786) [redacted] | Outgoing | I got you I'm working on it now | 08/16/2020 | 03:52:10 PM | 154980 |
| Miami, FL | (786) [redacted] | Incoming | Liked "I got you I'm working on it now " | 08/16/2020 | 03:52:25 PM | 154981 |
| Miami, FL | (786) [redacted] | Incoming | I might be heading to ft laurderdale in like 2 hours | 08/16/2020 | 03:52:53 PM | 154983 |
| Miami, FL | (786) [redacted] | Incoming | And i will be out there for a hour or 2 | 08/16/2020 | 03:53:16 PM | 154984 |
| Miami, FL | (786) [redacted] | Outgoing | Ok kool bro call me when you get up here | 08/16/2020 | 03:53:40 PM | 154985 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 08/16/2020 | 03:56:22 PM | 154986 |
| Miami, FL | (786) [redacted] | Incoming | What's up | 08/16/2020 | 08:56:07 PM | 155076 |
| Miami, FL | (786) [redacted] | Outgoing | What's up bro | 08/16/2020 | 08:56:20 PM | 155077 |
| Miami, FL | (786) [redacted] | Incoming | I'm in ft laurderdale | 08/16/2020 | 08:56:33 PM | 155078 |
| Miami, FL | (786) [redacted] | Incoming | Leaving in a few | 08/16/2020 | 08:56:38 PM | 155079 |
| Miami, FL | (786) [redacted] | Outgoing | 2911 NW 56th Ave Lauderhill, FL 33313 United States | 08/16/2020 | 08:57:11 PM | 155080 |
| Miami, FL | (786) [redacted] | Outgoing | How far you is from this address? | 08/16/2020 | 08:58:14 PM | 155081 |
| Miami, FL | (786) [redacted] | Incoming | 7 miles | 08/16/2020 | 08:58:27 PM | 155082 |
| Miami, FL | (786) [redacted] | Outgoing | Can you come here | 08/16/2020 | 08:58:45 PM | 155083 |
| Miami, FL | (786) [redacted] | Incoming | Iam | 08/16/2020 | 08:58:52 PM | 155084 |
| Miami, FL | (786) [redacted] | Outgoing | Ok brother | 08/16/2020 | 08:58:59 PM | 155085 |
| Miami, FL | (786) [redacted] | Incoming | I'm here | 08/16/2020 | 09:19:24 PM | 155086 |
| Miami, FL | (786) [redacted] | Incoming | Good morning | 08/20/2020 | 09:53:11 AM | 155697 |
| Miami, FL | (786) [redacted] | Outgoing | Good morning bro | 08/20/2020 | 09:53:49 AM | 155698 |
| Miami, FL | (786) [redacted] | Incoming | On my way to the Mechanic then I can head to you next | 08/20/2020 | 09:54:15 AM | 155699 |
| Miami, FL | (786) [redacted] | Outgoing | Ok my guy get there at 12 o'clock | 08/20/2020 | 09:59:39 AM | 155700 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 08/20/2020 | 09:59:56 AM | 155701 |
| Miami, FL | (786) [redacted] | Outgoing | Ok by the time you finish at the Mechanic | 08/20/2020 | 10:01:10 AM | 155702 |
| Miami, FL | (786) [redacted] | Incoming | I will keep you posted | 08/20/2020 | 10:01:20 AM | 155703 |
| Miami, FL | (786) [redacted] | Outgoing | Ok bro | 08/20/2020 | 10:03:24 AM | 155704 |
| Miami, FL | (786) [redacted] | Incoming | Where do I meet you | 08/20/2020 | 10:54:45 AM | 155718 |
| Miami, FL | (786) [redacted] | Outgoing | 601 W Oakland park Blvd Oakland park Fl 33311 | 08/20/2020 | 10:55:56 AM | 155719 |
| Miami, FL | (786) [redacted] | Incoming | 12? | 08/20/2020 | 10:56:09 AM | 155720 |
| Miami, FL | (786) [redacted] | Outgoing | Yea I'm confirming with the guy | 08/20/2020 | 11:00:31 AM | 155721 |
| Miami, FL | (786) [redacted] | Incoming | Need to know. Done at mechanic | 08/20/2020 | 11:00:56 AM | 155722 |
| Miami, FL | (786) [redacted] | Outgoing | I'm waiting on him bro give me a minute | 08/20/2020 | 11:06:31 AM | 155724 |
| Miami, FL | (786) [redacted] | Outgoing | Waiting on the stamp to come it now | 08/20/2020 | 11:30:20 AM | 155730 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 08/20/2020 | 11:30:46 AM | 155731 |
| Miami, FL | (786) [redacted] | Outgoing | Ok | 08/20/2020 | 11:33:14 AM | 155734 |
| Miami, FL | (786) [redacted] | Incoming | So what time | 08/20/2020 | 11:33:38 AM | 155735 |
| Miami, FL | (786) [redacted] | Outgoing | He just told me 1 | 08/20/2020 | 11:35:22 AM | 155739 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 08/20/2020 | 11:35:34 AM | 155741 |
| Miami, FL | (786) [redacted] | Incoming | So that address at 1? | 08/20/2020 | 11:40:35 AM | 155742 |
| Miami, FL | (786) [redacted] | Outgoing | Yes | 08/20/2020 | 11:40:42 AM | 155743 |

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Miami, FL | (786) [redacted] | Incoming | Ok see you there | 08/20/2020 | 11:40:48 AM | 155744 |
| Miami, FL | (786) [redacted] | Outgoing | Ok bro | 08/20/2020 | 11:40:51 AM | 155745 |
| Miami, FL | (786) [redacted] | Incoming | You smoke bud | 08/20/2020 | 11:46:13 AM | 155746 |
| Miami, FL | (786) [redacted] | Outgoing | No | 08/20/2020 | 11:46:54 AM | 155747 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 08/20/2020 | 11:47:05 AM | 155748 |
| Miami, FL | (786) [redacted] | Outgoing | You sell it | 08/20/2020 | 11:47:15 AM | 155749 |
| Miami, FL | (786) [redacted] | Incoming | Nah. Was gonna give you some | 08/20/2020 | 11:47:32 AM | 155750 |
| Miami, FL | (786) [redacted] | Outgoing | My wife do | 08/20/2020 | 11:47:52 AM | 155751 |
| Miami, FL | (786) [redacted] | Incoming | Ok. Got you | 08/20/2020 | 11:48:02 AM | 155752 |
| Miami, FL | (786) [redacted] | Outgoing | Ok bro | 08/20/2020 | 11:51:55 AM | 155753 |
| Miami, FL | (786) [redacted] | Outgoing | I'm here at the place now | 08/20/2020 | 12:34:04 PM | 155762 |
| Miami, FL | (786) [redacted] | Incoming | Be right there | 08/20/2020 | 12:35:31 PM | 155763 |
| Miami, FL | (786) [redacted] | Outgoing | Ok | 08/20/2020 | 12:35:43 PM | 155764 |
| Miami, FL | (786) [redacted] | Incoming | How don't that usually take to come in the. All | 09/08/2020 | 08:05:21 PM | 159076 |
| Miami, FL | (786) [redacted] | Incoming | Mail | 09/08/2020 | 08:05:24 PM | 159077 |
| Miami, FL | (786) [redacted] | Outgoing | 2 to 3 weeks they just started processing people applications I been looking for all my clients | 09/08/2020 | 08:06:13 PM | 159078 |
| Miami, FL | (786) [redacted] | Incoming | So 2 to 3 weeks from now? | 09/08/2020 | 08:06:42 PM | 159079 |
| Miami, FL | (786) [redacted] | Outgoing | Yes brother | 09/08/2020 | 08:15:14 PM | 159080 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 09/08/2020 | 08:15:29 PM | 159081 |
| Miami, FL | (786) [redacted] | Outgoing | Ok how you doing | 09/08/2020 | 08:37:45 PM | 159082 |
| Miami, FL | (786) [redacted] | Incoming | I'm great | 09/08/2020 | 08:37:52 PM | 159083 |
| Miami, FL | (786) [redacted] | Outgoing | That's good | 09/08/2020 | 08:39:17 PM | 159085 |
| Miami, FL | (786) [redacted] | Incoming | Was good brother | 09/23/2020 | 08:41:38 PM | 161635 |
| Miami, FL | (786) [redacted] | Incoming | There's no way for you to check? | 09/23/2020 | 08:41:47 PM | 161636 |
| Miami, FL | (786) [redacted] | Outgoing | Send me that Tre's king number in your paper work | 09/23/2020 | 08:42:31 PM | 161637 |
| Miami, FL | (786) [redacted] | Incoming | Where I find that at | 09/23/2020 | 08:42:48 PM | 161638 |
| Miami, FL | (786) [redacted] | Outgoing | In the envelope I gave it 2 papers in three | 09/23/2020 | 08:43:12 PM | 161639 |
| Miami, FL | (786) [redacted] | Outgoing | There | 09/23/2020 | 08:43:15 PM | 161640 |
| Miami, FL | (786) [redacted] | Incoming | Gonna go get it now | 09/23/2020 | 08:43:24 PM | 161641 |
| Miami, FL | (786) [redacted] | Outgoing | Ok | 09/23/2020 | 08:43:33 PM | 161642 |
| Miami, FL | (786) [redacted] | Incoming | | 09/23/2020 | 08:48:22 PM | 161643 |
| Miami, FL | (786) [redacted] | Outgoing | Ima check for you now | 09/23/2020 | 08:49:15 PM | 161644 |
| Miami, FL | (786) [redacted] | Incoming | Thank you | 09/23/2020 | 08:49:31 PM | 161645 |
| Miami, FL | (786) [redacted] | Outgoing | You welcome | 09/23/2020 | 08:49:41 PM | 161646 |
| Miami, FL | (786) [redacted] | Incoming | Anything | 09/23/2020 | 09:23:41 PM | 161651 |
| Miami, FL | (786) [redacted] | Outgoing | I'm not home yet I got you when I get there | 09/23/2020 | 09:24:01 PM | 161652 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 09/23/2020 | 09:24:37 PM | 161653 |
| Miami, FL | (786) [redacted] | Incoming | Did you get to check | 09/24/2020 | 10:22:55 AM | 161656 |
| Miami, FL | (786) [redacted] | Outgoing | | 09/24/2020 | 10:28:53 AM | 161657 |
| Miami, FL | (786) [redacted] | Outgoing | They taking for ever to process it I'm going to call them this morning to see what's going on I meant to send this to you last night | 09/24/2020 | 10:29:21 AM | 161658 |
| Miami, FL | (786) [redacted] | Incoming | Ok please | 09/24/2020 | 10:29:59 AM | 161659 |
| Miami, FL | (786) [redacted] | Incoming | Thank you | 09/24/2020 | 10:30:02 AM | 161660 |
| Miami, FL | (786) [redacted] | Outgoing | You welcome | 09/24/2020 | 10:37:15 AM | 161661 |
| Miami, FL | (786) [redacted] | Incoming | Any luck | 09/24/2020 | 04:17:51 PM | 161735 |
| Miami, FL | (786) [redacted] | Outgoing | They said it's being processed | 09/24/2020 | 04:18:41 PM | 161737 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 09/24/2020 | 04:18:51 PM | 161738 |
| Miami, FL | (786) [redacted] | Outgoing | Ok so give it some more time | 09/24/2020 | 04:19:13 PM | 161740 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 09/24/2020 | 04:19:25 PM | 161742 |
| Miami, FL | (786) [redacted] | Outgoing | Good morning I got a shot gun for sell | 09/25/2020 | 09:38:58 AM | 161864 |
| Miami, FL | (786) [redacted] | Outgoing | | 09/25/2020 | 09:39:18 AM | 161865 |
| Miami, FL | (786) [redacted] | Incoming | Ok. I will ask | 09/25/2020 | 09:39:31 AM | 161867 |

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Miami, FL | (786) [redacted] | Outgoing | I want 700 or best offer for it | 09/25/2020 | 09:39:56 AM | 161868 |
| Miami, FL | (786) [redacted] | Incoming | Any update? | 10/06/2020 | 04:26:59 PM | 164241 |
| Miami, FL | (786) [redacted] | Outgoing | It's processed now just waiting on the department to send it off | 10/06/2020 | 04:27:50 PM | 164242 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 10/06/2020 | 04:28:00 PM | 164243 |
| Miami, FL | (786) [redacted] | Incoming | Any updates bro | 10/27/2020 | 01:32:02 PM | 168760 |
| Miami, FL | (786) [redacted] | Outgoing | They didn't send you anything in the mail I know they not still processing your application | 10/27/2020 | 02:01:40 PM | 168762 |
| Miami, FL | (786) [redacted] | Incoming | Haven't got anything. Gonna check again today | 10/27/2020 | 02:08:22 PM | 168764 |
| Miami, FL | (786) [redacted] | Outgoing | Ima try to look into it | 10/27/2020 | 02:08:54 PM | 168765 |
| Miami, FL | (786) [redacted] | Incoming | Ok. Thank you | 10/27/2020 | 02:10:29 PM | 168766 |
| Miami, FL | (786) [redacted] | Outgoing | You welcome | 10/27/2020 | 02:11:12 PM | 168769 |
| Miami, FL | (786) [redacted] | Incoming | Just checked. No mail | 10/27/2020 | 04:19:37 PM | 168817 |
| Miami, FL | (786) [redacted] | Outgoing | Ok I'm going to check it | 10/27/2020 | 04:20:11 PM | 168818 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 10/27/2020 | 04:20:25 PM | 168819 |
| Miami, FL | (786) [redacted] | Incoming | Was up bro | 11/10/2020 | 01:56:26 PM | 171160 |
| Miami, FL | (786) [redacted] | Outgoing | What's up brother | 11/10/2020 | 02:02:12 PM | 171161 |
| Miami, FL | (786) [redacted] | Incoming | Still nothing | 11/10/2020 | 02:02:22 PM | 171162 |
| Miami, FL | (786) [redacted] | Outgoing | They ain't send you no letter or anything | 11/10/2020 | 02:02:36 PM | 171163 |
| Miami, FL | (786) [redacted] | Incoming | No. Just checked again | 11/10/2020 | 02:03:33 PM | 171164 |
| Miami, FL | (786) [redacted] | Incoming | It's been forever | 11/10/2020 | 02:03:45 PM | 171165 |
| Miami, FL | (786) [redacted] | Outgoing | Yea they tripping you the only one that haven't received your card or letter yet about if they need more information | 11/10/2020 | 02:04:50 PM | 171166 |
| Miami, FL | (786) [redacted] | Incoming | Do now what | 11/10/2020 | 02:05:13 PM | 171167 |
| Miami, FL | (786) [redacted] | Incoming | So | 11/10/2020 | 02:05:19 PM | 171168 |
| Miami, FL | (786) [redacted] | Outgoing | Ima call Tallahassee and see what's going on | 11/10/2020 | 02:33:18 PM | 171170 |
| Miami, FL | (786) [redacted] | Incoming | Please. Thank you | 11/10/2020 | 02:33:37 PM | 171171 |
| Miami, FL | (786) [redacted] | Outgoing | I got you | 11/10/2020 | 02:34:00 PM | 171172 |
| Miami, FL | (786) [redacted] | Incoming | Did you ever find anything out | 11/23/2020 | 04:13:30 PM | 173681 |
| Miami, FL | (786) [redacted] | Outgoing | No everything on hold right now because of the election | 11/23/2020 | 04:13:51 PM | 173684 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 11/23/2020 | 04:14:16 PM | 173685 |
| Miami, FL | (786) [redacted] | Incoming | Was up man | 12/29/2020 | 02:18:57 PM | 180820 |
| Miami, FL | (786) [redacted] | Incoming | Did you ever find anything out | 12/29/2020 | 02:19:16 PM | 180821 |
| Miami, FL | (786) [redacted] | Incoming | Been 4 months | 12/29/2020 | 02:19:56 PM | 180822 |
| Miami, FL | (786) [redacted] | Outgoing | Yea they taking for ever with everything bro | 12/29/2020 | 02:20:28 PM | 180823 |
| Miami, FL | (786) [redacted] | Incoming | Damn | 12/29/2020 | 02:20:39 PM | 180824 |
| Miami, FL | (786) [redacted] | Outgoing | I know | 12/29/2020 | 02:20:57 PM | 180825 |
| Miami, FL | (786) [redacted] | Outgoing | A lot more other people waiting on theirs | 12/29/2020 | 02:21:16 PM | 180827 |
| Miami, FL | (786) [redacted] | Incoming | Damn. Anything with that gun permit? | 02/04/2021 | 12:07:41 PM | 189821 |
| Miami, FL | (786) [redacted] | Outgoing | Dam they ain't send you nothing yet? | 02/04/2021 | 12:08:02 PM | 189822 |
| Miami, FL | (786) [redacted] | Incoming | Hell no | 02/04/2021 | 12:08:23 PM | 189823 |
| Miami, FL | (786) [redacted] | Outgoing | Ima check the status again | 02/04/2021 | 12:08:30 PM | 189824 |
| Miami, FL | (786) [redacted] | Incoming | Ok | 02/04/2021 | 12:08:35 PM | 189825 |
| Miami, FL | (786) [redacted] | Outgoing | That's insane | 02/04/2021 | 12:08:43 PM | 189826 |
| Miami, FL | (786) [redacted] | Incoming | Tell me about it | 02/04/2021 | 12:08:53 PM | 189827 |
| Miami, FL | (786) [redacted] | Outgoing | □□♂ □□♂ | 02/04/2021 | 12:09:58 PM | 189828 |
| Miami, FL | (786) [redacted] | Incoming | Good Morning. Did you ever find out about that for me. Been 6 months | 03/08/2021 | 09:33:20 AM | 197682 |
| Miami, FL | (786) [redacted] | Outgoing | No let me call them about yours | 03/08/2021 | 10:11:18 AM | 197683 |
| Miami, FL | (786) [redacted] | Incoming | Please | 03/08/2021 | 10:11:26 AM | 197684 |
| Miami, FL | (786) [redacted] | Outgoing | What's the tracking number on your paper | 03/08/2021 | 01:29:34 PM | 197734 |
| Miami, FL | (786) [redacted] | Outgoing | Hey I just finish talking to the rep they are requesting more documents for your application which they sending in the mail for you | 03/08/2021 | 01:33:45 PM | 197735 |
| Miami, FL | (786) [redacted] | Incoming | Why haven't they been send them | 03/08/2021 | 02:05:19 PM | 197749 |
| Miami, FL | (786) [redacted] | Outgoing | I'm not sure that's insane | 03/08/2021 | 02:28:31 PM | 197750 |

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| Miami, FL | (786) [redacted] | Incoming | So now what | 03/08/2021 | 02:33:51 PM | 197751 |
| Miami, FL | (786) | Outgoing | When that paper comes in I will know what info you need | 03/08/2021 | 02:36:21 PM | 197752 |
| Miami, FL | (786) | Incoming | Thank you | 03/08/2021 | 02:39:01 PM | 197754 |
| Miami, FL | (786) | Incoming | Was up man. Any update | 04/29/2021 | 11:23:30 AM | 212023 |
| Miami, FL | (786) | Incoming | It's been forever | 04/29/2021 | 11:23:34 AM | 212024 |
| Miami, FL | (786) | Outgoing | I'm not sure they taking forever with people stuff | 04/29/2021 | 11:26:07 AM | 212025 |
| Miami, FL | (786) | Incoming | So now what? | 04/29/2021 | 11:26:27 AM | 212026 |
| Miami, FL | (786) | Outgoing | It's just waiting now they stop answering calls and all they making you check the web | 04/29/2021 | 11:30:43 AM | 212027 |
| Miami, FL | (786) | Incoming | Still nothing after all this time? | 05/25/2021 | 10:35:28 AM | 218728 |
| Miami, FL | (786) | Outgoing | What the hell are you serious? | 05/25/2021 | 10:36:07 AM | 218730 |
| Miami, FL | (786) | Incoming | Of course | 05/25/2021 | 10:36:16 AM | 218731 |
| Miami, FL | (786) | Incoming | Haven't received no letter. No nothing man | 05/25/2021 | 10:36:39 AM | 218732 |
| Miami, FL | (786) | Incoming | Been like 9 months since we did it | 05/25/2021 | 10:38:11 AM | 218733 |
| Miami, FL | (786) | Outgoing | That's insane I'm going to try and call them now and see if they will give me info ok you | 05/25/2021 | 10:45:34 AM | 218734 |
| Miami, FL | (786) | Outgoing | *on | 05/25/2021 | 10:45:43 AM | 218735 |
| Miami, FL | (786) | Incoming | Please | 05/25/2021 | 10:45:47 AM | 218736 |
| Miami, FL | (786) | Outgoing | You welcome | 05/25/2021 | 10:46:05 AM | 218737 |