UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20352-CR-BLOOM

UNITED STATES OF AMERICA

vs.

JOHNNY MATTHEW BATTLE, JR.,

    Defendant.
_____/

### VERDICT FORM

We, the Jury in the above-captioned case, unanimously find the Defendant, Johnny Matthew Battle, Jr.:

1. As to **Count 1, Dealing in Firearms:**

    GUILTY  ✓  NOT GUILTY ____

2. As to **Count 2, Possession of a Machine Gun:**

    GUILTY  ✓  NOT GUILTY ____

**SO SAY WE ALL**

_____
FOREPERSON OF THE JURY

Dated: 08/07/23

12