**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-CR-20352-BLOOM**

UNITED STATES OF AMERICA

vs.

JOHNNY MATTHEW BATTLE, JR.,
Defendant.
_______________________________________/

**GOVERNMENT'S INDEX OF ADMITTED TRIAL EXHIBITS**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files the attached Exhibit List. Additionally, Government's admitted exhibits: 1T, 2T, 3T, 7T, 8T, 9T, 10T, 11T, 12T, 13T, 14T, 15T, 16T, 17T, 20T, 22T, 23T, 25T, 26T, 27T, 28T, 30T, 36, 36A-36Y, 38B1T, 40, 49, 50BT, 62A1T, 62A2T, 62B1T, 62B2T, 62B3T, 62C1T, 62C3T, 62D1T, 64, 65A, 65K, 80, 83G1, 83H1, 84B1T, 85A-85Z, 86B1T, 86B2T, 86D, 87A-87Z, 88, 89,101B, 101C, 102B, 102E, 103B, 103C, 103D, 103E, 105B, 105C, 105D, 106A, 106B, 107B, 108A, 109A, and 110A are attached. Government's admitted exhibits: 1, 2, 3, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 22, 23, 25, 26, 27, 28, 30, 31A-31E, 32A-32F, 33, 37, 37A, 38A, 38A1, 38B, 38B1, 39, 50, 50A, 50B, 53, 60, 60A, 62A, 62A1, 62A2, 62B, 62B1, 62B2, 62B3, 62C, 62C1, 62C2, 62C3, 62D, 62D1, 65J, 81, 82, 84A, 84B, 84B1, 86A, 86B, 86B1, 86B2, 86C, 91, 92, 93, 94, 95A-95C, 96, 97, 98, 99, 100, 101A, 101D, 102A, 102C, 102D, 102F, 102G, 103A, 105A, 105E, 105F, 106C, 107A, 107C, 111A, 112A, and 114A will be filed conventionally with the Court.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *_/s/ Hayden P. O'Byrne_*
Hayden P. O'Byrne
Assistant United States Attorney
Florida Bar No.: 60024
99 Northeast 4th Street, 5th floor
Miami, Florida 33132-2111
Telephone: 305-961-9447
Facsimile: (305) 536-4699
Email: Hayden.Obyrne@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **16th day** of **August 2023**, the undersigned electronically filed the foregoing document, with the Clerk of the Court using CM/ECF.

*/s/Hayden P. O'Byrne*
HAYDEN P. O'BYRNE
Assistant United States Attorney