**File: USA_700_Johnny Battle Call 1**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:02] S1: Today's date is March 2, 2022. The time now is 12:34, yeah. We're placing a controlled call to Johnny, Johnny Battle, phone number (786) 580-8833.

[Phone rings]

[00:00:42] JB: Hello?

[00:00:44] S1: Yo, what's good?

[00:00:45] JB: What's good?

[00:00:46] S1: Check it, homie. Eh, really quick, big dog. Yo, uh, one of my little homies gave me your number to hit you up, trying to cop a nine.

[00:00:57] JB: Say, trying to do what?

[00:00:58] S1: Grab a nine.

[00:01:02] JB: What kind of nine?

[00:01:04] S1: Um, anything. Like, a Glock?

[00:01:12] JB: Let me see what I got on the market. I'm gonna send you pictures.

[00:01:14] S1: All right, bet. This is Lewis [sp], by the way.

[00:01:18] JB: All right.

[00:01:19] S1: All right.

Recording ends

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 1T