**File: USA_701_Johnny Battle Call 2**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:01] S1: Today's date is March 2, 2022. The time now is 1257 hours. Currently present in the vehicle is myself, Detective Sherelis [sp], 42547; Detective Cadavid [sp], 27584; Detective Carmona, 42140. We're going to be placing a controlled call, referencing a gun buy.

[Phone rings]

[00:00:37] JB: Hello?

[00:00:39] S1: Yo.

[00:00:41] JB: Yeah?

[00:00:41] S1: What's good? Hey, uh, that first one you sent me, that's, that's the best you could do on that? The, the all-black one. It say, like, P30 on it.

[00:01:11] JB: [Inaudible] and it's coming with everything that you see in that container.

[00:01:15] S1: What, what did you say, big dog? I didn't hear you.

[00:01:17] JB: I said it comes with everything you see in that container.

[00:01:20] S1: All right. All right, so, so, when can we link up?

[00:01:30] JB: I get off at 3. What area are you at?

[00:01:33] S1: I'm in the city.

[00:01:35] JB: In the city?

[00:01:35] S1: Yeah.

[00:01:38] JB: All right, I get off at 3. Soon as I get off, we can link up.

[00:01:40] S1: Okay, so yeah, all right. So, let me, let me, uh, let me get the money. I'm gonna hit you back, all right? I'm gonna let you know.

[00:01:46] JB: All right.

[00:01:48] S1: All right, bet.

Recording ends

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 2T