**File: USA_702_Johnny Battle Call 3**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:00] S1: Today's date is March 2nd. The current time is 1453 hours. Currently present is myself, Detective Sherelis [sp], 42547; Detective Cadavid [sp], 27584; Detective Carmona, 42140. I will be placing a controlled call reference to firearm purchase to phone number (786) 580-8833, Johnny Battle.

[Phone rings]

[00:00:41] JB: Hello?

[00:00:42] S1: Yo, what's good, homie?

[00:00:44] JB: Yeah.

[00:00:45] S1: Yo, hey, we locked in for today.

[00:00:50] JB: Uh --

[00:00:54] S1: For the black one, the $800.00 one.

[00:00:57] JB: All right. Where you at right now?

[00:01:00] S1: Um, picking up my G right now. I should, we should link up by, like, four.

[00:01:06] JB: All right.

[00:01:07] S1: Four, 4:30. Um, I don't know if you know, like, 3-6 Street? Like, uh --

[00:01:15] JB: Where?

[00:01:16] S1: Like, 36th Street, by like, uh, there's a AutoZone on, like, 36th Street. I think that's like, 36th Street. I don't know. Let me get the address, hold on.

[00:01:30] JB: [Inaudible].

[00:01:33] S1: Yeah. Let me see. Hold on, big dog. It's like, 1812 Northwest 36th Street.

[00:01:48] JB: Oh, you talking about Jackson?

[00:01:50] S1: Yeah, yeah, yeah.

[00:01:54] JB: All right.

[00:01:56] S1: You good with that?

[00:01:57] JB: Yeah.

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 3T

[00:01:56] S1: All right, bet. So, like, four, I'm gonna be there about 4:00, 4:30. I'm gonna hit you up when I'm on my way.

[00:02:04] JB: All right.

[00:02:05] S1: All right, bet.

[00:02:12] S1: This concludes the call.

Recording ends