**File: USA_706_Johnny Battle Call 7**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:01] S1: Today's date is March 7, 2022. The time now is 2113 hours. We're going to be placing a controlled call to Johnny Battle, (786) 580-8833.

[Phone rings]

[00:00:28] S1: All the radios are off, right?

[Inaudible]

[00:00:33] JB: Hello?

[00:00:33] S1: Hello? Yo, what's good, big dog?

[00:00:37] JB: Yeah.

[00:00:37] S1: Hey, I hit you up earlier. We still good for tomorrow?

[00:00:48] JB: [Inaudible]

[00:00:49] S1: Hello?

[00:00:50] JB: With what?

[00:00:51] S1: With the 9 mm?

[00:00:54] JB: Yeah, yeah.

[00:00:57] S1: Which one is it? It's the, is this still the same picture you sent me? Like, the H, the HK one?

[00:01:08] JB: I thought I sent you two more new pictures, bro that HK gone.

[00:01:11] S1: Nah, you ain't sent me nothing. That's why, that's why I hit you up. I told you I was going up the road.

[00:01:15] JB: Ah, shit. I thought I sent it. Hold on. Text, shoot me a quick text real quick.

[00:01:20] S1: All right, I'm gonna send you Yo.

[00:01:23] JB: All right.

[00:01:23] S1: All right, bet. This concludes the call --

Recording ends

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 7T