**File: USA_707_Johnny Battle Call 8**

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 8T

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:01] S1: Today's date is going to be March 8. The time now is 1249 hours. I'm going to be placing a controlled call to Johnny Battle, (786) 580-8833. Currently present in the vehicle is myself, Detective Sherelis [sp], 42547.

[Phone rings]

[00:00:31] JB: Hello?

[00:00:31] S1: Yo, what's good?

[00:00:35] JB: What's up?

[00:00:35] S1: Chillin', big dog. Eh, so, yeah, I just got your pictures right now. Um, I see the uh, the one that's for $400 and the $800 one. If I could grab both of them things.

[00:00:48] JB: You said the $400.00 [Inaudible].

[00:00:54] S1: You said what?

[00:00:55] JB: Somebody just came and bought the $400.00 one.

[00:00:58] S1: Damn.

[00:00:59] JB: The Taurus -- yeah, he came with [Inaudible].

[00:01:02] S1: Damn, dog.

[00:01:07] JB: Well, I sent it to you first, bro. But when I sent it to him, [Inaudible].

[00:01:14] S1: Damn.

[00:01:15] JB: I know.

[00:01:17] S1: Shit, man.

[00:01:18] JB: Where you at now?

[00:01:19] S1: I'm up north right now. The thing is, uh, when can we link up, bro? Because I know we keep missing each other, you feel me?

[00:01:28] JB: Right. Um, shit -- you got to bring the cash huh?

[00:01:38] S1: Yeah. You, you good for tomorrow or -- what's up?

[00:01:45] JB: I'm trying to see because them other two, my brother's on.

[00:01:51] S1: Huh?

[00:01:50] JB: I said, the other two, my brother's on. Once he puts them shits online, they gone. So, where you at up north?

[00:02:00] S1: I'm in, uh, Stuart.

[00:02:03] JB: How far that is from Fort Lauderdale?

[00:02:10] S1: It's about, uh, let me see. It's about, like, two, two hours, depending on, you feeling me? Two, two, three hours.

[00:02:20] JB: All right. Well, I'm gonna try to see if I can get him to hold, hold that, the FN 509, right?

[00:02:27] S1: Yeah, the, the all-black one. The all-black one, yeah.

[00:02:31] JB: All right, hold on, hold on. Hello?

[00:03:22] S1: Yeah?

[00:03:25] JB: Yeah. So, he say he not gonna post that one right now.

[00:03:27] S1: Yeah, hold, hold out for sure, man. I'm gonna grab it from you tomorrow for sure, dog. You ain't got no Glocks and shit like that?

[00:03:36] JB: Not right now. Not right now. Them shits, them shits be the first seller, when they do come in, I just go ahead and buy them [Inaudible]

[00:03:45] S1: Okay.

[00:03:47] JB: So. If one come in today, I can get you a picture of it, but you gotta pay right then and there, bro. Zelle or cash app and I'll just send you my address to my crib in Fort Lauderdale.

[00:04:04] S1: All right.

[00:04:05] JB: And once you come down, you just come to the crib and grab it.

[00:04:10] S1: Yeah, for sure, dog. Let's link up, uh, tomorrow, and I'm gonna pick that up for you, guaranteed, dog. If you got anything that come in for that same price, you know, let me know, that same price for the $400.00, let me know.

[00:04:25] JB: I got you.

[00:04:26] S1: And I'm gonna buy both of them shits.

[00:04:28] JB: All right, I gotcha.

[00:04:30] S1: What, what time is good for you tomorrow?

[00:04:35] JB: Maybe 9 a.m.? Whatever time you come down.

[00:04:41] S1: What about, 11 work?

[00:04:42] JB: Yeah.

[00:04:42] S1: 11?

[00:04:45] JB: Yeah.

[00:04:46] S1: All right. All right, then, big dog.

[00:04:50] JB: Yo.

[00:04:53] S1: Yo.

Recording ends