**File: USA_708_Johnny Battle Call 9**

| Speaker/Character Name: |
| --- |
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:02] S1: Today's date is March 8th. Time now is 1339 hours. Currently present is myself, Detective Sherelis [sp], 42547. I'm going to be placing a controlled call to Johnny Battle, (786) 580-8833, referencing a firearm purchase.

[Phone rings]

[00:00:33] JB: Hello?

[00:00:34] S1: Yo. Hello? Yeah, so -- [Inaudible] hey, I was looking the silver one, the black and silver one, yo, if uh, if I could grab both of them things tomorrow, I asked, I'm trying to cop both of them.

[00:00:58] JB: You trying, you trying to cop both of them?

[00:00:59] S1: Yeah.

[00:01:05] JB: So, you want the Hellcat?

[00:01:06] S1: Oh, that's what that is. Yeah. Oh, okay, okay.

[00:01:11] JB: Yeah, it's a Hellcat with a threaded barrel.

[00:01:16] S1: Oh, yeah, yeah, yeah. If I could grab both of them tomorrow, we locked in. Remember, we said 11:00 in the morning, right?

[00:01:24] JB: Yeah, yeah.

[00:01:25] S1: Yeah, what's up with that, man? We could, you could lock me in for both of them?

[00:01:28] JB: You gotta at least send a deposit or something. I mean, like --

[00:01:32] S1: I'm locked, I'm telling you, man, I don't have none of them things, man. I'm telling you, I'm locked in with the cash, man, 100%. Remember last time, you ain't, you ain't show up.

[00:01:41] JB: Yeah, but you want me to hold, you want me to hold two [Inaudible] now, bro.

[00:01:44] S1: I'm telling you, big dog, trust me, man.

[00:01:46] JB: We never did business before.

[00:01:47] S1: I know, I know. But, I'm telling you --

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 9T

[00:01:49] JB: I have plenty of people come to me, "Hey, bro, hold this [Crosstalk] -- I told it down [Inaudible].

[00:01:55] S1: Yo, all you gotta do, it's only for 12 hours, dog. 11:00. I'm telling you, I'm locked in, big dog.

[00:01:58] JB: Shit, man.

[00:02:00] S1: I'm telling you.

[00:02:02] JB: [Inaudible] now, they gonna be gone in, like, 30 minutes.

[00:02:04] S1: Hey, trust me, homie. I'm telling you, dog. I'm locked in. I'm locked in, locked in, big time, big dog. I'm telling you. For real, for real, dog.

[00:02:15] JB: All right, man.

[00:02:16] S1: I'm telling you, dog. Eh, if you, I'll even through in an extra $25.00. I'm telling you, I'm locked in, big dog. I'm telling you 100%, bro.

[00:02:25] JB: All right.

[00:02:26] S1: So, yeah. So, tomorrow, where, where am I meeting you at, bro?

[00:02:33] JB: Um, you want to meet me on, I'm trying to think. I'm gonna be at the Glock shop tomorrow, the one on Third, Hialeah area. It's called Miami Guns because I got a training to do.

[00:02:49] S1: Okay.

[00:02:47] JB: Supposed to be doing some training, so -- if you come there, I'll send you the address and you can meet me there.

[00:02:54] S1: All right, send that to me. Eh, it's no paperwork, right?

[00:02:59] JB: Oh, no, you ain't gotta do no paperwork.

[00:03:00] S1: Okay, okay, okay.

[00:03:01] JB: Not with personal sales.

[00:03:03] S1: All right, you know I gotta ask, dog, you feel me? All right. Hey, but for real, though, man -- damn dog.

[Phone rings]

[00:03:21] S1: Hello? Hello?

[00:03:24] JB: Yeah?

[00:03:26] S1: Yeah, hey, but yeah, no, we locked in tomorrow at 11.

[00:03:29] JB: All right.

[00:03:29] S1: All right. Send me the address, please.

[00:03:31] JB: Yeah.

[00:03:33] S1: Yo.

[Recording ends]