AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 10T

**File: USA_709_Johnny Battle Call 10**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:01] S1: Today's date is March 9th. The time now is 1026 hours. I'm going to be placing a controlled call, reference a gun buy.

[Phone rings]

[00:00:22] JB: Hello?

[00:00:21] S1: Yo. What's good?

[00:00:23] JB: What's good [Inaudible]?

[00:00:25] S1: Hey, what's good, big dog? Hey, I'm in the city. I'm making my way to the address you sent me.

[00:00:33] JB: All right. I'm about to head to the address I sent you, too. So --

[00:00:37] S1: Okay, all right.

[00:00:39] JB: Just let me, let me know when you get out there. Just sit out there [Inaudible] it's a gun store [inaudible]--

[00:00:43] S1: So, oh, go inside?

[00:00:47] JB: No, no, no. Just sit in the car.

[00:00:48] S1: Oh, all right, all right, bet.

[00:00:50] JB: And once, you feel me, once I hand you, once I level up with you, then you want to go inside and get ammo and shit, you can do that, you feel me?

[00:00:57] S1: Okay, all right. Appreciate that, homie.

[00:01:01] JB: All right, so, I'm about to be on the way there, now.

[00:01:05] S1: All right, bet. [Inaudible] Okay.

[00:01:12] JB: How far you said you is from me?

[00:01:11] S1: I'm about, like, uh, where am I? I'm in Coconut Grove. What's, it's, like, 30 minutes, 25, 30 minutes. 25 minutes.

[00:01:18] JB: All right, so, shit, we probably gonna be pulling up at the same time because I'm in [Inaudible].

[00:01:23] S1: All right, okay.

[00:01:25] JB: All right, brother.

[00:01:26] S1: Yo.

[00:01:29] S1: This concludes the call.

Recording ends