**File: USA_710_Johnny Battle Call 11**

| Speaker/Character Name: |
| --- |
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:02] S1: Today's date is going to be March 9th. Time now is 1101 hours. Currently present in the vehicle is myself, Detective Sherelis [sp], 42547; Detective Cadavid, 27584. We're going to be placing a controlled call to subject, Johnny Battle, reference a gun purchase. Phone number is (786) 580-8833.

[Phone rings]

[00:00:45] JB: Hello?

[00:00:45] S1: Yo.

[00:00:46] JB: You there?

[00:00:47] S1: Yeah, I'm here.

[00:00:48] JB: Okay, I'm on the way there now.

[00:00:50] S1: All right.

[00:00:52] JB: Yeah.

[00:00:51] S1: Yo.

[00:00:56] S1: This concludes the call.

Recording ends

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 11T