**File: USA_711_Johnny Battle Call 12**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:02] S1: Today's date is March 9, 2022. Time now is 11:57. Currently present is myself, Detective Sherelis, 42547; Detective Cadavid, 27584. I'm going to be placing a controlled call to subject, Johnny Battle.

[Phone rings]

[00:00:35] JB: Yo.

[00:00:35] S1: Yo, what's good?

[00:00:41] JB: I'm, like, five minutes away. There was an accident on [Inaudible].

[00:00:44] S1: Oh, all right, then.

[00:00:48] JB: My brother just got there.

[00:00:50] S1: Huh?

[00:00:50] JB: I said my brother just got there, so I'm coming now.

[00:00:53] S1: All right. I'm here.

[00:00:56] JB: All right. What car you in?

[00:00:57] S1: I'm in a Honda.

[00:00:59] JB: All right. You're gonna see me, I'm in a black Camaro.

[00:01:02] S1: All right, bet.

[00:01:04] JB: Yo.

[00:01:04] S1: Yo.

[00:01:09] S1: This concludes the call.

Recording ends

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 12T