**File: USA_874_Johnny Battle Call 13**

| **Speaker/Character Name:** |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:03] S1: Today's date is March 13, 2022. The time now is going to be 1927 hours. Currently present is myself, Detective Sherelis. I'm going to be placing a controlled call to Johnny Battle, reference a purchase of a firearm. Phone number is (786) 580-8833.

[Phone rings]

[00:00:39] JB: Hello?

[00:00:40] S1: Yo, what's good?

[00:00:42] JB: [Inaudible].

[00:00:46] S1: Hey, yo, remember I told you I was looking for any Glocks, dog?

[00:00:52] JB: Uh-huh.

[00:00:53] S1: If you got anything on the market, just hit me up for Glocks.

[00:00:57] JB: All right.

[00:00:58] S1: Yeah, let me know if you get anything. If you've got anything this week coming up, let me know as well, dog.

[00:01:03] JB: All right, I gotcha.

[00:01:04] S1: All right, homie. Yo.

Recording ends

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 13T