**File: USA_875_Johnny Battle Call 14**

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 14T

| Speaker/Character Name: |
| --- |
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:04] S1: Today's date is March 16th. Time now is 1931 hours. Currently present is myself, Detective Sherelis [sp], 42547. I'm going to be placing a controlled call to Johnny Battle, reference a firearm purchase.

[Phone rings]

[00:00:35] JB: Hello?

[00:00:37] S1: Yo.

[00:00:40] JB: Hello?

[00:00:41] S1: Yo.

[00:00:42] JB: [Inaudible]

[00:00:43] S1: What's good, homie? Hey, really quick, dog, uh, I hit you up on Sunday about, like, if you had any Glocks and shit like that. You

[00:00:55] JB: Nah, nothing right now, bro.

[00:00:58] S1: All right. I'm looking, uh, I, I got a few people looking for uh, the, the brown ones. If you got one of them things, like, any Glock that's brown, like the, you know, I think it's, like, brown or green?

[00:01:11] JB: The Glock 19X.

[00:01:13] S1: Yeah, okay. Yeah, yeah, yeah. If you could get any of those, if you could get any of those, I'll buy them shits off of you ASAP, dog.

[00:01:25] JB: All right.

[00:01:26] S1: Or, like, the little small ones? I think it's, like a 43, or like, yeah, the 43s.

[00:01:33] JB: The 43 is a .380.

[00:01:33] S1: The 43 is a -- okay.

[00:01:37] JB: .380 and the 42 is a nine.

[00:01:40] S1: Okay, yeah. If you could get any one of those, the nines, preferably the nines or, like, the uh, like the .40 caliber ones.

[00:01:51] JB: All right.

[00:01:52] S1: Yeah, just let me know. Like, any, any, any Glock, preferably Glock, you feel me? A lot of people want Glock. If you get any Glocks, let me know ASAP, dog.

[00:02:03] JB: All right.

[00:02:04] S1: Yeah. You still got that .40?

[00:02:07] JB: Yeah.

[00:02:09] S1: All right. I might, I might grab that one. I'm gonna let you know.

[00:02:16] JB: All right, let me know.

[00:02:17] S1: All right then, big dog.

[00:02:19] JB: Yo.

[00:02:20] S1: Yo.

Recording ends