**File: USA_876_Johnny Battle Call 15**

| **Speaker/Character Name:** |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:00] S1: Today's date is March 23, 2022. Time now is 1117 hours. Currently present in the vehicle is myself, Detective Sherelis [sp], 42547; Special Agent, Jose, from the ATF. We're going to be placing a controlled call to Johnny Battle, reference a gun purchase.

[Phone rings]

[00:00:46] JB: Yo.

[00:00:47] S1: Yo. What's good, homie?

[00:00:49] JB: What's up with you?

[00:00:50] S1: Chillin', dog. Hey, we meeting at the same spot, right?

[00:00:55] JB: Yeah, yeah, yeah.

[00:00:55] S1: All right, yeah. I'm about, I'm about ten minutes out.

[00:01:00] JB: All right, I'm sliding down now.

[00:01:01] S1: All right, then.

[00:01:04] JB: Yeah.

[00:01:05] S1: Yo.

[00:01:08] S1: This concludes the call.

Recording ends

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 15T