**File: USA_877_Johnny Battle Call 16**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| S2: Speaker Two |
| S3: Speaker Three |
| |
| |
| |

[00:00:01] S1: Today's date is February 4, 2022. The time now is 13, correction, 1511 hours. Currently in the room is Detective Sherelis [sp], 42547 along with Detective Cadavid, 27584. We are going to be placing a controlled call to phone number (786) 580-8833. Put that on speaker, okay? What are you gonna ask him for?

[00:00:48] S2: The phone number?

[00:00:50] S1: Yeah. I said what you gonna ask him for?

[00:00:53] S2: A kill switch.

[00:01:01] S1: All right. You ready?

[00:01:03] S2: Yeah.

[00:01:03] S1: We're ready. Leave it on speaker.

[00:01:31] JB: Hello?

[00:01:35] S2: Hey, Johnny? Hello? Hello?

[00:01:42] JB: Hello?

[00:01:43] S2: Hey Johnny?

[00:01:44] JB: [Inaudible] who this?

[00:01:44] S2: Nothing, chillin'. Hey, this Ray's little brother.

[00:01:48] JB: Who?

[00:01:49] S2: Ray. Ray Pollock. Boogie and Muncie, you know? Boogie and Ray.

[00:01:53] JB: Oh, bet.

[00:01:56] S2: Shit, chillin'. Hey, I was trying to find out, uh, do you got the, do you get your hands on that kill switch?

[00:02:07] JB: That who?

[00:02:05] S2: Kill switch.

[00:02:15] JB: Kill switch?

[00:02:16] S2: Hello? Hello?

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 16T

[00:02:26] JB: Hello?

[00:02:26] S2: Yeah, my bad. My phone going in and out, bro.

[00:02:31] JB: You said a kill switch?

[00:02:31] S2: Yeah.

[00:02:35] JB: What the hell is a kill switch?

[00:02:35] S2: Huh?

[00:02:36] JB: What's a kill switch?

[00:02:38] S2: It's a, it's, like, a little thing where you stick on your hand, on the hand, on the handboi and make it go faster, like, a AK, like, a gat --

[00:02:49] JB: Oh, you talking about a switch?

[00:02:49] S2: Yeah, you know I got a speech problem. Yeah.

[00:02:56] JB: I got some people that got em. Is this the house phone you calling me on?

[00:02:59] S2: Huh?

[00:03:01] JB: It's a house phone you calling me on?

[00:03:03] S2: Yeah.

[00:03:05] JB: All right, hold on, hold on.

[00:03:08] S1: He gonna FaceTime. Now, he gonna call you, like, on a FaceTime call.

[00:03:14] S3: Yeah, you can't [Inaudible].

[00:03:15] S1: No, no, no.

[00:03:21] S3: You going to FaceTime?

[00:03:21] S1: No, he's gonna call him, he's gonna call you FaceTime, you hear what I'm saying? FaceTime audio, yeah. See this?

[00:03:30] S2: You gotta take off the handcuffs.

[00:03:31] S1: No, no, he's not gonna see you. He won't see you.

[00:03:41] S2: Hello?

[00:03:42] JB: Hello?

[00:03:42] S2: What happened?

[00:03:43] JB: Nah, shit, you know, you can't talk on a regular line, audio call.

[00:03:49] S2: Oh, okay. Okay, I ain't know. My bad. I apologize about that.

[00:03:54] JB: Okay, you straight. But yo -- when you were trying to get one?

[00:04:02] S2: I think I'm trying to get one, like, in a day or two. Because a [Inaudible] got real flustered bro. Can you hear me?

[00:04:16] JB: Yeah, I hear you, I hear you.

[00:04:19] S2: Yeah.

[00:04:21] JB: All right --

[00:04:23] S2: Hey, about those, what the number looking like?

[00:04:28] JB: Shit, I got to ask my dog paid a band for one [Inaudible] probably got five hundred for one. [Inaudible]

[00:04:39] S2: Okay. When you, when you get the price, you gonna hit me back up?

[00:04:44] JB: Yeah, I got you.

[00:04:44] S2: All right, thank you, bro.

[00:04:48] JB: Yo.

[00:04:57] S3: The time now is 1511 hours.

Recording ends