**File: USA_878_Johnny Battle Call 17**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:00] S1: Today's date is April 5, 2022. Time now is 1447 hours. Currently present is myself, Detective Sherelis [sp]. I will be placing a controlled call to subject, Johnny Battle, in reference to a firearm purchase.

[Phone rings]

[00:00:42] S1: Yo.

[00:00:43] JB: Hello?

[00:00:43] S1: What's good, big dog?

[00:00:46] JB: What's good?

[00:00:48] S1: Yo, uh --

[00:00:49] JB: What's good?

[00:00:49] S1: What's good with you? Chillin', dog. Eh, you ain't got, that the only shit you got?

[00:00:58] JB: What, the shit that I sent you?

[00:00:59] S1: Yeah.

[00:01:01] JB: Yeah.

[00:01:02] S1: You ain't got no rifles and shit like that? Or a nine? Like, no pumps?

[00:01:07] JB: No. No rifles or nothing.

[00:01:09] S1: All right. When you think -- you don't know when you think you gonna have some shit? Like, I'm trying to grab a couple, you feel me? I don't want to keep doing the trips for one.

[00:01:24] JB: [Inaudible] see what comes in.

[00:01:26] S1: Okay. Eh, really quick, dog. You remember what we spoke about out there?

[00:01:32] JB: Yeah, yeah, yeah.

[00:01:35] S1: You, you still good with that?

[00:01:37] JB: Yeah. [Inaudible]

[00:01:42] S1: Huh?

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 17T

[00:01:43] JB: I said, yeah, my homie just grabbed a couple off me earlier.

[00:01:46] S1: Damn, dog, you should have hit me up, man. You should have hit me up, dog.

[00:01:53] JB: No, this one, this one was, this was personal. [Inaudible].

[00:01:56] S1: Yeah. How much, how much buddy tax him like that?

[00:02:02] JB: [Inaudible].

[00:02:05] S1: Huh?

[00:02:04] JB: 1K.

[00:02:06] S1: Oh, shit.

[00:02:08] JB: Yeah.

[00:02:08] S1: Yeah, that's, that's, yeah, that's a little too, yeah, because I'm trying to get about three, four of them things at once. Yeah, [Inaudible] ain't gonna spend that shit. Nah.

[00:02:20] JB: What's crazy is that boy swapped that chip.

[00:02:22] S1: Damn.

[00:02:24] JB: He grabbed four.

[00:02:27] S1: Whoa.

[00:02:29] JB: All that boy did was probably take out like a hundred dollars that's it.

[00:02:33] S1: Damn, that [Inaudible] is stingy, man. Whew.

[00:02:41] JB: And, he put em on for them too.

[00:02:44] S1: Oh, oh, same day type shit?

[00:02:46] JB: Mm-hmm. [Inaudible]

[00:02:54] S1: Oh, I mean, damn, so, and it's the same price, 1K?

[00:03:00] JB: Mm-hmm. From that dude, I'm waiting on the other one [Inaudible] --

[00:03:04] S1: Yeah. Yeah, yeah, yeah, yeah, yeah.

[00:03:09] JB: [Inaudible] get for it's a little cheaper.

[00:03:11] S1: Oh, okay, okay, yeah. So, yeah, yeah. If you could get in contact with buddy that, that's for the five, yeah, I'll probably be grabbing five, five of them things at once . Yeah, let me know ASAP, homie, you feel me? [Inaudible] ready. Huh?

[00:03:28] JB: I said I'm meeting with him now. I'll see what [Inaudible].

[00:03:31] S1: Okay, all right.

[00:03:32] JB: I mean, you want to make a trip down, you make a trip down.

[00:03:34] S1: Yeah, all right.

[00:03:37] JB: All right.

[00:03:36] S1: Appreciate you. Yo.

[00:03:42] S1: This concludes the call.

Recording ends