**File: USA_887_Johnny Battle Call 20**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:00] S1: Today's date is April 26, 2022. The time now is 1315 hours. I'm going to be placing a controlled call to uh, subject, Johnny Battle. Currently present in the vehicle is myself, Detective Sherelis [sp], 42547.

[Phone rings]

[00:00:34] S1: Yo.

[00:00:36] JB: What's good?

[00:00:35] S1: What's good, big dog?

[00:00:39] JB: No, what, what you was saying?

[00:00:41] S1: Nah, I said, I said I ain't never see that shit like this, this smack, you know what I'm saying? Because that shit looked like it was just, like a plastic, the AK.

[00:00:52] JB: You say it looked like what?

[00:00:53] S1: Like, plastic. Like, the 9 mm, you said it's a 9 mm one. I ain't never seen some shit like that.

[00:01:00] JB: [Inaudible] that's the thing about it, it's real wood.

[00:01:01] S1: Yeah?

[00:01:02] JB: Yeah.

[00:01:04] S1: Nah, that's what I was asking you because I'm like, you know, I ain't never seen some shit like that. That's why I was asking.

[00:01:08] JB: They got, I got a, I got a AK draco [Inaudible]

[00:01:14] S1: Hello? Yo. Hello?

[00:01:19] JB: [Inaudible] that's just the full body one.

[00:01:21] S1: Ah, okay, okay. You say you got a mini one?

[00:01:25] JB: Yeah.

[00:01:26] S1: That shit for sale?

[00:01:28] JB: [Inaudible]

[00:01:28] S1: Huh?

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 20T

[00:01:30] JB: Hell no.

[00:01:31] S1: Shit, [Inaudible] put a price on that, man. Get it off your hands ASAP.

[00:01:36] JB: Nah, hell no. I want it.

[00:01:39] S1: Okay. But, nah, yeah, let's, let's do something this week, dog, because uh, let's do, I'm getting back in town now [Inaudible] been on the road, dog. But, let's do something this week.

[00:01:52] JB: I still got, I got the AR, AR pistol and the, uh, that shit that I'm trying to sell.

[00:02:00] S1: Ain't no, ain't nothing else?

[00:02:03] JB: I ain't gonna have hand boys right now [Inaudible] all them shits just on hold.

[00:02:09] S1: Okay.

[00:02:10] JB: I told them put them on hold until -- we had a buyer for that AR, but I told them just chill.

[00:02:15] S1: Yeah, I'm gonna grab that, I'm gonna grab that. I told you, I appreciate that. I'm gonna grab that this week, probably tomorrow or, what's today?

[00:02:23] JB: Today Tuesday.

[00:02:24] S1: Tuesday? Yeah, probably tomorrow. I'm gonna get back with you. I'm gonna let you know, uh, confirm. Maybe tomorrow in the a.m. If not, for sure on Thursday. For sure, for sure.

[00:02:38] JB: All right.

[00:02:41] S1: Yeah, yeah. Um, damn, dog, I gotta look, I gotta look at that AK. I might snatch that shit and send it out there, too. Fuck it. I just, I just don't know --

[00:02:50] JB: That shit, it's more, it's more accurate, you feel me? Because it's, it's a AK and a nine and [Inaudible] no, that shit ain't plastic. That shit is actual wood.

[00:03:02] S1: You could put a drum on that shit?

[00:03:04] JB: Yeah.

[00:03:06] S1: Oh, shit. Okay, okay, okay. Yeah. How much you, how much they want for that? How much you want for that shit?

[00:03:16] JB: $800.

[00:03:17] S1: And then, for the uh, for the AR?

[00:03:21] JB: My dog want $1,400 for it because it come with a sight and a sling and all that shit.

[00:03:25] S1: That was the one that the drum [Inaudible] it come with the drum?

[00:03:29] JB: Oh, no, boy.

[00:03:35] S1: Hey, tell that boy, hey, tell that boy put that shit with the, hey, give me the drum with it, man. Come on, man.

[00:03:42] JB: Nah, I got the, I got the drum.

[00:03:44] S1: Oh.

[00:03:46] JB: That was my drum. That was my drum from my 300 blackout.

[00:03:49] S1: Oh, okay, okay, okay, okay. All right.

[00:03:53] JB: That's 100 rounds.

[00:03:56] S1: All right.

[00:03:59] JB: You could put a, you could put a drum on that, the AK, because it takes Glock mags.

[00:04:02] S1: Okay. For sure, for sure. So, yeah, let me, uh, let me get it right. I'm gonna hit you back and let you know for sure. Tomorrow, if not tomorrow, like I said, I may drive by. I'm gonna let you know. If not, for sure, Thursday, dog. It's locked in.

[00:04:16] JB: All right.

[00:04:16] S1: All right, then.

[00:04:18] JB: Yo.

[00:04:19] S1: Yeah.

[00:04:22] S1: This concludes the call.

Recording ends