**File: USA_889_Johnny Battle Call 22**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 22T

[00:00:01] [Inaudible] 2022. Time now is 1213 hours. Currently present is myself, Detective Sherelis [sp]. I'm going to be placing a controlled call to subject, Johnny Battle.

[Phone rings]

[00:00:22] JB: Hello?

[00:00:23] S1: Yo.

[00:00:25] JB: What's good, bro?

[00:00:27] S1: What's good, fam?

[00:00:29] JB: Shit [Inaudible].

[00:00:31] S1: Chillin' dog. Hey, what's good with you i[Inaudible]? I'm on my way down to the city, man. I'm on my way down to Miami. Um, coming from up north, up top.

[00:00:45] JB: All right.

[00:00:44] S1: You still, you still got them things?

[00:00:49] JB: Got a AR. Got to see if my dog still got the pistol.

[00:00:56] S1: You said what?

[00:00:58] JB: I said I got, I still got the AR. I gotta see if my dog still got the pistol. I don't know if he still got that.

[00:01:04] S1: All right. Hey, yeah, let me know. I'll get a couple of shits from you, so, we can link up tomorrow morning or whatever usually. So --

[00:01:15] JB: All right. If he gotta them now, [Inaudible] I don't be trying to wait that long, bro. That's what I've been trying to tell you.

[00:01:23] S1: Yeah, but I want, I said I'm gonna be here in the morning, you see what I'm saying? I'm on the road right now.

[00:01:28] JB: Yeah, okay, okay, okay.

[00:01:29] S1: Yeah, that's what I'm telling you. That's why I'm hitting you up and letting you know. Hey, I'm on the road. I'm gonna touch down in the morning. That what I say, yo, you feel me?

[00:01:38] JB: All right.

[00:01:39] S1: Yeah, for sure, though, hey, for real, though, man, let me know what you, what you could get so I could grab a couple of them things, man. [Inaudible] been up and down, dog.

[00:01:50] JB: All right.

[00:01:52] S1: Yeah, just let me know [Inaudible] Huh?

[00:01:55] JB: Let me see what all he got right now. I'll see what else he got.

[00:01:57] S1: Yeah, let me know what he got, dog. I'll take everything. I'll take everything off buddy, man. Everything.

[00:02:03] JB: You still want that AR pistol? Correct?

[00:02:05] S1: Yeah. Well, well, how much was that shit?

[00:02:12] JB: Oh, shit, bro, I don't remember what buddy asked for that. [Inaudible] waiting on you.

[00:02:20] S1: Hey, I know dog. Hey, tell that [Crosstalk] --

[00:02:23] JB: And I ain't rushing you, bro.

[00:02:25] S1: You know what I'm saying, man?

[00:02:30] JB: $1400 for the AR. You say you didn't want the AK 9, right?

[00:02:37] S1: Um, man, throw that shit in there. That shit, I already told you what time it was, so just throw it in there. They fuck with it, they fuck with it, you know what I'm saying?

[00:02:48] JB: All right. If you don't want, I don't want to make you [Inaudible] --

[00:02:55] S1: Yeah, yeah. It's because [Inaudible] gonna be like, you know, they know the AR. What's that, like -- I mean, the AK -- that's a big, the 762 round, right?

[00:03:07] JB: Yeah, but that's a 9 mm one.

[00:03:10] S1: So, it's more accurate you said? That's what you was saying?

[00:03:12] JB: Exactly. [Inaudible] not able to handle that 762 but a AK 9, they sweep some shits [Inaudible].

[00:03:21] S1: You, you could put a drum on that shit, you was saying?

[00:03:25] JB: Hell, yeah. That's a -- [Inaudible] that shit take a glock mag, so you can get a Glock 50 round drum and put it right there.

[00:03:32] S1: Yeah. Hey, fuck it. Throw that bitch in there. Let me know, let me know how much they wanted for that shit. Throw that shit in there.

[00:03:40] JB: Oh, shit. I think I texted. Hold on. Yeah, $800.

[00:03:49] S1: Yeah, fuck it, dog. Fuck it.

[00:03:51] JB: And then the rest I'm trying to find you handbois.

[00:03:55] S1: Yeah, dog, let me know, man. Let me know.

[00:03:57] JB: And I'm, I'm trying to find you shits that you can put one of them fun things on it.

[00:04:02] S1: Yes, sir. Yes, sir. That's what I need, dog. You come through with that, [Inaudible], I got you, fam. I'm telling you, dog. Trust me, my [Inaudible]. Hello?

[00:04:18] JB: I gotcha. I gotcha. [Inaudible] get a couple more [Inaudible].

[00:04:23] S1: Yeah, man. Hey, we locked in, [Inaudible]. Let me know, let me know, let me know ASAP, dog. Because like I said, I'm gonna touch down in the a.m. We can link up.

[00:04:32] JB: All right, I gotcha.

[00:04:33] S1: Yes, sir. Yo.

[00:04:42] S1: This concludes the call.

Recording ends