**File: USA_890_Johnny Battle Call 23**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:00] S1: Today's date is May 2, 2022. Time now is going to be 1946 hours. Currently present is myself, Detective Sherelis [sp]. I'm going to be placing a controlled call to Johnny Battle, reference a firearm purchase.

[Phone rings]

[00:00:36] S1: Yo.

[00:00:37] JB: Yo.

[00:00:38] S1: What's good, homie?

[00:00:40] JB: [Inaudible]

[00:00:39] S1: Chillin', big dog. What the deal is, dog?

[00:00:45] JB: [Inaudible]

[00:00:46] S1: Huh?

[00:00:47] JB: What you mean?

[00:00:47] S1: We locked in or -- we locked in?

[00:00:50] JB: Yeah.

[00:00:53] S1: All right. Nah, I'm just making sure, dog. Where we gonna, where we gonna link up at?

[00:00:59] JB: Um, that Taurus I mean, that Western Star um that Canik [Inaudible] at Miami guns.

[00:01:11] S1: Uh-huh.

[00:01:12] JB: With the AR pistol my boss came out of Miami Gardens.

[00:01:19] S1: All right.

[00:01:21] JB: [Inaudible] AK, AK9 set for a deal?

[00:01:24] S1: You said what?

[00:01:25] JB: You said you want the AK9?

[00:01:26] S1: Yeah.

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 23T

[00:01:28] JB: All right, so, I'll have all these in tonight. [Inaudible] I'll go grab it from my dog tonight.

[00:01:35] S1: All right. Hey, so buddy, buddy can't link up over there, as well? I gotta do two trips?

[00:01:46] JB: That's why I'm going to his house. Like, [Inaudible] on CashApp or you can Zelle it to me, [Inaudible] I just grab all the guns and we just meet up at one time, bro.

[00:01:57] S1: Yeah, you know a [Inaudible] don't got that shit. That's why I be telling you I'll be up the road, you know what I'm saying?

[00:02:01] JB: Exactly. But if you got here now, bro, I could [Inaudible] I can now, you get what you can now, that way [Inaudible] probably just link tomorrow for the uh --

[00:02:13] S1: I ain't touched down yet. I'm still, I'm still on the road. I'm still driving. That's why I told you in the a.m. I'll be here.

[00:02:26] JB: Let me see what my dog say about [Inaudible]

[00:02:28] S1: Yeah, man, let me know, dog. You know [Inaudible] money good, dog.

[00:02:32] JB: Yeah, I know that. But he don't know that.

[00:02:35] S1: I know, I know. But I'm, I'm just letting you know, you know?

[00:02:39] JB: Yeah.

[00:02:43] S1: All right, dog. Just let me know. Let me know what he says, homie.

[00:02:46] JB: I got you.

[00:02:47] S1: Yo.

[00:02:51] S1: This concludes the call.

Recording ends