AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 25T

**File: USA_892_Johnny Battle Call 25**

| **Speaker/Character Name:** |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:01] S1: Today's date is May 3, 2022. Time now is 1050 hours. I'm going to be placing a controlled call to subject, Johnny Battle. Currently present is Detective Sherelis [sp], 42547.

[Phone rings]

[00:00:45] JB: Hello?

[00:00:45] S1: Yo. What's good?

[00:00:47] JB: [Inaudible]

[00:00:49] S1: [Inaudible] Be there in about an hour, an hour and a half. Because I'm on 27. I don't know if you know that road, the, the Okeechobee.

[00:00:58] JB: Yeah, coming like [Inaudible]

[00:01:00] S1: Yeah, yeah, oh, shit, [Inaudible] you know. Okay, okay, yeah, yeah, yeah.

[00:01:06] JB: Yeah, I know.

[00:01:06] S1: So, yeah. So, I'll be there in about an hour and a half. And then, uh, we'll link up right there, then.

[00:01:12] JB: All right [Inaudible].

[00:01:18] S1: Huh?

[00:01:18] JB: At the gun shop.

[00:01:19] S1: All right, all right. Say less. Really quick, dog. Hey, that, that shit ain't got, that store ain't got nothing that's good? That a [Inaudible] can get.

[00:01:32] JB: Yeah, they do. They got a lot of good shit [Inaudible].

[00:01:35] S1: How that shit work?

[00:01:37] JB: What you mean, how it work?

[00:01:38] S1: Like, I'm saying, cause, I can't get none of them shits inside. How, how that shit work? If they, if they do paperwork, they ain't gonna, they ain't gonna give me shit.

[00:01:53] JB: Yeah, you gotta, you gotta do paperwork and background check.

[00:01:55] S1: Yeah, they ain't gonna, they ain't gonna give me shit. Oh, fuck.

[00:02:04] JB: What all you was trying to grab?

[00:02:05] S1: [Inaudible] I was trying to grab like, about three or four to send. So, maybe, like, if I could get, like, if I could get a AR in there or, like, a handboy?

[00:02:23] JB: Let me see what my dog [Inaudible] let me call my other dog that work in the shop, see if he got something to sell. I know he be having, little Taurus' and shit. You put a .30 on.

[00:02:34] S1: All right, just let me know because, because this [Inaudible] tripping, man. The [Inaudible] with the, the uh, I mean, I don't know why buddy, you know, [Inaudible] money here, we ready, man, you know what I'm saying? Damn, dog. Yeah, just let me know, fam. I'm on the road, dog. I'm on the way.

[00:02:59] JB: Yeah.

[00:03:00] S1: Yo.

[00:03:04] S1: This concludes the call.

Recording ends