**File: USA_893_Johnny Battle Call 26**

| **Speaker/Character Name:** |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 26T

[Phone rings]

[00:00:01] S1: Yo.

[00:00:03] JB: Yo. Hey, how far you said you was from the shop?

[00:00:08] S1: Right now, an hour and ten.

[00:00:12] JB: An hour and ten?

[00:00:14] S1: Yeah. I'm gonna step it up, though. I'll probably be there about 12, 12:20-ish. 12:15.

[00:00:24] JB: All right. I got somebody who got one, but he want a band apeice.

[00:00:30] S1: What he got?

[00:00:31] JB: Shit we talked about.

[00:00:36] S1: All right. A band a piece?

[00:00:39] JB: Yeah.

[00:00:41] S1: All right, fuck it. Let me. Try to get me two. Get me two?

[00:00:48] JB: What?

[00:00:50] S1: Two of them, get me two of them.

[00:00:54] JB: Well, he got two.

[00:00:55] S1: That's what I'm saying. We locked in for that, then.

[00:00:58] JB: All right.

[00:01:01] S1: All right. That's today, right?

[00:01:02] JB: Yeah.

[00:01:03] S1: Okay, say less, dog. We locked in, big dog. They, then, uh, that's two, and then we got the handboy and the 9 mm AK, right?

[00:01:15] JB: Yeah.

[00:01:16] S1: So, aall right. Say less, dog.

[00:01:18] JB: All right.

[00:01:19] S1: Yo.

[00:01:25] S1: This concludes the call.

Recording ends