AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 27T

**File: USA_894_Johnny Battle Call 27**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:08] JB: That's the, that other canik, That's a competition canik with a competition trigger.

[00:00:13] S1: Uh-huh.

[00:00:15] JB: And the other one is an AR pistol.

[00:00:17] S1: How much for the AR pistol?

[00:00:21] JB: Um, I think [Inaudible] 9 hundred.

[00:00:26] S1: All right. Let me see if I got enough. Hold on. [Inaudible] you gotta make sure I ain't, you know what I'm saying?

[00:00:35] JB: Yeah, how far you is from the store.

[00:00:37] S1: About ten minutes. All right. I'm might grab the pistol. So, you said two of them things is $1,000.00 a piece, right?

[00:00:49] JB: Yeah.

[00:00:49] S1: All right, yeah. So, I'm looking at the other shit.

[00:00:54] JB: Unless you, unless you want to wait to get those until I get you a Glock to go with it.

[00:00:59] I1: Nah, [Inaudible] I'm --

[00:01:00] JB: He got 'em. Them shits just sitting, bro.

[00:01:02] I1: I'm taking them shits right. You know what, them shits, that's why I said, I told you I was ready to go. I'll grab them bitches and then, yeah, put the, uh, I should be good.

[00:01:18] JB: The thing is, with him, I gotta, I gotta take him a band and get two switches and bring it back to you.

[00:01:23] I1: Damn. Buddy, buddy ain't out there?

[00:01:26] JB: Nah, man. He ain't riding around with those, boy.

[00:01:31] S1: Shit, man. Damn. I thought --

[00:01:41] JB: He stay, like, in downtown area [Inaudible] them shits is real life illegal boy.

[00:01:48] S1: All right, all right.

[00:01:51] JB: What I'm saying, if you want to wait to get them because they yours. They're just sitting, bro.

[00:01:57] I1: All right. Nah, [Inaudible] was ready right now for them things, man. Damn [ Inaudible].

[00:02:04] JB: Yeah, but what I'm saying is, he ain't coming out with them.

[00:02:07] S1: Okay.

[00:02:10] JB: That's why I be, like, if you got, where you could send the money, I would already have them shits with me, bro. Prevent all this shit.

[00:02:17] S1: Yeah, you know, I don't, I don't have that shit, though. I don't do that shit. Shit. All right. Nah, we'll, we'll talk when I get there.

[00:02:29] JB: All right, you said you're ten minutes away?

[00:02:31] S1: Yeah.

[00:02:33] JB: All right.

[00:02:34] S1: Yo.

Recording ends