**File: USA_909_Johnny Battle Call 28**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:00] S1: Today's date is May 4, 2022. Time now is going to be 1836 hours. Currently present is myself, Detective Sherelis [sp]. I'm going to be placing a controlled call to subject, Johnny Battle.

[Phone rings]

[00:00:25] JB: Hello?

[00:00:25] S1: Yo. What's good, homie?

[00:00:27] JB: What's good with you?

[00:00:28] S1: Chillin' dog. Hey, now, you hear about that fucking shit, that [Inaudible] that had that, the, what's that shit called, man? The AR pistol, dog?

[00:00:42] JB: The AR22?

[00:00:44] S1: Nah, nah, nah. The other shit your homeboy had. The one you said was in Miami Gardens.

[00:00:50] JB: Oh, you trying to get it?

[00:00:52] S1: That [Inaudible] still got that shit?

[00:00:53] JB: Yeah, he still got it. He caught cold feet on me. Hold on. I'm gonna call him and I'm gonna hit you right back.

[00:01:06] S1: All right. If anything, my, my chico homie could pick that shit up, man.

[00:01:12] JB: All right.

[00:01:14] S1: Yeah.

[00:01:19] S1: This concludes the call.

Recording ends

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 28T