AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 30T

**File: USA_908_Johnny Battle 30**

| Speaker/Character Name: |
|---|
| S1: Speaker One |
| JB: Johnny Battle |
| |
| |
| |
| |
| |

[00:00:00] S1: Today's date is July 7, 2022. Time now is going to be 2256 hours. I'm going to be placing a controlled call to Johnny Battle.

[Phone rings]

[00:00:42] S1: Yo.

[00:00:43] JB: Yo.

[00:00:44] S1: What's good, what's good?

[00:00:47] JB: Yeah.

[00:00:48] S1: Shit, boy. Lucky to be out, man. What's good with you?

[00:00:54] JB: Shit [Inaudible].

[00:00:57] S1: Hey, man. Yo, uh, I just got the picture you sent me, dog. That shit, that shit could take the shit, right?

[00:01:07] JB: Yeah.

[00:01:09] S1: Oh, okay. Yeah, I've been trying to figure out to put that shit on, bro. That shit tough, man.

[00:01:15] JB: I told you I would show you how to do it.

[00:01:18] S1: I don't gotta, I don't gotta shave down nothing, right?

[00:01:21] JB: Yeah, you might have to shave, it depends on what Glock you got. You might have to shave it down. But I got all the stuff to do it.

[00:01:27] S1: Oh, okay, okay, okay. And, and the shit you sent me, that shit comes with uh, it comes with the site?

[00:01:37] JB: Yeah, that's why it's that price.

[00:01:40] S1: How much that site is, dog?

[00:01:42] JB: Shit, that Holosun site itself, like, damn near $500. Just for the site.

[00:01:50] S1: All right.

[00:01:54] JB: You could take that, you could take that site if you wanted to and put it on something else, like, a smaller Glock.

[00:01:59] S1: I've seen, I've seen this 10 mm shit. It's not, it's rare. I, I've seen it, like, one time, I think, dog.

[00:02:07] JB: Yeah, I got the, I got the baby version of it. I got the Glock 20.

[00:02:13] S1: Oh.

[00:02:14] JB: [Inaudible] shorter than that one.

[00:02:16] S1: Yeah, that shit look big as fuck. I ain't gonna lie, but you know. Hey, man, that, so you said you was sending me that fully is still available?

[00:02:25] JB: Yeah, yeah, yeah.

[00:02:27] S1: What you wanted for that shit, again?

[00:02:31] JB: My cousin wanted 35.

[00:02:35] S1: All right. All right, so yeah, let me --

[00:02:38] JB: Its 300 blackout

[00:02:41] S1: The fully?

[00:02:43] JB: Mm-hmm.

[00:02:44] S1: Yeah, that shit looking nice, dog. Yeah, that bitch is nice, dog. Um, let me come up with, let me come up with some bread, dog. Because you know, [Inaudible] yesterday and I'm gonna, I'm gonna let you know in the morning what the deal is.

[00:03:03] JB: All right. [Inaudible]

[00:03:06] S1: Yeah [Inaudible] no, it was complicated as shit, bro. I couldn't leave, dog. The guy didn't have no phone, no nothing.

[00:03:16] JB: Mmm.

[00:03:17] S1: That's what I keeping telling you, bro. I told you. You see, when I spoke to you in person, I told you that shit hot over there, man. Yeah, dog. That shit misery out there. I don't wish that shit on my enemy, man.

[00:03:38] JB: facts, facts

[00:03:39] S1: Yeah, dog. Yeah, so I'm gonna let you know soon. A 35 piece and then $950 for this shit. You ain't got no more of them things, huh?

[00:03:52] JB: Oh, I gotta hit my dog. He told me he had got some in, but he's been missing for a little minute. I ain't even been hearing any more about it, but I'm quite sure he got some.

[00:04:04] S1: All right. All right, so I'm gonna fuck with you in the morning. I'm gonna let you know what the deal is, dog. Give me, give me a little bit.

[00:04:10] JB: All right, I gotcha.

[00:04:12] S1: All right.

[00:04:14] JB: Yo.

[00:04:13] S1: Yo.

[00:04:19] S1: This completes the call.

Recording ends