AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 36

**Calls Grid 954-664-8716**

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| UC | (954) 664-8716 | Outgoing | Yo | 03/02/2022 | 12:38:42 PM | 292666 |
| UC | (954) 664-8716 | Incoming | Yo | 03/02/2022 | 12:39:00 PM | 292667 |
| UC | (954) 664-8716 | Outgoing | 800 | 03/02/2022 | 12:39:28 PM | 292668 |
| UC | (954) 664-8716 | Outgoing | 1400 | 03/02/2022 | 12:40:15 PM | 292669 |
| UC | (954) 664-8716 | Incoming | Yooo | 03/02/2022 | 04:25:57 PM | 292820 |
| UC | (954) 664-8716 | Incoming | Ima be there soon I'll hit u up wen I'm there | 03/02/2022 | 04:33:09 PM | 292828 |
| UC | (954) 664-8716 | Incoming | Yo wats good im on my way | 03/02/2022 | 05:01:15 PM | 292853 |
| UC | (954) 664-8716 | Incoming | Yo im here | 03/02/2022 | 05:14:20 PM | 292858 |
| UC | (954) 664-8716 | Incoming | Yo wats up lmk if you comin thru homie I gotta go | 03/02/2022 | 05:47:25 PM | 292880 |
| UC | (954) 664-8716 | Outgoing | My bad bro just got off and my brother sold that one I got this one | 03/02/2022 | 07:46:37 PM | 292961 |
| UC | (954) 664-8716 | Outgoing | | 03/02/2022 | 07:46:54 PM | 292962 |
| UC | (954) 664-8716 | Incoming | Dam daw nigha was out there for a couple hours daw. | 03/02/2022 | 08:08:36 PM | 292970 |
| UC | (954) 664-8716 | Outgoing | Shit went dead | 03/02/2022 | 08:09:12 PM | 292971 |
| UC | (954) 664-8716 | Incoming | Wats good with 2morroe tho 1pm ? | 03/02/2022 | 08:11:25 PM | 292973 |
| UC | (954) 664-8716 | Incoming | That one a 9? | 03/02/2022 | 08:11:51 PM | 292974 |
| UC | (954) 664-8716 | Outgoing | Yea it's a 9mm | 03/02/2022 | 08:23:23 PM | 292979 |
| UC | (954) 664-8716 | Incoming | Ight u good for 1? | 03/02/2022 | 08:57:12 PM | 292986 |
| UC | (954) 664-8716 | Outgoing | I get off at 3 do you want it tonight I'll come to you | 03/02/2022 | 09:01:38 PM | 292987 |
| UC | (954) 664-8716 | Outgoing | HK VP9 night sights | 03/02/2022 | 09:03:40 PM | 292991 |
| UC | (954) 664-8716 | Incoming | Can't tonight but hold it down going up the road be back on monday. | 03/02/2022 | 09:26:24 PM | 292994 |
| UC | (954) 664-8716 | Outgoing | Oh ok | 03/02/2022 | 09:39:51 PM | 292995 |
| UC | (954) 664-8716 | Incoming | Yo wats good | 03/06/2022 | 06:15:35 PM | 294065 |
| UC | (954) 664-8716 | Incoming | still got that thing for me | 03/06/2022 | 06:15:56 PM | 294066 |
| UC | (954) 664-8716 | Incoming | Yo | 03/07/2022 | 09:15:16 PM | 294576 |
| UC | (954) 664-8716 | Outgoing | 400 | 03/08/2022 | 12:05:22 PM | 294744 |
| UC | (954) 664-8716 | Outgoing | 900 | 03/08/2022 | 12:06:27 PM | 294746 |
| UC | (954) 664-8716 | Outgoing | 800 | 03/08/2022 | 12:07:12 PM | 294749 |
| UC | (954) 664-8716 | Outgoing | He said it's a go | 03/08/2022 | 01:48:22 PM | 294814 |
| UC | (954) 664-8716 | Outgoing | 1040 E 49th St Hialeah, FL 33013 United States | 03/08/2022 | 01:52:13 PM | 294820 |
| UC | (954) 664-8716 | Incoming | Ight 2morrow 11 am Ill be there | 03/08/2022 | 02:49:27 PM | 294854 |
| UC | (954) 664-8716 | Outgoing | Ok | 03/08/2022 | 02:50:06 PM | 294856 |
| UC | (954) 664-8716 | Outgoing | Yo | 03/09/2022 | 09:56:30 AM | 294990 |
| UC | (954) 664-8716 | Incoming | Yooo | 03/09/2022 | 10:25:43 AM | 295011 |
| UC | (954) 664-8716 | Outgoing | Yo my brother start work at 12 so by the time we get there it will be round 12 | 03/09/2022 | 10:37:18 AM | 295028 |
| UC | (954) 664-8716 | Incoming | Ight so we still good right | 03/09/2022 | 10:41:46 AM | 295038 |
| UC | (954) 664-8716 | Outgoing | Yea we is | 03/09/2022 | 10:47:52 AM | 295040 |
| UC | (954) 664-8716 | Incoming | Ight | 03/09/2022 | 10:52:53 AM | 295043 |
| UC | (954) 664-8716 | Outgoing | Hold on | 03/09/2022 | 11:13:39 AM | 295046 |
| UC | (954) 664-8716 | Outgoing | 601 W Oakland Park Blvd Wilton Manors, FL 33311 United States | 03/09/2022 | 11:13:53 AM | 295047 |
| UC | (954) 664-8716 | Outgoing | Dam wrong person dis regard that | 03/09/2022 | 11:14:34 AM | 295048 |
| UC | (954) 664-8716 | Incoming | Ight | 03/09/2022 | 11:25:06 AM | 295060 |
| UC | (954) 664-8716 | Outgoing | Yo you missing a 100 | 03/09/2022 | 12:19:05 PM | 295135 |
| UC | (954) 664-8716 | Incoming | My bad daw I got it here | 03/09/2022 | 12:20:45 PM | 295136 |
| UC | (954) 664-8716 | Outgoing | Ok | 03/09/2022 | 12:22:05 PM | 295138 |
| UC | (954) 664-8716 | Outgoing | Who you said you got my number from again | 03/09/2022 | 12:24:53 PM | 295149 |
| UC | (954) 664-8716 | Incoming | one of my lil homies | 03/09/2022 | 12:27:19 PM | 295155 |
| UC | (954) 664-8716 | Outgoing | Who? | 03/09/2022 | 12:28:11 PM | 295156 |
| UC | (954) 664-8716 | Outgoing | Yo I got that tarus still if you want it | 03/09/2022 | 12:36:57 PM | 295165 |
| UC | (954) 664-8716 | Incoming | Dam homie should have let me know I would have come ready 4 it | 03/09/2022 | 12:40:23 PM | 295171 |

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| UC | (954) 664-8716 | Outgoing | Nigga just flaked out | 03/09/2022 | 12:40:54 PM | 295172 |
| UC | (954) 664-8716 | Incoming | the one u show me come with that site | 03/09/2022 | 12:40:55 PM | 295173 |
| UC | (954) 664-8716 | Incoming | yo I ain't come ready for the tarus ima hit u up later | 03/09/2022 | 01:40:19 PM | 295185 |
| UC | (954) 664-8716 | Outgoing | Ok | 03/09/2022 | 01:40:40 PM | 295187 |
| UC | (954) 664-8716 | Incoming | Yoo | 03/13/2022 | 07:09:09 PM | 296456 |
| UC | (954) 664-8716 | Outgoing | Yo | 03/13/2022 | 07:09:52 PM | 296457 |
| UC | (954) 664-8716 | Incoming | Yoooo | 03/22/2022 | 02:14:57 PM | 299031 |
| UC | (954) 664-8716 | Outgoing | What's up | 03/22/2022 | 02:15:27 PM | 299032 |
| UC | (954) 664-8716 | Outgoing | 700 | 03/22/2022 | 02:16:36 PM | 299036 |
| UC | (954) 664-8716 | Incoming | Ohh yeah nice | 03/22/2022 | 02:24:37 PM | 299055 |
| UC | (954) 664-8716 | Incoming | What else you got ready to go | 03/22/2022 | 02:25:04 PM | 299056 |
| UC | (954) 664-8716 | Incoming | Wanna get a couple | 03/22/2022 | 02:25:08 PM | 299057 |
| UC | (954) 664-8716 | Outgoing | Just sold them had a hellcat and ar | 03/22/2022 | 02:26:48 PM | 299058 |
| UC | (954) 664-8716 | Incoming | Dam Ight | 03/22/2022 | 02:43:24 PM | 299068 |
| UC | (954) 664-8716 | Incoming | You ain't got no more AR? | 03/22/2022 | 02:43:34 PM | 299069 |
| UC | (954) 664-8716 | Outgoing | Nawl | 03/22/2022 | 02:43:49 PM | 299070 |
| UC | (954) 664-8716 | Outgoing | This was the AR | 03/22/2022 | 02:44:39 PM | 299072 |
| UC | (954) 664-8716 | Outgoing | And this was the Hellcat | 03/22/2022 | 02:45:34 PM | 299074 |
| UC | (954) 664-8716 | Incoming | Dam that shit hard daw | 03/22/2022 | 02:49:54 PM | 299076 |
| UC | (954) 664-8716 | Outgoing | Yea | 03/22/2022 | 02:50:31 PM | 299077 |
| UC | (954) 664-8716 | Incoming | whenever u get shit like that hit me up bro. copping 4 sure | 03/22/2022 | 02:52:20 PM | 299079 |
| UC | (954) 664-8716 | Incoming | lock me in for that glock | 03/22/2022 | 02:52:28 PM | 299080 |
| UC | (954) 664-8716 | Outgoing | When you want it my homie trying to get rid of it asap | 03/22/2022 | 02:52:59 PM | 299081 |
| UC | (954) 664-8716 | Incoming | nigga up the road I can be down in the am | 03/22/2022 | 02:53:28 PM | 299082 |
| UC | (954) 664-8716 | Outgoing | Ok ima see if he can hold it | 03/22/2022 | 02:53:47 PM | 299083 |
| UC | (954) 664-8716 | Incoming | yea let me know u know my money good big homie | 03/22/2022 | 02:54:08 PM | 299084 |
| UC | (954) 664-8716 | Outgoing | Ok | 03/22/2022 | 02:57:26 PM | 299085 |
| UC | (954) 664-8716 | Incoming | yo any word from ur boy | 03/22/2022 | 04:44:06 PM | 299144 |
| UC | (954) 664-8716 | Outgoing | Not yet | 03/22/2022 | 04:44:40 PM | 299145 |
| UC | (954) 664-8716 | Incoming | Anything? | 03/22/2022 | 08:34:11 PM | 299205 |
| UC | (954) 664-8716 | Outgoing | No not yet | 03/22/2022 | 08:37:07 PM | 299206 |
| UC | (954) 664-8716 | Outgoing | What time tomorrow | 03/22/2022 | 09:06:31 PM | 299214 |
| UC | (954) 664-8716 | Incoming | 11 works | 03/22/2022 | 09:24:49 PM | 299225 |
| UC | (954) 664-8716 | Incoming | ? | 03/22/2022 | 09:25:08 PM | 299226 |
| UC | (954) 664-8716 | Outgoing | Hold on | 03/22/2022 | 09:25:20 PM | 299227 |
| UC | (954) 664-8716 | Outgoing | Ok | 03/22/2022 | 09:43:15 PM | 299233 |
| UC | (954) 664-8716 | Incoming | Yoooo | 03/23/2022 | 09:16:18 AM | 299313 |
| UC | (954) 664-8716 | Incoming | What's the play | 03/23/2022 | 09:16:33 AM | 299314 |
| UC | (954) 664-8716 | Outgoing | Yo | 03/23/2022 | 09:17:04 AM | 299315 |
| UC | (954) 664-8716 | Incoming | we locked in ? Nigga about jumpin on the road | 03/23/2022 | 09:27:25 AM | 299317 |
| UC | (954) 664-8716 | Outgoing | Yea we is | 03/23/2022 | 10:56:48 AM | 299324 |
| UC | (954) 664-8716 | Outgoing | I thought I gave you the go yesterday my bad | 03/23/2022 | 10:57:05 AM | 299325 |
| UC | (954) 664-8716 | Incoming | | 03/23/2022 | 11:18:09 AM | 377 |
| UC | (954) 664-8716 | Outgoing | I'm like 20 min away | 03/23/2022 | 11:37:23 AM | 299362 |
| UC | (954) 664-8716 | Incoming | Ight get | 03/23/2022 | 11:44:05 AM | 299365 |
| UC | (954) 664-8716 | Incoming | bet | 03/23/2022 | 11:45:55 AM | 299367 |
| UC | (954) 664-8716 | Incoming | yo you close by? | 03/23/2022 | 12:21:01 PM | 299383 |
| UC | (954) 664-8716 | Outgoing | Yes I had got pulled by Hialeah I'm 10 min away and | 03/23/2022 | 12:21:52 PM | 299384 |
| UC | (954) 664-8716 | Incoming | shit u good homie ? | 03/23/2022 | 12:23:21 PM | 299385 |
| UC | (954) 664-8716 | Outgoing | Yea speeding | 03/23/2022 | 12:24:35 PM | 299386 |
| UC | (954) 664-8716 | Incoming | Ight bet | 03/23/2022 | 12:26:42 PM | 299387 |
| UC | (954) 664-8716 | Outgoing | What car you in | 03/23/2022 | 12:32:13 PM | 299388 |

USA_10089

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| UC | (954) 664-8716 | Outgoing | | 03/23/2022 | 12:32:32 PM | 427 |
| UC | (954) 664-8716 | Incoming | Yooooo | 04/04/2022 | 12:34:16 PM | 302557 |
| UC | (954) 664-8716 | Outgoing | Yo | 04/04/2022 | 12:34:40 PM | 302559 |
| UC | (954) 664-8716 | Incoming | What's good big dawg. Any new toys? | 04/04/2022 | 05:44:50 PM | 302731 |
| UC | (954) 664-8716 | Outgoing | Yo | 04/04/2022 | 05:46:28 PM | 302732 |
| UC | (954) 664-8716 | Outgoing | 650 | 04/04/2022 | 05:47:29 PM | 302733 |
| UC | (954) 664-8716 | Incoming | | 04/05/2022 | 02:48:03 PM | 8342 |
| UC | (954) 664-8716 | Outgoing | 780 | 04/05/2022 | 04:22:02 PM | 302939 |
| UC | (954) 664-8716 | Incoming | Nice I'm fucking with it | 04/05/2022 | 06:49:35 PM | 302972 |
| UC | (954) 664-8716 | Outgoing | This my homies he trying to sale it | 04/05/2022 | 06:50:35 PM | 302975 |
| UC | (954) 664-8716 | Incoming | | 04/05/2022 | 08:10:52 PM | 8484 |
| UC | (954) 664-8716 | Outgoing | 650 | 04/05/2022 | 10:22:37 PM | 303038 |
| UC | (954) 664-8716 | Incoming | Man I'll fuck around and get all 3 | 04/06/2022 | 11:23:56 AM | 303127 |
| UC | (954) 664-8716 | Outgoing | Let me know | 04/06/2022 | 11:28:37 AM | 303130 |
| UC | (954) 664-8716 | Incoming | Ight tryna do 1 trip for them and a couple of them things | 04/06/2022 | 07:04:22 PM | 303363 |
| UC | (954) 664-8716 | Outgoing | Ok | 04/06/2022 | 07:06:56 PM | 303364 |
| UC | (954) 664-8716 | Outgoing | Yo | 04/09/2022 | 01:30:03 PM | 303969 |
| UC | (954) 664-8716 | Outgoing | 1400 for the AR | 04/09/2022 | 01:30:35 PM | 303971 |
| UC | (954) 664-8716 | Incoming | Yoooo wats good that Glock too? | 04/09/2022 | 02:03:06 PM | 303978 |
| UC | (954) 664-8716 | Outgoing | No my homie keeping his Glock | 04/09/2022 | 02:03:45 PM | 303979 |
| UC | (954) 664-8716 | Incoming | Dam tell him I'll snatch everything in that pic | 04/09/2022 | 02:22:43 PM | 303994 |
| UC | (954) 664-8716 | Outgoing | Ok hold on | 04/09/2022 | 03:06:24 PM | 303998 |
| UC | (954) 664-8716 | Incoming | Ight bet | 04/09/2022 | 03:35:20 PM | 304019 |
| UC | (954) 664-8716 | Outgoing | He said it's gone | 04/09/2022 | 03:36:02 PM | 304020 |
| UC | (954) 664-8716 | Incoming | Dam Ight any update in dem things ? | 04/09/2022 | 04:03:34 PM | 304034 |
| UC | (954) 664-8716 | Outgoing | Not yet nigga got jammed | 04/09/2022 | 04:06:39 PM | 304043 |
| UC | (954) 664-8716 | Incoming | Ahhhh fuck dam hood | 04/09/2022 | 04:54:09 PM | 304066 |
| UC | (954) 664-8716 | Outgoing | I know | 04/09/2022 | 04:57:57 PM | 304068 |
| UC | (954) 664-8716 | Outgoing | Yo | 04/13/2022 | 12:53:36 PM | 305058 |
| UC | (954) 664-8716 | Outgoing | 950 | 04/13/2022 | 12:54:17 PM | 305059 |
| UC | (954) 664-8716 | Incoming | Yooooo | 04/13/2022 | 02:36:31 PM | 305084 |
| UC | (954) 664-8716 | Outgoing | Yo | 04/13/2022 | 02:36:44 PM | 305085 |
| UC | (954) 664-8716 | Incoming | | 04/13/2022 | 02:39:27 PM | 13243 |
| UC | (954) 664-8716 | Outgoing | | 04/13/2022 | 02:39:50 PM | 13245 |
| UC | (954) 664-8716 | Outgoing | My dawg said he can hold the hellcat down for you until tomorrow | 04/13/2022 | 03:26:58 PM | 305091 |
| UC | (954) 664-8716 | Outgoing | Questioned "My dawg said he can hold the hellcat down for you until tomorrow" | 04/13/2022 | 03:38:05 PM | 305097 |
| UC | (954) 664-8716 | Incoming | Yo nigga ain't gonna be able to make down 2morroew. take a trip up the road now | 04/13/2022 | 05:19:14 PM | 305104 |
| UC | (954) 664-8716 | Outgoing | Are you able to send the bread and I'll have it when you come down | 04/13/2022 | 05:20:09 PM | 305105 |
| UC | (954) 664-8716 | Incoming | Nah fam | 04/13/2022 | 05:32:21 PM | 305107 |
| UC | (954) 664-8716 | Incoming | i got cash my boy | 04/13/2022 | 05:32:31 PM | 305108 |
| UC | (954) 664-8716 | Outgoing | It might be gone tomorrow then | 04/13/2022 | 05:33:03 PM | 305109 |
| UC | (954) 664-8716 | Incoming | Yeah daw ima hit u once I get back down here | 04/13/2022 | 05:53:38 PM | 305113 |
| UC | (954) 664-8716 | Outgoing | Hopefully he will have something else only thing got now is the AR pistol | 04/13/2022 | 05:54:39 PM | 305119 |
| UC | (954) 664-8716 | Incoming | yeah I'll grab that and whatever he has once I come back. | 04/13/2022 | 06:18:34 PM | 305127 |
| UC | (954) 664-8716 | Incoming | Hopefully by then ur boi back with them things | 04/13/2022 | 06:18:57 PM | 305128 |
| UC | (954) 664-8716 | Outgoing | Ok | 04/13/2022 | 06:27:02 PM | 305129 |
| UC | (954) 664-8716 | Incoming | Yoooooo | 04/26/2022 | 10:43:42 AM | 308344 |
| UC | (954) 664-8716 | Outgoing | What's up | 04/26/2022 | 10:53:34 AM | 308345 |
| UC | (954) 664-8716 | Incoming | Heading back down what's good | 04/26/2022 | 11:11:13 AM | 308349 |
| UC | (954) 664-8716 | Incoming | Anything for did week. | 04/26/2022 | 11:11:20 AM | 308350 |
| UC | (954) 664-8716 | Outgoing | Still got that Ar pistol no hand boys right now | 04/26/2022 | 11:34:27 AM | 308351 |

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| UC | (954) 664-8716 | Outgoing | | 04/26/2022 | 11:35:49 AM | 308352 |
| UC | (954) 664-8716 | Outgoing | Ak 9mm | 04/26/2022 | 11:35:49 AM | 308353 |
| UC | (954) 664-8716 | Incoming | Ight bet | 04/26/2022 | 12:10:40 PM | 308389 |
| UC | (954) 664-8716 | Incoming | PR on the ar pistol | 04/26/2022 | 12:10:57 PM | 308390 |
| UC | (954) 664-8716 | Outgoing | What you mean | 04/26/2022 | 12:11:17 PM | 308391 |
| UC | (954) 664-8716 | Incoming | Price fam | 04/26/2022 | 12:57:01 PM | 308426 |
| UC | (954) 664-8716 | Outgoing | 800 | 04/26/2022 | 12:58:41 PM | 308428 |
| UC | (954) 664-8716 | Incoming | That AK it smack ? | 04/26/2022 | 12:59:56 PM | 308429 |
| UC | (954) 664-8716 | Outgoing | What you talking about | 04/26/2022 | 01:02:17 PM | 308431 |
| UC | (954) 664-8716 | Outgoing | | 04/26/2022 | 01:02:24 PM | 20723 |
| UC | (954) 664-8716 | Outgoing | The AR pistol is 1400 | 04/26/2022 | 01:03:54 PM | 308432 |
| UC | (954) 664-8716 | Incoming | | 04/26/2022 | 01:16:16 PM | 20727 |
| UC | (954) 664-8716 | Incoming | Yoo a nigga had to go back to the road. Ima be back in a couple days | 04/27/2022 | 11:09:57 PM | 309083 |
| UC | (954) 664-8716 | Outgoing | Yea | 04/27/2022 | 11:10:56 PM | 309084 |
| UC | (954) 664-8716 | Incoming | | 04/28/2022 | 01:01:57 AM | 21536 |
| UC | (954) 664-8716 | Incoming | | 04/29/2022 | 06:41:45 PM | 22391 |
| UC | (954) 664-8716 | Incoming | | 04/29/2022 | 06:41:54 PM | 22392 |
| UC | (954) 664-8716 | Incoming | Yooooooo | 04/29/2022 | 06:42:09 PM | 309645 |
| UC | (954) 664-8716 | Outgoing | | 04/29/2022 | 07:06:43 PM | 22403 |
| UC | (954) 664-8716 | Outgoing | What's good | 04/29/2022 | 07:06:43 PM | 309648 |
| UC | (954) 664-8716 | Incoming | Ima be back on Monday. Locked in | 04/29/2022 | 07:59:01 PM | 309652 |
| UC | (954) 664-8716 | Incoming | Need a few | 04/29/2022 | 07:59:17 PM | 309653 |
| UC | (954) 664-8716 | Outgoing | I got you | 04/29/2022 | 08:01:36 PM | 309654 |
| UC | (954) 664-8716 | Incoming | | 05/02/2022 | 12:13:24 PM | 23724 |
| UC | (954) 664-8716 | Outgoing | 720 | 05/02/2022 | 12:24:00 PM | 310319 |
| UC | (954) 664-8716 | Outgoing | 9mm | 05/02/2022 | 12:24:04 PM | 310320 |
| UC | (954) 664-8716 | Incoming | No g locks ? | 05/02/2022 | 12:31:03 PM | 310326 |
| UC | (954) 664-8716 | Outgoing | None right now | 05/02/2022 | 12:31:15 PM | 310328 |
| UC | (954) 664-8716 | Incoming | Ight lock me in for that | 05/02/2022 | 12:31:34 PM | 310330 |
| UC | (954) 664-8716 | Outgoing | Ok bet | 05/02/2022 | 12:32:26 PM | 310331 |
| UC | (954) 664-8716 | Incoming | Ight bet | 05/02/2022 | 12:34:08 PM | 310336 |
| UC | (954) 664-8716 | Outgoing | I got you I'm still looking | 05/02/2022 | 12:34:19 PM | 310337 |
| UC | (954) 664-8716 | Incoming | Still got that black hell cat | 05/02/2022 | 12:34:57 PM | 310341 |
| UC | (954) 664-8716 | Incoming | ? | 05/02/2022 | 12:37:13 PM | 310344 |
| UC | (954) 664-8716 | Outgoing | No he sold it | 05/02/2022 | 12:37:49 PM | 310345 |
| UC | (954) 664-8716 | Incoming | dam Ight | 05/02/2022 | 12:38:02 PM | 310347 |
| UC | (954) 664-8716 | Outgoing | Ima try to find another one | 05/02/2022 | 12:38:12 PM | 310348 |
| UC | (954) 664-8716 | Incoming | Ight bet lmk | 05/02/2022 | 12:38:29 PM | 310349 |
| UC | (954) 664-8716 | Outgoing | I got you | 05/02/2022 | 12:38:36 PM | 310350 |
| UC | (954) 664-8716 | Incoming | Ight bet | 05/02/2022 | 03:02:17 PM | 310395 |
| UC | (954) 664-8716 | Outgoing | | 05/02/2022 | 03:05:54 PM | 310396 |
| UC | (954) 664-8716 | Incoming | we good for 2morroe | 05/02/2022 | 06:42:48 PM | 310421 |
| UC | (954) 664-8716 | Incoming | ? | 05/02/2022 | 06:52:18 PM | 310422 |
| UC | (954) 664-8716 | Outgoing | Yea which ones you wanted again did you want the Ak9 | 05/02/2022 | 06:54:41 PM | 310423 |
| UC | (954) 664-8716 | Incoming | Yeah add that | 05/02/2022 | 07:42:58 PM | 310440 |
| UC | (954) 664-8716 | Incoming | | 05/02/2022 | 07:46:34 PM | 23964 |
| UC | (954) 664-8716 | Incoming | | 05/02/2022 | 09:07:57 PM | 24016 |
| UC | (954) 664-8716 | Outgoing | Yo | 05/03/2022 | 08:50:30 AM | 310466 |
| UC | (954) 664-8716 | Incoming | Yoooo | 05/03/2022 | 09:13:53 AM | 310482 |
| UC | (954) 664-8716 | Outgoing | What's good Nigga playing with Ar he didn't want to let me grab it that way we can in one location | 05/03/2022 | 09:14:53 AM | 310484 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 09:15:42 AM | 24103 |

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| UC | (954) 664-8716 | Incoming | Ight dam where buddy wanna link up at | 05/03/2022 | 09:16:50 AM | 310491 |
| UC | (954) 664-8716 | Outgoing | I'm trying to see now | 05/03/2022 | 09:17:17 AM | 310494 |
| UC | (954) 664-8716 | Incoming | Ight or tell daw pull up feel me | 05/03/2022 | 09:19:12 AM | 310496 |
| UC | (954) 664-8716 | Outgoing | Ima see what he say | 05/03/2022 | 09:26:47 AM | 310497 |
| UC | (954) 664-8716 | Incoming | Ight bet | 05/03/2022 | 09:49:40 AM | 310514 |
| UC | (954) 664-8716 | Outgoing | Waiting on the response | 05/03/2022 | 10:04:04 AM | 310516 |
| UC | (954) 664-8716 | Outgoing | I got the AK 9 with me and my homie gone be at the shop for the hand boy at 12 | 05/03/2022 | 10:23:44 AM | 310523 |
| UC | (954) 664-8716 | Incoming | Ight say less homie we locked in | 05/03/2022 | 10:41:08 AM | 310528 |
| UC | (954) 664-8716 | Outgoing | Where you at now? | 05/03/2022 | 10:42:07 AM | 310530 |
| UC | (954) 664-8716 | Outgoing | Questioned "Where you at now? " | 05/03/2022 | 10:49:34 AM | 310534 |
| UC | (954) 664-8716 | Incoming | on 27 driving down | 05/03/2022 | 10:49:40 AM | 310535 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 10:50:20 AM | 24233 |
| UC | (954) 664-8716 | Outgoing | Oh ok | 05/03/2022 | 10:50:39 AM | 310536 |
| UC | (954) 664-8716 | Outgoing | How far it say you is from the shop? | 05/03/2022 | 11:33:23 AM | 310548 |
| UC | (954) 664-8716 | Outgoing | | 05/03/2022 | 11:35:28 AM | 24265 |
| UC | (954) 664-8716 | Outgoing | | 05/03/2022 | 12:08:17 PM | 310577 |
| UC | (954) 664-8716 | Outgoing | | 05/03/2022 | 12:08:29 PM | 310578 |
| UC | (954) 664-8716 | Outgoing | 900 | 05/03/2022 | 12:08:38 PM | 310579 |
| UC | (954) 664-8716 | Outgoing | 800 | 05/03/2022 | 12:08:59 PM | 310580 |
| UC | (954) 664-8716 | Outgoing | | 05/03/2022 | 12:09:06 PM | 24282 |
| UC | (954) 664-8716 | Outgoing | You there | 05/03/2022 | 12:17:28 PM | 310591 |
| UC | (954) 664-8716 | Outgoing | Questioned "You there" | 05/03/2022 | 12:18:18 PM | 310592 |
| UC | (954) 664-8716 | Incoming | Almost nigga went the wrong way. | 05/03/2022 | 12:22:13 PM | 310593 |
| UC | (954) 664-8716 | Incoming | I'm by the school now | 05/03/2022 | 12:22:23 PM | 310594 |
| UC | (954) 664-8716 | Outgoing | Pull on the side of the shop | 05/03/2022 | 12:24:19 PM | 310595 |
| UC | (954) 664-8716 | Outgoing | Like where you always park | 05/03/2022 | 12:24:30 PM | 310596 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 12:25:10 PM | 24289 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 12:52:02 PM | 24310 |
| UC | (954) 664-8716 | Outgoing | 500 AR 22 | 05/03/2022 | 12:59:45 PM | 310630 |
| UC | (954) 664-8716 | Incoming | I got enough for them 2 things | 05/03/2022 | 01:02:11 PM | 310631 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 01:03:46 PM | 24335 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 01:12:00 PM | 24342 |
| UC | (954) 664-8716 | Outgoing | He got cold feet he only want to sell one so I got the 1 | 05/03/2022 | 01:13:25 PM | 310632 |
| UC | (954) 664-8716 | Outgoing | Send me your location | 05/03/2022 | 01:15:07 PM | 310633 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 01:15:42 PM | 310634 |
| UC | (954) 664-8716 | Outgoing | Ok you 7 min from me hold on | 05/03/2022 | 01:16:27 PM | 310635 |
| UC | (954) 664-8716 | Incoming | Ight | 05/03/2022 | 01:17:39 PM | 310636 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 01:26:38 PM | 24347 |
| UC | (954) 664-8716 | Outgoing | | 05/03/2022 | 01:27:04 PM | 310640 |
| UC | (954) 664-8716 | Incoming | | 05/03/2022 | 01:34:52 PM | 24349 |
| UC | (954) 664-8716 | Incoming | Yoooooo | 05/04/2022 | 09:53:03 AM | 310787 |
| UC | (954) 664-8716 | Outgoing | Yo | 05/04/2022 | 09:56:42 AM | 310788 |
| UC | (954) 664-8716 | Outgoing | What's good | 05/04/2022 | 10:52:24 AM | 310793 |
| UC | (954) 664-8716 | Outgoing | I got a draco mpap 2500 | 05/04/2022 | 04:56:30 PM | 310880 |
| UC | (954) 664-8716 | Incoming | | 05/04/2022 | 06:36:48 PM | 25153 |
| UC | (954) 664-8716 | Outgoing | Got a Glock 26 for 800 | 05/04/2022 | 07:18:56 PM | 310930 |
| UC | (954) 664-8716 | Incoming | Ohh shit any pics ? | 05/04/2022 | 07:20:14 PM | 310931 |
| UC | (954) 664-8716 | Outgoing | Hold on | 05/04/2022 | 07:20:25 PM | 310932 |
| UC | (954) 664-8716 | Incoming | Ight | 05/04/2022 | 07:31:25 PM | 310937 |
| UC | (954) 664-8716 | Outgoing | | 05/04/2022 | 07:38:53 PM | 310956 |
| UC | (954) 664-8716 | Incoming | can I put a 30 on that | 05/04/2022 | 10:42:47 PM | 311013 |

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| UC | (954) 664-8716 | Outgoing | Yea he sold it already took to long | 05/04/2022 | 10:45:19 PM | 311014 |
| UC | (954) 664-8716 | Incoming | Dammm da we | 05/04/2022 | 11:08:54 PM | 311038 |
| UC | (954) 664-8716 | Incoming | Daw* | 05/04/2022 | 11:09:00 PM | 311039 |
| UC | (954) 664-8716 | Outgoing | Yea | 05/04/2022 | 11:10:02 PM | 311040 |
| UC | (954) 664-8716 | Incoming | Buddy ain't never hit you back for the ar pistol. | 05/04/2022 | 11:20:23 PM | 311045 |
| UC | (954) 664-8716 | Outgoing | He said he want to keep it | 05/04/2022 | 11:24:02 PM | 311046 |
| UC | (954) 664-8716 | Incoming | Dammm Ight | 05/05/2022 | 11:43:18 AM | 311144 |
| UC | (954) 664-8716 | Outgoing | You want that other which | 05/05/2022 | 11:43:45 AM | 311145 |
| UC | (954) 664-8716 | Incoming | yea buddy got got it ? | 05/05/2022 | 12:28:40 PM | 311148 |
| UC | (954) 664-8716 | Outgoing | Hold on | 05/05/2022 | 12:30:09 PM | 311150 |
| UC | (954) 664-8716 | Incoming | Ight lmk | 05/05/2022 | 12:49:53 PM | 311153 |
| UC | (954) 664-8716 | Outgoing | Yo my cousin got one for a 1000 wya | 05/05/2022 | 07:23:23 PM | 311332 |
| UC | (954) 664-8716 | Incoming | Yoo nigga up da road my boy ima hit u wen I touch down | 05/05/2022 | 11:09:38 PM | 311380 |
| UC | (954) 664-8716 | Outgoing | Ok | 05/05/2022 | 11:12:02 PM | 311382 |
| UC | (954) 664-8716 | Incoming | Yooo | 05/11/2022 | 10:13:41 AM | 312654 |
| UC | (954) 664-8716 | Outgoing | What's good | 05/11/2022 | 10:14:41 AM | 312658 |
| UC | (954) 664-8716 | Outgoing | | 05/11/2022 | 10:17:56 AM | 29717 |
| UC | (954) 664-8716 | Incoming | Yoooo | 05/18/2022 | 11:30:01 AM | 314488 |
| UC | (954) 664-8716 | Outgoing | What's good | 05/18/2022 | 11:32:06 AM | 314492 |
| UC | (954) 664-8716 | Incoming | Nigga was out the country what it do | 05/18/2022 | 11:42:36 AM | 314497 |
| UC | (954) 664-8716 | Incoming | any updates | 05/18/2022 | 11:42:47 AM | 314498 |
| UC | (954) 664-8716 | Outgoing | Hold on | 05/18/2022 | 11:44:30 AM | 314499 |
| UC | (954) 664-8716 | Outgoing | | 05/18/2022 | 03:12:44 PM | 314552 |
| UC | (954) 664-8716 | Outgoing | | 05/18/2022 | 03:45:28 PM | 314566 |
| UC | (954) 664-8716 | Outgoing | Yo | 05/21/2022 | 02:44:01 PM | 315209 |
| UC | (954) 664-8716 | Outgoing | Yo | 05/24/2022 | 02:15:59 PM | 315893 |
| UC | (954) 664-8716 | Outgoing | Got a fully auto 300 blackout aR pistol | 05/26/2022 | 09:23:01 AM | 316540 |
| UC | (954) 664-8716 | Incoming | Yooo fuckkkk | 05/26/2022 | 10:47:28 AM | 316556 |
| UC | (954) 664-8716 | Incoming | Dam daw my b a nigga still in Haiti | 05/26/2022 | 10:47:36 AM | 316557 |
| UC | (954) 664-8716 | Incoming | I ain't back yet | 05/26/2022 | 10:47:39 AM | 316558 |
| UC | (954) 664-8716 | Outgoing | Oh ok | 05/26/2022 | 10:47:59 AM | 316559 |
| UC | (954) 664-8716 | Outgoing | Yo | 05/29/2022 | 02:10:12 PM | 317333 |
| UC | (954) 664-8716 | Outgoing | | 05/29/2022 | 02:10:34 PM | 317334 |
| UC | (954) 664-8716 | Outgoing | | 05/29/2022 | 02:11:24 PM | 317335 |
| UC | (954) 664-8716 | Incoming | Yoooooooooo | 05/30/2022 | 12:09:26 AM | 317450 |
| UC | (954) 664-8716 | Outgoing | What's up | 05/30/2022 | 12:09:39 AM | 317451 |
| UC | (954) 664-8716 | Incoming | How much you want for that shit | 05/30/2022 | 12:10:28 AM | 317452 |
| UC | (954) 664-8716 | Outgoing | Wanted 3500 but I'll take 3000 it's a 300blackout fully | 05/30/2022 | 12:12:03 AM | 317455 |
| UC | (954) 664-8716 | Incoming | Ight Nigga gonna grab that | 05/30/2022 | 12:19:33 AM | 317458 |
| UC | (954) 664-8716 | Incoming | Gonna fly in next week if anyone I'll pay the full 3500 | 05/30/2022 | 12:19:57 AM | 317460 |
| UC | (954) 664-8716 | Incoming | I needs thay | 05/30/2022 | 12:20:08 AM | 317461 |
| UC | (954) 664-8716 | Incoming | That | 05/30/2022 | 12:20:09 AM | 317462 |
| UC | (954) 664-8716 | Outgoing | Lol yeah I had a Chico ask for it today at the gun show | 05/30/2022 | 12:21:18 AM | 317464 |
| UC | (954) 664-8716 | Incoming | Nah fuck that | 05/30/2022 | 12:23:10 AM | 317465 |
| UC | (954) 664-8716 | Incoming | Once I land nigga I'm grabbing that | 05/30/2022 | 12:23:29 AM | 317466 |
| UC | (954) 664-8716 | Incoming | I'll pay full price nigga | 05/30/2022 | 12:23:36 AM | 317467 |
| UC | (954) 664-8716 | Outgoing | Lol I got you | 05/30/2022 | 12:30:42 AM | 317468 |
| UC | (954) 664-8716 | Outgoing | Yo | 06/01/2022 | 10:40:53 PM | 318463 |
| UC | (954) 664-8716 | Incoming | Yo | 06/01/2022 | 11:34:58 PM | 318464 |
| UC | (954) 664-8716 | Outgoing | When you come down | 06/01/2022 | 11:39:34 PM | 318465 |
| UC | (954) 664-8716 | Incoming | I fly back into Mia next week hood | 06/01/2022 | 11:59:23 PM | 318467 |
| UC | (954) 664-8716 | Outgoing | Ok kool | 06/02/2022 | 12:01:14 AM | 318469 |

USA_10093

| Contact Name | Contact ID | Direction | Text Message | Date | Time | Call Number |
|---|---|---|---|---|---|---|
| UC | (954) 664-8716 | Outgoing | 900 it's 22 AR pistol | 06/04/2022 | 02:23:03 PM | 319102 |
| UC | (954) 664-8716 | Outgoing | 1500 | 06/06/2022 | 07:39:43 PM | 319672 |
| UC | (954) 664-8716 | Incoming | Yooooooo | 06/07/2022 | 02:25:53 PM | 319797 |
| UC | (954) 664-8716 | Outgoing | What's good wya | 06/07/2022 | 02:26:08 PM | 319798 |
| UC | (954) 664-8716 | Outgoing | Questioned "What's good wya " | 06/07/2022 | 02:33:51 PM | 319805 |
| UC | (954) 664-8716 | Outgoing | Yo | 06/08/2022 | 11:53:24 AM | 319964 |
| UC | (954) 664-8716 | Outgoing | 300 blackout about to get sold | 06/08/2022 | 05:24:00 PM | 320097 |
| UC | (954) 664-8716 | Incoming | Yooo nigga still out here man I'm handling some things daw | 06/09/2022 | 12:31:54 PM | 320344 |
| UC | (954) 664-8716 | Outgoing | Dam you can't get the money wired to me I done had it for to long bra craving | 06/09/2022 | 12:58:29 PM | 320353 |
| UC | (954) 664-8716 | Outgoing | Crabbing | 06/09/2022 | 12:58:34 PM | 320354 |
| UC | (954) 664-8716 | Incoming | Give me a few ima get back to you | 06/09/2022 | 01:02:10 PM | 320362 |
| UC | (954) 664-8716 | Incoming | Ima see if my man's can link up | 06/09/2022 | 01:02:19 PM | 320364 |
| UC | (954) 664-8716 | Outgoing | Ok let me know asap | 06/09/2022 | 01:06:21 PM | 320371 |
| UC | (954) 664-8716 | Outgoing | Yo what your homie talking about | 06/09/2022 | 03:06:51 PM | 320433 |
| UC | (954) 664-8716 | Outgoing | Yo | 06/17/2022 | 08:03:56 PM | 323243 |
| UC | (954) 664-8716 | Incoming | Yooooo | 07/06/2022 | 03:38:07 PM | 329602 |
| UC | (954) 664-8716 | Outgoing | What's up | 07/06/2022 | 03:41:47 PM | 329605 |
| UC | (954) 664-8716 | Incoming | Nigga finally back hood was stuck out there | 07/06/2022 | 05:05:15 PM | 329658 |
| UC | (954) 664-8716 | Outgoing | Dam for real | 07/06/2022 | 05:05:27 PM | 329659 |
| UC | (954) 664-8716 | Incoming | Yea hood shyt crazy out there man | 07/06/2022 | 05:37:16 PM | 329684 |
| UC | (954) 664-8716 | Outgoing | Dam | 07/06/2022 | 05:37:32 PM | 329685 |
| UC | (954) 664-8716 | Incoming | That shit gone huh ? | 07/06/2022 | 05:37:39 PM | 329686 |
| UC | (954) 664-8716 | Outgoing | Which one? | 07/06/2022 | 05:40:58 PM | 329687 |
| UC | (954) 664-8716 | Incoming | The fully | 07/06/2022 | 08:21:07 PM | 329696 |
| UC | (954) 664-8716 | Outgoing | Still got him | 07/06/2022 | 08:26:51 PM | 329697 |
| UC | (954) 664-8716 | Incoming | Ight bet ima hit u in the am | 07/06/2022 | 11:34:38 PM | 329846 |
| UC | (954) 664-8716 | Outgoing | Ok | 07/06/2022 | 11:39:46 PM | 329847 |
| UC | (954) 664-8716 | Outgoing | 950 | 07/07/2022 | 10:51:12 PM | 330510 |
| UC | (954) 664-8716 | Outgoing | Glock 40 10mm | 07/07/2022 | 10:51:16 PM | 330511 |