


GOVERNMENT EXHIBIT

CASE NO. 22-CR-20352-BB

EXHIBIT NO. 36G