


AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-CR-20352-BB

EXHIBIT NO. 36L