AO386-C
GOVERNMENT EXHIBIT

CASE NO. 22-cr-20352

EXHIBIT NO. 38B1T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 38B1. Hat Cam
## 3.9.22_USA_864_Operation_Kill_Switch.006 - R02

[START 38B1. HAT CAM 3.9.22_USA_864_OPERATION_KILL_SWITCH.006 - R02.MP3]

MALE VOICE 1: You want me to - - .

MALE VOICE 2: Hey no, nobody move.

MALE VOICE 1: No, I got it, I got it, I got it.

MALE VOICE 2: Don't fuck the radio up.

MALE VOICE 1: I got it.

MALE VOICE 2: Oh. Hold on let me give him his hundred. Yo, the hundred . Huh?

MALE VOICE 3: - - .

MALE VOICE 2: - - .

MALE VOICE 3: - - .

MALE VOICE 2: - - killed me man. - - see that.

MALE VOICE 3: I've been all kinds of shit - - .

MALE VOICE 2: - - you got?

MALE VOICE 3: Yeah - - optic site on - - . - - optics site on it and he put a optic site on that one.

MALE VOICE 2: Okay.

MALE VOICE 3: So, the - - Hellcat - - .

MALE VOICE 2: Yeah but no paperwork dude huh? I don’t want no - - Hey you could get anything you said? - -.

MALE VOICE 3: We be buying all types of stuff - - .

MALE VOICE 2: Alright.

MALE VOICE 3: So, whatever they, whatever we bought from - - .

MALE VOICE 2: - - . Yeah. Nobody move.

MALE VOICE 1: Alright, - - be a go. Everybody go - - .

MALE VOICE 1: Do not move. Do not move. He’s spinning the block.

MALE VOICE 1: - - .

MALE VOICE 1: Hey. Whatever happened when you guys get out of the car you guys scared him. I don’t know why ya’ll got out the car. Huh?

MALE VOICE 4: - - where are you guys?

MALE VOICE 1: We’re on—

MALE VOICE 1: We’re just west of the gas station, right by the gun store.

MALE VOICE 1: We’re—

[Abrupt end of audio]

[38B1. Hat Cam

3.9.22_USA_864_Operation_Kill_Switch.006 - R02.mp3]