AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20352
EXHIBIT NO. 50BT

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 50B. UC Cam 3.23.22_USA_871_2022-03-23T12.29.03-04.00_Clip 2

[START 50B. UC CAM 3.23.22_USA_871_2022-03-23T12.29.03-04.00_CLIP 2.MP3]

MALE VOICE 1: Yo.

MALE VOICE 2: Alright.

MALE VOICE 1: - - .

MALE VOICE 2: The other time I was telling you meet me to the gas station cause you know his is a gun store bro so—

MALE VOICE 1: Oh, you can't—

MALE VOICE 2: do to much.

MALE VOICE 1: Okay. Hey yo, hit me up.

MALE VOICE 2: He, he got a Stacatto but he want 2,200, it's a rifle.

MALE VOICE 1: Send me that shit.

MALE VOICE 2: - - picture of it..

MALE VOICE 1: Yeah, hey whatever you get dog, like I said I send them jits overseas dog.

MALE VOICE 2: Alright.

MALE VOICE 1: So, fuck with me.

MALE VOICE 2: I'm gonna send you a picture.

MALE VOICE 1: Alright.

MALE VOICE 2: I'll send it to you now.

MALE VOICE 1: - - yeah.

[50B. UC Cam 3.23.22_USA_871_2022-03-