AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr--20352
EXHIBIT NO. 62A1T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 62A1. Hat Cam USA903_BATTLE_05-03-2022_BUY_WALK.008_Clip 1

[START 62A1. HAT CAM USA903_BATTLE_05-03-2022_BUY_WALK.008_CLIP 1.MP3]

MALE VOICE 1: - - jump out the way.

MALE VOICE 2: What's up.

MALE VOICE 1: Yeah, hold on. What - - do.

MALE VOICE 3: - - .

MALE VOICE 1: Huh, chillin dog. Yo man - - trip me dog. - - over there. You said it was a chico, right?

MALE VOICE 3: - -

MALE VOICE 1: - - .

MALE VOICE 3: - - .

MALE VOICE 1: Yeah the thing is dog ‘cause my dog here with me some of the bread his shit too you feel me, that nigger don’t want that shit to, you know what I'm saying. Huh?

MALE VOICE 3: - - .

MALE VOICE 1: I already know, I'm saying dog.

MALE VOICE 3: But - - .

MALE VOICE 1: The what?

MALE VOICE 3: You want that other canik?

MALE VOICE 1: That shit was what, 900? Yeah -

MALE VOICE 3: that's competition- - .

MALE VOICE 1: Yeah.

MALE VOICE 3: - - .

MALE VOICE 1: Fuck it dog. I'll take that shit - - .

MALE VOICE 3: You want the AR pistol.

MALE VOICE 1: That one, no, I'll take the pistol, the AR pistol, what I'm saying.

MALE VOICE 3: You don't want the pistol?

MALE VOICE 1: Nah I'll take the AR pistol and then—

MALE VOICE 3: - - not in competition.

MALE VOICE 1: The shit you sent me yeah the tan one. Which one is better?

MALE VOICE 3: They're both - - that's what John Wick was using.

MALE VOICE 1: Yeah let me get that tan shit.

MALE VOICE 3: Alright.

MALE VOICE 1: Damn you are trippin' dog.

MALE VOICE 3: - - .

MALE VOICE 1: Yeah, that shit is nice dog. Yeah that shit look nice - - . Hey so what's up with the, what's up dog, you, you, you can't go

get that shit and come back.

MALE VOICE 3: - - .

MALE VOICE 1: I get, I'll leave the money. I, I'll give you the money for these shits you go and, and we'll be right here dog. 'Cause I gotta go down south too.

MALE VOICE 3: See, he stay down that way, he stay like in Brickell area.

MALE VOICE 1: Okay.

MALE VOICE 3: - - right here - - .

MALE VOICE 1: Okay.

MALE VOICE 3: - - .

MALE VOICE 1: 'Cause my, the thing is with the two, I can't give you the—my, it's not me dog, it's my dog, you feel me. So I gotta tell that nigger oh nah, nah, I know you're good for it just like you know I'm good for the money. That's why I'm like you know I can buy the, the shits and then you take that bread go get it and come back. I'm gonna be here dog.

MALE VOICE 3: Alright.

MALE VOICE 1: You good. Y'all good. My money good dog. Want me to…

MALE VOICE 3: Yo. - - .

MALE VOICE 1: So, I'm gonna - - . I gotta look at the text. - - no parking here, huh?

MALE VOICE 3: It’s a gun store, it’s a shooting range.

MALE VOICE 1: - - .

MALE VOICE 3: - - .

MALE VOICE 1: Seven-twenty for that.

MALE VOICE 3: Eight hundred for - - .

MALE VOICE 1: The what?

MALE VOICE 3: - - . Eight - - .

MALE VOICE 1: It's hot as shit out here man. I'm gonna put out the pistol, that was 900?

MALE VOICE 3: - - .

MALE VOICE 1: Alright. Give me a second to get that. Act like you give me some money.

MALE VOICE 2: Huh?

MALE VOICE 1: I’d like you to give me some money. He said he got, he said he gotta go get the switches for us.

MALE VOICE 2: Alright. Here.

MALE VOICE 1: Yeah. One, 2, 3, 4, 5, 6,, 7, 8, 9, 10, 12, 13, 14, 15. Fifteen, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15 and 25. Cool. - - 5,

- - 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 20, 24, 20. Yeah.

MALE VOICE 3: - - .

MALE VOICE 1: Yeah. Uh-huh, - - that shit. - - . You gotta go inside.

MALE VOICE 3: Yeah.

MALE VOICE 1: Alright.

[62A1. Hat Cam USA903_BATTLE_05-03-2022_BUY_WALK.008_Clip 1.mp3]