AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 62A2T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 62A2. Hat Cam USA903_BATTLE_05-03-2022_BUY_WALK.008_Clip 2

[START 62A2. HAT CAM USA903_BATTLE_05-03-2022_BUY_WALK.008_CLIP 2.MP3]

MALE VOICE 1: Yo.

MALE VOICE 2: - - AR pistol - -.

MALE VOICE 1: Okay.

MALE VOICE 2: Follow me.

MALE VOICE 1: Follow you? Alright. - - . This shit like nice dog.

MALE VOICE 2: I have—

MALE VOICE 1: [Interposing] Yeah.

MALE VOICE 2: - - other fine too - - . That other one—

MALE VOICE 1: The black one. The trigger modified.

MALE VOICE 2: - - .

MALE VOICE 1: Ah shit.

MALE VOICE 2: - - .

[62A2. Hat Cam USA903_BATTLE_05-03-2022_BUY_WALK.008_Clip 2.mp3]