AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 62B1T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 62B1. Hat Cam USA902_BATTLE_05-03-2022_BUY_WALK.008_clip 1

[START 62B1. HAT CAM USA902_BATTLE_05-03-2022_BUY_WALK.008_CLIP 1.MP3]

MALE VOICE 1: He’s coming to the car.

MALE VOICE 2: - - .

MALE VOICE 1: Damn what, what you got in your pants boy?

MALE VOICE 3: - - .

MALE VOICE 1: - - hey what, where you goin’ nigger?

MALE VOICE 3: How you want to do it. You guys want the Switches?

MALE VOICE 1: Yeah dog you feel me, yeah.

MALE VOICE 3: Like I said, follow me. I'm going downtown area.

MALE VOICE 1: Okay.

MALE VOICE 3: You want to follow me.

MALE VOICE 1: Fuck it yeah, yeah.

MALE VOICE 3: Alright.

MALE VOICE 1: He's gonna follow him to downtown.

MALE VOICE 2: - - .

MALE VOICE 1: Hm?

MALE VOICE 2: You told him?

MALE VOICE 1: Yeah I'm gonna be lead so

everybody just stay real tight, - - back.

[62B1. Hat Cam USA902_BATTLE_05-03-2022_BUY_WALK.008_clip 1.mp3]