AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 62B2T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 62B2. Hat Cam USA902_BATTLE_05-03-2022_BUY_WALK.008_clip 2

[START 62B2. HAT CAM USA902_BATTLE_05-03-2022_BUY_WALK.008_CLIP 2.MP3]

MALE VOICE 1: What's going on?

MALE VOICE 2: Yo. Hey dude, you said downtown right?

MALE VOICE 1: Yeah, yeah, yeah, yeah.

MALE VOICE 2: Alright. Like you know where, I'm about to go pick up something from Overtown real quick and we can link up right there.

MALE VOICE 1: What’d you say you gonna - - ?

MALE VOICE 2: Huh?

MALE VOICE 1: It's right in the same area.

MALE VOICE 2: You said what?

MALE VOICE 1: I said it's like right in the same area.

MALE VOICE 2: Alright so, so you know where the, the Wharf is or the Chick-fil-A in downtown.

MALE VOICE 1: Yeah - - .

MALE VOICE 2: Alright yeah so we just, let's link up there.

MALE VOICE 1: - - you want to link up at

Chick-fil-A?

MALE VOICE 2: Yeah, yeah the Chick-fil-A right there.

MALE VOICE 1: Alright.

MALE VOICE 2: I'm be, I'm be out in the front, so just hit me up. I'm be, I'll probably beat you there. I'm going Overtown real quick then Chick-fil-A.

MALE VOICE 1: Alright.

MALE VOICE 2: Alright. You alright?

MALE VOICE 3: Yeah.

[62B2. Hat Cam USA902_BATTLE_05-03-2022_BUY_WALK.008_clip 2.mp3]