AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 62B3T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 62B3. Hat Cam USA902_BATTLE_05-03-2022_BUY_WALK.008_clip 3

[START 62B3. HAT CAM USA902_BATTLE_05-03-2022_BUY_WALK.008_CLIP 3.MP3]

MALE VOICE 1: Yo.

MALE VOICE 2: Yo, hey, I, I, I, I'm gonna, I’m gonna have enough for that wet, where is that.

MALE VOICE 1: Hey its back at that little spot.

MALE VOICE 2: Nah, - - nah. Damn.

MALE VOICE 1: He just told me, but I didn’t know if you like 22 or not bro.

MALE VOICE 2: Well, that, what's that a 22?

MALE VOICE 1: Yeah it's—

MALE VOICE 2: [Interposing] Oh nah, nah, nah, nah, nah, nah, nah, nah, nah. I just realized what that was. My bad.

MALE VOICE 1: Oh ,this one’s just fine.

MALE VOICE 2: Yeah, yeah, yeah, but nah.

MALE VOICE 1: Alright.

MALE VOICE 2: Alright then they uh I'm gonna be waiting on you just hit me up, ready to go.

MALE VOICE 1: You, you at that spot.

MALE VOICE 2: I'm, I'm pulling into

Overtown now getting something and I'm be, I'm ready.

MALE VOICE 1: Alright.

MALE VOICE 2: Yeah. Yo.

[62B3. Hat Cam USA902_BATTLE_05-03-2022_BUY_WALK.008_clip 3.mp3]