AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 62C1T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 62C1. Hat Cam USA900_BATTLE_05-03-2022_BUY_WALK (1)_Clip 1

[START 62C1. HAT CAM USA900_BATTLE_05-03-2022_BUY_WALK (1)_CLIP 1.MP3]

MALE VOICE 1: Yo.

MALE VOICE 2: Yo.

MALE VOICE 1: Hey I'm, I'm here.

MALE VOICE 2: Alright, alright I'm ready by the Seybold building - - .

MALE VOICE 1: Alright I see - - .

MALE VOICE 2: You got - - for me?

MALE VOICE 1: Huh?

MALE VOICE 2: - -

MALE VOICE 1: Yeah.

MALE VOICE 2: Alright.

MALE VOICE 1: Alright.

[62C1. Hat Cam USA900_BATTLE_05-03-2022_BUY_WALK (1)_Clip 1.mp3]