AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 62C3T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 62C3. Hat Cam USA900_BATTLE_05-03-2022_BUY_WALK (1)_Clip 3

[START 62C3. HAT CAM USA900_BATTLE_05-03-2022_BUY_WALK (1)_CLIP 3.MP3]

MALE VOICE 1: Yo.

MALE VOICE 2: What's up?

MALE VOICE 1: Yo, you straight.

MALE VOICE 2: Yeah, yeah, yeah.

MALE VOICE 1: Oh, alright I—huh?

MALE VOICE 2: I, I send you the location -- so you can slide on me ‘cause I’m waiting on my client to come out the jewelry store - - .

MALE VOICE 1: Alright.

MALE VOICE 2: You see where I'm at.

MALE VOICE 1: Let me see. At the Seybold.

MALE VOICE 2: Yeah.

MALE VOICE 1: Alright. Alright.

MALE VOICE 2: Alright.

[END 62C3. Hat Cam USA900_BATTLE_05-03-2022_BUY_WALK (1)_Clip 3.mp3]