AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 62D1T

# U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA

## U.S. v. Johnny Battle
## Case 22-CR-20352-BB
## Transcription of selected audio calls
## 62D1. Hat Cam USA901_BATTLE_05-03-2022_BUY_WALK (2)_Clip 1

[START 62D1. HAT CAM USA901_BATTLE_05-03-2022_BUY_WALK (2)_CLIP 1.MP3]

MALE VOICE 1: Yo.

MALE VOICE 2: Yo.

MALE VOICE 1: What's good? Hey I'm behind damn - - nigger got a cold. I'm behind you.

MALE VOICE 2: Said you're behind me?

MALE VOICE 1: Yeah.

MALE VOICE 2: Alright.

MALE VOICE 1: Ain’t no parking here though.

MALE VOICE 2: I know, never no parking here.

MALE VOICE 1: You got, you got it with you. I just jump out real quick grab it.

MALE VOICE 2: Yeah.

MALE VOICE 1: Alright - - . You see - - start honkin’.

MALE VOICE 3: Yeah.

MALE VOICE 1: - - . Yo.

MALE VOICE 2: - - .

MALE VOICE 1: Hm?

MALE VOICE 2: - - .

MALE VOICE 1: Count it, make sure that shit all there.

MALE VOICE 2: You need me to show you how to put it on just hit me, I’ll put it on.

MALE VOICE 1: Yeah.

MALE VOICE 2: - - .

MALE VOICE 1: Alright, appreciate you.

MALE VOICE 2: It don’t work on gen 5 - - like it, it works but this piece right here's you got to shave down - - .

MALE VOICE 1: You got somebody that do that shit?

MALE VOICE 2: - - I do it for you - - .

MALE VOICE 1: Alright, appreciate you.

MALE VOICE 2: I got you man.

MALE VOICE 1: Yes sir hit me up - - .

MALE VOICE 2: - - .

MALE VOICE 1: Yo.

MALE VOICE 3: Get it.

MALE VOICE 1: Yeah. Deal is a go, deal is a go, deal is a go.

[END 62D1. Hat Cam USA901_BATTLE_05-03-2022_BUY_WALK (2)_Clip 1.mp3]