








AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-CR-20352-BB

EXHIBIT NO. 65A








GLOCK
22 Gen 4
AUSTRIA
.40