AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 65K

# Interaction of trigger bar and firing pin

**Firing pin cocked and held by trigger bar**

**When trigger is pulled, the trigger bar is**






# Glock switch interaction with trigger bar when trigger remains pulled

## Semi – No contact with leg




## Auto – Leg pushes down trigger bar

