


AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 80

USA_09743

# Winchester/NRA Marksmanship Qualification Program

NRA Sports

Ninth Edition–December 2012
Copyright 2004, National Rifle Association of America

All rights reserved. Printed in the United States of America. This book may not be reprinted or reproduced in whole or in part by mechanical means, photocopying, electronic reproduction, scanning, or any other means without prior written permission. For more information, write to: Education & Training Division, National Rifle Association of America, 11250 Waples Mill Road, Fairfax, VA 22030.

**To join the NRA today, or for additional information regarding NRA Membership, call (800) NRA-3888 or visit online at www.nrahq.org.**

**Your membership dues may be charged to American Express, Discover, Mastercard, or Visa.**

NR 40810 EQ 09525

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | | |
|---|---|---|
| FULL N[redacted] C [redacted] K [redacted] | | DATE OF BIRTH [redacted] 1996 |
| ADDRES[redacted] | | |
| C[redacted] Cooper City | STATE FL | ZIP 33328 |
| PHONE NUMBER [redacted] 3234 | DRIVER'S LICENSE # [redacted] | |
| PE[redacted] | ☐ PERMIT TO PURCHASE | ☐ PERMIT TO CARRY |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE | DATE 09/16/2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| | | |
|---|---|---|
| MANUFACTURER Glock | MODEL NUMBER 22 Gen 4 | SERIAL NUMBER AESK884 |
| CALIBER 40 Cal. | DESCRIPTION Semiautomatic Blue Steel | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | | |
|---|---|---|
| FULL NAME | | DATE OF BIRTH |
| ADDRESS | | |
| CITY | STATE | ZIP |
| PHONE NUMBER | DRIVER'S LICENSE # | |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE | ☐ PERMIT TO CARRY |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE | DATE |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

Shoot Straight
Ft. Lauderdale
2200 S. State Rd 7
Ft. Lauderdale, FL 33312

SS FORT LAUDERDALE

Clerk: PAUL G. Date: 3/19/2020 7:22:20 PM Tran # 27100 Store # 007 Register # 3 Page 1

| Itemcode | Description | Price ea. | Quantity | Ext Disc | Net Sale |
|---|---|---|---|---|---|
| 3 | TRD GLOCK 22 BCSO<br>Log # 57832 Serial # VVM709<br>JOHNNY BATTLE 1349 NW 38 ST MIAMI, FL 33142 786-580-8833 | 499.00 | 1 | 120.00 | 379.00 |
| 100010048092 | TRD GLOCK 27 BCSO<br>Log # 59111 Serial # PVY901<br>JOHNNY BATTLE 1349 NW 38 ST MIAMI, FL 33142 786-580-8833 | 499.00 | 1 | 120.00 | 379.00 |
| FDLE | FDLE FEE | 5.00 | 1 | 0.00 | 5.00 |
| | | | | Subtotal | 763.00 |
| | | | | Tax 1 | 53.06 |
| | | | | **Total** | **816.06** |
| | | | | Cash | 820.00 |

REGISTER TO WIN A $50 SS GIFT CARD by letting us know how your Shoot Straight Experience was today. Send an e-mail .

Comments ftl@Shoot-Straight.com

All Non-Approvals and Cancellations are subject to a 25% Restock Fee, and all shipping, transfer and background check fees. Once a customer takes posession of a firearm, it is considered used from that point on and NO REFUNDS are given. Shoot Straight will consider purchasing the firearm back at a value determined by Management.
All used guns are sold AS IS. No Refunds or Exchanges. Knives, optics or ammunition are not eligible for return.
All defective merchandise must be returned to the factory or an authorized service center.
All accounts inactive for 90 days or longer will be considered closed and deposits or items in those accounts forfeited. Any returns must be made within 30 days of purchase.
All Gift Card Sales & Ammunition Sales are Final. No Cash Value.

IT IS UNLAWFUL AND PUNISHABLE BY IMPRISONMENT AND FINE FOR ANY ADULT TO STORE OR LEAVE A FIREARM IN ANY PLACE WITHIN THE REACH OR EASY ACCESS OF A MINOR.

THANK YOU

CASH CUSTOMER

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | | | |
|---|---|---|---|
| FULL NAME [redacted] | | | DATE OF BIRTH [redacted]/1993 |
| ADDRESS [redacted] | | | |
| CITY Miami | | STATE FL | ZIP 33147 |
| PHONE NUMBER [redacted]1156 | | DRIVER'S LICENSE # | |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE | ☐ PERMIT TO CARRY | |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE [signature] | DATE 09/26/2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| ATI Omni Hybrid Maxpistol | 081944021377 | NS266807 |
| CALIBER 7.5" 5.56 | DESCRIPTION Hybrid Maxx Green | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | | | |
|---|---|---|---|
| FULL NAME Johnny Matthew Battle | | | DATE OF BIRTH 07/09/1993 |
| ADDRESS 1349 NW 38 Street | | | |
| CITY Miami | | STATE FL | ZIP 33142 |
| PHONE NUMBER 786-580-8833 | | DRIVER'S LICENSE # [redacted] | |
| PERMIT NUMBER W1680393 | ☐ PERMIT TO PURCHASE | ☑ PERMIT TO CARRY | |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE [signature] | DATE 09/26/2020 |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

## Sales Receipt #12606
8/27/2020

**Miami Police Depot**
1040 E. 49th St
Hialeah, FL 33013
305-688-8679
www.MiamiGunsInc.com

**Bill To:**
JOHNNY MATTHEW BATTLE
1349 NW 38THST
MIAMI, FL 33142

| Item Name | Item Description | Attribute | Size | Orig Price | Disc % Type | Qty | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| OSO | | | | $0.00 | | 1 | $0.00 | $0.00 | |
| BACKGROUND CHECK | FDLE BACKGROUND CHECK | | | $7.00 | | 1 | $7.00 | $7.00 | T |
| ATI OMNI HYBRID MAXX | PISTOL American Tactica Imports - ATI OMNI HYBRID MAXX GREEN 7.5" 5.56 | | | $699.99 | 7.14% | 1 | $650.00 | $650.00 | T |

Serial # NS266807
0819644021377

Subtotal: $657.00
Local Sales Tax 7 % Tax + $45.99
**RECEIPT TOTAL: $702.99**

Amount Tendered: $703.00
Change Given: $0.01

Cash: $703.00

Total Sales Discounts: $49.99

**NO REFUNDS ON FIREARMS. TRANSACTIONS THAT ARE CANCELLED DUE TO NONAPPROVALS OR DECISION PENDINGS ARE SUBJECT TO A $75 RESTOCKING FEE. NO CASH REFUNDS. CUSTOMERS WILL BE MAILED A CHECK. PLEASE SIGN BELOW.**

Thank you for shopping with us!
Please review us on Google & check us out on Instagram @miamigunsrange

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

FULL NAME: [redacted]

DATE OF BIRTH: [redacted]82

ADDRESS: [redacted]

CITY: [redacted]

STATE: FL

ZIP: 33065

PHONE NUMBER: [redacted]

DRIVER'S LICENSE #: [redacted]

PERMIT: [redacted] 1005

☐ PERMIT TO PURCHASE ☐ PERMIT TO CARRY

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

BUYER SIGNATURE: [signature]

DATE: 2/7/20

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| Glock 26 | G26 | KVH861 |

| CALIBER | DESCRIPTION |
|---|---|
| 9mm | Black |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

FULL NAME: Johnny Battle

DATE OF BIRTH: [redacted]/943

ADDRESS: 1349 NW 38 street

CITY: Miami-Dade

STATE: Florida

ZIP: 33142

PHONE NUMBER: 786-580-8833

DRIVER'S LICENSE #: [redacted]

PERMIT NUMBER: W1680393

☐ PERMIT TO PURCHASE ☒ PERMIT TO CARRY

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

SELLER SIGNATURE: [signature]

DATE: 2/7/2020

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME: D[redacted] [redacted] | DATE OF BIRTH: [redacted] 1995 |
| ADDRESS: [redacted] | |
| CITY: Fort Lauderdale | STATE: Fl. — ZIP: 33311 |
| PHONE NUMBER: [redacted]870 | DRIVER'S LICENSE #: |
| PERMIT NUMBER: [redacted]0812 | ☐ PERMIT TO PURCHASE ☑ PERMIT TO CARRY |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE: [signature] | DATE: 08/24/2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| | | |
|---|---|---|
| MANUFACTURER: Glock | MODEL NUMBER: G19 | SERIAL NUMBER: BNKE16 |
| CALIBER: 9mm | DESCRIPTION: Black | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME: Johnny Battle | DATE OF BIRTH: 07/09/1993 |
| ADDRESS: 1344 NW 38 Street | |
| CITY: Miami-Dade | STATE: Florida — ZIP: 33142 |
| PHONE NUMBER: 786-580-8833 | DRIVER'S LICENSE #: [redacted] |
| PERMIT NUMBER: W1680393 | ☐ PERMIT TO PURCHASE ☑ PERMIT TO CARRY |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE: [signature] | DATE: 08-24-2020 |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME: [redacted] [redacted] | DATE OF BIRTH: [redacted]995 |
| ADDRESS: [redacted] | |
| CITY: Fort Lauderdale | STATE: Fl. ZIP: 33311 |
| PHONE NUMBER: [redacted]2870 | DRIVER'S LICENSE #: |
| PERMIT NUMBER: [redacted]812 | ☐ PERMIT TO PURCHASE ☑ PERMIT TO CARRY |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE: [signature] | DATE: 08/24/2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| Glock | G19 | BNKE317 |
| CALIBER: 9mm | DESCRIPTION: Black | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME: Johnny Battle | DATE OF BIRTH: 07/09/1993 |
| ADDRESS: 1349 NW 38 Street | |
| CITY: Miami-Dade | STATE: Florida ZIP: 33142 |
| PHONE NUMBER: 786-580-8833 | DRIVER'S LICENSE #: [redacted] |
| PERMIT NUMBER: W1680393 | ☐ PERMIT TO PURCHASE ☑ PERMIT TO CARRY |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE: [signature] | DATE: 08/24/2020 |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 05/07/20 | 292265 | 1 |

**Lou's Police Distributors**
7815 W. 4 Avenue • Hialeah, Florida 33014
Tel. (305) 416-0000 • Fax (305) 824-9205
EMAIL: sales@louspolice.com
www.louspolice.com

TEL:(305)416.0000
FAX:(305)824.9205

**YOUR SALESPERSON IS
JORGE BACA-ARUS THANK YOU FOR SHOPPING WITH US**

SOLD TO:
JOHNNY M BATTLE
1349 NW 38TH ST

MIAMI, FL 33142

SHIP TO: SHIP TO THE SAME CUSTOMER

CUSTOMER # 786-580-8833

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES-MAN | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 152210 | 05/07/20 | ABOVE | JLB | | | ASAP | |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER | ITEM DESCRIPTION | UNIT PRICE | PER UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| | 2 | GLOPA195S202LE | GLO 19 GEN5 FS 9MM 4.01" BL FXD GLOCK PISTOL LE | 398.00 | EA | 796.00 |
| Serial-#'s BNKE316, BNKE317 | | | | | | |
| | 1 | B | FDLE BACKGROUND CHECK | 5.00 | EA | 5.00 |
| | 1 | CTCCR2032 | CTC CR2032 BATTERY 26-1012 | 1.98 | EA | 1.98 |

Usr:CR 11:00 DEPOSITS: .00
CASH 860.00

Change due 1.16
IT IS UNLAWFUL TO STORE OR LEAVE A FIREARM IN ANY PLACE WITHIN THE REACH OR EASY ACCESS OF A MINOR. NO RETURNS ON GUNS.
R 1

I HAVE RECEIVED A HANDGUN SAFETY DEVICE.

X [signature] 05/07/2020
CUSTOMER SIGNATURE DATE

| | |
|---|---|
| SALES AMOUNT | 802.98 |
| MISC. CHARGES | |
| FREIGHT | |
| SALES TAX | 55.86 |
| TOTAL | 858.84 |
| PAYMENT REC'D | 860.00 |
| BALANCE DUE | .00 |

General Pawn
1476 NW 36 Street
Miami, Florida 33142
305-248-4867

**Sold to Customer:**

**Ticket Number:** 22416
**Buyer's Name:** Johnny Battle
**Address:** 1349 nw 38th st
Miami, FL 33142

**Customer ID:** 6852
**Ticket Date:** 8/13/2020 5:07:05PM
**Phone:** 786-580-8833

**This instrument represents the sale of the following items:**

| | | |
|---|---|---|
| #32705 | Handgun, SCCY, CPX-2, SN: 911447 Cal. 9MM Semiautomatic Black. * * * * * New in Box. . | 275.00 |

Handgun, SCCY, CPX-2,
Semiautomatic Black. * *
32705
* G 1 1 4 4 9 *

All sales final. All items are sold "As Is" without any warranty.
No refunds or exchanges.

**Taxable:** $275.00
**NonTaxable:** $0.00
**Subtotal:** $275.00
**Tax:** $19.25
**Total Amount:** $294.25

X

USA_09753

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | | |
|---|---|---|
| FULL NAME | | |
| ADDRESS | | DATE OF BIRTH |
| CITY | STATE | ZIP |
| PHONE NUMBER | DRIVER'S LICENSE # | |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE | ☐ PERMIT TO CARRY |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE | DATE 09/16/2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| | | |
|---|---|---|
| MANUFACTURER SCCY | MODEL NUMBER CPX-2 | SERIAL NUMBER 911447 |
| CALIBER 9mm Cal | DESCRIPTION Semiautomatic Black | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | | |
|---|---|---|
| FULL NAME | | DATE OF BIRTH |
| ADDRESS | | |
| CITY | STATE | ZIP |
| PHONE NUMBER | DRIVER'S LICENSE # | |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE | ☐ PERMIT TO CARRY |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE | DATE |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

General Pawn
1476 NW 36 Street
Miami, Florida 33142
305-248-4867

**Sold to Customer:**

**Ticket Number:** 22454
**Buyer's Name:** Johnny Battle
**Address:** 1349 nw 38th st
Miami, FL 33142

**Customer ID:** 6852
**Ticket Date:** 8/17/2020 5:25:49PM
**Phone:** 786-580-8833

**This instrument represents the sale of the following items:**

| | | |
|---|---|---|
| #33173 | Handgun, GLOCK, 22 Gen4, SN: AESK884 Cal. .40 Semiautomatic Blue steel. * * * * * New in Box. | 640.00 |

Handgun, GLOCK, 22 Ge
40 Semiautomatic Blue s
33173
* G 1 1 6 9 9 *

All sales final. All items are sold "As Is" without any warranty.
No refunds or exchanges.

**Taxable:** $640.00
**NonTaxable:** $0.00
**Subtotal:** $640.00
**Tax:** $44.80
**Total Amount:** $684.80

X ______________________

USA_09755

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

FULL NAME: J[redacted] P[redacted]
DATE OF BIRTH: [redacted]/93
ADDRESS: [redacted]
CITY: Hollywood
STATE: FL
ZIP:
PHONE NUMBER: [redacted]3668
DRIVER'S LICENSE #: [redacted]
PERMIT NUMBER: None
☐ PERMIT TO PURCHASE ☐ PERMIT TO CARRY

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

BUYER SIGNATURE: [signature]
DATE: 04/20/20

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

MANUFACTURER: Glock
MODEL NUMBER: 22
SERIAL NUMBER: Say152
CALIBER: 40 mm
DESCRIPTION: Black

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

FULL NAME: Johnny Battle
DATE OF BIRTH: 07-09-1993
ADDRESS: 1349 NW 38 Street
CITY: Miami Dade
STATE: Florida
ZIP: 33142
PHONE NUMBER: 786-580-8833
DRIVER'S LICENSE #: [redacted]
PERMIT NUMBER: W 1680393
☐ PERMIT TO PURCHASE ☒ PERMIT TO CARRY

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

SELLER SIGNATURE: [signature]
DATE: 04/20/2020

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

General Pawn
1476 NW 36 Street
Miami, Florida 33142
305-248-4867

**Sold to Customer:**

**Ticket Number:** 22576
**Buyer's Name:** Johnny Battle
**Address:** 1349 nw 38th st
Miami, FL 33142

**Customer ID:** 6852
**Ticket Date:** 8/28/2020 4:48:40PM
**Phone:** 786-580-8833

**This instrument represents the sale of the following items:**

| | | |
|---|---|---|
| #33209 | Handgun, GLOCK, 26, SN: BPTK600 Cal. 9MM Semiautomatic Blue steel. ***** New in Box. | 610.00 |

Handgun, GLOCK, 26, SN
Semiautomatic Blue steel
33209
*G11729*

All sales final. All items are sold "As Is" without any warranty. No refunds or exchanges.

**Taxable: $610.00**
**NonTaxable: $0.00**
**Subtotal: $610.00**
**Tax: $42.70**
**Total Amount: $652.70**

X

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

FULL NAME: [redacted]

ADDRESS: [redacted]

DATE OF BIRTH: [redacted]1988

CITY: [redacted] MiAMi

STATE: Fl

ZIP: 33142

PHONE NUMBER: [redacted]8121

DRIVER'S LICENSE #: [redacted]

PERMIT NUMBER:

☐ PERMIT TO PURCHASE ☐ PERMIT TO CARRY

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

BUYER SIGNATURE: [signature]

DATE: 05|18|2020

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| Smith & Wesson | SD9VE | FZM8800 |

| CALIBER | DESCRIPTION |
|---|---|
| 9MM | Stainless Steel New in Box |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

FULL NAME: Johnny Battle

DATE OF BIRTH: 07-09-1993

ADDRESS: 1349 nw 38 street

CITY: Miami - Dade

STATE: FL

ZIP: 33142

PHONE NUMBER: 786-580-8833

DRIVER'S LICENSE #: [redacted]

PERMIT NUMBER: W1680393

☐ PERMIT TO PURCHASE ☒ PERMIT TO CARRY

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

SELLER SIGNATURE: [signature]

DATE: 05/18/2020

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

General Pawn
1476 NW 36 Street
Miami, Florida 33142
305-248-4867

**Sold to Customer:**

**Ticket Number:** 21092
**Buyer's Name:** Johnny Battle
**Address:** 1349 nw 38th st
Miami, FL 33142

**Customer ID:** 6852
**Ticket Date:** 4/18/2020 1:06:56PM
**Phone:** 786-580-8833

This instrument represents the sale of the following items:

| | | |
|---|---|---|
| #29655 | Pistol, Smith & Wesson, SD9VE, SN: FZM8800 Cal. 9 MM Semiautomatic Stainless steel. * * * * * New in Box. | 399.99 |

Pistol, Smith & Wesson, S
Cal. 9 MM Semiautomatic
29655
* G 9 6 8 2 *

All sales final. All items are sold "As Is" without any warranty.
No refunds or exchanges.

**Taxable:** $399.99
**NonTaxable:** $0.00
**Subtotal:** $399.99
**Tax:** $28.00
**Total Amount:** $427.99

X____________________



# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME [redacted] | DATE OF BIRTH [redacted]1990 |
| [redacted] | |
| MiAMi | STATE Fl / ZIP 33127 |
| PHONE NUMBER [redacted]3155 | DRIVER'S LICENSE # [redacted] |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE ☐ PERMIT TO CARRY |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE [signature] | DATE 05-17-2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| Glock | G19 FS | BNFU710 |
| CALIBER 9mm | DESCRIPTION Black | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME Johnny Battle | DATE OF BIRTH 07-09-1993 |
| ADDRESS 849 NW 38 Street | |
| CITY Miami. Dade | STATE FL / ZIP 33142 |
| PHONE NUMBER 786-580-8833 | DRIVER'S LICENSE # [redacted] |
| PERMIT NUMBER W1680393 | ☐ PERMIT TO PURCHASE ☑ PERMIT TO CARRY |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE [signature] | DATE 05-17-2020 |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

4-23-20

Notary Public State of Florida
Elmito Louis
My Commission GG 351985
Expires 07/04/2023

[signature]

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

FULL NAME: [redacted]

DATE OF BIRTH: [redacted]1990

[redacted]

CITY: MiAMi

STATE: Fl

ZIP: 33127

PHONE NUMBER: [redacted]3155

DRIVER'S LICENSE #: [redacted]

PERMIT NUMBER:

☐ PERMIT TO PURCHASE ☐ PERMIT TO CARRY

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

BUYER SIGNATURE: [signature]

DATE: 05-17-2020

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| Glock | Gen 4 | VSE887 |

| CALIBER | DESCRIPTION |
|---|---|
| 45ACP | Black |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

FULL NAME: Johnny Battle

DATE OF BIRTH: 07-09-1993

ADDRESS: 1349 NW 38 Street

CITY: Miami-Dade

STATE: FL

ZIP: 33142

PHONE NUMBER: 786-580-8833

DRIVER'S LICENSE #: [redacted]

PERMIT NUMBER: W1680393

☐ PERMIT TO PURCHASE ☑ PERMIT TO CARRY

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

SELLER SIGNATURE: [signature]

DATE: 05-17-2020

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

4-23-20

Notary Public State of Florida
Elmito Louis
My Commission GG 351985
Expires 07/04/2023

[signature]

USA_09762

**Sales Receipt #8347**
4/17/2020

MIAMI POLICE DEPOT
HELPING PROTECT & SERVE

**Miami Police Depot**
1040 E. 49th St
Hialeah, FL 33013
305-688-8679
www.MiamiGunsInc.com

**Bill To:**
JOHNNY MATTHEW BATTLE
1349 NW 38THST
MIAMI, FL 33142

| Item Name | Item Description | Attribute | Size | Orig Price | Disc % Type | Qty | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| BACKGROUND CHECK | FDLE BACKGROUND CHECK | | | $7.00 | | 1 | $7.00 | $7.00 | T |
| Glock 21 GEN 4<br>Serial # VSE887 | PISTOL Glock 21 GEN 4 USED 45ACP | | | $499.99 | 10% | 1 | $450.00 | $450.00 | T |
| Glock 19 FS<br>Serial # BNFU710<br>0764503037252 | PISTOL Glock 19 FS GENERATION 5 9MM | | | $599.99 | 4.17% | 1 | $575.00 | $575.00 | T |
| Taurus TH9 COMPACT<br>Serial # TMA69771<br>0725327617082 | PISTOL Taurus TH9 COMPACT BROWN/BLK 9MM | | | $429.99 | 11.63% | 1 | $380.00 | $380.00 | T |

Subtotal: $1,412.00
Local Sales Tax 7 % Tax + $98.84
**RECEIPT TOTAL: $1,510.84**

Amount Tendered: $1,520.00
Change Given: $9.16

Cash: $1,520.00

Total Sales Discounts: $124.97

**NO REFUNDS ON FIREARMS. TRANSACTIONS THAT ARE CANCELLED DUE TO NONAPPROVALS OR DECISION PENDINGS ARE SUBJECT TO A $75 RESTOCKING FEE. NO CASH REFUNDS. CUSTOMERS WILL BE MAILED A CHECK. PLEASE SIGN BELOW.**



[redacted]

[redacted]

[redacted]

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME: J[redacted] M. R[redacted] | DATE OF BIRTH: [redacted]1995 |
| ADDRESS: [redacted] | |

| | | |
|---|---|---|
| CITY: Miami | STATE: Fl | ZIP: 33127 |

| | |
|---|---|
| PHONE NUMBER: [redacted] 0616 | DRIVER'S LICENSE # |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE ☐ PERMIT TO CARRY |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE: [signature] | DATE: 05-17-2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| Taurus TH9 | 9MM | BNFU710 |

| CALIBER | DESCRIPTION |
|---|---|
| 9mm | Brown / BLK |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME: Johnny Battle | DATE OF BIRTH: 07-09-1993 |
| ADDRESS: 1349 NW 38 Street | |

| | | |
|---|---|---|
| CITY: Miami | STATE: FL | ZIP: 33142 |

| | |
|---|---|
| PHONE NUMBER: 786-580-8835 | DRIVER'S LICENSE # [redacted] |
| PERMIT NUMBER: W 1680393 | ☐ PERMIT TO PURCHASE ☒ PERMIT TO CARRY |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE: [signature] | DATE: 05-17-2020 |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

4-23-20

Notary Public State of Florida
Elmito Louis
My Commission GG 351985
Expires 07/04/2023

[signature]

Sales Receipt #8347
4/17/2020

**Miami Police Depot**
1040 E 49th St
Hialeah, FL 33013
305-888-8679
www.MiamiGunsInc.com

**Bill To:**
JOHNNY MATTHEW BATTLE
1349 NW 38THST
MIAMI, FL 33142

| Item Name | Item Description | Attribute | Size | Orig Price | Disc % Type | Qty | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| BACKGROUND CHECK | FDLE BACKGROUND CHECK | | | $7.00 | | 1 | $7.00 | $7.00 | T |
| Glock 21 GEN 4<br>Serial # VSE887 | PISTOL Glock 21 GEN 4 USED 45ACP | | | $499.99 | 10% | 1 | $450.00 | $450.00 | T |
| Glock 19 FS<br>Serial # BNFU710<br>0764503037252 | PISTOL Glock 19 FS GENERATION 5 9MM | | | $599.99 | 4.17% | 1 | $575.00 | $575.00 | T |
| Taurus TH9 COMPACT<br>Serial # TMA69771<br>0725327617082 | PISTOL Taurus TH9 COMPACT BROWN/BLK 9MM | | | $429.99 | 11.63% | 1 | $380.00 | $380.00 | T |

Subtotal: $1,412.00
Local Sales Tax 7 % Tax: + $98.84
**RECEIPT TOTAL: $1,510.84**

Amount Tendered: $1,520.00
Change Given: $9.16

Cash: $1,520.00

Total Sales Discounts: $124.97

**NO REFUNDS ON FIREARMS. TRANSACTIONS THAT ARE CANCELLED DUE TO NONAPPROVALS OR DECISION PENDINGS ARE SUBJECT TO A $75 RESTOCKING FEE. NO CASH REFUNDS. CUSTOMERS WILL BE MAILED A CHECK. PLEASE SIGN BELOW.**

USA_09766

# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

FULL NAME: [redacted]
DATE OF BIRTH: [redacted]995
ADD[redacted]
CI[redacted]: Miami
STATE: Fl
ZIP: 33127
PHONE NUMBER: [redacted]0616
DRIVER'S LICENSE #: [redacted]
PERMIT NUMBER:
☐ PERMIT TO PURCHASE ☐ PERMIT TO CARRY

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

BUYER SIGNATURE: [signature]
DATE: 05-23-2020

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| | | |

| CALIBER | DESCRIPTION |
|---|---|
| | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

FULL NAME: Johnny Battle
DATE OF BIRTH: 07-09-1993
ADDRESS: 1349 NW 38 street
CITY: Miami
STATE: FL
ZIP: 33142
PHONE NUMBER: 786-530-8833
DRIVER'S LICENSE #: [redacted]
PERMIT NUMBER: W 1680393
☐ PERMIT TO PURCHASE ☒ PERMIT TO CARRY

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

SELLER SIGNATURE: [signature]
DATE: 05-23-2020

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

4-23-20

Notary Public State of Florida
Elmito Louis
My Commission GG 351985
Expires 07/04/2023

[signature]

General Pawn
1476 NW 36 Street
Miami, Florida 33142
305-248-4867

**Sold to Customer:**

**Ticket Number:** 21122
**Buyer's Name:** Johnny Battle
**Address:** 1349 nw 38th st
Miami, FL 33142

**Customer ID:** 6852
**Ticket Date:** 4/23/2020 12:33:09PM
**Phone:** 786-580-8833

**This instrument represents the sale of the following items:**

| | | |
|---|---|---|
| #27027 | Rifle, KEL TEC, Sub2000, SN: F5V00<br>Cal: 9 MM Semiautomatic NICKEL BORON/BLK. ***** New in Box | 425.00 |

~~ile KEL TEC Sub2000,
Semiautomatic NICKEL B
27027
* G 8 0 1 *

All sales final. All items are sold "As Is" without any warranty.
No refunds or exchanges.

**Taxable:** $425.00
**NonTaxable:** $0.00
**Subtotal:** $425.00
**Tax:** $29.75
**Total Amount:** $454.75

X________________________



# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME: T [redacted] C [redacted] | DATE OF BIRTH: [redacted]-1995 |
| ADDRESS: 1241 NW 45 st | |
| CITY: Miami | STATE: FL / ZIP: 33142 |
| PHONE NUMBER: [redacted]9308 | DRIVER'S LICENSE #: [redacted] |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE ☐ PERMIT TO CARRY |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE: [signature] | DATE: 05-18-2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| | | |
|---|---|---|
| MANUFACTURER: Glock 22 | MODEL NUMBER: Gen 4 40SW | SERIAL NUMBER: BHEN175 |
| CALIBER: 40 mm | DESCRIPTION: Black | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME: Johnny Beattle | DATE OF BIRTH: 0709-1993 |
| ADDRESS: 1349 NW 38 Street | |
| CITY: Miami-Dade | STATE: FL / ZIP: 33142 |
| PHONE NUMBER: 786-580-8833 | DRIVER'S LICENSE #: [redacted] |
| PERMIT NUMBER: W1680393 | ☐ PERMIT TO PURCHASE ☒ PERMIT TO CARRY |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE: [signature] | DATE: 05-18-2020 |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

4-23-20 Notary Public State of Florida Elmito Louis My Commission GG 351985 Expires 07/04/2023 [signature]

**Sales Receipt #8377**
4/18/2020

MIAMI POLICE DEPOT
"HELPING PROTECT & SERVE"

**Miami Police Depot**
1040 E. 49th St
Hialeah, FL 33013
305-688-8679
www.MiamiGunsInc.com

**Bill To:**
JOHNNY MATTHEW BATTLE
1349 NW 38THST
MIAMI, FL 33142

| Item Name | Item Description | Attribute | Size | Orig Price | Disc % Type | Qty | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| Glock 22 | PISTOL Glock 22 GENERATION 4 40SW | | | $575.00 | | 1 | $1,095.00 | $1,095.00 | T |
| Serial # BHEN175 0764503052033 | | | | | | | | | |

| | | |
|---|---|---|
| | Subtotal: | $1,095.00 |
| Local Sales Tax | 7 % Tax: | + $76.65 |
| | **RECEIPT TOTAL:** | **$1,171.65** |

Amount Tendered: $1,180.00
Change Given: $8.35

Cash: $1,180.00

**NO REFUNDS ON FIREARMS. TRANSACTIONS THAT ARE CANCELLED DUE TO NONAPPROVALS OR DECISION PENDINGS ARE SUBJECT TO A $75 RESTOCKING FEE. NO CASH REFUNDS. CUSTOMERS WILL BE MAILED A CHECK. PLEASE SIGN BELOW.**



# FIREARM BILL OF SALE

**SECTION 1: Buyer** – Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | | | |
|---|---|---|---|
| FULL NAME<br>J[redacted] M[redacted] | | | DATE OF BIRTH<br>[redacted] 1995 |
| AD[redacted] | | | |
| CITY<br>Jacksonville | | STATE<br>FL | ZIP<br>32244 |
| PHONE NUMBER<br>[redacted] 2547 | | DRIVER'S LICENSE #<br>[redacted] | |
| PERMIT NUMBER<br>None | ☐ PERMIT TO PURCHASE | ☐ PERMIT TO CARRY | |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE<br>[signature] | DATE |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| | | |
|---|---|---|
| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
| CALIBER | DESCRIPTION | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | | | |
|---|---|---|---|
| FULL NAME | | | DATE OF BIRTH |
| ADDRESS | | | |
| CITY | | STATE | ZIP |
| PHONE NUMBER | | DRIVER'S LICENSE # | |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE | ☐ PERMIT TO CARRY | |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE | DATE |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the use of this form or the transfer of firearm ownership. You are responsible for following all local, state, and federal laws.

**Miami Shooter Supply, LLC**
**1031 E 8th Ave**
**HIALEAH, FL 33010**
**(786)942-0630**

JOHNNY MATTHEW BATTLE
1349 NW 38TH ST
MIAMI FL 33142
7865808833

Page 1 of 1

LAYAWAY RECEIPT #
1784

Date 08/28/2020
EMP: jgran

| Item | Description | Qty | Price | Total |
|---|---|---|---|---|
| 190079490 | PISTOL FIREARM GLOCK G43 FULL CONCEAL #BHRP819 9 MM SEMI-AUTOMATIC BRAND NEW<br><br>BATTLE, JOHNNY L 08/28/2020<br>GLOCK PISTOL FIREARM<br>BRAND NEW 9 MM<br>G43 FULL CONCEAL [illegible]<br>1784 | 1.00 | 975.00 | 975.00 |

Paid in Full

| | |
|---|---|
| SUB TOTAL | 975.00 |
| SALES TAX | 68.25 |
| GUN PROCESSING FEE | 7.00 |
| SALES TOTAL | 1050.25 |

Next payment due date: 11/26/2020

NO EXCHANGES - NO REFUND - NO EXTENSIONS

| | |
|---|---|
| DOWN PAYMENT | 975.00 |
| AMOUNT DUE | 75.25 |
| CASH | 975.00 |

X______________________
Signature

TOTAL TENDERED 975.00

Page. 1

Miami Shooter Supply, LLC
1031 E 8th Ave
HIALEAH ,FL 33010
(786)942-0630

JOHNNY MATTHEW
BATTLE
1349 NW 38TH ST
MIAMI FL 33142
7865808833

LAYAWAY RECEIPT # 1784

Item descriptions : 1] 190079490, FIREARM PISTOL

PAYMENTS

TRANSACTIONS

ORIGINAL AMOUNT 1050.25

| Date | EMP | TYPE | Amount | BALANCE |
|---|---|---|---|---|
| 8/28/2020 2:06:22 PM | jgran | DEPOSIT | 975.00 | 75.25 |
| 8/28/2020 2:49:02 PM | jgran | PICKUP | 75.25 | 0.00 |

TOTAL PAYMENTS 1050.25

CURRENT BALANCE: 0.00

PLEASE DETACH APPLICATION AND KEEP INSTRUCTIONS FOR YOUR RECORDS.

Applicat

# C

# DE

# FIREAR ICENSE




07/2016

Florida Department of Agriculture and Consumer Services
Adam H. Putnam, Commissioner

PLEASE DETACH APPLICATION AND KEEP INSTRUCTIONS FOR YOUR RECORDS.

Application For

# CLASS "G" STATEWIDE FIREARM LICENSE

07/2016

Florida Department of Agriculture and Consumer Services
Adam H. Putnam, Commissioner

NOTICE TO APPLICANTS FOR LICENSES
ISSUED PURSUANT TO CHAPTER 493, FLORIDA STATUTES
MANDATORY DISCLOSURE OF SOCIAL SECURITY NUMBERS

Sections 493.6105, 493.6304, and 493.6406, Florida Statutes (F.S.), in conjunction with Section 119.071(5)(a)2, F.S., mandates that the Department of Agriculture and Consumer Services, Division of Licensing, obtain Social Security numbers from applicants. Applicant Social Security numbers are maintained and used by the Division of Licensing for identification purposes, to prevent misidentification, and to facilitate the approval process by the Division. The Department of Agriculture and Consumer Services, Division of Licensing, will not disclose an applicant's Social Security number without consent of the applicant to anyone outside of the Department of Agriculture and Consumer Services, Division of Licensing, or as required by law. [See Chapter 119, F.S., 15 U.S.C. ss. 1681 et seq., 15 U.S.C. ss. 6801 et seq., 18 U.S.C. ss. 2721 et seq., Pub. L. No. 107-56 (USA Patriot Act of 2001), and Presidential Executive Order 13224.]

TO PREVENT UNNECESSARY DELAYS IN THE PROCESSING OF YOUR APPLICATION, ANSWER ALL QUESTIONS AND SUBMIT **ANY DOCUMENTATION NECESSARY** TO SUPPORT YOUR ELIGIBILITY

## SECTION I APPLICANT INFORMATION

- Must be at least 18 years of age.
- Must be a United States citizen or deemed a permanent legal resident alien by the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).
- Must provide current RESIDENCE address. A P.O. Box is not considered a residence.

## SECTION II MILITARY HISTORY

If you have ever been court-martialed, fined, or disciplined under the Uniform Code of Military Justice (UCMJ) or service regulations, you must provide a complete and accurate account of this matter on a separate sheet of paper and provide copies of all official military documents related to the incident(s).

## SECTION III CRIMINAL HISTORY

The Department will deny your application if you:

- are currently serving a suspended sentence on a felony charge or are on probation for a felony charge [Section 493.6118(4), F.S.].
- have been convicted of a felony in any state or of a crime against the United States, which is designated as a felony, or convicted of an offense in any other state, territory, or country punishable by imprisonment for a term exceeding 1 year, unless and until Civil Rights and Firearm Rights have been restored by the convicting authority <u>and a period of 10 years has passed since final release from supervision</u> [Section 493.6118(4)(a), F.S.]. Proof of restoration of Civil Rights and Firearm Rights must be submitted with this application.
  1. If the felony conviction occurred within the State of Florida, your civil rights and firearm rights must be restored by the Florida Office of Executive Clemency. Questions regarding the procedure for applying for restoration of Civil Rights or restoration of Firearm Rights should be addressed to The Office of Executive Clemency; Florida Commission on Offender Review; 4070 Esplanade Way; Tallahassee, FL 32399-2450, Toll Free 1-800-435-8286; Phone (850) 488-2952.
  2. Felony convictions occurring in another state require restoration of civil and firearm rights by the state in which the conviction occurred.
  3. If you were convicted of a felony under federal law, you must have a presidential pardon or have been granted federal relief from disabilities.

The Department may deny your application if you:

- have a history of being arrested for crimes of violence and/or found guilty of (or had adjudication withheld for) directly related crimes. This includes, but is not limited to: Trespassing, Breaking and Entering, Burglary, Robbery, Forgery, Criminal Mischief or Theft, Assault, Battery, Stalking, Aggravated Battery, Aggravated Assault, Sexual Battery, Kidnapping, Armed Robbery, Murder, Aggravated Stalking, Resisting an Officer with Violence [Section 493.6118(1)(c), Section 493.6118(1)(j), Section 493.6118(3), F.S.].
- have demonstrated a lack of respect for the laws of this state and the nation [Section 493.6118(3), F.S.].
- have an outstanding bench warrant or capias [Section 493.6118(3), F.S.].
- are currently in a Pre-Trial Intervention or Deferred Prosecution Program [Section 493.6118(3), F.S.].

***You must provide complete information about your arrest(s) and include certified copies of court dispositions. A determination of your eligibility cannot be made until all documentation is received and a complete criminal history record check has been completed. This process takes 1-3 months.***

Division of Licensing
Bureau of License Issuance
Chapter 493 Correspondence
(850) 245-5691
(850) 245-5655 Fax

Post Office Box 5767
Tallahassee, Florida 32314-5767

# Florida Department of Agriculture and Consumer Services

Commissioner Adam H. Putnam

**APPLICANT**

LEAVE BLANK

FD-258 (REV 4-1-10) 1110-0046

SIGNATURE OF PERSON FINGERPRINTED

RESIDENCE OF PERSON FINGERPRINTED

DATE

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

EMPLOYER AND ADDRESS

REASON FINGERPRINTED

493.6105

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME NAM FIRST NAME MIDDLE NAME

FBI LEAVE BLANK

ALIASES AKA

ORI

FL923130Z
DOA-CONSUMER SVR-LIC
TALLAHASSEE FL

DATE OF BIRTH DOB Month Day Year

CITIZENSHIP CTZ

SEX | RACE | HGT | WGT | EYES | HAIR

PLACE OF BIRTH POB

YOUR NO. OCA

FBI NO. FBI

ARMED FORCES NO. MNU

SOCIAL SECURITY NO. SOC

MISCELLANEOUS NO. MNU

LEAVE BLANK

CLASS

REF.

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

## SECTION IV ALIAS INFORMATION

If you are known by any other name, be sure to include it in this section. This includes nicknames, married names, maiden names, a legal name change, alias names, fictitious names, etc.

## SECTION V PERSONAL HISTORY

a. If you have ever been adjudicated incapacitated (determined by the court to be incapable of taking care of yourself), you must provide proof that you have been granted relief from federal firearms disabilities.
b. If you have ever been involuntarily placed in a treatment facility for the mentally ill under Chapter 394, F.S., or similar laws of another state, you must provide proof that you have been granted relief from federal firearms disabilities.
c. If you have ever been diagnosed with a mental illness, you must provide a statement from a psychologist or psychiatrist licensed in Florida attesting that you are not currently suffering from a mental illness that precludes you from performing regulated duties in an armed capacity.
d. If you are currently abusing a controlled substance, you are not eligible for licensure.
e. If you have a history of controlled substance abuse, you must provide evidence of successful completion of a substance abuse rehabilitation program and three letters of reference, one of which should be from your sponsor in the program.
f. If you have a history of alcohol abuse, you must provide evidence of successful completion of an alcohol rehabilitation program and three letters of reference, one of which should be from your sponsor in the program.

## SECTION VI TRAINING/EXPERIENCE

In order to qualify for the Class "G" license, you must successfully complete **28 hours of range and classroom training** pertaining to the use of firearms in connection with duties regulated under Chapter 493, Florida Statutes. The training must be obtained from a licensed Class "K" Firearms Instructor within the preceding 12 months.

**THE FOLLOWING IS A LIST OF ACCEPTABLE ALTERNATIVES FOR THE 28 HOURS OF RANGE AND CLASSROOM TRAINING**

1. Proof that you are currently certified as a law enforcement officer or correctional officer pursuant to the requirements of the Criminal Justice Standards and Training Commission or have successfully completed the training required for certification within the last 12 months.
2. Proof that you are currently certified as a federal law enforcement officer and have received law enforcement firearms training administered by a federal law enforcement agency.
3. Proof that you qualify for a Class "K" Firearms Instructor License in accordance with the requirements set forth in Section 493.6105(6)(a), F.S.

## SECTION VII CERTIFICATION OF QUALIFIED EXEMPTION FROM PUBLIC RECORDS DISCLOSURE

Section 119.071, F.S., excludes from public disclosure specified information such as home addresses, telephone numbers, Social Security numbers, and photographs pertaining to certain individuals. To determine whether you qualify for an exemption, read the complete text of the law on line at http://www.leg.state.fl.us/Statutes/. IF YOU QUALIFY FOR EXEMPTION, answer this question to specify whether you want the statutorily exempt information to be kept from public disclosure. If you do NOT qualify for the exemption, leave it blank.

## SECTION VIII CITIZENSHIP

You must be EITHER a U.S. citizen OR a permanent legal resident alien in order to qualify for a Class "G" license, and you must provide documentation confirming your citizenship status.

- If you were born in the United States: Submit a copy of your birth certificate, U.S. passport, Social Security card, driver license, state-issued ID card, or voter registration card.
- If you are a naturalized citizen: Submit a copy of your U.S. passport or the official document issued by U.S. Citizenship and Immigration Services (USCIS) indicating that you are a naturalized citizen.
- If you are not a U.S. citizen: Submit a copy of your Permanent Legal Resident Alien Card (USCIS Form I-551).

SECTION IX PERSONAL INQUIRY WAIVER AND NOTARIZATION STATEMENT

*Do not sign the application until you are in the presence of the Notary Public who will notarize your application*

SECTION XI HEALTH CERTIFICATE

This section must be completed and signed by a physician or physician assistant currently licensed pursuant to Chapter 458, Chapter 459 (or any similar law of another state); or by a person authorized to act as a licensed physician by a federal agency or department; or by an advanced registered nurse practitioner currently licensed pursuant to Chapter 464

GENERAL INFORMATION

- An applicant or licensee is ineligible to reapply for the same class of license for a minimum period of one year following final agency action of denial or revocation of a license. However, this time restriction shall not apply to administrative denials where the basis was either of the following:
  1. An inadvertent error or omission on the application or failure to submit required fees; or,
  2. The Department was unable to complete the criminal background investigation due to insufficient information from the Department of Law Enforcement, the Federal Bureau of Investigation, or any other applicable law enforcement agency.
- Firearms and Ammunition
  1. Pursuant to Section 493.6115, F.S., only Class "C", "CC", "D", "M", "MA", or "MB" licensees are permitted to bear a firearm, and any such licensee who bears a firearm must also have a Class "G" license. No person is exempt from the requirements of Section 493.6115, F.S., by virtue of holding a concealed weapon or firearm license issued pursuant to Section 790.06, F.S.
  2. Unless otherwise approved by the Department, a Class "G" licensee may carry ONLY the following weapons: a .38 caliber revolver, a .380 caliber or .9mm semiautomatic pistol; or a .357 caliber revolver with .38 caliber ammunition, or a .40 caliber handgun; or a .45 ACP handgun.
  3. A Class "G" licensee may carry no more than two (2) firearms upon his or her person when performing regulated duties. A licensee may carry a firearm only of the specific type and caliber with which he or she has qualified pursuant to the firearms training referenced in Section 493.6115(8), F.S.
  4. A Class "D", "M", "MA", or "MB" licensee who has also been issued a Class "G" license must keep his or her firearm encased in view at all times.
  5. A Class "D" licensee 21 years of age or older who has also been issued a Class "G" license may carry a concealed firearm on a limited, special assignment-basis when he or she is performing regulated duties in a non-uniform status because duty circumstances or special requirements of the client necessitates such dress [Section 493.6115(4) & Section 493.6305(2), F.S.].
  6. A Class "C" or Class "CC" licensee 21 years of age or older who has also been issued a Class "G" license may carry, in the performance of her or his duties, a concealed firearm only. The authority to carry a concealed firearm shall be valid throughout the state, in any location, while performing services within the scope of the license.
  7. Annual Requalification Requirement: In order to remain qualified to hold the Class "G" license, the licensee must complete four hours of re-qualifying training EACH YEAR. The annual training course shall consist of a review of the curriculum topics listed above as part of the initial training requirements to include any recent changes in the law. License holders will be required to achieve a passing score on a cycle of fire consisting of 48 rounds. If the license holder fails to achieve a passing score after three attempts, he or she will be instructed to seek additional remedial training and schedule another requalification attempt at a later date.
  8. See Rule 5N-1.130 and 5N-1.134, Florida Administrative Code, for additional information.

Submit your application to the Department of Agriculture and Consumer Services, Division of Licensing, Regional Office nearest you - or mail it to the Department of Agriculture and Consumer Services, Division of Licensing, Post Office Box 5767, Tallahassee, Florida 32314-5767.

INCLUDE THE FOLLOWING ITEMS WITH YOUR APPLICATION

- ☐ CERTIFICATE OF FIREARMS PROFICIENCY (See Section VI for details.)
- ☐ DOCUMENTATION CONFIRMING YOUR STATUS AS A U.S. CITIZEN OR LEGAL RESIDENT ALIEN
- ☐ COLOR PHOTOGRAPH (Refer to *Photograph Specifications* on following page.)
- ☐ FINGERPRINT SUBMISSION (Refer to *Fingerprint Submission Instructions* on following page.)
- ☐ FEES (paid by check or money order made payable to the Florida Department of Agriculture and Consumer Services.) Fees are nonrefundable and nontransferable.

| | |
|---|---|
| License Fee: | $112 |
| Fingerprint Processing Fee: | $42 |
| TOTAL FEES REQUIRED | $154 |

*If you are also submitting an application for another class of license under Chapter 493, F.S., at this time, submit only one set of fingerprints and a single fingerprint-processing fee. If you have submitted a set of fingerprints and a fingerprint-processing fee for a license under Chapter 493 within the past six months, no fingerprint submission or fingerprint-processing fee is necessary at this time.*

## PHOTOGRAPH SPECIFICATIONS




Your photograph must be:

- In color, non-retouched.
- Printed on matte or glossy photo quality paper.
- 2 x 2 inches (51 x 51 mm) in size.
- Sized such that the head is between 1 inch and 1 3/8 inches (between 25 and 35 mm) from the bottom of the chin to the top of the head.
- Taken within the last 6 months to reflect your current appearance.
- Taken in front of a plain white or off-white background.
- Taken in full-face view directly facing the camera.
- With a neutral facial expression and both eyes open.
- Taken in clothing that you normally wear on a daily basis.
  - Uniforms, clothing that looks like a uniform, and camouflage attire should not be worn in photos except in the case of religious attire that is worn daily.
  - You may only wear a hat or head covering if you wear it daily for religious purposes. Your full face must be visible and your head covering cannot obscure your hairline or cast shadows on your face.
  - Headphones, wireless hands-free devices or similar items are not acceptable in your photo.
  - If you normally wear prescription glasses, a hearing device or similar articles, they may be worn for your photo. Glare on glasses is not acceptable in your photo.
  - Dark glasses or non-prescription glasses with tinted lenses are not acceptable unless you need them for medical reasons (a medical certificate may be required).

## FINGERPRINT SUBMISSION INSTRUCTIONS

You must submit a complete and legible set of fingerprints either on the FINGERPRINT CARD enclosed with this application package or by ELECTRONIC FINGERPRINT-SCAN. Your fingerprints can be taken at a participating law enforcement agency, by your employer, or by any business providing fingerprinting services.

**FOR INFORMATION REGARDING ELECTRONIC FINGERPRINT-SCAN**, visit our web page http://mylicensesite.com.

**IF SUBMITTING YOUR PRINTS ON THE ENCLOSED CARD**, read and follow these instructions carefully:

- Fingers should be washed and dried thoroughly prior to prints being taken.
- Fingerprints must be rolled using black printer's ink.
- The information you provide on the card MUST BE TYPED or PRINTED IN BLACK INK. However, please note that some spaces at the top of the fingerprint card should be left blank.
- DO NOT SIGN the fingerprint card until you are in the presence of the person who will take your fingerprints. Your signature and the name on your application and fingerprint card should match.

1. NAM – Full name in following order LAST, FIRST, MIDDLE. Initials are not acceptable. If you have no middle name, enter NMN for MIDDLE.
2. RESIDENCE OF PERSON FINGERPRINTED – Your RESIDENCE address.
3. EMPLOYER AND ADDRESS – If you are currently employed, provide the name of your employer.
4. ALIASES AKA – If you are known, or have been known, by any other name (nickname, married name, maiden name, alias, fictitious name, etc.), list those name(s) here. Include with your application copies of any legal documents that reflect a change of name (marriage certificates, divorce decrees, court affidavits effecting a legal name change, etc.). NOTE: Failure to provide a list of your other names or to furnish documentation pertaining to a legal name change will result in delays in the processing of your application.
5. CITIZENSHIP CTZ – Enter the country of which you are a citizen (U.S., Cuba, Canada, etc.)
6. ARMED FORCES NO. MNU – Enter your military service number if you have one.
7. SOCIAL SECURITY NO. SOC – Sections 493.6105, 493.6304, and 493.6406, Florida Statutes, in conjunction with section 119.071(5)(a) 2, Florida Statutes, mandates that the Department of Agriculture and Consumer Services, Division of Licensing obtain social security numbers from applicants. Applicant social security numbers are maintained and used by the Division of Licensing for identification purposes, to prevent misidentification, and to facilitate the approval process by the Division.
8. HGT (height) – Use feet and inches (example: for 5'11" enter 511)
9. DATE OF BIRTH DOB (mmddyy); PLACE OF BIRTH POB, WGT (weight) – Enter required information.
10. You are not required to complete YOUR NO. OCA or FBI NO. FBI or MISCELLANEOUS NO. MNU.
11. SEX, RACE, EYES, and HAIR - FBI codes are shown below. Use appropriate code for each required area on the card.

| SEX | RACE | | EYE COLOR | | HAIR COLOR | |
|---|---|---|---|---|---|---|
| M = Male<br>F = Female | W = White<br>B = Black<br>I = American Indian or Alaskan Native | A = Asian or Oriental<br>U = Other or Unknown | BLK = Black<br>BLU = Blue<br>BRO = Brown | GRY = Gray<br>GRN = Green<br>HAZ = Hazel | BLK = Black<br>BRO = Brown<br>GRY = Gray<br>RED = Red | WHI = White<br>BAL = Bald<br>BLN = Blonde |

Your fingerprint card will not be processed if: (1) the required information is not contained within the designated blocks; (2) a highlighter is used; (3) the card has been folded, creased, or damaged.

ADAM H. PUTNAM
COMMISSIONER

Florida Department of Agriculture and Consumer Services
Division of Licensing

**APPLICATION FOR**
**CLASS "G" STATEWIDE FIREARM LICENSE**

Chapter 493, Florida Statutes
Post Office Box 5767•Tallahassee, FL 32314-5767•(850) 245-5691
www.mylicensesite.com

FOR DIVISION OF LICENSING USE ONLY

TYPE OR PRINT USING BLACK INK
S M I T H 1 2 3
PLACE LETTER/NUMBER INSIDE EACH BOX AS SHOWN.

BEFORE YOU BEGIN, read the *Application Instructions*. TYPE or PRINT using black ink. To help avoid unnecessary delay in the processing of your application, be sure to answer all questions and submit any necessary documentation.

## SECTION I APPLICANT INFORMATION

SOCIAL SECURITY NUMBER SEE APPLICATION INSTRUCTIONS

ALIEN REGISTRATION NUMBER A

If you are an alien, you must also provide your 8- or 9-digit Alien Registration Number.

LAST NAME

FIRST NAME

MI

RESIDENCE ADDRESS

RESIDENCE ADDRESS *CONTINUED* (SUITE, BUILDING, APT., ETC)

CITY

STATE

ZIP CODE -

+4

MAILING ADDRESS IF DIFFERENT FROM ABOVE

MAILING ADDRESS *CONTINUED* (SUITE, BUILDING, APT., ETC)

CITY

STATE

ZIP CODE -

+4

SEX

RACE

EYE COLOR

HAIR COLOR

DATE OF BIRTH (MMDDYYYY)

WEIGHT LBS

HEIGHT FT IN

PLACE OF BIRTH (include STATE OR PROVINCE --- AND COUNTRY)

HOME PHONE NUMBER (Numbers only; no dashes or parentheses.)

WORK PHONE NUMBER (Numbers only; no dashes or parentheses.)

E-MAIL ADDRESS

GPDF01

# THIS PAGE WAS INTENTIONALLY LEFT BLANK.

# Please do not write on this page.

SECTION II MILITARY HISTORY

a. Are you an honorably discharged United States veteran, as defined in Section 1.01, Florida Statutes? ◯YES ◯NO

b. Have you ever been fined, disciplined, or court-martialed under the Uniform Code of Military Justice or other service regulation? ◯YES ◯NO

*If YES, provide a complete and accurate account of this matter on a separate sheet of paper and provide copies of all official military documents related to the incident(s).*

SECTION III CRIMINAL HISTORY

a. Are you currently on parole or probation or in a deferred prosecution program, a pre-trial intervention program, or another similar program; or are you currently serving another form of state or federal supervision? ◯YES ◯NO

*If YES, provide a certified copy of the court disposition for the relevant case(s).*

b. Have you ever been convicted of, or had adjudication withheld on, a misdemeanor or felony? (Do not include non-criminal traffic violations.) ◯YES ◯NO

*If YES, in the space provided below, provide complete and accurate information regarding each arrest AND provide a certified copy of the court disposition for each case.*

ARREST DATE________ CHARGE(S)________

COUNTY ________

STATE ________ DISPOSITION________

ARREST DATE________ CHARGE(S)________

COUNTY ________

STATE ________ DISPOSITION________

*Use additional sheet of paper if necessary. Falsification of information provided or failure to provide certified copies of court dispositions may result in the denial of your application.*

SECTION IV ALIAS INFORMATION

Have you ever been known by a name other than the name on page one of this application? (Includes maiden names, married names, fictitious names, legal name changes, etc.) ◯YES ◯NO

*If YES, in the space provided below, provide complete and accurate information regarding each name. Use additional sheet of paper if necessary.*

NAME________ NAME________

NAME________ NAME________

SECTION V PERSONAL HISTORY

a. Have you ever been adjudicated incapacitated under Chapter 744, F.S., or similar law of another state? ◯YES ◯NO

*If YES, include with your application proof that you have been granted relief from federal firearm disabilities.*

b. Have you ever been involuntarily placed in a treatment facility for the mentally ill under Chapter 394, F.S., or similar law of another state? ◯YES ◯NO

*If YES, include with your application proof that you have been granted relief from federal firearm disabilities.*

SECTION V PERSONAL HISTORY

c. Have you ever been diagnosed with a mental illness? ○YES ○NO
*If YES, include with your application a statement from a psychiatrist or psychologist licensed in Florida attesting that you are not currently suffering from an incapacitating mental illness that precludes you from performing regulated duties in an armed capacity.*

d. Do you currently abuse any controlled substance? ○YES ○NO
*If YES, you are ineligible for licensure.*

e. Do you have a history of controlled substance abuse? ○YES ○NO
*If YES, include with your application evidence of successful completion of a substance abuse rehabilitation program and three letters of reference, one of which should be from your sponsor in the rehabilitation program.*

f. Do you have a history of alcohol abuse? ○YES ○NO
*If YES, include with your application evidence of successful completion of an alcohol abuse rehabilitation program and three letters of reference, one of which should be from your sponsor in the rehabilitation program.*

SECTION VI TRAINING/EXPERIENCE

a. Have you successfully completed firearms training administered by a Class "K" Firearms Instructor or received other qualifying firearms training within the past 12 months? See Section VI of the APPLICATION INSTRUCTIONS. ○YES ○NO
*If YES, include with your application the original copy of form FDACS-16005, Certificate of Firearms Proficiency for Statewide Firearm License or proof of an acceptable form of alternate training as set forth in s.493.6105(5), F.S.*
*If NO, your application for licensure may be denied.*

b. Have you previously been issued a Florida Class "G" Statewide Firearm License or licensed to perform armed security- and/or private investigative-duties in another state? ○YES ○NO
*If YES, please specify which state(s) and the period(s) of time during which you were licensed:*
STATE:__________ PERIOD OF LICENSURE:__________
STATE:__________ PERIOD OF LICENSURE:__________

c. Have you ever had a firearms license or registration revoked, suspended, or otherwise acted against (including probation, fine, reprimand, or surrender of license) in a disciplinary proceeding in Florida or another state? ○YES ○NO
*If YES, provide on a separate sheet of paper complete details regarding this action, including the state in which the action occurred, relevant dates, and circumstances.*

SECTION VII CERTIFICATION OF QUALIFIED EXEMPTION FROM PUBLIC RECORD DISCLOSURE

I have read the instructions for Section VII. I hereby certify that I qualify for exemption under Chapter 119, Florida Statutes, and want to keep the specified information exempt from public record disclosure. **Leave blank if not applicable.** ○YES ○NO

SECTION VIII CITIZENSHIP

a. Have you ever renounced (relinquished) U.S. citizenship? ○YES ○NO
*If YES, you are not eligible for licensure.*

b. Are you a citizen of the United States? If YES, proceed to Section IX. ○YES ○NO
*If NO, you must answer question (c) below.*

c. Are you deemed a lawful permanent resident alien by the United States Citizenship and Immigration Services (USCIS)? ○YES ○NO
*If YES, proceed to Section IX. NOTE: You must submit a clear and legible copy of the documentation issued to you by the USCIS.*
*If you are not a lawful permanent resident alien, you are not eligible for licensure.*

FC

SECTION IX PERSONAL INQUIRY WAIVER AND AUTHORIZATION STATEMENT

THIS APPLICATION IS EXECUTED UNDER OATH. FALSIFICATION OR MISREPRESENTATION OF ANY PART OR ANY DOCUMENT SUBJECTS THE APPLICANT TO CRIMINAL PROSECUTION UNDER SECTION 837.06, FLORIDA STATUTES

*Do not sign the application until you are in the presence of the Notary Public who will notarize your application.*

*I certify that I understand that the* Division of Licensing will conduct any investigation deemed necessary *to ensure that I have met* all statutory requirements for licensure. I understand that inquiry shall be made *regarding my criminal* history and that subsequent investigation may include my school records, employment *history, financial records,* any history of controlled substance or alcohol abuse, and my mental capacity.

*I hereby waive any* provision of law forbidding any school official, court, police agency, employer, firm or *person from disclosing* to the Division any knowledge or information concerning me, and I do certify that I give *permission for such entity* to disclose any information and to provide any record requested concerning me to *the Division.*

*I also affirm that the* information contained in this application and all attachments I have submitted to be true *and correct to the best* of my knowledge. I understand that falsification of any information or documentation *submitted with this application* may be grounds for denial or revocation of the license.

______________________________ Signature of Applicant

______________________________ Date Signed

STATE OF FLORIDA
COUNTY OF ______________

The foregoing application was sworn to (or affirmed) and subscribed before me this ______ day of ______________, 20______ by:

______________________________ PRINT Name of Applicant

______________________________ NOTARY SIGNATURE

______________________________ PRINT, TYPE, OR STAMP NAME OF NOTARY

☐ Personally Known ☐ Produced Identification

*Type of Identification Produced* ______________________________

SECTION X EMPLOYER STATEMENT (TO BE COMPLETED BY APPLICANT'S EMPLOYER)

Agency Name: ______________________________

Agency License #: ______________________________

Name of Agency Head or Designee (type or print): ______________________________

Signature: ______________________________

Agency Phone #: ______________________________ Date Signed: ______________________________

PLEASE DETACH APPLICATION AND KEEP INSTRUCTIONS FOR YOUR RECORDS.

Application For

# CLASS "G" STATEWIDE FIREARM LICENSE

07/2016

Florida Department of Agriculture and Consumer Services
Adam H. Putnam, Commissioner

PLEASE DETACH APPLICATION AND KEEP INSTRUCTIONS FOR YOUR RECORDS.

Application For

# CLASS "G" STATEWIDE FIREARM LICENSE

07/2016

Florida Department of Agriculture and Consumer Services

Adam H. Putnam, Commissioner

SECTION XI HEALTH CERTIFICATE

***To be completed by examining physician or physician assistant currently licensed pursuant to Chapter 458, Chapter 459, or any similar law of another state or authorized to act as a licensed physician by a federal agency or department or by an advanced registered nurse practitioner currently licensed pursuant to Chapter 464.***

I certify that I have examined the applicant named herein and found no physical impairments that, to the best of my knowledge, would preclude this person from performing duties in an armed capacity.

Applicant's (Patient's) Name: ______

Name of Person Performing Exam: ______

Signature of Person Performing Exam: ______

Examiner's License #: ______ Date of Examination: ______

Street Address: ______

City: ______ State: ______ Zip Code: ______

# Winchester/NRA Marksmanship Qualification Program

## Table of Contents

Winchester/NRA Marksmanship Qualification Program....2
Pistol Qualification....4
Defensive Pistol Qualification....6
Conventional Bullseye Pistol Qualification....8
Air Pistol Qualification....10
International Air Pistol Qualification....12
International Air Rifle Qualification....13
Air Rifle Qualification....14
Smallbore Qualification....16
Rimfire Rifle Qualification....18
4-Position Rifle Qualification....20
High Power Rifle Qualification....22
Winchester Ballistics Calculator....25
Tactical Rifle Qualification....26
Shotgun Qualification: Recreational Clay Target Shooting....30
Shotgun Qualification: Trap, Skeet, Sporting Clays and 5-Stand....32
Muzzle Loading Qualification....34
Hunter Marksmanship Qualification....36
Brownells/NRA Day and Brownells/NRA Outstanding Achievement Youth Award....38
Qualification Awards....39
NRA Reference Materials....42
You've Qualified: What's Next?....43
NRA Programs and Opportunities....45
Ensuring the Future....46
Join the NRA....46
Score Sheets....47

Produced by the Education and Training Division of the National Rifle Association of America

SECTIO
To be cc
Chapter -
or depart
I certify t
knowledg
Appli
Nam
Signa
Exam
Street
City: _

# Winchester/NRA Marksmanship Qualification Program

The Winchester/NRA Marksmanship Qualification Program is a skill development program. It has been the flagship of NRA's training development programs since 1903. Instructors and coaches use the qualification program as a guideline to train new shooters of all ages in their clubs. Individuals who are not involved in organized clubs also use the qualification program as a tool to develop their own shooting skills.

Qualification shooting is a year-round shooting activity that provides incentive awards for developing and improving marksmanship skills.

Progression is self-paced and scores are challenging but attainable! Performance is measured against established par scores; any shooter who meets or exceeds those scores is entitled to the corresponding recognition awards for that rating.

Based on the honor system, shooters acquire the large discipline patch at the onset of the program and, as each rating is earned, they are entitled to all of the corresponding awards for that rating. Each rating level has a skill rocker, medal, pin, and certificate award that recognizes and highlights the achievement.

The courses of fire in the qualification program are designed to take shooters from beginning skill levels (Pro-Marksman and Marksman) through intermediate levels (Marksman 1st Class, Sharpshooter, and Expert) up to the nationally recognized skill level and pinnacle of the program, Distinguished Expert. By the time a shooter completes the Distinguished Expert rating in rifle, pistol and shotgun, he/she has attained a proficiency level paralleling that of a competitively classified Sharpshooter.

Qualification shooting can be conducted anywhere including public ranges, at your favorite club range, or even on your own home range. BB and pellet gun shooters will find air gun qualification courses especially suited for home air gun ranges and family learning environments. Parents can shoot with their children or start a neighborhood air gun shooting sports program for their children and their friends.

The following information applies to the overall qualification program—all disciplines, all courses of fire.

## Safety

When firing for qualification ratings, always follow the NRA safe gun handling rules:

- **ALWAYS keep the gun pointed in a safe direction.**
- **ALWAYS keep your finger off the trigger until ready to shoot.**
- **ALWAYS keep the gun unloaded until ready to use.**

For more information on safety, order the *NRA Gun Safety Rules* or *Smart and Safe* brochures (see page 42 for ordering information).

## Guidelines

Discipline-specific standards are listed with each course of fire. If specific exceptions are not made, the official NRA Rules apply. Shooters who are not familiar with shooting terms–targets, equipment, positions, scoring procedures, etc.–should attend an NRA Basic Firearm Training Course and obtain a copy of the appropriate rule book for a greater understanding of the discipline before firing for qualification. For a list of rule books to purchase, please refer to the NRA Materials section on page 42 or visit the web site at *www.nrahq.org/compete/nra-rule-books.asp* for PDF versions.

## Eligibility

Qualification courses of fire are open to everyone–men and women, adults and youth.

## Administration

Qualification shooting is based on the honor system. It can be a self-administered activity or it can be administered by parents, club leaders, coaches, or instructors as part of a family, club, or group program.

## Disabled Shooters

Persons with physical disabilities are welcome to participate in the Marksmanship Qualification Program. A physical disability may result in a marksman having to assume a non-traditional, adaptive shooting position.

## Targets

Target designations are listed under each discipline. Targets with "TQ" designations are training and qualification targets. TQ targets usually have larger bullseyes and scoring areas than competition targets. Alpha series targets, such as "A" (smallbore rifle), "B" (pistol), and "AR" (air rifle), are official competition targets. Alpha series targets are used for most all other formal shooting activities–postal matches, leagues, and competition. Any number appearing after a "/" in any target designation (AR-5/10, TQ-1/1), indicates the number of bullseyes that are on the paper target.

## Target Manufacturers

Targets are available at most sporting goods stores. If you cannot find them locally, contact one of the NRA's licensed manufacturers. The following manufacturers sell a full line of targets and offer quantity and/or NRA instructor discounts:

Alco Target Company, California
(888) 258-4814; *www.alcotarget.com*

S-16008 Re
Page 6 of 6

USA_09794

American Target Company, Colorado
(877) 733-0433;
*www.americantargetcompany.com*

National Target Company, Maryland
(800) 827-7060; *www.nationaltarget.com*

U.S. Target Company, Michigan
(800) 746-6836; *www.ustargetonline.com*

For a list of NRA licensed target manufacturers, please visit our web site: *www.nrahq.org/compete/licensed.asp*.

## Awards

All awards–Pro-Marksman through Distinguished Expert–are ordered directly from the NRA Program Materials Center by the shooter or the program administrator. Program administrators should order awards in advance so they are available as soon as the rating is earned. In this way the student receives instant recognition. Individual shooters can order awards as each skill level is attained. Refer to pages 39-41 for award descriptions and item numbers for ordering.

## Ratings

Ratings in the qualification program must be earned in sequence from the beginning. While beginning ratings may be relatively easy for some shooters to obtain, these ratings and the recognition shooters receive keep interest high and help sustain shooters when ratings become much more difficult to obtain. NRA does not track earned ratings.

## Scores

In all cases, scores fired for qualification must be applied to the rating on which the shooter is currently working. Scores may not be held and used for higher ratings. In most cases, each skill level requires that you achieve a score a particular number of times to complete the level. However, they do not have to be fired consecutively or in the same session. Scores fired in practice sessions, leagues, or matches may all be applied toward qualification ratings.

## Records

A record of the date when each rating was achieved and the awards that were acquired should be kept by the shooter or the program administrator.

Two record charts are available at the end of this book for use with record-keeping.

## Distinguished Expert Rating

In order to encourage completion of the Winchester/NRA Marksmanship Qualification Program through the highest rating, shooters have the option of qualifying for the Distinguished Expert rating by participating in formal competition using a lower score requirement, or outside of formal competition using a higher score requirement. Shooters may also qualify for Double and Triple Distinguished Expert ratings by completing one rating per discipline of rifle, pistol, or shotgun.

## Witness Requirement

All firing for the Distinguished Expert rating must be witnessed by an NRA member (with current ID number), or an NRA instructor or coach (with current ID number). Exception: shooters who fire scores in formal competition use the tournament results bulletin from the required number of matches as validation. Shotgun shooters must save their shooting receipt and score record from each round required.

## NRA Basic Courses

New shooters are encouraged to contact a local NRA instructor to enroll in a basic course. Basic firearm training courses are fun, informative, and provide a good foundation of knowledge that can be applied to all shooting activities. To obtain a list of NRA instructors who offer basic firearms training courses in your area, call the automated telephone help line at (703) 267-1430 or visit the instructor web site at *www.nrainstructors.org*. If you can not attend a course, read the shooting handbooks (see list on page 42). They contain a wealth of information that will help improve your shooting.

## Basic Practical Rating

The Basic Practical Rocker is not a part of the Winchester/NRA Marksmanship Qualification Program. The Basic Practical skill rocker is awarded if you complete the basic practical rocker exercises provided as an option in an NRA Basic Firearms Training Course. If you have completed a Basic Firearms Training Course, you may wear your Basic Practical skill rocker with the qualification program patch.

## NRA Member Recognition for Distinguished Expert

NRA members who have completed all the lower ratings and the requirements for Distinguished Expert should contact the National Rifle Association. The NRA provides national recognition for all members who reach this prestigious level of accomplishment provided they:

- have fired the required scores
- have acquired awards at the lower ratings
- provide a current NRA member ID number
- complete the Distinguished Expert (DE) Recognition Report form located on the NRA web site at *www.nrahq.org/education/training/marksmanship/de_rec_form.pdf*.

Paid membership application or renewal may be submitted with the Distinguished Expert report form, or receive a $10 discount on a regular one year membership by renewing online at *www.nra.org/youthprograms* and click on Join the NRA Today. Upon completion of the Distinguished Expert rating, download the report form listed above, and return to the NRA Headquarters address listed on the form.

If you have questions, contact the NRA Qualification Coordinator at marksmanship@nrahq.org or (703) 267-1505.

USA_09795

# Pistol Qualification



## ◆ Accuracy ◆ Dexterity ◆ Precision ◆ Speed

Develop the skills needed to participate in NRA Action Pistol competition, as well as the basic skills required for personal protection. An NRA Basic Pistol, Personal Protection or FIRST Steps Pistol Orientation course will provide an excellent foundation of knowledge to build upon. The NRA Basic Pistol Qualification Course provides the perfect self-paced shooting activity to help develop your skills and reward your achievements.

### Guidelines

All rules and requirements for this qualification course are listed below.

### Pistols and Revolvers

Any semi-automatic pistol or revolver may be used. All calibers compete together.

### Sights

Any sights may be used.

### Targets

Nine-inch paper plates or paper discs, and AP-1 or AP-2 precision targets (trademarked as the Bianchi target) are used.

### Timers

When time restrictions are specified, shooters should have another individual act as timekeeper, or play a recorded tape with timing sequences and start/stop signals.

### Awards

- Pistol Qualification Patch
- Skill Rockers
- Medals and Medal Bar
- Skill Level Pins




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

## Pistol Course of Fire

### Basic Practical:

This rating is achieved by completing the practical exercise conducted during the NRA Basic Pistol Course.

### Pro-Marksman:

**Position:** Benchrest, two hands.

**Distance:** 15 feet.

**Target:** Paper plates or paper disks (nine-inch diameter).

**Time:** No restrictions.

**Course of Fire and Rating Requirements:** Shoot 10 plates with five shots on each plate. All shots must be inside a half-inch margin from the edge of the plate. The 10 plates do not have to be fired in succession or on the same day.

### Marksman:

**Position:** Standing, two hands.

**Distance:** 15 feet.

**Target:** Paper plates or paper disks (nine-inch diameter).

**Time:** No restrictions.

**Course of Fire and Rating Requirements:** Shoot 10 plates with 10 shots on each plate. All shots must be inside a one and a half-inch margin from the edge of the plate. The 10 plates do not have to be fired in succession or on the same day.



Inside 1/2" Margin on Plate.

Inside 1-1/2" Margin on Plate.



USA_09796

# COURSES OF FIRE

## Conventional "Bullseye" Pistol – Stage Skill Course

| Rating | Number of Shots | Required Slow Fire/Score (possible score) | Repetitions | Required Timed Fire/Score (possible score) | Repetitions | Required Rapid Fire/Score (possible score) | Repetitions |
|---|---|---|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Pistol Course. | | | | | | |
| Pro-Marksman | 10 | 40/100 | 5 times | | | | |
| Marksman | 10 | 45/100 | 5 times | | | | |
| Marksman 1st Class | 10 | 50/100 | 5 times | | | | |
| Sharpshooter | 10 | 60/100 | 5 times | | | | |
| Bar 1 | 10 | 62/100 | 2 times | 40/100 | 2 times | | |
| Bar 2 | 10 | 64/100 | 2 times | 46/100 | 2 times | | |
| Bar 3 | 10 | 66/100 | 2 times | 52/100 | 2 times | | |
| Bar 4 | 10 | 68/100 | 2 times | 58/100 | 2 times | | |
| Bar 5 | 10 | 70/100 | 2 times | 64/100 | 2 times | 40/100 | 2 times |
| Bar 6 | 10 | 72/100 | 2 times | 70/100 | 2 times | 50/100 | 2 times |
| Bar 7 | 10 | 74/100 | 2 times | 76/100 | 2 times | 60/100 | 2 times |
| Bar 8 | 10 | 76/100 | 2 times | 82/100 | 2 times | 70/100 | 2 times |
| Bar 9 | 10 | 78/100 | 2 times | 88/100 | 2 times | 78/100 | 2 times |
| The course of fire for Expert and Distinguished Expert ratings consists of a 30-shot aggregate. Each qualifying aggregate must meet or exceed the required score or the complete aggregate must be refired. | | | | | | | |
| Expert | Score: 250 or better. Five (5) aggregates are required | | | | | | |
| Distinguished Expert | Score: 269/300 or better 10 times, *or* 258 or better in two NRA sanctioned pistol competitions (See Witness Requirements, page 3.) | | | | | | |

## Conventional "Bullseye"Pistol – Aggregate Skill Course

| Rating | | Required Score/ Possible Score | Repetitions |
|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Pistol Course. | | |
| Pro-Marksman | | 120/300 | 2 times |
| Marksman | | 150/300 | 3 times |
| Marksman 1st Class | | 200/300 | 6 times |
| Sharpshooter | | 225/300 | 8 times |
| Expert | | 250/300 | 8 times |
| Distinguished Expert | Score: 269/300 or better 10 times, *or* 258 or better in two NRA sanctioned pistol competitions (See Witness Requirements, page 3.) | | |

USA_09797

# Defensive Pistol Qualification

◆ Defensive Pistol I ◆ Defensive Pistol II

Defensive Pistol I Qualification is designed to supplement Personal Protection in the Home courses, while Defensive Pistol II is designed to supplement Personal Protection Outside the Home. These two Qualification courses help participants become familiar with the pistol/revolver, and enhance their ability to react in any defensive situation that might arise. Participants should complete the Pistol Qualification course prior to starting Defensive Pistol I.

## Defensive Pistol I

### Guidelines:

All guidelines and requirements for the qualification course are listed below.

### Pistols and Revolvers:

Any safe revolver or semi-automatic pistol may be used.

### Sights:

Any sights may be used.

### Positions:

All shooting will be done from the standing, two-handed position. Each rating will have additional requirements. Participants will search and assess after firing each repetition. To search and assess, lower the firearm slightly to allow the eyes to shift slightly from side to side to scan the area, while not losing sight of the target. The NRA reference books provide information to safely shoot, search and assess with the pistol/revolver.

### Target, Distances and Score:

D-1 or equivalent at 21 feet with all shots scoring 8s or better.

### Times:

See chart below.

### Reference Material:

NRA's Guide to Personal Protection In the Home

### Ratings:

Ratings must be earned in sequence. The number of targets (or courses) required for a particular rating need not be fired consecutively or in the same session.

### Awards:

- Pistol Patch
- Skill Rocker I
- Parchment Certificates
- Medals
- Skill Level Pins




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

## Defensive Pistol I

| Rating | Position | Time | Number of Shots | Repetitions |
|---|---|---|---|---|
| Basic Practical | This Rating is achieved by completing the practical exercise conducted during an NRA Basic Pistol Course. | | | |
| Pro-Marksman | Two handed standing position; shoot 5 shots | 15 seconds | 5 shots | 4 times |
| Marksman | Picking the loaded gun off the bench and shoot 5 shots | 20 seconds | 5 shots | 4 times |
| Marksman 1st Class | Gun is unloaded on the bench; safely pick up gun, load and shoot 5 shots from standing with two hands. | 20 seconds | 5 shots | 4 times |
| Sharpshooter | Gun is unloaded on the bench; safely pick up gun, load and shoot 5 shots from standing with two hands. | 18 seconds | 5 shots | 4 times |
| Expert | 1. Load pistol, safely move to cover, shoot 5 shots from two handed standing on right side of the cover; 2. Reload, safely move to cover and shoot 5 shots from two handed standing on left side of the cover | 15 seconds per side | 2 magazines 5 shots each | 4 times each side of the cover |
| Distinguished Expert | Load pistol, move to cover, give verbal challenge, shoot 5 shots kneeling, reload and 5 shots standing (See Witness Requirements, page 3.) | 25 seconds | 2 magazines 5 shots each | 8 times |

# Defensive Pistol II

## Guidelines:
All guidelines and requirements for the qualification course are listed below.

## Pistols and Revolvers:
Any safe revolver or semi-automatic pistol may be used.

## Sights:
Any sights may be used.

## Positions:
All shooting will be done from the standing two-handed position. Each rating will have additional requirements. Participants will search and assess after firing each repetition. To search and access, lower the firearm slightly to allow the eyes to shift slightly from side to side to scan the area, while not losing sight of the target.

To use the NRA method of drawing from a holster use the following steps, keeping the finger off the trigger until ready to shoot:

1. ACCESS the gun.
2. GRIP the gun.
3. PULL the gun from the holster or holster purse.
4. ROTATE the gun toward the target (finger may now go to the trigger).
5. JOIN the weak hand to the strong hand.
6. EXTEND the gun toward the target.
7. FIRE the gun, if necessary.
8. Lower and scan for additional threats.
9. Reholster (engage safety or decock and finger straight along side of receiver).

## Target, Distances and Score:
D-1 or equivalent at 21 feet with all shots scoring 8s or better.

## Times:
See chart below.

## Reference Material:
NRA's Guide to Personal Protection Outside the Home

## Ratings:
Ratings must be earned in sequence. The number of targets (or courses) required for a particular rating need not be fired consecutively or in the same session.

## Awards:
- Pistol Patch
- Skill Rocker II
- Parchment Certificates
- Medals
- Skill Level Pins




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

## Defensive Pistol II

| Rating | Position | Time | Number of Shots | Repetitions |
|---|---|---|---|---|
| Basic Practical | This Rating is achieved by completing the practical exercise conducted during an NRA Basic Pistol Course. | | | |
| Pro-Marksman | Using the NRA method drawing from strong side holster, and shoot one shot | 5 seconds | 1 shot | 20 times |
| Marksman | Using the NRA method drawing from strong side holster, and shoot two shots | 6 seconds | 2 shots | 20 times |
| Marksman 1st Class | Using the NRA method drawing from strong side holster, and shoot 3 shots | 10 seconds | 3 shots | 10 times |
| Sharpshooter | Using the NRA method drawing from concealment strong side holster, and shoot 3 shots | 10 seconds | 3 shots | 10 times |
| Expert | Using the NRA method execute 90 degree right and left turns then drawing from holster, and shoot 2 shots. | 9 seconds | 2 shots right turn and 2 shots left turn | 10 times |
| Distinguished Expert | Using the NRA method execute 180 degree right and left turns then drawing from holster, and shoot 2 shots. (See Witness Requirements, page 3.) | 12 seconds | 2 shots right turn and 2 shots left turn | 20 times |


Access the gun, non-shooting hand to chest


Grip, non-shooting hand to chest


Pull gun from holster, non-shooting hand to chest


Rotate muzzle toward target, non-shooting hand to chest


Join hands


Extend toward target


Fire the gun


Lower and scan


Reholster, non-shooting hand to chest

USA_09799



# Conventional Bullseye Pistol Qualification

## ◆ Slow Fire ◆ Timed Fire ◆ Rapid Fire

Bullseye pistol shooting is one of the most popular shooting sports. Shot indoors or outdoors, these courses of fire emphasize the development of competition bullseye pistol shooting skills. Competitive bullseye shooting is also known as "conventional pistol." The precision required in bullseye shooting helps to hone your trigger control and concentration skills. These skills will be of great value if you decide to move on to action pistol shooting. While some shooters may prefer the course of fire that emphasizes stage (slow, timed, and rapid fire) skill development, others may prefer the course that stresses aggregate (total score) skill development. Both are provided so you can shoot the course of fire that is right for you.

### Guidelines

*NRA Pistol Rules* will apply, except where specific exceptions are made.

### Pistols and Revolvers

Any safe rimfire, centerfire revolver or semi-automatic pistol may be used.

### Sights

Metallic, telescopic, or electronic sights are permitted, with the exception of any sight that projects an image onto the target.

### Position

The conventional "bullseye" pistol qualification is fired from the standing position using one hand, except for the first three ratings (Pro-Marksman, Marksman, and Marksman 1st Class) where the benchrest or two-handed standing positions may be used.

### Target and Distance Options

Any of the following targets and distance combinations may be used: TQ-6 slow fire target and TQ-7 timed and rapid fire target at 25 feet. B-2 slow fire target and B-3 timed and rapid fire target at 50 feet. B-16 slow fire target and B-8 timed and rapid fire target at 25 yards. B-6 slow fire target at 50 yards, and B-8 timed and rapid fire target at 25 yards. B-4 target at 20 yards.

### Shots Per Target

Traditionally, 10 shots per target are fired on "B" series targets. However, if scoring becomes too difficult, shooters have the option of using two targets and firing five shots on each. The five-shot firing option (two targets, five shots per target) are fired on the TQ series targets.

### Slow Fire

Slow fire is 10 rounds fired in 10 minutes or less.

### Timed Fire

Timed fire is 10 rounds fired in two five-shot strings at 20 seconds per string.

### Rapid Fire

Rapid fire is 10 rounds fired in two five-shot strings at 10 seconds per string.

### Aggregate

The aggregate course of fire is 30 shots that must be fired as a complete unit in the same session in order to qualify as a viable course of fire. Each qualifying course of fire must meet or exceed the minimum score or the complete aggregate must be refired.

An aggregate course of fire consists of a total of 30 shots fired as follows:

- 10 shots slow fire (10 shots fired in 10 minutes)
- 10 shots timed fire (five shots fired in 20 seconds, two times)
- 10 shots rapid fire (five shots fired in 10 seconds, two times)

### Awards




- Pistol Qualification Patch
- Skill Rockers
- Parchment Certificate
- Medals and Medal Bars
- Skill Level Pins

See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.



USA_09800

# COURSES OF FIRE

## Conventional "Bullseye" Pistol – Stage Skill Course

| Rating | Number of Shots | Required Slow Fire/Score (possible score) | Repetitions | Required Timed Fire/Score (possible score) | Repetitions | Required Rapid Fire/Score (possible score) | Repetitions |
|---|---|---|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Pistol Course. | | | | | | |
| Pro-Marksman | 10 | 40/100 | 5 times | | | | |
| Marksman | 10 | 45/100 | 5 times | | | | |
| Marksman 1st Class | 10 | 50/100 | 5 times | | | | |
| Sharpshooter | 10 | 60/100 | 5 times | | | | |
| Bar 1 | 10 | 62/100 | 2 times | 40/100 | 2 times | | |
| Bar 2 | 10 | 64/100 | 2 times | 46/100 | 2 times | | |
| Bar 3 | 10 | 66/100 | 2 times | 52/100 | 2 times | | |
| Bar 4 | 10 | 68/100 | 2 times | 58/100 | 2 times | | |
| Bar 5 | 10 | 70/100 | 2 times | 64/100 | 2 times | 40/100 | 2 times |
| Bar 6 | 10 | 72/100 | 2 times | 70/100 | 2 times | 50/100 | 2 times |
| Bar 7 | 10 | 74/100 | 2 times | 76/100 | 2 times | 60/100 | 2 times |
| Bar 8 | 10 | 76/100 | 2 times | 82/100 | 2 times | 70/100 | 2 times |
| Bar 9 | 10 | 78/100 | 2 times | 88/100 | 2 times | 78/100 | 2 times |
| The course of fire for Expert and Distinguished Expert ratings consists of a 30-shot aggregate. Each qualifying aggregate must meet or exceed the required score or the complete aggregate must be refired. | | | | | | | |
| Expert | Score: 250 or better. Five (5) aggregates are required. | | | | | | |
| Distinguished Expert | Score: 269/300 or better 10 times, *or* 258 or better in two NRA sanctioned pistol competitions. (See Witness Requirements, page 3.) | | | | | | |

## Conventional "Bullseye"Pistol – Aggregate Skill Course

| Rating | | Required Score/ Possible Score | Repetitions |
|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Pistol Course. | | |
| Pro-Marksman | | 120/300 | 2 times |
| Marksman | | 150/300 | 3 times |
| Marksman 1st Class | | 200/300 | 6 times |
| Sharpshooter | | 225/300 | 8 times |
| Expert | | 250/300 | 8 times |
| Distinguished Expert | Score: 269/300 or better 10 times, *or* 258 or better in two NRA sanctioned pistol competitions. (See Witness Requirements, page 3.) | | |

USA_09801

# Air Pistol Qualification

## ◆ Progressive Position Pistol Shooting



This air pistol qualification course is designed to introduce shooters to the challenge of air pistol shooting by starting with the basic supported and standing supported positions then progressing to the international style position. The required number of shots in the course also increases in stages to help new shooters develop the strength and endurance necessary to complete a full course of fire.

### Guidelines

Progressive Position Pistol Rules will apply, except where specific exceptions are made. You may find the rule book at *www.usashooting.com/youthPistol.php.*

For more information on position pistol shooting, refer to the NRA booklet Junior Progressive Position Air Pistol Program at *www.issuu.com/compshoot/docs/pppbrochure*

### Air Pistols

Any safe .177 caliber spring, pneumatic, or CO2 gas pistol or revolver may be used.

### Sights

Only open sights are permitted.

### Position

For the Pro-Marksman rating, shooters may use either the benchrest or the Basic Supported position while seated. With the Marksman and Marksman 1st Class ratings, shooters must use the standing supported position. Shooters must be standing but may also use a rest or T-stand. Sharpshooter and higher ratings must use one-handed standing position without support.

Basic supported position: The shooter must be seated and may use supporting materials such as boxes, duffel bags, bean bags, or sand bags, on the table or bench. The shooter's arm must be fully extended, with the sights at eye level. The non-firing hand may provide support for the firing hand or the butt of the pistol. The shooter may not rest his or her elbow on the supporting material.

Standing supported position: Shooter must shoot from a standing position, with the pistol held in one hand. Artificial support is allowed such as a T-stand or a kneeling roll; the shooter's arm must be fully extended, with sights at eye level. The shooter's non-firing hand may not be used to provide support for the firing hand.

### Target and Distance

The official B-40 target is used at 10 meters (approximately 33 feet).

### Shots Per Bullseye

Five or 10 shots per bullseye can be used for beginner ratings. The number of shots fired per bullseye is optional and should be altered if scoring becomes difficult. (At elite levels of competition, only one shot is fired at each bullseye).

### Ratings

The required number of shots must be fired in the same session to qualify as a completed course of fire. The number of times the course must be repeated does not have to be fired in succession or on the same day.

### Awards

- Air Pistol Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bar
- Skill Level Pin




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.



Artificial support like this T-stand is allowed in the standing supported position.



## Progressive Position Pistol

| Rating | Position | Number of Shots | Required Score/ Possible Score | Repetitions |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Pistol Course. | | | |
| Pro-Marksman | Basic Supported | 10 shots | 40/100 | 4 times |
| Marksman | Standing Supported | 20 shots | 100/200 | 4 times |
| Marksman 1st Class | Standing Supported | 40 shots | 180/300 | 4 times |
| Sharpshooter | International Style – Standing, one handed | 40 or 60 shots | 280/400 | 6 times |
| Expert | International Style – Standing, one handed | 40 *or* 60 shots | 316/400 *or* 474/600 | 6 times *or* 4 times |
| Distinguished Expert | 40 or 60 shots, 348/400, 522/600 or better 10 times, or 335/400, 503/600 or better in two NRA sanctioned air pistol competitions. (See Witness Requirements, page 3.) | | | |

USA_09803

**For shooting tips please visit: www.nrahq.org/education/training/marksmanship**

# International Air Pistol Qualification



## ✦ International-Style Shooting

This air pistol qualification course is designed to introduce shooters to the challenge of air pistol beginning with the two-handed standing position then progressing to the one-handed standing International Air Pistol position. Air pistol events are for all ages and enjoyed by everyone at their home range and at the Olympic and Paralympic events.

### Guidelines

NRA *International Pistol Rules* will apply, except where specific exceptions are made.

### Air Pistols

Any safe .177 caliber spring, pneumatic, or $CO_2$ gas pistol or revolver may be used.

### Sights

Only open sights are permitted.

### Position

Except for the Pro-Marksman and Marksman rating, all shooting is done from the standing position using one hand; no support is allowed.

**Two-Handed position:** Shooter must shoot from a standing position, with the pistol held in both hands. No artificial support is allowed; and the shooter's arm must be fully extended, with sights at eye level. The shooter's non-firing hand may be used to provide support for the firing hand.

### Target and Distance

The official B-40 target is used at 10 meters (approximately 33 feet).

### Shots Per Bullseye

Five or 10 shots per bullseye can be used for beginner ratings. The number of shots fired per bullseye is optional and should be altered if scoring becomes difficult. (At elite levels of competition, only one shot is fired at each bullseye).

### Ratings

The required number of shots must be fired in the same session to qualify as a completed course of fire. The number of times the course must be repeated does not have to be fired consecutively.

### Awards

- International Air Pistol Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bar
- Skill Level Pins

See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

## International Air Pistol

| Rating | Position | Number of Shots | Required Score/ Possible Score | Repetitions |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Pistol Course. | | | |
| Pro-Marksman | Standing — two-handed | 10 shots | 50/100 | 4 times |
| Marksman | Standing — two-handed | 20 shots | 110/200 | 4 times |
| Marksman 1st Class | Standing — one-handed | 30 shots | 190/300 | 4 times |
| Sharpshooter | Standing — one-handed | 40 shots | 290/400 | 6 times |
| Expert | Standing — one-handed | 40 or 60 shots | 326/400 or 485/600 | 6 times or 4 times |
| Distinguished Expert | 40 or 60 shots, 348/400, 522/600 or better 10 times, or 335/400, 503/600 or better in two NRA sanctioned air pistol competitions. (See Witness Requirements, page 3.) | | | |

USA_09804

# International Air Rifle Qualification



## ◆ International-Style Shooting

This course of fire introduces new shooters to the sport using the benchrest or prone-supported positions before progressing to the standing position. These positions are designed to help shooters reinforce the basic fundamentals during early stages of development. The course of fire progresses from 10 shots, to 20 shots, to an optional 40 or 60 shots. Air rifle shooting can lead to college scholarships, world championships, and even the Olympics.

### Guidelines

*NRA International Rifle Rules* will apply, except where specific exceptions are made.

### Air Rifles

Any safe .177 caliber spring, pneumatic, or $CO_2$ gas air rifle may be used.

### Sights

Any sight not containing a lens or system of lenses may be used. Telescopes are prohibited.

### Position

Except for the Pro-Marksman and Marksman ratings, all shooting is done from the standing position.

### Target and Distance Options

The AR-5 target is used at 10 meters (approximately 33 feet). Single-, five-, and 10 bullseye targets are available.

### Shots Per Bullseye

The number of shots fired per bullseye is optional. Multiple shots may be fired at beginner ratings to conserve targets. (At advanced levels of competition, only one shot is fired at each bullseye).

### Ratings

Each course of fire must be fired as a complete unit (in the same session) in order to qualify for a rating. The required number of courses does not have to be fired consecutively.

### Awards

- International Air Rifle Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bar
- Skill Level Pins



See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

## International Air Rifle

| Rating | Position | Number of Shots | Required Score/ Possible Score | Repetitions |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | | | |
| Pro-Marksman | Benchrest or prone-supported may be used | 10 shots | 70/100 | 4 times |
| Marksman | Benchrest or prone-supported may be used | 20 shots | 100/200 | 4 times |
| Marksman 1st Class | Standing | 40 shots | 240/400 | 4 times |
| Sharpshooter | Standing | 40 *or* 60 shots | 280/400 *or* 420/600 | 6 times *or* 4 times |
| Expert | Standing | 40 *or* 60 shots | 320/400 *or* 480/600 | 6 times *or* 4 times |
| Distinguished Expert | 40 or 60 shots, 365/400, 534/600 or better 10 times, *or* 360/400, 516/600 or better in two NRA sanctioned air rifle competitions. (See Witness Requirements, page 3.) | | | |

USA_09805

# Air Rifle Qualification

## Sporter and Precision Air Rifle Shooting

These air rifle qualification courses are designed to introduce shooters to the challenges of 3-position air rifle shooting by starting with the basic sporter air rifles, progressing into the precision air rifles and then to the international-style air rifle course of fire. The required numbers of shots in the courses also increase in stages to help new shooters develop the strength and endurance necessary to complete a full course of fire.



### Guidelines
NRA Sporter or Precision Position Air Rifle Rules apply, except where specific exceptions are made.

### Air Rifles
Must meet specifications in paragraph 3.2 of the NRA Sporter Position Air Rifle Rules or paragraph 3.1 of the NRA Precision Position Air Rifle Rules

### Sights
Metallic only. Telescopic sights are not allowed. See Rule 3.7.1 for sporter and Rule 3.7 for precision.

### Position
Three shooting positions are used: prone, standing and kneeling.

### Target and Distance
The official NRA AR-5/10 air rifle targets must be used. The air rifle courses are fired at 10 meters (approximately 33 feet).

### Shots Per Bullseye
The targets contain 10 record bullseyes. One record shot is fired on each bullseye. Unlimited shots are permitted on the sighting shot (ss) bullseyes.

### Ratings
Ratings must be earned in sequence. While developing position skills (Bars 1-9), shooters should not concentrate on the development of just one position; they should begin to earn qualifying targets in all positions concurrently. Position bars may be obtained as they are earned without regard to numerical sequence. The number of targets (or courses) required for a particular rating need not be fired consecutively or in the same session.

### Awards
- Air Rifle Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bars
- Skill Level Pins




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.







USA_09806

# COURSES OF FIRE

## Sporter or Precision Air Rifle

| Rating | Position | Number of Shots | Required Sporter Score/Possible Score | Required Precision Score/Possible Score | Repetitions |
|---|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | | | | |
| Pro-Marksman | Benchrest or supported prone may be used. (Both rifle and body supports are allowed.) | 5 per target | 15/50 | 20/50 | 10 times |
| Marksman | Prone | 5 per target | 20/50 | 25/50 | 10 times |
| Marksman 1st Class | Standing | 5 per target | 10/50 | 11/50 | 10 times |
| Sharpshooter | Kneeling | 5 per target | 12/50 | 15/50 | 10 times |
| Bar 1 | Prone | 1 per bull/10 bulls | 50/100 | 60/100 | 3 times |
| Bar 2 | Prone | 1 per bull/10 bulls | 60/100 | 70/100 | 3 times |
| Bar 3 | Prone | 1 per bull/10 bulls | 70/100 | 80/100 | 3 times |
| Bar 4 | Standing | 1 per bull/10 bulls | 25/100 | 30/100 | 3 times |
| Bar 5 | Standing | 1 per bull/10 bulls | 30/100 | 40/100 | 3 times |
| Bar 6 | Standing | 1 per bull/10 bulls | 40/100 | 50/100 | 3 times |
| Bar 7 | Kneeling | 1 per bull/10 bulls | 30/100 | 40/100 | 3 times |
| Bar 8 | Kneeling | 1 per bull/10 bulls | 40/100 | 50/100 | 3 times |
| Bar 9 | Kneeling | 1 per bull/10 bulls | 50/100 | 60/100 | 3 times |
| Expert | 30-shot aggregate (3x10 - 10 shots each position) or 60-shot aggregate (3x20 — 20 shots in each position) | | | 220/300 or 450/600<br>230/300 or 470/600<br>240/300 or 490/600 | 3 times |
| Distinguished Expert | 60-shot aggregate — sporter scores 500/600 or better 10 times; precision scores 520/600 or better 10 times; or 60-shot aggregate scores as listed 4 times at an NRA postal or 2 sanctioned matches<br>(See Witness Requirements, page 3.) | | | | |



USA_09807

# Smallbore Qualification



- Smallbore Rifle 3-Position
- Smallbore Rifle Prone

In the Smallbore Qualification Course, shooters develop smallbore rifle, 3-position and prone shooting skills. The prone qualification program is designed to develop prone skills, first indoors at 50 feet, and then outdoors at 100 yards. The prone course culminates by having the shooter fire a Dewar Course (50 yards and 100 yards) to earn the 9th Bar, Expert, and Distinguished Expert ratings. The Dewar Course is the same course of fire that is used at the National Championships held at Camp Perry.

## Guidelines

*NRA Smallbore Rifle Rules* apply to the Smallbore courses, except where specific exceptions are made.

## Equipment

Use equipment as specified in "Section 3" of the NRA Rules Books.

## Smallbore Rifles

Any .22 caliber rimfire rifle may be used.

## Sights

Iron sights as specified in the NRA Rules Books may be used.

## Positions

All prone or 3-position (a combination of prone, standing, and kneeling) are used.

## Targets and Distances

**Smallbore Rifle 3-Position Courses:**
A-17 or A 36 NRA/USAS-50 target at 50 feet, A-23 target at 50 yards, A-25 target at 100 yards.

**Smallbore Rifle Prone Course:**
NRA-USAS 50 target at 50 feet, A-23 and A-27 targets at 50 yards, and A-25 target at 100 yards.

## Awards




- American Rifleman Qualification Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bars
- Skill Level Pins

See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

# COURSES OF FIRE

## Smallbore 3-Position Aggregate Course – 10 Shots Each Position

| Rating | Required Score/Possible Score | Repetitions |
|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | |
| Pro-Marksman | 120/300 | 2 times |
| Marksman | 150/300 | 4 times |
| Marksman 1st Class | 198/300 | 6 times |
| Sharpshooter | 225/300 | 8 times |
| Expert | 249/300 | 8 times |
| Distinguished Expert | 273 or better 10 times, or 273 4 times at a 3-Position NRA postal. (See Witness Requirements, page 3.) | |

## Smallbore 3-Position Stage Skill Course

| Rating | Position | Shots Per Bullseye | Minimum Score Per Bullseye/Possible Score | Repetitions |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | | | |
| Pro-Marksman | Prone | 5 | 20/50 | 10 times |
| Marksman | Prone | 5 | 25/50 | 10 times |
| Marksman 1st Class | Standing | 5 | 11/50 | 10 times |
| Sharpshooter | Kneeling | 5 | 15/50 | 10 times |
| Bar 1 | Prone | 1 per bull/10 bulls | 60/100 | 3 times |
| Bar 2 | Prone | 1 per bull/10 bulls | 70/100 | 3 times |
| Bar 3 | Prone | 1 per bull/10 bulls | 80/100 | 3 times |
| Bar 4 | Standing | 1 per bull/10 bulls | 30/100 | 3 times |
| Bar 5 | Standing | 1 per bull/10 bulls | 40/100 | 3 times |
| Bar 6 | Standing | 1 per bull/10 bulls | 50/100 | 3 times |
| Bar 7 | Kneeling | 1 per bull/10 bulls | 40/100 | 3 times |
| Bar 8 | Kneeling | 1 per bull/10 bulls | 50/100 | 3 times |
| Bar 9 | Kneeling | 1 per bull/10 bulls | 60/100 | 3 times |
| | | | Score Per Aggregate/Possible Score | |
| Expert | 30-shot aggregate (10 shots each position), or 60-shot aggregate (20 shots in each position) | | 230/300 or 460/600<br>240/300 or 480/600<br>250/300 or 500/600 | 1 time<br>1 time<br>1 time |
| Distinguished Expert | 60- or 120-shot aggregate 540/600, 1080/1200 or better 10 times, or 60- or 120-shot aggregate 4 times at 3-position NRA Postal (See Witness Requirements, page 3.) | | | |

## Smallbore Rifle Prone Course

| Rating | Distance | Target | Shots Per Bullseye | Minimum Score Per Bullseye/Possible Score | Repetitions |
|---|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | | | | |
| Pro-Marksman | 50 feet | NRA-USAS 50 | 1 | 40/100 | 10 times |
| Marksman | 50 feet | NRA-USAS 50 | 1 | 50/100 | 10 times |
| Marksman 1st Class | 50 feet | NRA-USAS 50 | 1 | 60/100 | 10 times |
| Sharpshooter | 50 feet | NRA-USAS 50 | 1 | 70/100 | 10 times |
| Bar 1 | 50 yards | A-23 | 5 | 120/100 | 5 times |
| Bar 2 | 50 yards | A-23 | 5 | 150/200 | 5 times |
| Bar 3 | 50 yards | A-23 | 5 | 180/200 | 5 times |
| Bar 4 | 50 yards | A-27 | 5 | 165/200 | 5 times |
| Bar 5 | 100 yards | A-27 | 5 | 175/200 | 5 times |
| Bar 6 | 100 yards | A-25 | 10 | 170/200 | 5 times |
| Bar 7 | 200 yards | A-25 | 10 | 180/200 | 5 times |
| Dewar | 20 Shots at 50 yards A-23 target (5 per bull) and 20 shots at 100 yards A-25 target (10 Shots per bull) | | | | |
| Bar 8 | | Dewar | | 360/400 | 5 times |
| Bar 9 | | Dewar | | 370/400 | 5 times |
| Expert | | Dewar | | 376/400 | 5 times |
| Distinguished Expert | 40 Shot Aggregate—385/400—10 times or 2 times in Dewar Competition (iron sights only); see witness requirements Page 3 | | | | |

USA_09809



# Rimfire Rifle Qualification

◆ Prone or Benchrest ◆ Standing ◆ 3-Position

Many shooters do not own a special target rifle, but thoroughly enjoy shooting over-the-counter, .22 field and sporting rifles. If you are one of these shooters, the NRA Rimfire Rifle Qualification Course is for you. Using your favorite field and sporting rifle, you can develop your marksmanship skills, progress through a series of ratings, and earn distinctive NRA Rimfire Rifle Qualification rating awards.

## Guidelines

The rimfire rifle rules contained in the *NRA Smallbore Rifle Rules* book and listed under Light Rifle apply, except where specific exceptions are made.

## Rifles

Any safe .22 or .17 HMR caliber rimfire rifle may be used. For the Standing and 3-Postion course the rifle must weigh 12 pounds or less, including sights and slings. Schuetzen-type butt plates and palm rests may not be used.

## Sights

Any sights may be used, including scopes.

## Target and Distance Options

A-17 or A-32 target at 50 feet, two shots per bullseye. A-23/5 or A-31X target at 50 yards, five shots per bullseye.

## Course of Fire Options

Shooters may qualify for rimfire rifle ratings using any one of the three courses of fire available: prone or benchrest, all standing, or 3-position (prone, standing and kneeling). Body and/or gun support may be used at the Pro-Marksman rating level in all courses, and throughout the prone/benchrest course.

## Awards




- Rimfire Rifle Qualification Patch
- Skill Rockers
- Parchment Certificate
- Medals and Medal Bar
- Skill Level Pins

See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.





USA_09810

# COURSES OF FIRE

## Rimfire Rifle Prone or Benchrest Course – 20 Shots

| Rating | Number of Courses | Minimum Score Per Course/Possible Score |
|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | |
| Pro-Marksman | 2 | 100/200 |
| Marksman | 2 | 125/200 |
| Marksman 1st Class | 3 | 150/200 |
| Sharpshooter | 4 | 165/200 |
| Expert | 6 | 180/200 |
| Distinguished Expert | 191/200 or better 10 times, **or** 191/200 4 timess at Rimfire Rifle NRA Postal Match (See Witness Requirements, page 3) | |

## Rimfire Rifle Standing Course – 10 Shots

| Rating | Number of Courses | Minimum Score Per Course/Possible Score |
|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | |
| Pro-Marksman | 4 | 40/100 |
| Marksman | 6 | 50/100 |
| Marksman 1st Class | 8 | 60/100 |
| Sharpshooter | 12 | 70/100 |
| Expert | 14 | 80/100 |
| Distinguished Expert | 91/100 or better 10 times, or 91/100 4 times at a Rimfire Rifle NRA Postal Match (See Witness Requirements, page 3) | |

## Rimfire Rifle 3-Position Course – 10 Shots Each Position

| Rating | Number of Courses | Minimum Score Per Course/Possible Score |
|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | |
| Pro-Marksman | 2 | 135/300 |
| Marksman | 2 | 150/300 |
| Marksman 1st Class | 2 | 180/300 |
| Sharpshooter | 3 | 225/300 |
| Expert | 4 | 255/300 |
| Distinguished Expert | 275/300 or better 5 times, or 275/300 2 times at a Rimfire Rifle NRA Postal Match (See Witness Requirements, page 3) | |

USA_09811

# 4-Position Rifle Qualification

◆ BB Gun ◆ Smallbore Rifle



Indoors or outdoors, the 4-position qualification course may be used by BB gun shooters and smallbore rifle shooters alike!

These courses of fire are the perfect way for parents to introduce their children to the practices and challenges of rifle shooting.

## BB GUN REQUIREMENTS

### Guidelines
*NRA 5-Meter BB Gun Rules* apply.

### BB Guns
Only smoothbore, spring-type air guns may be used.

### Sights
Telescopic sights are not allowed.

### Positions
For the 4-Position Stage Skill Course of fire, there are five positions to choose from for the Pro-Marksman through Sharpshooter ratings. These positions are prone, sitting, kneeling, standing and benchrest. You may use any of the 5 positions for those ratings only.

### Ammunition
Lead or steel ball BBs.

### Target and Distance Options
- TQ-40 targets may be used at a distance of five meters (approximately 16.5 feet) for Pro-Marksman and Marksman levels only.
- The AR-4 target may be used at all levels.

### Awards
- BB Gun Qualification Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bars
- Skill Level Pins




## SMALLBORE RIFLE REQUIREMENTS

### Guidelines
*NRA Smallbore Rifle Rules* apply.

### Smallbore Rifles
Any safe .22 rimfire or .17 HMR rifle may be used.

### Sights
Telescopic sights are not allowed.

### Positions
For the 4-Position Stage Skill Course of fire, there are five positions to choose from for the Pro-Marksman through Sharpshooter ratings. These positions are prone, sitting, kneeling, standing and benchrest. You may use any of the 5 positions for those ratings only.

### Ammunition
.22 rimfire (short, long, long rifle) or .17 HMR.

### Target and Distance Options
Use either A-17 or TQ-1 targets at a distance of 50 feet; or A-23 target at 50 yards.

### Awards
- Rifle Qualification Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bars
- Skill Level Pins




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.



USA_09812

# COURSES OF FIRE

## 4-Position Stage Skill Course

| Rating | Position | Shots Per Bullseye | Number of Bullseyes | Minimum Score Per Bullseye Using AR-4, A-17, A-23, TQ-1 or TQ-40 Target |
|---|---|---|---|---|
| For Pro-Marksman through Expert ratings: 10 bullseyes (set of concentric scoring rings) must be fired for each rating. Each bullseye must contain five shots and the total score for the five shots must meet or exceed the required score. The 10 bullseyes do not have to be fired consecutively or in the same session. (Option: the number of shots per bullseye may be reduced if scoring becomes difficult. Example: three shots on one bullseye and two shots on another.) | | | | |
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | | | |
| Pro-Marksman | Any of the 5 pos. | 5 | 10 | 20 |
| Marksman | Any of the 5 pos. | 5 | 10 | 25 |
| Marksman 1st Class | Any of the 5 pos. | 5 | 10 | 30 |
| Sharpshooter | Any of the 5 pos. | 5 | 10 | 35 |
| While developing position skills (Bars 1 - 9), shooters should NOT concentrate on the development of just one position; they should begin to earn qualifying targets in all positions concurrently. Position bars may be obtained as they are earned without regard to numeric sequence. | | | | |
| Bar 1 | Prone | 5 | 10 | 40 |
| Bar 2 | Sitting | 5 | 10 | 30 |
| Bar 3 | Sitting | 5 | 10 | 35 |
| Bar 4 | Sitting | 5 | 10 | 40 |
| Bar 5 | Kneeling | 5 | 10 | 30 |
| Bar 6 | Kneeling | 5 | 10 | 35 |
| Bar 7 | Kneeling | 5 | 10 | 40 |
| Bar 8 | Standing | 5 | 10 | 30 |
| Bar 9 | Standing | 5 | 10 | 35 |
| Expert | Standing | 5 | 10 | 40 |
| For the Distinguished Expert rating: 10 strings, consisting of five bullseyes in each string, are required for each position. Two shots are fired on each bullseye. Each five-bull string must be fired as a complete unit and each bullseye in the string must meet or exceed the required score or the entire string must be refired. You may also attain this rating by achieving 372/400 or better in two NRA sanctioned 4-position competitions. (See Witness Requirements, page 3.) | | | | |
| Distinguished Expert | Prone | 2 | 10 | 18 |
| | Sitting | 2 | 10 | 18 |
| | Kneeling | 2 | 10 | 16 |
| | Standing | 2 | 10 | 16 |

## 4-Position Aggregate Course – 10 Shots Each Position

| Rating | Required Score/Possible Score | Repetitions |
|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | |
| Pro-Marksman | 180/400 | 2 times |
| Marksman | 220/400 | 2 times |
| Marksman 1st Class | 272/400 | 2 times |
| Sharpshooter | 316/400 | 3 times |
| Expert | 356/400 | 3 times |
| Distinguished Expert | then 380/400 four times in an NRA 4-Position postal match or 380/400 or better ten times. (See Witness Requirements, page 3.) | |

USA_09813

# High Power Rifle Qualification

◆ 50 Yards ◆ 200 Yards ◆ 300 Yards ◆ 600 Yards

High power rifle enthusiasts can now develop the shooting skills that lead to success in matches and tournaments with the aggregate competition course of fire. High power rifle shooting is the most popular event at NRA National Matches. The aggregate competition course helps develop target shooting skills using a 50-, 80-, or 100-shot course of fire. If hunting is an interest and the participant wishes to build field shooting skills, the sporting rifle event provides a course of fire using both the supported and standing positions. Scores fired on a home range, a local club, or in a league or tournament can all be applied toward the rating requirements in either high power qualification program.

## AGGREGATE COMPETITION COURSE

### Guidelines

*NRA High Power Rules* apply.

### Equipment

A sling may be used in all positions except standing. Hook butt plates and palm rests are not permitted.

### Rifles

Any safe U.S. military service rifle or centerfire rifle with metallic sights and a 10-, 20- or 30-round magazine may be used.

### Ammunition

Any ammunition except tracer and incendiary ammunition is permitted. However, it is your responsibility to identify and follow all the rules of the range on which you are firing. Some ranges restrict the use of armor piercing ammunition as well.

### Targets

On a 100-yard range: use SR-1 targets to simulate 200 yards, SR-21 targets to simulate 300 yards, and MR-31 targets to simulate 600 yards.

On a 200-yard range: use SR targets at 200 yards, SR-42 targets to simulate 300 yards, and MR-52 targets to simulate 600 yards.

On a 300-yard range: use the SR targets at 200 yards, SR-3 targets at 300 yards, and MR-63 targets to simulate 600 yards.

On a 600-yard range: use the SR targets at 200 yards, SR-3 targets at 300 yards, and MR-1 targets at 600 yards.

### Firing Procedures

Qualification ratings may be earned by firing any one (50-, 80-, or 100-shot) course. All four stages must be completed in the same session to count as one completed course of fire. Since score requirements are in percentages, different shot courses (50/80/100) may be used for each level.

The same safety precautions required in tournament shooting apply to qualification shooting. In the slow-fire stage, all rifles are loaded with only one cartridge at a time. In rapid-fire, shooters using service rifles first load and fire two cartridges, then reload and fire eight cartridges to complete the 10-shot string within the specified time limit. Shooters using other centerfire rifles initially load and fire five cartridges, then reload and fire another five cartridges.

| Stage | Position | Time | Distance | Number of Shots | Number of Stages | | |
|---|---|---|---|---|---|---|---|
| | | | | | 50-Shot Course | 80-Shot Course | 100-Shot Course |
| 1 | Standing | Slow Fire: 10 minutes | 200 yards | 10 | 1 | 2 | 2 |
| 2 | Sitting or Kneeling | Rapid Fire: 60 seconds | 200 yards | 10 | 1 | 2 | 2 |
| 3 | Prone | Rapid Fire: 70 seconds | 300 yards | 10 | 1 | 2 | 2 |
| 4 | Prone | Slow Fire: 20 minutes | 500/600 yards | 20 | 1 | 1 | 2 |

## High Power Rifle - Aggregate Competition Course

| Rating | Required Percent | Repetitions |
|---|---|---|
| Any 50-, 80-, or 100-shot competition course of fire may be used. | | |
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | |
| Pro-Marksman | 40% or better | 2 times |
| Marksman | 50% or better | 2 times |
| Marksman 1st Class | 66% or better | 3 times |
| Sharpshooter | 75% or better | 3 times |
| Expert | 80% or better | 3 times |
| Distinguished Expert | 88% or better 10 times, or 84% or better in two NRA sanctioned high power competitions. (See Witness Requirements, page 3.) | |

USA_09814

# HIGH POWER SPORTING RIFLE COURSE

## Guidelines

The Sporting Rifle course of fire is governed by the rules listed in this booklet.

## Rifles

Any safe centerfire rifle weighing less than 9.5 pounds, including detachable magazines and sights, but excluding sling, may be used. Telescopic sights are permitted.

## Equipment

Any equipment that is considered usual and customary for field use, such as coats with light padding at the shoulder/elbow and unpadded gloves, may be used. Special jackets, gloves, slings, set triggers, hooked butt plates, palm rests and other devices associated with formal competition shooting are prohibited.

## Positions

**Rest Position:** Arms and elbows may be rested against the shooter's knees, or on the ground, bench, table, sandbag or other object to assist in holding the rifle steady. The forward hand must grasp the forestock of the rifle ahead of the trigger guard.

**Standing Position:** Shooters stand erect on both feet. The rifle is supported only by the hands and the shoulder. The forward hand must grasp the forestock of the rifle, ahead of the trigger guard. The rifle butt must be against the front of the shoulder.

## Awards

**Awards are for all High Power Courses:**

- High Power Rifle Qualification Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bars
- Skill Level Pins



See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

## High Power - Sporting Rifle Course

| Rating | Required Score | Repetitions |
|---|---|---|
| A total of 20 shots, 10 shots from the rest position and 10 shots from the standing position, on the A-23 target at 50 yards or the A-25 target at 100 yards. | | |
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | |
| Pro-Marksman | 80 or better (Option – all 20 shots may be fired from the rest position.) | 2 times |
| Marksman | 100 or better | 3 times |
| Marksman 1st Class | 120 or better | 3 times |
| Sharpshooter | 140 or better | 4 times |
| Expert | 160 or better | 6 times |
| Distinguished Expert | 170 or better (See Witness Requirements, page 3.) | 10 times |



# F-CLASS RIFLE COURSE

## Guidelines

NRA High Power Rifle Rules apply.

## Rifles

Any centerfire rifle in accordance with NRA F-Class Rule 3.4.

## Ammunition

Any ammunition except tracer and incendiary ammunition is permitted.

## Rifle Rests

Rests should conform to NRA F-Class Rule 3.4.1.

## Targets

On a 100-yard range: use MR-31 target to simulate 300 yards. On a 200-yard range: use MR-52 target to simulate 300 yards. On a 300-yard range: use MR-63 with MR63FC target.

On a 500-yard range: use MR-65 with MR-65FC target. On a 600-yard range: use MR-1 with MR-1FC target. On a 1000-yard range: use LR with LRFC target.

## Firing Procedures

The same safety precautions required in tournament shooting apply to qualification shooting. All rifles in F-Class marksmanship are loaded with only one cartridge at a time.

## Ratings

Ratings must be earned in order beginning with the Pro-Marksman level. Qualifying scores must be used as they are earned and may not be saved for more advanced levels.

## High Power - F-Class Rifle Course

| Rating | Position | Distance | Number of Shots | Required Score/(possible score) | Repeat |
|---|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during and NRA Rifle Course. | | | | |
| Pro-Marksman | Prone | 100 yards | 5 shots | 25/50 | 5 times |
| Marksman | Prone | 200 yards | 5 shots | 25/50 | 5 times |
| Marksman 1st class | Prone | 200 yards | 5 shots | 30/50 | 5 times |
| Sharpshooter | Prone | 300 yards | 5 shots | 25/50 | 5 times |
| Bar 1 | Prone | 300 yards | 10 shots | 65/100 | 5 times |
| Bar 2 | Prone | 500 yards | 10 shots | 65/100 | 5 times |
| Bar 3 | Prone | 600 yards | 10 shots | 70/100 | 5 times |
| Bar 4 | Prone | 1000 yards | 10 shots | 60/100 | 5 times |
| The course of fire for Expert and Distinguished Expert ratings consists of a 45- or 60-shot aggregate. Each qualifying aggregate must meet or exceed the required score or the complete aggregate must be refired. Mid-range aggregate is 15- or 20-shots at 300, 500 and 600 yards fired on one day. Long-range aggregate is 15- or 20-shots at 800, 900 and 1,000 yards fired on one day. | | | | | |
| Expert | Obtain 82% in a mid-range or long-range tournament, 45- or 60-shot competition. | | | 369/450 or 492/600 | 4 times |
| Distinguished Expert | Obtain 91.5% or better in an NRA sanctioned F-Class Competition; mid-range or long-range competition tournament, 45-or 60-shot. (See Witness Requirements, page 3.) | | | 411/450 or 549/600 | 10 aggregates either mid- or long-range; or 5 NRA sanctioned F-Class competitions. |

WINCHESTER
BALLISTICS CALCULATOR
AIM. SHOOT. HUNT.




- Cutting-Edge Technology
- Dynamic Graphics
- Compare Up To 5 Winchester Products
- Customize 'Range' Conditions
- Available For: Rifle, Slug, Rimfire and Handgun




Access the Winchester Ballistics Calculator as a free app for the iPhone, iPad and Windows 8. Or, visit Winchester.com.

© 2013 Winchester Ammunition

WINCHESTER

# Tactical Rifle Qualification

## ◆ Highpower Tactical Rifle Shooting

This qualification program will introduce you to the shooting sports using modern, semi-automatic rifles. You can develop some of the skills necessary to participate in action shooting events. These exciting events include the NRA National Defense Matches and 3-Gun Matches. You will learn how to safely fire your rifle at multiple targets while moving from various shooting positions as well as use props or obstacles (barricades) from which to shoot. The requirements in the ratings increase in stages to help new shooters develop the strength and endurance necessary to complete a full course of fire.



### Guidelines

Unless otherwise stated, the following guidelines apply.

### Rifles

Smallbore rifles to include .17 HMR and .22 LRs. High power rifles to include .223, .308 and 7.62x39.

### Sights

Field grade flip-up or fixed sights, non-magnified, magnified, electronic or optical sights.

### Other Equipment

A sling and two magazines capable of holding not less than ten rounds each.

### Position

Three shooting positions are used: standing, kneeling and prone. All strings of fire begin from the standing low ready position.

### Target and Distance



NRA NDM 5-120 at 7, 15 and 30 yards. Paper plates 9" diameter may be used and marked with the colors; set up in sequence to match the target.

NRA D-1 or other silhouette target at 60 and 100 yards.



### Shots per Target

See rating course of fire for number of shots per target.

### Scoring

All scores are either a hit or a miss; and all shots fired within the time allotted. To be counted as a hit, you must hit within the tombstone on each target. If using paper plates, to be counted as a hit the shot must be inside a 1-1/2" margin from the edge of the plate.

### Ratings

Ratings must be earned in sequence. The number of targets (or courses) required for a particular rating need not be fired consecutively or in the same session.

### Awards

- High Power Rifle Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bars
- Skill Level Pins



See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.





USA_09818

| Rating | Distance and Target | Position | Number of Shots | Required Score/Possible Score |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Rifle Course. | | | |
| Pro-Marksman | 7 yds - Color Target | Standing | 10 shots total – 2 shots each color | 5/10 |
| | 30 yds – Color Target | Standing | 10 shots total – 1 shot each color strong hand; 1 shot each color weak hand | 5/10 |
| | 100 yds – Silhouette Target | Standing, Kneeling, Prone | 6 shots total – 2 shots each position | 3/6 |
| Marksman | 7 yds – Color Target | Standing | 10 shots total – 2 shots each color | 6/10 |
| | 30 yds – Color Target | Standing | 5 shots total – 1 shot each color | 3/5 |
| | 60 yds – Silhouette Target | Kneeling, Right and Left of Barricade | 10 shots total –5 shots from right of barricade; 5 shots from left of barricade | 3 each side of barricade |
| | 100 yds – Silhouette Target | Standing, Kneeling, Prone, Kneeling, Standing | 10 shots total - 2 shots each position | 5/10 |
| Marksman 1st Class | 7 yds – Color Target | Standing | 10 shots total – 2 shots each color | 6/10 |
| | 15 yds – Color Target | Standing | 15 shots total – load 1 magazine 5 rds, 1 magazine 10 rds – shoot 5 shots white target; magazine change; 2 shots each color | 3/5 white 6/10 others |
| | 30 yds – Color Target | Standing, Right and Left of Barricade | 10 shots total – 1 shot each color strong hand and strong hand side of barricade; 1 shot each color weak hand and weak hand side of barricade | 3/5 strong 3/5 weak |
| | 60 yds – Silhouette Target | Standing, Kneeling, Prone | 15 shots total – load 1 magazine 5 rds, 1 magazine 10 rds – shoot 5 shots standing; magazine change; 5 shots each kneeling and prone | 7/15 |
| | 100 yds – Silhouette Target | Standing, Kneeling, Kneeling, Standing from Barricade | 8 shots total – 2 shots standing, 2 shots kneeling right of barricade; 2 shots kneeling, 2 shots standing left of barricade | 3/8 |
| Sharpshooter | 7 yds – Color Target | Standing | 10 shots total – 2 shots each color | 7/10 |
| | 7 yds – Color Target | Standing | 6 shots total – 2 shots bottom left color; 1 shot top left color; 2 shots bottom right color; 1 shot top right color | 3/6 |
| | 15 yds – Color Target | Standing, Right and Left of Barricade | 20 shots total – load 2 magazines 10 rds each; 2 shots each color right of barricade; magazine change; 2 shots each color left of barricade | 10/20 |
| | 30 yds – Color Target | Standing, Kneeling, Prone, Kneeling, Standing | 10 shots total – 2 shots each position at white color | 5/10 |

| Rating | Distance and Target | Position | Number of Shots | Required Score/Possible Score |
|---|---|---|---|---|
| Sharpshooter (cont.) | 60 yds — Silhouette Target | Kneeling, Right and Left of Barricade | 10 shots total – load 2 magazines 5 rds each; 5 shots right of barricade; magazine change; 5 shots left of barricade | 5/10 |
| | 60 yds — Silhouette Target | Standing, Kneeling, Prone | 15 shots total – load 1 magazine 5 rds; 1 magazine 10 rds; shoot 5 shots standing; magazine change; 5 shots each kneeling and prone | 9/15 |
| | 100 yds — Silhouette Target | Standing, Kneeling, Prone, Kneeling, Standing | 10 shots total — 2 shots each position | 7/10 |
| Expert | 7 yds — Color Target | Standing | 10 shots total — 2 shots each color | 8/10 |
| | 7 yds — Color Target | Standing | 6 shots total — 2 shots bottom left color; 1 shot top left color; 2 shots bottom right color; 1 shot top right color | 4/6 |
| | 15 yds — Color Target | Standing | 15 shots total — load 1 magazine 5 rds; 1 magazine 10 rds; 5 shots white color; magazine change; 2 shots each color | 4/5 white<br>7/10 others |
| | 15 yds — Color Target | Standing, Right and Left of Barricade | 20 shots total — load 2 magazines 10 rds each; 2 shots each color right of barricade; magazine change; 2 shots each color left of barricade | 15/20 |
| | 30 yds — Color Target | Standing, Right and Left of Barricade | 10 shots total — 1 shot each color strong hand and strong hand side of barricade; 1 shot each color weak hand and weak hand side of barricade | 4/5 strong<br>4/5 weak |
| | 30 yds — Color Target | Standing, Kneeling, Prone, Kneeling, Standing | 10 shots total –2 shots each position at white color | 7/10 |
| | 60 yds — Silhouette Target | Kneeling, Right and Left of Barricade | 10 shots total — load each magazine 5 rds; 5 shots right of barricade; magazine change; 5 shots left of barricade | 7/10 |
| | 60 yds — Silhouette Target | Standing, Kneeling, Prone | 15 shots total — load 1 magazine 5 rds, 1 magazine 10 rds; 5 shots standing; magazine change; 5 shots each kneeling and prone | 11/15 |
| | 100 yds — Silhouette Target | Standing, Kneeling, Kneeling, Standing from Barricade | 8 shots total — 2 shots standing, 2 shots kneeling right of barricade; 2 shots kneeling, 2 shots standing left of barricade | 5/8 |
| | 100 yds — Silhouette Target | Standing, Kneeling, Prone, Kneeling, Standing | 10 shots total — 2 shots each position | 8/10 |
| | | | | |



USA_09820

| Rating | Distance and Target | Position | Number of Shots | Required Score/Possible Score |
|---|---|---|---|---|
| Distinguished Expert | 7 yds – Color Target | Standing | 20 shots total – 2 shots each color | 8/10 |
| | 7 yds – Color Target | Standing | 6 shots total – 2 shots bottom left color; 1 shot top left color; 2 shots bottom right color; 1 shot top right color | 5/6 |
| | 15 yds – Color Target | Standing | 15 shots total – load 1 magazine 5 rds, 1 magazine 10 rds – shoot 5 shots white color; magazine change; 2 shots each color | 4/5 white 8/10 others |
| | 15 yds – Color Target | Standing, Right and Left of Barricade | 20 shots total – load 2 magazines 10 rds each; 2 shots each color right of barricade; magazine change; 2 shots each color left of barricade | 17/20 |
| | 30 yds – Color Target | Standing, Right and Left of Barricade | 10 shots total – 1 shot each color strong hand and strong hand side of barricade; 1 shot each color weak hand and weak hand side of barricade | 4/5 strong 4/5 weak |
| | 30 yds – Color Target | Standing, Kneeling, Prone, Kneeling, Standing | 10 shots total – 2 shots each position at white color | 8/10 |
| | 60 yds – Silhouette Target | Kneeling, Right and Left of Barricade | 10 shots total – load 2 magazines with 5 rds each; 5 shots right of barricade; magazine change; 5 shots left of barricade | 8/10 |
| | 60 yds – Silhouette Target | Standing, Kneeling, Prone | 15 shots total – load 1 magazine 5 rds, 1 magazine 10 rds; 5 shots standing; magazine change; 5 shots each kneeling and prone | 12/15 |
| | 100 yds – Silhouette Target | Standing, Kneeling, Kneeling, Standing from Barricade | 8 shots total – 2 shots standing and kneeling positions right of barricade; 2 shots kneeling and standing positions left of barricade | 6/8 |
| | 100 yds – Silhouette Target | Standing, Kneeling, Prone, Kneeling, Standing | 10 shots total – 2 shots each position (See Witness Requirements, page 3.) | 9/10 |

USA_09821

# Shotgun Qualification

## ◆ Recreational Clay Target Shooting



This shotgun qualification course has been designed to offer a Marksmanship Qualification Program shotgun shooting opportunity to those without convenient access to formal trap, skeet or sporting clays ranges. It can be conducted using an economical, portable clay target throwing trap anywhere a safe shot fall area can be obtained.

### Guidelines
Unless otherwise stated, the following guidelines apply.

### Shotgun
Any safe shotgun, 12-gauge or smaller, may be used. Different gauges and shotguns may be used for any round or rating.

### Ammunition
Any safe ammunition with gun used containing no more than 1 1/8-ounce of No. 7 1/2 or smaller shot.

### Target Throwing Trap
Any portable machine releasing targets electronically or by lanyard pull.

### Trap Location
At least 3 feet in front of the shooter for safety.

### Target and Distance
Standard clay targets used in trap and skeet shooting. The target should be thrown 60 yards from the trap (minimum of 50 yards).

### Target Angle and Height
Straightaway when viewed from directly behind the trap. Target must fly between 8 feet and 10 feet high measured 10 yards in front of the trap.

### Shot Fall Area
Must be safe at least 300 yards in any direction that shotgun may be pointing when fired.

### Trap Operator Location
When releasing the targets, the trap operator must be farther behind the trap than the shooter for safety. When loading the trap, the shooter's shotgun must be unloaded and pointed in a safe direction with finger off the trigger.

### Shooter Location
Behind and left and right of trap according to the lateral distance indicated in the Field Layout included with this Qualification.

### Position
Shooters have the option of mounting the shotgun on the shoulder before calling for the target.

### Shooting Procedures
Each round is 24 shots total. 12 shots are fired from left of the trap, and 12 shots are fired from right of the trap at the lateral distances indicated for each qualification level as shown in the field layout. Shotgun must be loaded with only one shotshell for each target. The shotgun must never contain multiple shells. Eye and hearing protection must be worn by the shooter, trap operator, and all spectators.

### Ratings
Ratings must be earned in order beginning with the Pro-Marksman level. Qualifying scores must be used as they are earned and may not be saved for more advanced levels. There is no Distinguished Expert level for this course. However, those attaining the Expert level may then begin shooting for the Distinguished Expert level in the Trap, Skeet or Sporting Clays qualification courses according to the requirements shown in this booklet for those events.

### Awards
- Shotgun Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bar
- Skill Level Pins




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

# Recreational Clay Target

| Rating | Position–Lateral Distance from Trap | Total Shots | Required Score | Repetitions |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Shotgun Course. | | | |
| Pro-Marksman | 2 feet | 24 | 11 or more | 2 times |
| Marksman | 4 feet | 24 | 13 or more | 4 times |
| Marksman 1st Class | 6 feet | 24 | 15 or more | 6 times |
| Sharpshooter | 8 feet | 24 | 17 or more | 8 times |
| Expert | 10 feet | 24 | 19 or more | 10 times |

## Field Layout



# Shotgun Qualification

## ◆ Trap ◆ Skeet ◆ Sporting Clays ◆ 5-Stand™



The Trap, skeet, sporting clays and 5-Stand™ courses of fire introduce the shooters to the complete sport from the very beginning. In this way, shooters can develop their skills at the same time they participate in club shoots, leagues and practice sessions. Any qualifying score fired in a club shoot, league or practice session can be applied to the qualification rating the shooter is currently working on.

Whichever shotgun event is chosen, participants can improve their shotgun shooting skills with the proportioned and progressive challenges offered in the NRA Marksmanship Qualification shooting program.

### Guidelines

Unless otherwise stated, the following rules apply.

Trap–Amateur Trapshooting Association (ATA) Rules. To obtain Trap rules, call (937) 898-4638 or go to *www.shootata.com*.

Skeet–National Skeet Shooting Association (NSSA) Rules. To obtain Skeet rules, call (800) 877-5338 or go to *www.mynssa.com*.

Sporting Clays and 5-Stand–National Sporting Clays Association (NSCA) Rules apply. To obtain the NSCA Sporting Clays/5-Stand rules, call (800) 877-5338 or go to *www.mynsca.com/pubs*.

### Shotguns

Any safe shotgun, 12-gauge or smaller, may be used. Different gauges and different guns can be used for any round or rating.

### Position

Shooters have the option of mounting the shotgun on the shoulder before calling for the target.

### Ammunition

Any shotgun ammunition, factory or reloads, may be used. Be sure to check with the range or club for local ammunition restrictions. (Maximum 1 1/8 oz., No. 7 1/2 shot or less, or as specified in the rulebooks.)

### Targets

Standard clay targets are used.

### Round

In shotgun shooting the term "round" refers to a single series of 25 targets.

### Awards

- Shotgun Qualification Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bar
- Skill Level Pins




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.



USA_09824

Course

| Rating | Scores | Repetitions |
|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Shotgun Course. | |
| Pro-Marksman | 11 or better out of 25 targets | 2 times |
| Marksman | 13 or better out of 25 targets | 4 times |
| Marksman 1st Class | 15 or better out of 25 targets | 6 times |
| Sharpshooter | 17 or better out of 25 targets | 6 times |
| Expert | 19 or better out of 25 targets | 10 times |
| Distinguished Expert | 22 or better out of 25 targets 10 times, or 84 or better out of 100 targets in two ATA or NSSA registered shoots. (See Witness Requirements, page 3.) | |

## Sporting Clays or 5-Stand™ Course

| Rating | Scores | Repetitions |
|---|---|---|
| Basic Practical | This rating is achieved by completing the practical exercise conducted during an NRA Basic Shotgun Course. | |
| Pro-Marksman | 10 or better out of 50 targets | 2 times |
| Marksman | 16 or better out of 50 targets | 4 times |
| Marksman 1st Class | 20 or better out of 50 targets | 4 times |
| Sharpshooter | 22 or better out of 50 targets | 5 times |
| Expert | 52 or better out of 100 targets | 3 times |
| Distinguished Expert | 60 or better out of 100 targets 3 times, or 57 or better out of 100 targets in two NSCA shoots. (See Witness Requirements, page 3.) | |



# Muzzle Loading Qualification

◆ Rifle ◆ Musket ◆ Pistol
◆ Revolver ◆ Shotgun

The muzzle loading revival has created some fun and recreational shooting sports events in recent years. Participants can experience tradition, history and a link to our American past by participating in Civil War skirmishes, target shooting, frontier rendevious, turkey shoots and hunting with muzzle-loading firearms. The NRA and the NMLRA (National Muzzle Loading Rifle Association) are bringing muzzle-loading events to many shooting sports enthusiasts.

## Guidelines

*NRA Muzzle-Loading Rifle, Pistol and Shotgun Rules* apply, except where specific exceptions are made.

More information can be found from the National Muzzle Loading Rifle Association (NMLRA). To obtain rules, go to www.nmlra.com.

The NRA also has a muzzle loading DVD entitled *The Lure of Muzzleloading*. See Safety and Program Information on page 42.

## Guns and Equipment

**Rifle:** Any safe muzzle loading rifle may be used. Flintlock rifles must use a patched round ball. Percussion rifles may use any projectile. Flintlock and percussion-type ignitions will be considered equal in stature. Any metallic sight is allowed.

**Military Small Arms (Musket):** Any safe, original or reproduction, military (as issued by the United States, Confederate States, or by a state government) rifle, musket, carbine, musketoon of .54, .58 or .69 caliber, or Brown Bess .72 may be used. The projectile can be a hollow-base, Minie-type or swaged bullet. Original pattern sights must be used.

**Pistol/Revolver:** Any safe muzzle loading pistol or cap-and-ball revolver may be used. All shooting must be done with one hand, using only the arm to support the firearm. Only metallic sights may be used. Open, fixed, or adjustable sights are allowed. The projectile may be a round ball or a conical bullet.

**Shotgun:** Any safe single- or double-barrel muzzle loading shotgun, any gauge, that uses percussion cap or flintlock ignition, may be used.

**Accessories:** Slings, palm supports, cross-sticks, loading tubes, shooting coats and gloves as described in the *NRA Muzzle Loading Rifle, Pistol, and Shotgun Rules* may be used.

## Targets

Rifle or Pistol : B-19 or B-17 — 25 yds.

Rifle or Pistol: B-6 — 50 & 100 yds.

Shotgun: standard clay targets are used for shotgun.

## Powder

Only black powder or BATF-approved substitute may be used.

## Scoring

All ratings are 10 shot courses of fire.

Due to the variation of calibers used, scoring is done relative to the center of the ball or bullet hole. The center of the shot hole must at least touch a scoring ring to count that value. There are no time limits for completing a target.

## Awards

- Muzzle Loading Firearms Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bar
- Skill Level Pins




See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

# COURSES OF FIRE

## Muzzle Loading Rifle and Musket Course

| Rating | Position/Distance | Shots | Score | Repetitions |
|---|---|---|---|---|
| Pro-Marksman | Benchrest or cross-sticks/25 yards | Best 10 of 13 | 40 or better | 2 times |
| Marksman | Prone or benchrest/50 yards | Best 10 of 13 | 45 or better | 2 times |
| Marksman 1st Class | Cross-sticks/50 yards | Best 10 of 13 | 55 or better | 2 times |
| Sharpshooter | Standing/50 yards | Best 10 of 13 | 50 or better | 2 times |
| The requirements for the next two ratings must be fired as an aggregate in the same session. If the required score is not met, the entire aggregate must be refired. | | | | |
| Expert | Standing/50 yards<br>Cross-sticks/50 yards<br>Standing/100 yards<br>Prone or benchrest/100 yards | Best 10 of 13<br>Best 10 of 13<br>Best 10 of 13<br>Best 10 of 13 | 240 or better | 2 times |
| Distinguished Expert | Standing/50 yards<br>Prone or benchrest/50 yards<br>Standing/100 yards<br>Prone or benchrest/100 yards | Best 10 of 13<br>Best 10 of 13<br>Best 10 of 13<br>Best 10 of 13 | 265 or better 6 times, or 63% in two NRA or NMLRA sanctioned competitions. (See Witness Requirements, page 3.) | |

## Muzzle Loading Pistol and Revolver Course

| Rating | Position/Distance | Shots | Score | Repetitions |
|---|---|---|---|---|
| Pro-Marksman | Benchrest/25 yards | Best 10 of 13 | 35 or better | 2 times |
| Marksman | Standing/25 yards | Best 10 of 13 | 45 or better | 2 times |
| The next four ratings are standing position, 10 shots standing at 25 yds and 10 shots standing at 50 yds | | | | |
| Marksman 1st Class | Standing/25 yds *and* 50 yds | 10 each yd line | 110 or better | 2 times |
| Sharpshooter | Standing/25 yds *and* 50 yds | 10 each yd line | 130 or better | 2 times |
| Expert | Standing/25 yds *and* 50 yds | 10 each yd line | 145 or better | 3 times |
| Distinguished Expert | Standing/25 yds *and* 50 yds | 10 each yd line | 160 or better 5 times, or 79% in two NRA or NMLRA sanctioned competitions. (See Witness Requirements, page 3.) | |

## Muzzle Loading Shotgun Course

| Rating | Score | Repeat | Score | Repetitions |
|---|---|---|---|---|
| | **Skeet:** Course of fire: 16 targets. Two targets at each station, singles, only. | | **Trap:** Course of fire: 15 rounds, 3 targets each at station moved to within eight yards of the trap house. | |
| Pro-Marksman | 6 out of 16 | 2 times | 5/15 | 2 times |
| Marksman | 7 out of 16 | 2 times | 6/15 | 2 times |
| Marksman 1st Class | 8 out of 16 | 2 times | 7/15 | 2 times |
| Sharpshooter | 9 out of 16 | 3 times | 8/15 | 3 times |
| Expert | 10 out of 16 | 5 times | 9/15 | 5 times |
| Distinguished Expert | 11 out of 16, 6 times; or 64% in two NRA or NMLRA sanctioned competitions. (See Witness Requirements, page 3.) | | 10 out of 15, 6 times; or 64% in two NRA or NMLRA sanctioned competitions. (See Witness Requirements, page 3.) | |

USA_09827

# Hunter Marksmanship Qualification



## ◆ Rifles ◆ Pistols ◆ Shotguns ◆ Air Guns ◆ Muzzle Loaders

Develop marksmanship skills and earn Hunter Marksmanship qualification ratings while practicing with a favorite hunting gun, target gun or air gun. These specially designed skill building courses of fire are ideal for new shooters–particularly those who participate in NRA Basic Firearm Training Courses. In most of the Hunter Marksmanship courses of fire, supported positions are used to speed the learning process.

### Guidelines

All rules and requirements for these qualification courses are listed on these pages.

### Air Rifles/Pistols; Pistols; Shotguns and Muzzleloaders

Any safe air gun, rifle, pistol, shotgun or muzzle loading firearm may be used.

### Sights

Metallic, telescopic or electronic sights are permitted.

### Positions

Except for shotgun, firing is conducted in four positions: supported prone, supported sitting, supported kneeling and supported standing. Pistols may be fired using two hands.

### Support

Artificial support to brace both the body and the gun is allowed. Examples of artificial support include gun rest, barricade, log, bench, sandbag, cross-sticks, pillow and table.

### Time Limits

There are no time limits in any of the Hunter Marksmanship courses of fire.

### Target and Distance Options

Any target can be used if the target is appropriate for the gun and is used at its specified distance. Some targets have the gun and distance specifications printed on the face. The following are some target and distance options:

BB Gun: TQ-40 or AR-4 at 5 meters

Air Rifle: AR-4 at 5 meters, TQ-5 at 25 feet, and TQ-18 or AR-5 at 10 meters

Smallbore Rifle: TQ-1, TQ-36, A-17, or A-36 at 50 feet, or A-23 at 50 yards

High Power Rifle: A-23 at 50 yards, A-25 or SR-1 at 100 yards, or SR at 200 yards

Air Pistol: B-40 at 10 meters

Pistol: TQ-6 at 25 feet, B-2 or D-2 at 50 feet, B-4 at 20 yards, or D-1 at 25 yards

Muzzle Loading Rifle: A-23, B-19 at 25/50 yards

Muzzle Loading Pistol: B-8 at 25 yards, B-6 at 50 yards, or B-19 at 25/50 yards

Shotgun: See the Course of Fire for details.

### Awards

- Hunter Marksmanship Qualification Patch
- Skill Rockers
- Parchment Certificates
- Medals and Medal Bars
- Skill Level Pins

See pages 39-41 for complete information on qualification awards. Reference Materials on page 42.

**Distinguished Expert**

NRA will consider posting Distinguished Experts' photos to the "Trophy Gallery" section of nrahuntersrights.org. You can mail a print of the photo to the NRA Program Coordinator, or email a digital image to: marksmanship@nrahq.org. The following information should be included with all photos: hunter's name, hometown, species, hunt location, type of firearm or bow, date of hunt and any brief, special details.

To be considered, all photos must exhibit safe gun handling practices. Check carefully to see that no guns are pointed toward the camera or others in the photo. And if your local regulations require your animal to be "tagged immediately, or before moving," please do so before you take the photograph. *Submission of a photo does not guarantee it will be posted.*

# Marksmanship Courses

| Rating | Air Rifle Rimfire or Centerfire Rifle | Shotgun | High Power Rifle Hunting Rifle Muzzle Loading Rifle | Rimfire Pistol Centerfire Pistol Air Pistol |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by demonstrating safe gun handling and completing the practical exercises conducted during an NRA Basic Course. | | | |
| Pre-Marksman | Any position, three shots (possible 30) — 15 or better, five times | Mounting: while looking in a mirror, bring the unloaded gun to shoulder while maintaining erect head and body position. Repeat 25 times. Using pattern boards with a 30" circle at 25-30 yards, fire five shots with mounted gun and five shots from the low gun starting position (mount and shoot). | Prone — Fire five shots all in seven-ring or better | Any position, three shots (possible 30) — 15 or better five times |
| Marksman | Prone, three shots — 18 or better, five times | Pattern boards with 30" circle, 25-30 yards, five shots each stage. Stand 10' to the left of the pattern board. With mounted gun, swing slowly to board, shoot and continue swing (follow through) to 10' right of board. Repeat right to left. With low gun mount, repeat above course of fire. | Sitting — Fire five shots all in six-ring or better | Prone, three shots — 18 or better, five times |
| Marksman 1st Class | Sitting, three shots — 18 or better, five times | With mounted gun, shoot 25 straight-away targets; score 15 or better. With mounted gun, shoot 13 targets flying from shooter's left to shooter's right; score eight or better. Shoot 12 targets flying from shooter's right to shooter's left; score seven or better. | Kneeling — Fire five shots all in six-ring or better | Sitting, three shots — 18 or better, five times |
| Sharpshooter | Kneeling, three shots — 16 or better, five times | Repeat Marksman 1st Class requirements using low gun position. | Standing — Fire five shots all in five-ring or better | Kneeling, three shots — 16 or better, five times |
| Bar 1 | Standing, three shots — 16 or better, five times | | | Standing, three shots — 16 or better, five times |
| Bar 2 | Prone, five shots (possible 50) — 35 or better, five times | | | Prone, five shots (possible 50) — 35 or better, five times |
| Bar 3 | Sitting, five shots — 35 or better, five times | | | Sitting, five shots — 35 or better, five times |
| Bar 4 | Kneeling, five shots — 32 or better, five times | | | Kneeling, five shots — 32 or better, five times |
| Bar 5 | Standing, five shots — 32 or better, five times | | | Standing, five shots — 32 or better, five times |
| Bar 6 | Prone, five shots — 40 or better, five times | | | Prone, five shots — 40 or better, five times |
| Bar 7 | Sitting, five shots — 40 or better, five times | | | Sitting, five shots — 40 or better, five times |
| Bar 8 | Kneeling, five shots — 37 or better, five times | | | Kneeling, five shots — 37 or better, five times |
| Bar 9 | Standing, five shots — 37 or better, five times | | | Standing, five shots — 37 or better, five times |
| Expert | Fire 10 shots in each position consecutively (40-shot total). Score 340 (possible 400) or better four times. | Shoot three rounds (25 targets each round) of trap, skeet, or sporting clays. Score 20 or better each round. | Fire five shots in each position consecutively (20-shot total). Score 170 (possible 200) or better. | Fire 10 shots in each position consecutively (40-shot total). Score 340 (possible 400) or better four times. |
| Distinguished Expert | A successful hunt with photo of the hunter's name, hometown, species, hunt location, type of firearm, date of hunt and any brief special details. | | | |

USA_09829

## [illegible]ship Courses

| Rating | Air Rifle Rimfire or Centerfire Rifle | Shotgun | High Power Rifle Hunting Rifle Muzzle Loading Rifle | Rimfire Pistol Centerfire Pistol Air Pistol |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by demonstrating safe gun handling and completing the practical exercises conducted during an NRA Basic Course. | | | |
| Pro-Marksman | Any position, three shots (possible 30) – 15 or better, five times | Mounting: while looking in a mirror, bring the unloaded gun to shoulder while maintaining erect head and body position. Repeat 25 times. Using pattern boards with a 30" circle at 25-30 yards, fire five shots with mounted gun and five shots from the low gun starting position (mount and shoot). | Prone – Fire five shots all in seven-ring or better | Any position, three shots (possible 30) – 15 or better five times |
| Marksman | Prone, three shots – 18 or better, five times | Pattern boards with 30" circle, 25-30 yards, five shots each stage. Stand 10' to the left of the pattern board. With mounted gun, swing slowly to board, shoot and continue swing (follow through) to 10' right of board. Repeat right to left. With low gun mount, repeat above course of fire. | Sitting – Fire five shots all in six-ring or better | Prone, three shots – 18 or better, five times |
| Marksman 1st Class | Sitting, three shots – 18 or better, five times | With mounted gun, shoot 25 straight-away targets; score 15 or better. With mounted gun, shoot 13 targets flying from shooter's left to shooter's right; score eight or better. Shoot 12 targets flying from shooter's right to shooter's left; score seven or better. | Kneeling – Fire five shots all in six-ring or better | Sitting, three shots – 18 or better, five times |
| Sharpshooter | Kneeling, three shots – 16 or better, five times | Repeat Marksman 1st Class requirements using low gun position. | Standing – Fire five shots all in five-ring or better | Kneeling, three shots – 16 or better, five times |
| Bar 1 | Standing, three shots – 16 or better, five times | | | Standing, three shots – 16 or better, five times |
| Bar 2 | Prone, five shots (possible 50) – 35 or better, five times | | | Prone, five shots (possible 50) – 35 or better, five times |
| Bar 3 | Sitting, five shots – 35 or better, five times | | | Sitting, five shots – 35 or better, five times |
| Bar 4 | Kneeling, five shots – 32 or better, five times | | | Kneeling, five shots – 32 or better, five times |
| Bar 5 | Standing, five shots – 32 or better, five times | | | Standing, five shots – 32 or better, five times |
| Bar 6 | Prone, five shots – 40 or better, five times | | | Prone, five shots – 40 or better, five times |
| Bar 7 | Sitting, five shots – 40 or better, five times | | | Sitting, five shots – 40 or better, five times |
| Bar 8 | Kneeling, five shots – 37 or better, five times | | | Kneeling, five shots – 37 or better, five times |
| Bar 9 | Standing, five shots – 37 or better, five times | | | Standing, five shots – 37 or better, five times |
| Expert | Fire 10 shots in each position consecutively (40-shot total). Score 340 (possible 400) or better four times. | Shoot three rounds (25 targets each round) of trap, skeet, or sporting clays. Score 20 or better each round. | Fire five shots in each position consecutively (20-shot total). Score 170 (possible 200) or better. | Fire 10 shots in each position consecutively (40-shot total). Score 340 (possible 400) or better four times. |
| Distinguished Expert | A successful hunt with photo of the hunter's name, hometown, species, hunt location, type of firearm, date of hunt and any brief special details. | | | |

# Courses of Fire

## Hunter Marksmanship Courses

| Rating | Air Rifle Rimfire or Centerfire Rifle | Shotgun | High Power Rifle Hunting Rifle Muzzle Loading Rifle | Rimfire Pistol Centerfire Pistol Air Pistol |
|---|---|---|---|---|
| Basic Practical | This rating is achieved by demonstrating safe gun handling and completing the practical exercises conducted during an NRA Basic Course | | | |
| Pro-Marksman | Any position, three shots (possible 30) — 15 or better, five times | Mounting: while looking in a mirror, bring the unloaded gun to shoulder while maintaining erect head and body position. Repeat 25 times. Using pattern boards with a 30" circle at 25-30 yards, fire five shots with mounted gun and five shots from the low gun starting position (mount and shoot). | Prone — Fire five shots all in seven-ring or better | Any position, three shots (possible 30) — 15 or better five times |
| Marksman | Prone, three shots — 18 or better, five times | Pattern boards with 30" circle, 25-30 yards, five shots each stage. Stand 10' to the left of the pattern board. With mounted gun, swing slowly to board, shoot and continue swing (follow through) to 10' right of board. Repeat right to left. With low gun mount; repeat above course of fire. | Sitting — Fire five shots all in six-ring or better | Prone, three shots — 18 or better, five times |
| Marksman 1st Class | Sitting, three shots — 18 or better, five times | With mounted gun, shoot 25 straight-away targets; score 15 or better. With mounted gun, shoot 13 targets flying from shooter's left to shooter's right; score eight or better. Shoot 12 targets flying from shooter's right to shooter's left; score seven or better. | Kneeling — Fire five shots all in six-ring or better | Sitting, three shots — 18 or better, five times |
| Sharpshooter | Kneeling, three shots — 16 or better, five times | Repeat Marksman 1st Class requirements using low gun position. | Standing — Fire five shots all in five-ring or better | Kneeling, three shots — 16 or better, five times |
| Bar 1 | Standing, three shots — 16 or better, five times | | | Standing, three shots — 16 or better, five times |
| Bar 2 | Prone, five shots (possible 50) — 35 or better, five times | | | Prone, five shots (possible 50) — 35 or better, five times |
| Bar 3 | Sitting, five shots — 35 or better, five times | | | Sitting, five shots — 35 or better, five times |
| Bar 4 | Kneeling, five shots — 32 or better, five times | | | Kneeling, five shots — 32 or better, five times |
| Bar 5 | Standing, five shots — 32 or better, five times | | | Standing, five shots — 32 or better, five times |
| Bar 6 | Prone, five shots — 40 or better, five times | | | Prone, five shots — 40 or better, five times |
| Bar 7 | Sitting, five shots — 40 or better, five times | | | Sitting, five shots — 40 or better, five times |
| Bar 8 | Kneeling, five shots — 37 or better, five times | | | Kneeling, five shots — 37 or better, five times |
| Bar 9 | Standing, five shots — 37 or better, five times | | | Standing, five shots — 37 or better, five times |
| Expert | Fire 10 shots in each position consecutively (40-shot total). Score 340 (possible 400) or better four times. | Shoot three rounds (25 targets each round) of trap, skeet, or sporting clays. Score 20 or better each round. | Fire five shots in each position consecutively (20-shot total). Score 170 (possible 200) or better. | Fire 10 shots in each position consecutively (40-shot total). Score 340 (possible 400) or better four times. |
| Distinguished Expert | A successful hunt with photo of the hunter's name, hometown, species, hunt location, type of firearm, date of hunt and any brief special details. | | | |



USA_09831

For shooting tips please visit: www.nrahq.org/education/training/marksmanship

# Brownells/NRA Day

**Brownells/NRA Day** is designed to provide adults, youth, families, competitors, hunters–literally everyone–the opportunity to experience, share, and enjoy the shooting sports. Basic goals of the program include:




- To provide a safe and structured hands-on learning environment under the supervision of instructors, coaches and trained volunteers



- To promote the shooting sports as a fun and positive activity to be enjoyed by everyone
- To provide an avenue to introduce people to the shooting sports and presenting future opportunities to retain new shooters

The benefits to hosting a **Brownells/NRA Day** event at your facility are limitless! These are just a few reasons why hundreds of clubs and ranges choose to host events each year:

- The rewarding experience of introducing people to the shooting sports
- Retention of new and experienced shooters through your facility's programs
- Promoting the benefits of NRA programs and membership
- Materials, funding, and support from the NRA
- The chance to promote your club/range to the community

With the help of the NRA, planning and holding a **Brownells/NRA Day** event is simple. Customize the event to allow focus on your facility's strengths and provide activities of your choosing. For information on **Brownells/NRA Day**, go to *www.nrahq.org/education/nraday.asp* or contact the NRA at *nraday@nrahq.org*.

# Brownells/NRA Outstanding Achievement Youth Award

## $5,000/$3,000/$2,000





The **Brownells/NRA Outstanding Achievement Youth Award (OAYA)** recognizes juniors and young adults who take an active part in the shooting sports through individual participation and educational pursuits. By meeting the requirements to be eligible for the award, youth gain a greater sense of responsibility and an appreciation for the variety of shooting sports opportunities available.

Shooting sports enthusiasts through the year of their 21st birthday are eligible to receive the award once they have completed the six core requirements and a minimum of five elective requirements. One core requirement is participating in the **Winchester/NRA Marksmanship Qualification Program** by earning a rating in one discipline. One of the elective requirements can be met by earning an additional rating in the **Winchester/NRA Marksmanship Qualification Program.**

Contact the NRA regarding this program at *oayaprogram@nrahq.org* or call (703) 267-1505. You can also visit the web site at *www.nrahq.org/youth/achievement.asp* for requirements and a copy of the application.

USA_09832

# Qualification Awards

In order to simplify the process of ordering Qualification Awards, the NRA has created packets containing the skill level items for each qualification program. These packets include the specific skill level patch rocker, certificate and medal for Pro-Marksman, Marksman, Marksman First Class, Sharpshooter, Expert and Distinguished Expert. The Skill Rating Packets are used for all courses of fire. Not included in the packet are the pins and discipline patches which are ordered separately depending on the course of fire in which you are participating. If you prefer not to order the entire packet, you may also order the items contained in the Skill Rating Packets individually. See pages 40-41 for individual item numbers.



**For pricing information, or to order visit the NRA Program Materials Center online at www.nrahq.org or call (800) 336-7402.**

## Skill Rating Packets

### Pro-Marksman Packet

**Item: EQ 20000**

*Contains one of each of the following:*

- Pro-Marksman Rocker
- Pro-Marksman Parchment Certificate
- Pro-Marksman Medal

### Marksman Packet

**Item: EQ 20005**

*Contains one of each of the following:*

- Marksman Rocker
- Marksman Parchment Certificate
- Marksman Medal

### Marksman 1st Class Packet

**Item: EQ 20010**

*Contains one of each of the following:*

- Marksman 1st Class Rocker
- Marksman 1st Class Parchment Certificate
- Marksman 1st Class Bar

### Sharpshooter Packet

**Item: EQ 20015**

*Contains one of each of the following:*

- Sharpshooter Rocker
- Sharpshooter Parchment Certificate
- Sharpshooter Bar Certificate
- 12 Sharpshooter Seals (attach to Parchment Certificate)
- Sharpshooter Medal (medal bars that attach to Sharpshooter Medal are sold separately on page 41)

### Expert Packet

**Item: EQ 20020**

*Contains one of each of the following:*

- Expert Rocker
- Expert Parchment Certificate
- Expert Medal









### Distinguished Expert Packet

**Item: EQ 20025**

*Contains one of each of the following:*

- Distinguished Expert Rocker
- Distinguished Expert Parchment Certificate
- Distinguished Expert Medal in presentation box (medal bars that attach to Distinguished Expert Medal are sold separately on page 41)

# Qualification Awards

**To order, call NRA's Program Materials Center at (800) 336-7402 or visit the NRA Program Materials Center online at http://materials.nrahq.org/go/home.aspx**

## Discipline Patches

EQ 10440 Rifle (Smallbore)
EQ 10240 Rimfire Rifle
EQ 10245 Smallbore Rifle
EQ 11050 High Power Rifle
EQ 10430 Position Air Rifle
EQ 10460 Pistol (white) Conventional
EQ 10230 Pistol (maroon)
EQ 11016 NRA International Air Pistol
EQ 11015 NRA International Air Rifle
EQ 10420 BB Gun
EQ 11030 Shotgun
EQ 11060 Muzzle Loading
EQ 11040 Hunter Marksmanship
EQ 10250 Position Air Pistol
WI 09957 Women On Target® Rifle Patch - for any Rifle Qualification
WI 09958 Women On Target® Pistol Patch - for any Pistol Qualification
WI 09959 Women On Target® Shotgun Patch - for any Shotgun Qualfication




## Skill Rockers

EQ 10470 Pro-Marksman
EQ 10480 Marksman
EQ 10490 Marksman 1st Class
EQ 10500 Sharpshooter
EQ 10510 Expert

*(Rockers are used for all courses of fire.)*

**Distinguished Expert rocker is available only in the packet. Basic Practical Rocker is only available by taking an NRA Basic Training Course (see page 43 for more information).*

## Rockers

EQ 09562 Winchester
EQ 11034 Trap
EQ 11033 Skeet
EQ 11037 Sporting Clays
EQ 10210 Defensive Pistol I
EQ 10220 Defensive Pistol II









USA_09834

licensed pursuant to Chapter 458,
... federal agency

# Qualification Awards

## Medals

EQ 10511 Pro-Marksman
EQ 10512 Marksman
EQ 10513 Sharpshooter
EQ 10514 Expert
*Distinguished Expert medal is available only in the pocket.*




## Medal Bars

**Marksman 1st Class Bar attaches to the Marksman Medal:**
EQ 10900 Marksman 1st Class Bar

**Sharpshooter Bars attach to the Sharpshooter Medal:**
EQ 10910 Bar 1
EQ 10920 Bar 2
EQ 10930 Bar 3
EQ 10940 Bar 4
EQ 10950 Bar 5
EQ 10960 Bar 6
EQ 10970 Bar 7
EQ 10980 Bar 8
EQ 10990 Bar 9



**Distinguished Expert Bars attach to the Distinguished Expert Medal:**
EQ 11400 Pistol Bar
EQ 11440 Shotgun Bar
EQ 11491 Rifle Bar
*(Medals and Medal Bars are used for all courses of fire.)*

## Parchment Certificates

EQ 09552 Pro-Marksman
EQ 09553 Marksman
EQ 09554 Marksman 1st Class
EQ 09556 Sharpshooter
EQ 09557 Sharpshooter Bar
EQ 09558 Expert
*Distinguished Expert certificate is available only in the pocket.*




## Pins

EQ 10515 Pro-Marksman Pin
EQ 10516 Marksman Pin
EQ 10517 Marksman 1st Class Pin
EQ 10518 Sharpshooter Pin
EQ 10519 Expert Pin
EQ 11350 Distinguished Expert Pin
*(Pins are used for all courses of fire.)*



# NRA Reference Materials

## Rule Books

CC 16410 NRA BB Gun Rules
CA 16320 NRA Sporter Air Rifle Position Rules
CA 16310 NRA Precision Air Rifle Position Rules
CR 16750 NRA Smallbore Rifle Rules (includes Rimfire Rifle Rules)
CP 16650 NRA Pistol Rules
CI 16490 International Rifle Rules
CI 16500 International Pistol Rules
CB 16380 Muzzle Loading Rifle, Pistol, and Shotgun Rules
CH 16420 High Power Rifle Rules
CH 16430 High Power Sporting Rifle Rules






## Shooting Handbooks

ES 30600 NRA Guide to The Basics of Pistol Shooting
EF 13180 NRA Guide to The Basics of Rifle Shooting
EM 09450 Junior Rifle Shooting Handbook
EF 13360 The Basics of Shotgun Shooting
EF 09180 The Skeeter's Guide–A Companion for Beginning Skeet Shooters
EF 09192 Skeet/Trap Camp Lesson Plans
EZ 14350 The Muzzle Loading Pistol Handbook
EZ 14290 The Muzzle Loading Rifle Handbook
EZ 14410 The Muzzle Loading Shotgun Handbook
ES 26828 NRA Guide to The Basics of Personal Protection In The Home
ES 20000 NRA Guide to The Basics of Personal Protection Outside the Home

## Safety and Program Information

ES 11532 Smart and Safe: Handling Your Firearm
ES 14080 NRA Gun Safety Rules
EE 12852 Parent's Guide to Gun Safety (pack of 25)
EQ 09526 Qualification Program League/Club Standings Poster
ES 14240 Safe Gun Handling Poster/Wall Chart
CT 19710 NRA Guide to Competitive Shooting Programs
CT 17550 Tournament Operations Guide
ES 30080 The NRA and NMLRA Present: The Lure of Muzzleloading DVD





USA_09836

# What Can You Do Next?

If you are interested in advancing to higher levels of the shooting sports, NRA offers numerous programs that can help you develop and test your shooting skills. Some of these programs include basic firearm training, postal matches, leagues, tournaments, camps and much more.

## NRA Basic Training Courses

Another valuable resource available to you is the NRA's network of certified instructors and coaches. All across the country, instructors provide the NRA Basic Training courses. These courses include:

- Basics of Pistol Shooting
- Basics of Rifle Shooting
- Basics of Shotgun Shooting
- Basics of Muzzle Loading Rifle, Pistol and Shotgun Shooting
- Home Firearm Safety
- Personal Protection In The Home
- Personal Protection Outside the Home
- Reloading

Everyone is encouraged to take an NRA Basic Training Course. After basics, NRA coaches or instructors can help you improve your shooting techniques as well as your chances for success in competitive shooting programs. To obtain a list of instructors, clinics and/or coaches in your area, call the NRA Training Department (703) 267-1430 or visit www.nrainstructors.org.

## Competitive Shooting

A good development program like qualification shooting helps the participant learn shooting skills and then introduces the shooter to other steps of development. The Distinguished Expert rating in the qualification program, for example, encourages shooters to fire their qualifying scores in NRA sanctioned competition. Competitive shooting exposes the shooter to other developmental challenges and different shooting venues.

To obtain rule books, contact NRA's Program Materials Center at (800) 336-7402. You may also purchase rule books online at *www.nrahq.org/compete/targetsbooks.asp*.

## Shooting Sports USA

The online *Shooting Sports USA* magazine is available for FREE at *www.ShootingSportsUSA.com*. Look for how-to articles, firearm reviews, match schedules and more.

## NRA Postal Matches

Another shooting opportunity for skill development is the NRA Postal Program. Postal matches are local competitions fired at the shooter's home range. The scores are then mailed (hence the name) to the NRA for inclusion in the postal database for a national results bulletin which is available online. The conditions of each match are specified in the specific postal program. Currently programs are available for junior and adult shooters in conventional and center fire pistol. There are also 3- and 4-position smallbore rifle programs as well as air rifle programs which are open to everyone; membership in the NRA is not required. NRA offers postal matches specifically designed for various organizations to include: JROTC, VFW, 4-H, Boy Scouts of America, BSA Venturing and the Royal Rangers. For more information call the NRA Postal Program Coordinator at (703) 267-1482. NRA postal match programs are available online at *www.nrah.org/compete/dept.postal.asp*.

## NRA National Junior Training Camps

Junior shooters who want to learn more about smallbore rifle competitive shooting can apply to attend the NRA National Intermediate Junior Smallbore Rifle Camp. The camp is held during the National Prone matches at Camp Perry, Ohio, in July. The NRA National Intermediate Camp is open to all junior shooters who possess a classification (normally Marksman or Sharpshooter) on a first-come, first-serve basis. The skills taught are designed to develop a junior shooter to the advanced level and are taught by hand selected Certified Smallbore Rifle Coaches. Applications are limited to the first 72 shooters who apply on a first-come, first-serve basis. Contact the NRA at (703) 267-1411 for more informa-


**Follow the leader to the digital age!**

**Get your FREE digital magazine today!**



For more than 50 years *Shooting Sports USA* has been the targeted resource for serious competitive shooters.

- How-to articles
- Firearm reviews
- Match schedules
- Tournament reports, scores and photos
- In-depth coverage from National Championships

**Sign up now & spread the word!**

Shooting Sports USA

www.ShootingSportsUSA.com

No obligation. Cancel at any time.

tion.

Junior pistol shooters can apply to attend the NRA National Intermediate Junior Pistol Camp. The camp is held during the National Pistol Matches at Camp Perry, Ohio in July. The NRA National Intermediate Camp is open to all junior shooters on a first-come, first-serve basis. The skills taught are designed to develop a junior shooter and are taught by hand selected Certified Pistol Coaches. Applications are limited to the first 25 shooters who apply. Contact the NRA at (703) 267-1411 for more information.

Junior Shooters who aspire to the higher levels of training in pistol, shotgun and smallbore rifle should consider the NRA Advanced Junior Shooting Camps (AJSC). The NRA AJSC teaches advanced shooting techniques, provides the shooters with classroom instruction about rules, college programs, nutrition, mental focus and more. The camps feature a lot of one-on-one coaching, a physical training section, and an evening academic environment.

Admission to an NRA AJSC is by application only and, depending on range availability, is open to the best applicants. The application considers performance, mental training program, physical training program and an athlete's grade point average. Dates, locations, deadlines, and applications can be found on the NRA Web site at *www.nrahq.org/education/training/coaching/index.asp*, under Education and Training (Coach Programs).

## Brownells/NRA Day

Brownells/NRA Day Events are conducted around the country by local level clubs. Most events are family-oriented, and anyone can attend. Event themes include:

- Open House
- Safety and Firearm Education Events
- Basic Shooting Event
- Competition Events
- Hunter's Events
- Youth SportsFest Events
- Special Interest Events
- NRA Shotgun Events:
  - ATA Trap
  - NSSA Skeet
  - NSCA Sporting Clays

Brownells/NRA Day Event schedules are listed on the NRA Web site at *www.nrahq.org* under the Education and Training Programs section. If you would like information on how to conduct an Event at your club, call (703) 267-1591.

## Youth Hunter Education Challenge

The Youth Hunter Education Challenge (YHEC) program promotes the further development of the basic hunting skills introduced in state and provincial hunter education programs. YHEC provides young hunters with hands-on training and experience that will help them be safe, responsible and successful in the field. For more information, call NRA's Hunter Services at (703) 267-1523 or visit online at *www.nrahq.org*.

## NRA National Junior Air Gun Championship and Training Summit

Each year, the NRA invites the top athletes in the country to participate in an exciting national championship, and special training classes.

This NRA National Junior Air Gun Championship is Three-Position Sporter and Precision Air Rifle. Shooters get the chance to compete and attend training classes taught by some of the best shooting coaches in the country. Training topics may include honing your positions, the latest techniques, using your equipment, how to keep a shooter's diary, competition rules, mental training, new equipment and information on collegiate shooting.

The training summit is not just for youth participants; training workshops are offered to coaches as well.

Coaches will learn more about how to improve the fundamental shooting techniques and positions of their shooters, the latest training methods, other programs in which they can get their club involved, and how to apply for grants and funding programs.

For more information about the NRA National Junior Air Gun Championship and Training Summit, the event dates, and location, contact the NRA Competitions Division at (703) 267-1477. You may also visit *www.nrahq.org/compete*.

## Brownells/NRA Outstanding Achievement Youth Award

The Brownells/NRA Outstanding Achievement Youth Award recognizes junior shooting sports enthusiasts, through the year of their 21st birthday, who take an active part in the shooting sports through individual and team participation, educational pursuits and accomplishments.

All participants are eligible once they have completed six core requirements and a minimum of five elective requirements. Examples of the requirements include: being a member of a local shooting club or state association, completing an NRA Basic Training Course, earning a rating in any discipline through the Winchester/NRA Marksmanship Qualification Program, completing a state-sponsored hunter education course, competing in a tournament or postal match, and volunteering at a local *Friends of NRA* event.

Once a participant meets the requirements, he/she will receive the official Brownells/NRA Youth Award Medal recognizing his/her accomplishment. Three National Winners will be selected to receive monetary scholarships.

For more information and an application, visit the NRA Web site at *www.nrahq.org/youth/achievement.asp*, or

# NRA Programs and Opportunities

## NRA Membership

Adults and youths can become individual members of the NRA. Adult members receive their choice of NRA monthly publications: *American Rifleman*, *American Hunter*, or *America's 1st Freedom*. Youth members (18 and under) receive the NRA online magazine for juniors, *InSights*. To join NRA or for additional information regarding benefits, call (800) NRA-3888 or visit online at *www.nra.org/youthprograms* and click on the Join the NRA for a $10 discount on a one-year membership.




## NRA Clubs

NRA has affiliated clubs all across the country. This network of clubs offers a variety of sporting opportunities. Any group that conducts a program with firearm safety and shooting sports activities can affiliate with the NRA. NRA clubs include hunting and sporting clubs, shooting teams, 4-H clubs, Boy Scout troops, JROTC, Royal Rangers, the National High School Rodeo Association, FFA and DeMolay chapters, VFW and American Legion posts, and collegiate clubs.

For more information on affiliation benefits or to find an NRA club in your area, call (800) NRA-CLUB, or visit online at *www.nrahq.org*.

## Friends of NRA

Need funding to help start your Winchester/NRA Marksmanship Qualification Program? The NRA Foundation's *Friends of NRA* Grant Program can help you obtain the funds necessary to get a program started or enhance an existing one. The monies raised by each state's *Friends of NRA* program are used to support qualified educational and developmental programs.

You may apply for a grant through your state's *Friends of NRA* State Fund Committee. Each state establishes a committee, led by the state NRA Field Representative, which reviews grant applications and recommends awards. Since each state has its own committee deadlines and meeting dates, it is essential that you contact your state NRA Field Representative to inquire about submission deadlines and other requirements.

For your convenience, grant applications may be completed online at *www.nrafoundation.org/grants/statefund.asp*, where you will also find your state NRA Field Representative's telephone number; or call (703) 267-1131 for assistance with *Friends of NRA* Grants.

## Become an NRA Certified Instructor or Coach

NRA offers training and certification for people to become firearm instructors and coaches. For people with a knowledge of firearms and a desire to share that knowledge with their community, NRA offers a variety of instructor certifications and three levels of coach training.

**NRA Instructors** are trained to conduct NRA Basic Firearm Training Courses, using the NRA's comprehensive outlines and lesson plans, student handbooks, and more. Qualified people who complete the instructor training program are certified to teach one or more of the following courses:

- Basic Pistol Shooting
- Basic Rifle Shooting
- Basic Shotgun Shooting
- Basic Muzzle Loading Pistol Shooting
- Basic Muzzle Loading Rifle Shooting
- Basic Muzzle Loading Shotgun Shooting
- Personal Protection In The Home
- Personal Protection Outside The Home
- Home Firearm Safety
- Metallic Cartridge Reloading
- Shotgun Shell Reloading
- Range Safety Officer

**The Coach Education Program** provides the tools and techniques to prepare people for successful competitive shooting. Through coach schools, clinics, conferences and camps, participants learn the most current techniques, coaching philosophy and methodology to train and coach shooters in competition. The program, administered by the NRA, is a cooperative effort between the NRA, USA Shooting (USAS), the Civilian Marksmanship Program (CMP), the Amateur Trapshooting Association (ATA), the National Skeet Shooting Association (NSSA), and the National Sporting Clays Association (NSCA).

For more information on becoming an NRA Certified Instructor or Coach, call (703) 267-1430 or visit *www.nrahq.org/education*.

# Ensuring The Future

Now more than ever, the demand for youth programs is growing at an unprecedented rate. The NRA Foundation is meeting this challenge by providing millions of dollars to fund these vital programs. To assure that this growth is sustained, the foundation is actively building a permanent endowment fund to ensure financial support for the future.

To date, The NRA Foundation has funded thousands of grants totaling more than $60 million, with youth programs in particular receiving more than half of all grant dollars awarded. With so many extraordinary programs developed specifically for youth, the opportunities for investment are numerous.

**NRA youth programs that receive endowment funding include:**

- Brownells/NRA Day Program
- Winchester/NRA Marksmanship Qualification Program
- NRA Youth Hunter Education Challenge
- NRA Youth Education Summit
- NRA Training Programs

If these and other youth programs could be funded entirely through endowment income, the future of the shooting sports would be secure for generations. No other organization in the country can make this kind of commitment to the future of hunting and the shooting sports, yet there is still a long way to go before our funding needs are met. It is our hope to secure the funding necessary to endow these programs for years to come. The NRA Foundation takes pride in investing in the future of our precious firearm heritage, and we hope that those who embrace these American ideals will join us as we strive to leave a legacy of tradition and freedom for our children.

For more information, please contact The NRA Foundation, at (800) 423-6894, or visit our Web site at *www.nrafoundation.org*.

The NRA Foundation
*Teach Freedom.*

# Join the NRA

**To join NRA visit online at www.nra.org/youthprograms or call (877) NRA-2000.**

- ❑ Regular One-Year Membership ........ $35.00
  - *Subtract Special Marksmanship Qualification DISCOUNT ........ -$10.00
  - *COST OF DISCOUNTED MEMBERSHIP* ........ *$25.00*
- ❑ Junior Membership
  - *(Juniors who provide an email address receive* InSights *online magazine)* ........ $15.00

**TOTAL COST OF MEMBERSHIP(S)** ........ $_______

**You get your choice of one of these magazine:**

❑ American Rifleman ❑ American Hunter ❑ America's 1st Freedom

*Reference Offer Code: **RECRUITER ID#: XR018429**




USA_09840

# Winchester/NRA M    manship Qualification Program

Course of Fire ____________________ Gauge or Caliber ____________________

Shooter's Name ____________________ NRA Member Number ____________________

| Skill Rating | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Score / Date | Score / Date | Score / Date | Score / Date | Score / Date | Score / Date | Score / Date | Score / Date | Score / Date | Score / Date |
| Basic Practical | This rating is achieved by completing exercise conducted during an NRA Basic Course | | | | | | | | | |
| Pro-Marksman | | | | | | | | | | |
| Marksman | | | | | | | | | | |
| Marksman 1st Class | | | | | | | | | | |
| Sharpshooter | | | | | | | | | | |
| Bar 1 | | | | | | | | | | |
| Bar 2 | | | | | | | | | | |
| Bar 3 | | | | | | | | | | |
| Bar 4 | | | | | | | | | | |
| Bar 5 | | | | | | | | | | |
| Bar 6 | | | | | | | | | | |
| Bar 7 | | | | | | | | | | |
| Bar 8 | | | | | | | | | | |
| Bar 9 | | | | | | | | | | |
| Expert | | | | | | | | | | |
| Distinguished Expert | | | | | | | | | | |

This may be copied and/or duplicated

For shooting tips please visit: www.nrahq.org/education/training/marksmanship

# Winchester/NRA Marksmanship Qualification Program

Course of Fire ______________________ Gauge or Caliber ______________________

Shooter's Name ______________________ NRA Member Number ______________________

| Skill Rating | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Score | Score | Score | Score | Score | Score | Score | Score | Score | Score |
| | Date | Date | Date | Date | Date | Date | Date | Date | Date | Date |
| Basic Practical | This rating is achieved by completing exercise conducted during an NRA Basic Course | | | | | | | | | |
| Pro-Marksman | | | | | | | | | | |
| | | | | | | | | | | |
| Marksman | | | | | | | | | | |
| | | | | | | | | | | |
| Marksman 1st Class | | | | | | | | | | |
| | | | | | | | | | | |
| Sharpshooter | | | | | | | | | | |
| | | | | | | | | | | |
| Expert | | | | | | | | | | |
| | | | | | | | | | | |
| Distinguished Expert | | | | | | | | | | |
| | | | | | | | | | | |

This may be copied and/or duplicated

USA_09842

... licensed pursuant to Chapter 458,

## The Fundamental NRA Rules for Safe Gun Handling

__ALWAYS__ keep the gun pointed in a safe direction.

__ALWAYS__ keep your finger off the trigger until ready to shoot.

__ALWAYS__ keep the gun unloaded until ready to use.

## When Using or Storing a Gun, Always Follow these NRA Rules

Know your target and what is beyond.

Know how to use the gun safely.

Be sure the gun is safe to operate.

Use only the correct ammunition for your gun.

Wear eye and ear protection as appropriate.

Never use alcohol or drugs before or while shooting.

Store guns so they are not accessible to unauthorized persons.

Be aware that certain types of guns and many shooting activities require additional safety precautions.


ACCEPT THE
CHALLENGE
WINCHESTER/NRA
MARKSMANSHIP QUALIFICATION PROGRAM
ACCEPT THE CHALLENGE