**UM 1 – Unidentified Male 1**

**UM 2 – Unidentified Male 2**

**UM 3 – Unidentified Male 3**

**UM 4 – Unidentified Male 4**

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 86B1T

| | | |
|---|---|---|
| **UM 1**: | 00:08 | (inaudible). |
| **UM 2**: | 00:10 | How long have you known Alex? |
| **UM 1**: | 00:13 | A couple years. |
| **UM 2**: | 00:14 | Three years? |
| **UM 1**: | 00:15 | A couple. |
| **UM 2**: | 00:16 | Couple of years? |
| **UM 1**: | 00:17 | Yeah. |
| **UM 2**: | 00:17 | How'd you, you guys meet each other? |
| **UM 1**: | 00:22 | (inaudible). |
| **UM 2**: | 00:22 | So, how, how'd you guys come up with, with this, uh -- Like what you guys have going on? Like, like getting guns selling it? How, how, how did that come about? |
| **UM 1**: | 00:38 | Uh, he had a couple guns he was selling. I bought a couple from -- for myself and he just used to always get them. I don't know how he got them, but he used to always get them, be like, "Hey, I got such and such. See, you know, wants someone knows anyone that want to buy it." |
| **UM 2**: | 00:59 | How would he tell -- how would he tell you that? |
| **UM 1**: | 01:01 | Hmm? |
| **UM 2**: | 01:01 | Like, he would call you, how would he tell you? Text messages? |

| | | |
|---|---|---|
| **UM 1**: | 01:05 | He'll call me, "Hey, I got such and such for sell." Like, "Okay, send me a picture." And I ask around who wants it? |
| **UM 2**: | 01:14 | About how many guns off the top of your head, do you think that, that he's, that he's got you for you to, to sell to other people? |
| **UM 1**: | 01:32 | Probably six and more. |
| **UM 2**: | 01:36 | Like six? |
| **UM 1**: | 01:36 | Six and more. |
| **UM 2**: | 01:37 | Okay. And, and when did this start? |
| **UM 1**: | 02:18 | Like year and a half ago. |
| **UM 2**: | 02:19 | About a year and a half ago? You've only his own six, six guns that, that he's brought to you in a year and a half? |
| **UM 1**: | 02:26 | Like me personally, taking them to people. |
| **UM 3**: | 02:31 | What does that mean? |
| **UM 1**: | 02:32 | Like, me getting them, giving money and then taking them to the person. |
| **UM 3**: | 02:37 | So you've only done six like that, so there's other situations or other times that you dealt with them differently with guns? |
| **UM 1**: | 02:44 | Like, I have people probably (inaudible) with him or I just (inaudible) into each other. |
| **UM 3**: | 02:49 | Okay. So six times, he has given you a gun and you've handled the, the business deal. How many other times have you introduced Alex to somebody else and he's done business deals? |
| **UM 1**: | 03:03 | Well, I'm not going to say six. It's probably even more than that. That I, I get the gun from him and take it to the person. |
| **UM 3**: | 03:11 | Okay. More or less like a ballpark favor. We're not going to nail you down on like an exact number, but like a ballpark. More than 10, more than 20? |
| **UM 1**: | 03:16 | Probably more than 10. |
| **UM 3**: | 03:21 | More than 10 less than 20? |
| **UM 1**: | 03:22 | Probably than 10. Yeah. Less than 20. |

| | | |
|---|---|---|
| **UM 3**: | 03:24 | Okay. |
| **UM 1**: | 03:24 | And then the rest is like just, oh, "Hey, um, he has this for sell." Wanted to let me know. |
| **UM 2**: | 03:34 | How do you -- how do you find who to sell it to? |
| **UM 1**: | 03:38 | I be around a lot of people. |
| **UM 2**: | 03:41 | So, people come at you and ask you? Like, "Hey, you got this gun, and you --" |
| **UM 1**: | 03:45 | They like, "Hey, you got anything for sale?" or I tell them I'm not selling my guns. Ask around anything for sell. |
| **UM 2**: | 03:58 | When -- So when people ask around and then you just try to find a gun for them or whatever you call Alex at that point and say, "Hey, do you have this gun?" |
| **UM 1**: | 04:09 | No, I just ask him, "Hey, what do you have for sale?" |
| **UM 2**: | 04:12 | If he doesn't, if he doesn't have that specific gun that somebody's looking for, like, do you go with somebody else? Do you, what, what do you do? You just tell them, "Hey, I don't, I don't got it." This is what I have." And, and they'll they'll buy it. They won't buy it. What, what would happen? |
| **UM 1**: | 04:24 | Yeah, he has something. I send it to him and you want it, (inaudible). |
| **UM 2**: | 04:35 | So Alex would give you a price and what would happen with what, what price -- What would you do if you, you would tag on a couple 100 bucks to the person you're trying to sell it to? Like what, what, what's the deal that you and Alex had going on? |
| **UM 1**: | 04:47 | Nah, I just, his price. Whatever he charge, tell that price. |
| **UM 2**: | 04:54 | So you wouldn't make any, any money off of it? |
| **UM 1**: | 04:56 | No. |
| **UM 2**: | 04:58 | Like how does that make any sense? |
| **UM 1**: | 04:59 | What you mean? |
| **UM 2**: | 05:01 | Like what -- Like how does that make any sense? You're, you're, you're -- |
| **UM 3**: | 05:03 | Putting yourself in trouble for everybody. |

| | | |
|---|---|---|
| **UM 2**: | 05:05 | You're driving. You're, you're, you're talking to people, you're doing all this shit. You're putting yourself in, in a position to be here and you're not going to make a dollar off of it? |
| **UM 3**: | 05:16 | This is not the time to hold back. |
| **UM 2**: | 05:19 | This is what we're trying -- You got to be 100% straight -- If you, if you want us to give you consideration and, and talk to the, the prosecutor, you got to be -- There's no holding back. |
| **UM 1**: | 05:29 | It's not (inaudible). |
| **UM 2**: | 05:29 | And when we talk to you, sit here. |
| **UM 1**: | 05:31 | The situation with him, when he first -- I stopped doing it, I stopped trying to put my dollar on it. Like, so now it was just like, "Okay, hey, um, hey, you want this gun? And he's selling it for this price, bro." So I just stopped doing it. I stopped putting my purse on it. |
| **UM 2**: | 05:51 | Alex is what? Um, he's a manager? |
| **UM 1**: | 05:55 | Uh, I'm not sure if he's the manager or what. I just know (inaudible). |
| **UM 2**: | 05:59 | Miami guns? |
| **UM 1**: | 06:00 | Mm-hmm. |
| **UM 2**: | 06:00 | Who else knows that what Alex is doing? |
| **UM 1**: | 06:05 | Who else knows? |
| **UM 2**: | 06:05 | Yeah. Like who else, who else knows? Like who, who else is, is, is involved with like the, the guns and the money and all this? |
| **UM 1**: | 06:14 | Just him. |
| **UM 2**: | 06:16 | Just him alone? |
| **UM 1**: | 06:16 | Yeah. |
| **UM 2**: | 06:22 | Where else, uh -- Or who else does Alex sell to other than you? Like, you know, other people that he sell guns to? |
| **UM 1**: | 06:32 | Oh no. |
| **UM 2**: | 06:32 | That come in and kind of same situation that you do. Like, hey, you middle man, the deal here and there and kind, kind of situation? |

| | | |
|---|---|---|
| **UM 1**: | 06:40 | I don't know about anything else. All I know is just what I was doing. |
| **UM 2**: | 06:44 | Okay How, how often, um, does Alex tell you, "Hey, I have this fully?" Weekly, monthly. Well, how many times have he told you, "Hey, I got a fully for, for sale and that you turned around and sold?" |
| **UM 1**: | 07:01 | A footie? |
| **UM 2**: | 07:01 | Yeah. |
| **UM 1**: | 07:02 | Like something like black by fire or semi-automatic? |
| **UM 2**: | 07:06 | No, uh -- |
| **UM 3**: | 07:06 | Fully automatic. |
| **UM 2**: | 07:07 | Fully automatic. A rifle, uh, a Glock switch. You know, "I got this for sale." How many times has Alex came to you and tell you, "I got this?." |
| **UM 1**: | 07:21 | He never told me about a Glock switch. |
| **UM 2**: | 07:24 | What, what did he tell you about? |
| **UM 1**: | 07:25 | Um, only thing that I've known about was, uh, AR, uh, a binary trigger on it. |
| **UM 2**: | 07:38 | A binary trigger? |
| **UM 1**: | 07:38 | Yeah. That was it. |
| **UM 2**: | 07:41 | You say he's never, he's never told you. "Oh, I got a -- I got a freaking rifle. A fully auto for sale." |
| **UM 1**: | 07:44 | No. |
| **UM 2**: | 07:46 | And then -- You're, his picture is nothing. He never, he never tried to tell you anything? |
| **UM 1**: | 07:52 | No, he never told me he had a fully auto. |
| **UM 4**: | 07:55 | This ones Alex. Sorry, (inaudible). |
| **UM 2**: | 07:57 | Okay. Um, how many times have you sold a a fully? |
| **UM 1**: | 08:11 | I had no fully. |
| **UM 2**: | 08:16 | So, this is -- this is where you have to start it. We're, we're, we're talking to you straight forward. You said as much as we can. But you, in order for us to |

| | | |
|---|---|---|
| | | talk, you got to be, you got to give us that answer and you're giving bullshit answer. |
| **UM 1**: | 08:30 | I never saw the (inaudible). |
| **UM 4**: | 08:32 | But we know, we -- All the questions we're asking, we know, we know Alex, we know who Alex is. We know what Alex has done. We know -- |
| **UM 2**: | 08:37 | Let me see what picture was. |
| **UM 4**: | 08:38 | We know how vehicle go down. We've seen the deal go down. We like -- The question's not even if you ever sold us the fully. It's, it's Who did you get it from? because we know you sold the fully. We're not really asking it, but we know 100%. |
| **UM 3**: | 09:05 | Like our biggest concern is people putting machine gun and Glock in the street. |
| **UM 2**: | 09:09 | Yeah. It's a huge deal. |
| **UM 3**: | 09:10 | Mean, you may not be the one, uh, you know, making them or getting them, but we know for a fact you're dealing with them. So, if you want to be forthcoming, help us get these things out the street, great. But if, if you don't, then the buck stops on you, bro. You're going to eat all this. It's just how it's. You know this. So again, I mean, we're not going to be here all day. Uh, and obviously we're just asking you simple questions just to see if you're going to be truthful or not. And like, you're doing a terrible job right now, so. But again, we're not going to be doing this all day. You really got to think about what you're telling us what you want to do with this, but if you don't want to help yourself, okay, so be it, man. We're not going to force you. We just can't and we're not going to. It's all on you. |
| **UM 2**: | 09:55 | So, where you -- Where is he staying in Brickle? Where is (inaudible) building? Just trust me. We know. |
| **UM 1**: | 10:06 | Stay right there by the triple A. |
| **UM 2**: | 10:12 | The what? |
| **UM 1**: | 10:12 | The Triple A area? |
| **UM 2**: | 10:16 | The regular alley. |
| **UM 3**: | 10:18 | Oh, Triple A. Sorry. Gotcha. |
| **UM 2**: | 10:19 | Where, what building? |

| | | |
|---|---|---|
| **UM 1**: | 10:21 | Um, it's the building, like right across, I think it's the 888 building. |
| **UM 2**: | 10:25 | 888 building? |
| **UM 1**: | 10:27 | Yeah, I think that's what the -- I think it's 888. |
| **UM 4**: | 10:29 | I recognize that building. It's like a big, like, uh -- |
| **UM 1**: | 10:32 | Right there next to, uh -- |
| **UM 2**: | 10:34 | Is that the one that had the club on the, on the bottom? |
| **UM 1**: | 10:36 | No. It's, um, the one that's Poochies pizza. |
| **UM 2**: | 10:41 | Poochies Pizza? |
| **UM 1**: | 10:42 | We got a sushi place (inaudible) street from there. |
| **UM 4**: | 10:46 | What, what's, what's, what's your guy's name that shows you this? |
| **UM 1**: | 10:50 | Uh, he's the only one I know that had it, and that was just one of them. His name is Andreas. |
| **UM 2**: | 10:56 | Andreas? |
| **UM 1**: | 10:56 | Yeah. |
| **UM 2**: | 10:56 | Oh, that's (inaudible). Okay. How, how much does he sell them for to you? |
| **UM 1**: | 11:07 | Uh, I used selling to the person that was buying 4,000. |
| **UM 4**: | 11:12 | So you just -- so he was selling it to a person that, you know, for 1000 and you weren't making any money? |
| **UM 3**: | 11:22 | (inaudible) bro. |
| **UM 2**: | 11:25 | Glock switch on the street is like three, maybe four. |
| **UM 1**: | 11:30 | Three maybe four, what? Yeah. |
| **UM 3**: | 11:35 | Like three or four what? A switch? |
| **UM 1**: | 11:40 | Mm-hmm. |
| **UM 4**: | 11:46 | 80? |
| **UM 2**: | 11:46 | No, 888. So it's 888. |

| | | |
|---|---|---|
| **UM 4**: | 11:54 | No, I believe you. But so, so he sold it to the person that you got him in contact with for 1000? |
| **UM 1**: | 12:00 | Yeah. |
| **UM 4**: | 12:00 | And you didn't make any money off that? |
| **UM 1**: | 12:01 | Nothing. |
| **UM 4**: | 12:02 | But you handled it? |
| **UM 2**: | 12:07 | Why would you put yourself in the position? |
| **UM 4**: | 12:08 | Yeah, I don't understand. |
| **UM 1**: | 12:09 | He was in the car. |
| **UM 4**: | 12:10 | Who was in the car? |
| **UM 1**: | 12:11 | The person that was selling it. |
| **UM 3**: | 12:15 | How many of these switches have you sold? |
| **UM 1**: | 12:17 | One. |
| **UM 4**: | 12:21 | How many sold? One. |
| **UM 2**: | 12:24 | So, you gave it for a thousand. You didn't, you didn't tax it any money on it? |
| **UM 1**: | 12:31 | No. |
| **UM 2**: | 12:31 | You know how much switches go for it? |
| **UM 1**: | 12:34 | That price. |
| **UM 2**: | 12:35 | That price. That's what they're going for now? |
| **UM 4**: | 12:39 | Yeah. 1000, 1500. I think we (crosstalk). |
| **UM 2**: | 12:41 | For real. |
| **UM 4**: | 12:43 | Anybody else that you know that has switches or has sold switches that you put them in contact with? |
| **UM 1**: | 12:57 | No, just that person. That's the only person I know that (inaudible). |
| **UM 2**: | 13:05 | Who else has switches, (inaudible) Andreas? |

| | | |
|---|---|---|
| **UM 1**: | 13:21 | Andreas is the only person I knew that had a switch. |
| **UM 2**: | 13:25 | How, how'd that conversation come about? How'd you know that he had a switch? |
| **UM 1**: | 13:27 | Hmm, because he told me about it. |
| **UM 2**: | 13:30 | How? He just told you randomly or you guys -- |
| **UM 1**: | 13:33 | Yeah, we were talking about guns and he was like, "Oh, um, I got somebody to get switches from." |
| **UM 2**: | 13:42 | So he's, he's buying it from somebody and then reselling it to you? |
| **UM 1**: | 13:49 | Well, not me, he just resell it to someone else. |
| **UM 2**: | 13:52 | Who is he getting it from? |
| **UM 1**: | 13:54 | Uh, I don't get too deep with that. |
| **UM 2**: | 13:56 | He, he doesn't tell you anything, he just tell you, "Hey, come buy," Or whatever? |
| **UM 1**: | 13:58 | Yeah. |
| **UM 2**: | 13:59 | Okay. |
| **UM 1**: | 14:00 | Tell me he got it and go from there. |
| **UM 3**: | 14:03 | Okay. So you're in Andrea's apartment talking about guns. He's telling you it had a switch, right? You find him a buyer or you already have somebody that needs to switch. How, how does that go? Walk me through the whole thing. You're -- Imagine you're in his apartment right now talking to him, like going through the deal. |
| **UM 1**: | 14:22 | Like he told me about it and just a random (inaudible) "Oh, know anyone one that has a switch? You know anyone one that has a switch?" |

I, **Larry Avisa**, do hereby certify that I have listened to the recording of the foregoing; further that the foregoing transcript, was reduced to typewritten form from the digital recording; and that the foregoing is an accurate record of the recording as above transcribed in this matter.

Dated July 20, 2023.



**Larry Avisa**