AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352
EXHIBIT NO. 86B2T

**UM 1 – Unidentified Male 1**

**UM 2 - Unidentified Male 2**

**UM 3 – Unidentified Male 3**

**UM 4 – Unidentified Male 4**

| | | |
|---|---|---|
| **UM 1**: | 00:00 | Why is he -- This guy (inaudible) off? So why is he giving you a switch? Selling you a switch? For what? Like what's, what's his gain on it? |
| **UM 2**: | 00:10 | Oh, I wouldn't know, sir. I can't tell you what's he's gaining on it? He had one and he wanted to get rid of it. |
| **UM 1**: | 00:18 | Was that, was that his personal one that he, that he had or? |
| **UM 2**: | 00:21 | Uh, I'm not sure. |
| **UM 1**: | 00:23 | Is he getting them consistent? Like if you call him, "Yo, I need, I need four or five." How many can you get off of him? And I'm asking you because, because there's no -- It is no funny joke. Like you're, you're, you're in some shit right now and when we're trying to work with you, you seem like you're, you're normal fucking guy. You're not out there using these guns, shooting up blocks and doing all this. |
| **UM 2**: | 00:44 | Nah, I'm not. |
| **UM 1**: | 00:45 | But that's what's happening with these switches out there. (inaudible) are coming back and killing kids. Killing people left and right. |
| **UM 2**: | 00:50 | That's why when you guys kept saying switches, like that's -- I don't even know. So, the system is selling one switch and that was it. And then you asked about the fully auto, that it wasn't fully auto, it's the binary trigger. So like I said, shoots one and release one. That's it. And what the handle, the um, the safety button, we put the safety semi and um, the third level is not technically considered fully auto. It's just considered -- It has a binary trigger in it. |
| **UM 3**: | 01:26 | Has Andreas ever told you that he had anything, like, ever anything else that you knew it was illegal? Like the switch is one. Has he ever told you about another switch or anything else like that that he was willing to sell? |

| | | |
|---|---|---|
| **UM 2**: | 01:41 | Um, no. Well, he told me he could get more switches, but I never really -- |
| **UM 3**: | 01:46 | Okay. |
| **UM 3**: | 01:47 | After that first one, that was it. |
| **UM 3**: | 01:49 | He told you that he could, he could get more or he has more? |
| **UM 2**: | 01:52 | He told me he could get more, but I never really asked him about -- |
| **UM 1**: | 01:56 | When, when was the last time that, that he told you -- when was it that he told you this? |
| **UM 2**: | 02:01 | Around the same time at the (inaudible) with him. He sold it to a guy who I linked him with. It was around the same time. Like after that I just let -- I just let it go. I really stopped dealing with him because I, I was -- I have a lot of other contracts, so he wasn't really trying to pay. Even though he had a whole -- He had a year contract, I guess he take, he had took a little downfall so I really stopped like going, working with him. So, I really just started doing clubs and stuff like that. |
| **UM 4**: | 02:40 | (inaudible) save under your phone? Was his contact under your phone? For Andreas. |
| **UM 2**: | 02:44 | Um, I'm not mistaken, it's Dre. |
| **UM 4**: | 02:50 | Tra? |
| **UM 2**: | 02:50 | Yeah. |
| **UM 4**: | 02:51 | T-R-E? |
| **UM 2**: | 02:52 | No. Dre. Dre. D-R-E. |
| **UM 4**: | 02:54 | D-R-E? |
| **UM 1**: | 02:56 | You remember the phone number at all by any chance? |
| **UM 2**: | 02:57 | I don't know. |
| **UM 1**: | 02:59 | 76305954. |
| **UM 2**: | 03:02 | I'm not going to lie to you but I don't make just say something. |
| **UM 3**: | 03:06 | Just asking. And when was the last time you spoke to him or text him or FaceTime him? |

**UM 2**: 03:11 Um, I talked to him the other day. Like I said, he wanted to get some training for (inaudible).

**UM 1**: 03:19 How, how do he normally talk to you? Like text, text call?

**UM 2**: 03:23 He'll FaceTime me. Yeah, but he, he called me, sent a couple people in the building, wanted to get the conceal weapon license and he wanted to do some training with shooting.

**UM 1**: 03:44 If you call him right now and ask him for a switch, what would he tell you? What do you think he'll tell you?

**UM 2**: 03:51 I think he'll bullshit me.

**UM 1**: 03:52 Why?

**UM 2**: 03:54 Because even though he said he probably could get them again, I don't think he could. I think that was just something he came by (inaudible) being totally honest.

**UM 1**: 04:03 Yeah.

**UM 4**: 04:05 But we can try. I mean, it won't hurt you. It'll help you. So I mean, we could -- I mean, I'm just saying if that's something you're willing to do to help yourself.

**UM 1**: 04:16 Is that, is that something you're willing to do?

**UM 2**: 04:19 You can try. Like I say, I just -- Because it's going to be bullshit.

**UM 1**: 04:24 What the, the last time you spoke to him about a switch, what did he tell you?

**UM 2**: 04:27 The last time --

**UM 1**: 04:27 He told, he told you right away? Like, "Hey, come, come back, pick it up." Or, or he told you, "I need a couple days to get it." How, how did that go?

**UM 2**: 04:34 Yeah, it was like on something -- Matter 0f fact, the person who sold that switch to wanted another one. And I was like, "Hey, the guy wants another one." "Oh I can get, I can get it. Give me a couple days."

**UM 1**: 04:47 Okay.

**UM 2**: 04:48 Couple days went by. Nothing.

**UM 3**: 04:52 He never called you back?

**UM 2**: 04:53 No.

| | | |
|---|---|---|
| **UM 1**: | 04:54 | Who was this person you |
| **UM 4**: | 04:55 | Yeah. Who's that? |
| **UM 2**: | 04:57 | Um, it's a guy from Haiti. I don't remember his name. |
| **UM 1**: | 05:05 | Haitian guy. Like a full on Haitian Creole. Creole speaking or, or like American Haitian? |
| **UM 2**: | 05:10 | Uh, American Haitian. |
| **UM 3**: | 05:13 | You don't know his name, nickname, anything? |
| **UM 2**: | 05:16 | Mm-mm. |
| **UM 3**: | 05:16 | Under your contacts or you have him under? |
| **UM 2**: | 05:19 | Nah, his contacts not even saved? |
| **UM 1**: | 05:21 | No. What, what did he, what did he, uh -- What was the purpose that he got this switch for? Like he -- For his gun. For his personal gun? To resell? |
| **UM 2**: | 05:30 | Mm-mm. |
| **UM 1**: | 05:30 | He didn't tell you anything? |
| **UM 2**: | 05:32 | Mm-mm. |
| **UM 1**: | 05:33 | What else have, have you, have you sold him a gun? How long have you known him? |
| **UM 2**: | 05:39 | Uh, to be honest, I haven't really known him. Um, all I know is he just asked me can I get him a gun. And of course I went to (inaudible) "Oh you have anything for sell?" |
| **UM 1**: | 06:00 | What gun did you did, uh, did you get him for Alex. Or how many guns? Like I said, how many times, how many - You've dealt with him that one time you got him a gun and the switch or how many -- how many guns did you (inaudible). |
| **UM 2**: | 06:14 | (inaudible). He got like probably four or five times. |
| **UM 1**: | 06:25 | All the same, same gun? |
| **UM 2**: | 06:27 | Nah, they was different. |
| **UM 1**: | 06:28 | He was requesting different, different types of -- |

| | | |
|---|---|---|
| **UM 2**: | 06:30 | Well, it's like whatever, um, like I say, it is not a request on it. Like, "Yo, I want this. Go get this out the store." No, it's, "Okay. Hey bro, I'll see what he got if you have any -- whatever you have, if you like it, okay, then you can go ahead and purchase it from him." So -- And it was like, "Oh, whatever he got, okay." |
| **UM 4**: | 06:55 | Did he at least get a Glock? |
| **UM 2**: | 06:59 | Um, I know one, was it a 509 tactical? And, uh, the other was like -- It's called like a net nine. It's a AK but it's a 9 mil. It's chambered with 9 mil. Uh, a Glock, I don't remember. |
| **UM 4**: | 07:28 | And did he ask you like, how when he bought the switch, did he ask you how to put it on what it did? |
| **UM 2**: | 07:33 | Yeah, matter of fact, he, he never bought a Glock. |
| **UM 3**: | 07:38 | He never bought a Glock? |
| **UM 2**: | 07:39 | No, he never bought a Glock. He just bought the switch. That was it. |
| **UM 1**: | 07:43 | So what was he going to put it -- What was he going to put it on? |
| **UM 2**: | 07:45 | I'm not sure. He asked me. I, I was just assuming he probably already had his own Glock. |
| **UM 3**: | 07:50 | Yeah. Maybe. |
| **UM 2**: | 07:51 | Because if you asking him to buy a switch, evidently you have your own Glock, right? |
| **UM 4**: | 07:57 | You bought it for 1000? |
| **UM 2**: | 07:58 | Yeah. |
| **UM 4**: | 08:00 | Could have resold it to -- |
| **UM 1**: | 08:00 | You didn't -- you didn't put a dollar over it, 100 bucks? Nothing? (crosstalk) nothing over it |
| **UM 2**: | 08:05 | Like, you know, whole transaction, when he handed it to him, handed him the bread. It was just like that. |
| **UM 1**: | 08:14 | How, how did, um -- So he never asked you, you know -- |
| **UM 3**: | 08:18 | How to put it on? |

| | | |
|---|---|---|
| **UM 1**: | 08:19 | Yeah. Like how to put it on like, like, because he knows, he knows, he, he knew about it. Like he came -- when he came and told you like he said he knew how to put it on or he didn't bother? |
| **UM 2**: | 08:27 | Well, he knew about the switches but then he asked me how to put it on. But he never got a Glock gun. Didn't know how to put it on, so -- |
| **UM 1**: | 08:37 | Yeah. Do you know if he put it on? |
| **UM 2**: | 08:38 | I don't know. |
| **UM 1**: | 08:39 | You never talked to him after? |
| **UM 2**: | 08:40 | No. |
| **UM 3**: | 08:40 | When was the last time you spoke to him? |
| **UM 2**: | 08:48 | The last time was, uh --It's been a minute because something about he went to Haiti or something. |
| **UM 1**: | 08:58 | If, if you called him and, and --Because he called and he asked you like how to put it on. If you call him and you and you tell him like you'll come through, "I'm going to put it around for you." Would, would he show up? |
| **UM 2**: | 09:11 | I doubt it. I, I -- To be honest, I wouldn't even know because he was supposed -- He asked me can I show him how to put it on and -- |
| **UM 3**: | 09:20 | He asked you to show him? |
| **UM 2**: | 09:22 | Yeah, but he never did get a Glock and I told him, I was like, "You YouTube it." YouTube on how to put on. |
| **UM 1**: | 09:28 | Yeah. You use YouTube channel for that? To put it on? |
| **UM 2**: | 09:34 | What? |
| **UM 1**: | 09:34 | Like how to put on switch? |
| **UM 2**: | 09:36 | You can YouTube everything. |
| **UM 1**: | 09:37 | How to put on a fucking switch? |
| **UM 2**: | 09:39 | I'm quite sure it'll pull up. I never looked but I'm quite sure it'll pull up. |
| **UM 1**: | 09:43 | Yeah. How, how'd you, how'd you learn how to put on? |

| | | |
|---|---|---|
| **UM 2**: | 09:47 | Just playing with guns. Because all it is, the back piece to the Glock. But just an aggregate shit, so I don't get, why -- |
| **UM 1**: | 09:56 | Do they come in and out? Like do you -- Because the switch, is it like plug and play? Like you could take it out in and out like in, in a moment's notice? |
| **UM 2**: | 10:06 | Yeah. |
| **UM 1**: | 10:06 | Like within -- How quick could you put it on, on, on a gun to take it off? |
| **UM 2**: | 10:11 | Well, if you was (inaudible), if you really paying attention. I guess all it is the back piece of your Glock, like on your Glock -- This is the back of your Glock where the slide is, you slide it back, that piece. Okay, you see on my, um, Glock 30s, it has that purple back piece. |
| **UM 1**: | 10:38 | Yeah. |
| **UM 3**: | 10:38 | Mm-hmm. |
| **UM 2**: | 10:39 | That back piece -- |
| **UM 3**: | 10:40 | Comes off. |
| **UM 2**: | 10:41 | You slide that back piece off and put it on there. |
| **UM 1**: | 10:45 | So, you got to, you got to pull up the, pull the barrel, the slide (crosstalk). |
| **UM 2**: | 10:49 | Lock the slide. |
| **UM 1**: | 10:49 | Okay. |
| **UM 2**: | 10:51 | Lock -- Clear up. First clear it, lock the slide, put it on that back piece. Pull that back piece on but you know that back piece has springs that'll pop out. It pops out and (inaudible) ring. Must have got -- so you just pop that piece on. And it depends on what gyn, gyn gun that you have. |
| **UM 1**: | 11:13 | So, all switches, all types of switches will, will -- are universal to, to the Glocks? |
| **UM 2**: | 11:18 | Uh, (inaudible), I don't know about Glock switches. |
| **UM 1**: | 11:23 | They have like different designs. They look good. Like some, some are a little bit fatter, thinner on, on the, on the little, little, uh, arm that goes in. Like, like, most -- For the most part, the ones you've seen are universal. |
| **UM 2**: | 11:37 | But the one that I seen, the only one I seen was it had Glock on the right (inaudible). |

| | | |
|---|---|---|
| **UM 1**: | 11:42 | That had the word Glock on it? |
| **UM 2**: | 11:43 | Yeah. And it was like a little (inaudible) little bubble piece in the back. That you suck out and you can switch it, switch over. But the thing is, if you can shave down the back piece of your gun, the back piece, the switch won't go on. It won't fully -- it won't -- |
| **UM 1**: | 12:03 | Clear it. What do you mean? What, what do you what part of the -- |
| **UM 2**: | 12:06 | Could you clear your weapon? I'll show you. |
| **UM 1**: | 12:07 | No, no, I'm just saying, (crosstalk). |
| **UM 2**: | 12:09 | Okay. Well on the back of it, like the back, there's a, um, lump that sticks up. |
| **UM 1**: | 12:20 | Yeah. |
| **UM 2**: | 12:21 | On the frame. |
| **UM 1**: | 12:22 | Okay. So, check the back the backside so -- |
| **UM 2**: | 12:26 | Go, go down more. |
| **UM 4**: | 12:27 | Mm-hmm. |
| **UM 2**: | 12:28 | Right there, you see -- So, you see that piece that, that's sticking up? |
| **UM 4**: | 12:31 | Yeah. |
| **UM 2**: | 12:32 | You have to shave that down some or to block the -- |
| **UM 1**: | 12:35 | To be able to -- |
| **UM 4**: | 12:35 | Oh, to be able to put it on? |
| **UM 2**: | 12:37 | To fully operate. Yeah. Because it, it won't allow your slide to go back down. Like, so it'll be like, um -- |
| **UM 4**: | 12:46 | It'll, it'll stay cocked a little bit. |
| **UM 2**: | 12:47 | Yeah. |
| **UM 4**: | 12:48 | Okay. So what does that do? Like -- |
| **UM 2**: | 12:51 | That switch? |
| **UM 4**: | 12:52 | Yeah, like I don't get why it stops -- |

| | | |
|---|---|---|
| **UM 2**: | 12:53 | Like I say it's a button on the back of it. You flick it over, flick it to the right, it's fully. |
| **UM 4**: | 13:01 | Okay. So, it allows, once you push -- pull the trigger it rapid -- |
| **UM 1**: | 13:09 | Uh-huh. But do you know the actual mechanics of it? Because I honestly don't know. Like what makes it just keep going instead, like -- |
| **UM 2**: | 13:17 | It's a point like inside the frame -- |
| **UM 3**: | 13:23 | Uh-huh. |
| **UM 2**: | 13:23 | You put that switch on and flip it over fully auto, it allows the springs to stay open. So, as the shooting, as it's releasing before the chamber lock, it'll shoot all the bullet out the mag. |
| **UM 4**: | 13:41 | Oh, it never actually gets to go to the back, right? To the, the spring. Doesn't -- Okay. |
| **UM 2**: | 13:46 | So, it just fully spit out all the -- |
| **UM 4**: | 13:48 | So, with that block switch on, you can actually put it to the left and it'll --And then it's a regular - |
| **UM 2**: | 13:54 | Yeah, it shoots in. |
| **UM 3**: | 13:58 | It's pretty cool but inaccurate. (inaudible). |
| **UM 1**: | 14:09 | So what Alex -- You're saying, you're saying that he -- He's never offered you a, a fully or a Glock switch or anything of that sort? |
| **UM 2**: | 14:19 | No. Never offered me a switch. And like I said, the only thing he ever offered me was the 300 blackout that had the binary trigger on it. |
| **UM 1**: | 14:29 | Does he know who, who you're selling these guns to? |
| **UM 2**: | 14:33 | Does he know? |
| **UM 1**: | 14:33 | Does he ask you like who you're selling these gun the guns to? |
| **UM 2**: | 14:36 | Mm-hmm. |
| **UM 1**: | 14:37 | (inaudible) does he keep a log of all these guns that he's selling? |
| **UM 2**: | 14:42 | No. |
| **UM 1**: | 14:43 | No? No, I'm, I'm just asking like if you seen him do something? |

| | | |
|---|---|---|
| **UM 2**: | 14:47 | No. |
| **UM 1**: | 14:47 | And you keep a log of your guns? |
| **UM 2**: | 14:49 | What I have sold? |
| **UM 1**: | 14:51 | Yeah. |
| **UM 1**: | 14:51 | Where did you keep your log? |
| **UM 2**: | 14:53 | I done kept my, my bill of sales. |
| **UM 1**: | 14:55 | Where? |
| **UM 2**: | 14:55 | I done have some of them that got damaged, like I told you in my other car, but then I started like taking pictures of them. |
| **UM 1**: | 15:04 | So, (crosstalk). |
| **UM 2**: | 15:04 | Like with Andreas, I sold it one my Glock 30s and we did a bill of sale and I got his ID and stuff. |
| **UM 1**: | 15:12 | And you got that, you got that picture on your phone? |
| **UM 2**: | 15:14 | Yeah. |
| **UM 1**: | 15:15 | So, we bring your phone, you (inaudible) Andreas's, uh, ID. |
| **UM 2**: | 15:18 | Yeah. |
| **UM 1**: | 15:20 | Okay. Um -- You keep -- so you, for the most part you have all your bill of sales, but not, not, not like a, a log of, of all the guns you sold, but you just keep the sales with, with like their IDs or whatever? |
| **UM 2**: | 15:36 | Yeah. |
| **UM 1**: | 15:37 | Um, the, the guy you sold the switch to, do you have his ID? |
| **UM 2**: | 15:44 | No. Like with, with him it was, like I say, Andreas was right there. So, it was like pretty much they handed to each other. |
| **UM 1**: | 15:52 | But, but when you saw, you sold him -- Like you said like five guns? |
| **UM 2**: | 15:55 | Yeah. |
| **UM 3**: | 15:55 | Those five guns -- |

| | | |
|---|---|---|
| **UM 2**: | 15:56 | No, I never, I never asked him for his ID because it just came straight from Alex. So, it wasn't "(inaudible) ID, bro." So, there wasn't no bill of sale or anything. |
| **UM 1**: | 16:07 | Why is he coming at you? Like, how, how much did you sell these guns to, to the guy for? |
| **UM 2**: | 16:14 | The same price. |
| **UM 1**: | 16:16 | No, but how but how much? Like, like, uh, like said he bought -- |
| **UM 2**: | 16:18 | If he owned -- |
| **UM 1**: | 16:19 | He bought a what? Um, what , what -- |
| **UM 2**: | 16:21 | 509 tactical |
| **UM 1**: | 16:22 | 509 tactical. How much is that? |
| **UM 2**: | 16:26 | If I'm not mistaken, I don't remember price right off back, but it was probably like 800, 900 worth. |
| **UM 1**: | 16:31 | Is that what it normally goes at the store? |
| **UM 2**: | 16:34 | Uh, just about -- Yeah, because that -- |
| **UM 1**: | 16:36 | Why didn't he just -- why didn't he just go to (inaudible)? Why didn't he just go to the store and buy it himself? He never told you anything like fucking why, why? |
| **UM 2**: | 16:45 | He never told me nothing. Like he never had a discussion about, "Oh, why you buying these guns?" |
| **UM 1**: | 16:54 | He never -- |
| **UM 2**: | 16:54 | Me, I just thought that, "Okay bro, I'm helping you get, get your gun off and guessing you hurting for money. Hey, this guy wants, wants to buy that gun that you, uh, send me a picture of." |
| **UM 1**: | 17:08 | So roughly out of all the guns that you, that you sold, not just this guy, uh, through time, how many, how many guns that you, that you sold? |
| **UM 2**: | 17:19 | What you mean? |
| **UM 1**: | 17:20 | Like all, all your guns. Out of all the guns that you've -- That personal guns of yours, guns that you've gotten from Alex, guns that you've gotten from other individuals, how many give or take? Like a total amount of guns. And this is like a no shit total. Like, like don't, don't fucking underestimate the shit out of us. |

| | | |
|---|---|---|
| **UM 2**: | 17:36 | I, I wouldn't -- I don't know (inaudible). |
| **UM 1**: | 17:41 | 100? |
| **UM 2**: | 17:41 | I don't think it's 100. |
| **UM 1**: | 17:57 | How many guns do you have? More or less? |
| **UM 2**: | 18:18 | 20 to 30. |
| **UM 1**: | 18:21 | What? At your, at your house? |
| **UM 2**: | 18:22 | Hmm? |
| **UM 1**: | 18:23 | At your house or where do you keep your guns? |
| **UM 2**: | 18:27 | Well, what you guys -- What all you guys got now? |
| **UM 3**: | 18:30 | All this is gun purchases that you've done. I just -- You can see the stack that I have there. |
| **UM 1**: | 18:36 | How many guns do you think you've bought in, in your, in your entire -- in your life? Like you, under your name? |
| **UM 2**: | 18:45 | I don't know. |
| **UM 1**: | 18:49 | 50, 100, 200, 300? |
| **UM 2**: | 18:55 | I don't know. You have to give me a better question. Not sure. |
| **UM 1**: | 19:00 | Okay. So, I mean you have to -- |
| **UM 2**: | 19:03 | I had some guns stolen, I had to get pulled reports for and all, so. |
| **UM 1**: | 19:11 | So, out of, out of all your guns, how many do you think you've sold to other people in combination between your guns, guns that you've gotten from other people? Guns from like situation like Alex? |
| **UM 2**: | 19:41 | A lot, probably |
| **UM 1**: | 19:47 | Give or take - Like give or take a, a number. |
| **UM 2**: | 19:50 | I don't know. I don't want to (inaudible). I'm not sure. |
| **UM 3**: | 19:53 | Throw numbers. 500? |
| **UM 2**: | 20:02 | Sure. I see about a 100. |

**UM 3**: 20:03 About 100 guns. And it is all random people or the same people?

**UM 2**: 20:23 Some of them have been random people.

**UM 1**: 20:28 Like random, like completely random? Where do you -- How do you, how do you get somebody random that showed up and buy the gun over here?

**UM 2**: 20:35 I just asked like if I'm at a gun show or if somebody wants to buy it, just, just randomly. It's not like, oh, advertising it. Hey, (inaudible).

I, **Larry Avisa**, do hereby certify that I have listened to the recording of the foregoing; further that the foregoing transcript, was reduced to typewritten form from the digital recording; and that the foregoing is an accurate record of the recording as above transcribed in this matter.

Dated July 20, 2023.

**Larry Avisa**