U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Advice of Rights and Waiver

## Statement of Rights

- You have the right to remain silent.
- Anything you say can be used against you in court.
- You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning.
- If you cannot afford a lawyer, one will be appointed for you if you wish before any questioning begins.
- If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.

## Waiver

I have read this statement of my rights or it has been read to me, and I understand these rights. At this time I am willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

Signature: [signature]

Printed Name: Johnny Battle Jr

Witness Signature: [signature]

Printed Name: SA Javier Pino

Date Time: 8/10/2022

S/A Bigorra [signature]

GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 86D