# Sales Receipt #12577

8/25/2020

REPRINTED

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 101C

**Miami Police Depot**
1040 E. 49th St
Hialeah, FL 33013
305-688-8679
www.MiamiGunsInc.com

**Bill To:**
JOHNNY MATTHEW BATTLE
1349 NW 38THST
MIAMI, FL 33142

| Item Name | Item Description | Attribute | Size | Orig Price | Disc % Type | Qty | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| BACKGROUND CHECK | FDLE BACKGROUND CHECK | | | $7.00 | | 1 | $7.00 | $7.00 | T |
| OSO | | | | $0.00 | | 1 | $0.00 | $0.00 | |
| Taurus TH9 | PISTOL Taurus TH9 COMPACT 9MM | | | $429.99 | 6.97% | 1 | $400.00 | $400.00 | T |
| Serial # ABG693042 | | | | | | | | | |
| 0725327615347 | | | | | | | | | |

Subtotal: $407.00
Local Sales Tax 7 % Tax: + $28.49
**RECEIPT TOTAL: $435.49**

Amount Tendered: $500.00
Change Given: $64.51

Cash: $500.00

Total Sales Discounts: $29.99

**NO REFUNDS ON FIREARMS. TRANSACTIONS THAT ARE CANCELLED DUE TO NONAPPROVALS OR DECISION PENDINGS ARE SUBJECT TO A $75 RESTOCKING FEE. NO CASH REFUNDS. CUSTOMERS WILL BE MAILED A CHECK. PLEASE SIGN BELOW.**

Thank you for shopping with us!
Please review us on Google & check us out on Instagram @miamigunsrange