**Sales Receipt #6381**
1/14/2020

**REPRINTED**

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 102B

MIAMI POLICE DEPOT
"HELPING PROTECT & SERVE"

**Miami Police Depot**
1040 E. 49th St
Hialeah, FL 33013
305-688-8679
www.MiamiGunsInc.com

**Bill To:**
JOHNNY MATTHEW BATTLE
1349 NW 38TH ST
MIAMI, FL 33142

| Item Name | Item Description | Attribute | Size | Orig Price | Disc % Type | Qty | Price | Ext PriceTax |
|---|---|---|---|---|---|---|---|---|
| GLOCK 19 GEN 3 | GLOCK 19 GENERATION 3 9MM | | | $525.00 | 8.57% | 1 | $480.00 | $480.00 T |
| Serial # ACSV484 0764503913181 | | | | | | | | |
| BACKGROUND CHECK | FDLE BACKGROUND CHECK | | | $7.00 | | 1 | $7.00 | $7.00 T |
| Glock 22 | PISTOL Glock 22 GENERATION 4 40SW | | | $575.00 | | 1 | $575.00 | $575.00 T |
| Serial # BFAW943 0764503052033 | | | | | | | | |

Subtotal: $1,062.00
Local Sales Tax 7 % Tax + $74.34
**RECEIPT TOTAL: $1,136.34**

Amount Tendered: $1,140.00
Change Given: $3.66

Cash: $1,140.00

Total Sales Discounts: $45.00

**NO REFUNDS ON FIREARMS. TRANSACTIONS THAT ARE CANCELLED DUE TO NONAPPROVALS OR DECISION PENDINGS ARE SUBJECT TO A $75 RESTOCKING FEE. NO CASH REFUNDS. CUSTOMERS WILL BE MAILED A CHECK. PLEASE SIGN BELOW.**

Thank you for shopping with us!
Please review us on Google & check us out on Instagram @miamigunsrange

USA_1135