# FIREARM BILL OF SALE

**SECTION 1: Buyer**— Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| FULL NAME | | DATE OF BIRTH |
|---|---|---|
| Johnny M Battle Jr | | 07-09-~~2021~~ 1993 |
| ADDRESS | | |
| 1349 NW 38 Street | | |
| CITY | STATE | ZIP |
| Miami | FL | 33142 |
| PHONE NUMBER | DRIVER'S LICENSE # | |
| 786-580-8833 | [redacted] | |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE | ☒ PERMIT TO CARRY |
| W 1680393 | | |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| BUYER SIGNATURE | DATE |
|---|---|
| [signature] | 12/16/2021 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| MANUFACTURER | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|
| KelTec | SUB-2000 | FFXM23 |
| CALIBER | DESCRIPTION | |
| 9mm | Black | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| FULL NAME | | DATE OF BIRTH |
|---|---|---|
| [redacted] | | [redacted]987 |
| [redacted] | | |
| CITY | STATE | ZIP |
| Miami | FL | 33168 |
| PHONE NUMBER | DRIVER'S LICENSE # | |
| [redacted]5738 | | |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE | ☒ PERMIT TO CARRY |
| [redacted]577 | | |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was stolen prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warranty is expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| SELLER SIGNATURE | DATE |
|---|---|
| [signature] | 12/16/2021 |

BLUE LINE DEFENSE

©2012 Blue Line Defense. Blue Line Defense accepts no responsibility for the transfer of firearm ownership. You are responsible for following all local, stat

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352-BB
EXHIBIT NO. 103C