AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20352-BB
EXHIBIT NO. 105B

**SECTION 1: Buyer**— Complete this section only. Do not skip any fields! Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME J [redacted] D [redacted] | DATE OF BIRTH [redacted]999 |
| ADDRESS [redacted] | |
| CITY Lauderhill | STATE FL / ZIP 33351 |
| PHONE NUMBER [redacted]3433 | [redacted] |
| PERMIT NUMBER | ☐ PERMIT TO PURCHASE ☒ PERMIT TO CARRY |

Buyer agrees to the terms and conditions set forth and listed on this document. Buyer assumes all responsibility when transfer of ownership is complete. Buyer acknowledges that he/she is not prohibited from possessing a firearm by law. Buyer acknowledges that he/she is at least 18 years or 21 years or older. Buyer acknowledges and understands that he/she will read the owner's manual. Buyer understands the firearm is sold AS-IS and no warranty is implied or given. Buyer acknowledges that the seller is not responsible for any damages incurred or caused by the use of this firearm.

| | |
|---|---|
| BUYER SIGNATURE [signature] | DATE 08/11/2020 |

**SECTION 2: Seller** – Complete this section and section 3. Do not skip any fields.

| | | |
|---|---|---|
| MANUFACTURER AR Pistol | MODEL NUMBER ~~[illegible]~~ Di A | SERIAL NUMBER 5C55612218 |
| CALIBER 55.6 / 22.3 | DESCRIPTION | |

**SECTION 3: Seller** – Complete this section and section 2. Do not skip any fields. Remember to sign and date this section of the form when you are done.

| | |
|---|---|
| FULL NAME Johnny M Battle Jr. | DATE OF BIRTH 07-09-1993 |
| ADDRESS 1349 NW 58 Street | |
| CITY Miami | STATE FL / ZIP 33142 |
| PHONE NUMBER 786-580-8833 | [redacted] |
| PERMIT NUMBER W 1680393 | ☐ PERMIT TO PURCHASE ☒ PERMIT TO CARRY |

Seller acknowledges this firearm is not stolen and is the legal owner of the firearm listed. If it can be shown now or in the future that the arm was s prior to the date listed on this form, seller agrees to refund the buyer the full purchase price. Seller advises buyer firearm is sold AS-IS and no warr expressed or implied. Seller assumes no responsibility for the firearm after transfer of ownership and disclaims all responsibility for consequential and/or incidental damages or any losses arising from the use of the firearm.

| | |
|---|---|
| SELLER SIGNATURE [signature] | DATE 08/11/2020 |

USA_001958