**Sales Receipt #15730**
1/11/2021

**REPRINTED**

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20352-BB
EXHIBIT NO. 105D

**Miami Police Depot**
1040 E. 49th St
Hialeah, FL 33013
305-688-8679
www.MiamiGunsInc.com

**Bill To:**
JOHNNY MATTHEW BATTLE
1349 NW 38TH ST
MIAMI, FL 33142

| Item Name | Item Description | Attribute | Size | Orig Price | Disc % Type | Qty | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| OSO | | | | $0.00 | | 1 | $0.00 | $0.00 | |
| BACKGROUND CHECK | FDLE BACKGROUND CHECK | | | $7.00 | | 1 | $7.00 | $7.00 | T |
| MATRIX ARMS M556-SC | PISTOL MATRIX ARMS M556-SC PISTOL 556NATO | | | $999.99 | 30% | 1 | $700.00 | $700.00 | T |
| Serial # SC556-11289 | | | | | | | | | |
| MATRIX ARMS M556-SC | PISTOL MATRIX ARMS M556-SC PISTOL 556NATO | | | $999.99 | 30% | 1 | $700.00 | $700.00 | T |
| Serial # SC556-11301 | | | | | | | | | |
| MATRIX ARMS M556-SC | PISTOL MATRIX ARMS M556-SC PISTOL 556NATO | | | $999.99 | 30% | 1 | $700.00 | $700.00 | T |
| Serial # SC556-12495 | | | | | | | | | |
| ATI OMNI HYBRID MAXX | PISTOL American Tactica Imports - ATI OMNI HYBRID MAXX GREEN 556 W/ BRACE 556 | | | $999.99 | 40% | 1 | $600.00 | $600.00 | T |
| Serial # NS281291 | | | | | | | | | |
| 0819644023296 | | | | | | | | | |
| ATI OMNI HYBRID MAXX | PISTOL American Tactica Imports - ATI OMNI HYBRID MAXX GREEN 7.5" 5.56 | | | $999.99 | 40% | 1 | $600.00 | $600.00 | T |
| Serial # NS267491 | | | | | | | | | |
| 0819644021377 | | | | | | | | | |
| ATI OMNI HYBRID MAXX | PISTOL American Tactica Imports - ATI OMNI HYBRID MAXX GREEN 7.5" 5.56 | | | $999.99 | 40% | 1 | $600.00 | $600.00 | T |
| Serial # NS267372 | | | | | | | | | |
| 0819644021377 | | | | | | | | | |
| ATI OMNI HYBRID MAXX | PISTOL American Tactica Imports - ATI OMNI HYBRID MAXX GREEN 556 W/ BRACE 556 | | | $999.99 | 40% | 1 | $600.00 | $600.00 | T |
| Serial # NS267446 | | | | | | | | | |
| 0819644023296 | | | | | | | | | |
| ATI GOMX556P4B | | | | | | | | | |

# Sales Receipt #15730

1/11/2021

| Item Name | Item Description | Attribute | Size | Orig Price | Disc % Type | Qty | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PISTOL American Tactica Imports - ATI OMNI HYBRID W/ BLADE 5.56 | | | $999.99 | 40% | 1 | $600.00 | $600.00 | T |
| Serial # NS300381 0819644023203 | | | | | | | | | |
| ATI OMNI HYBRID MAXX | HYBRID MAXX GREEN 556 W/ BRACE 556 | | | $999.99 | 40% | 1 | $600.00 | $600.00 | T |
| Serial # NS281282 0819644023296 | | | | | | | | | |
| ATI OMNI HYBRID MAXX | HYBRID MAXX GREEN 556 W/ BRACE 556 | | | $999.99 | 40% | 1 | $600.00 | $600.00 | T |
| Serial # NS281298 0819644023296 | | | | | | | | | |

| | | |
|---|---|---|
| | Subtotal: | $6,307.00 |
| Local Sales Tax | 7 % Tax | + $441.49 |
| | **RECEIPT TOTAL:** | **$6,748.49** |

Amount Tendered: $6,760.00
Change Given: $11.51

Cash: $6,760.00

Total Sales Discounts: $3,699.90

**NO REFUNDS ON FIREARMS. TRANSACTIONS THAT ARE CANCELLED DUE TO NONAPPROVALS OR DECISION PENDINGS ARE SUBJECT TO A $75 RESTOCKING FEE. NO CASH REFUNDS. CUSTOMERS WILL BE MAILED A CHECK. PLEASE SIGN BELOW.**

Thank you for shopping with us!
Please review us on Google & check us out on Instagram @miamigunsrange